IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE, | : : : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | No. 05-cv-00120-JJF |
| HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT, | : : : : : : : : : : : : : : : : | |
| Defendants. | : | |

**PRAECIPE FOR ADDITIONAL SUMMONSES**

TO THE CLERK OF THE COURT:

Kindly prepare the attached summonses to replace those already issued for the Indian River School District and the Indian River School Board. The new summonses will replace originals directed to the wrong individuals.

          /s/ Robert S. Saunders
Thomas J. Allingham II (#476)
Robert S. Saunders (#3027)
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
(302) 651-3000
Attorneys for Plaintiffs

Dated: March 11, 2005