IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MONA DOBRIDGE**, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. 05-120-JJF |
| | : | |
| v. | : | |
| | : | |
| **HARVEY L. WALLS**, et al., | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Thomas S. Neuberger, Esquire and Stephen J. Neuberger, Esquire as attorneys for Reginald L. Helms individually and in his official capacity as a defendant in this case.

                                                    **THE NEUBERGER FIRM, P.A.**

                                                  /s/ Thomas S. Neuberger

| | |
|---|---|
| **THE RUTHERFORD INSTITUTE** | **THOMAS S. NEUBERGER, ESQ. (#243)** |
| **JOHN W. WHITEHEAD, ESQ.** | **STEPHEN J. NEUBERGER, ESQ. (#4440)** |
| **DOUGLAS MCKUSICK, ESQ.** | Two East Seventh Street, Suite 302 |
| P.O. Box 7482 | Wilmington, DE 19801 |
| Charlottesville, VA 22906 | (302) 655-0582 |
| (434) 978-3888 | TSN@NeubergerLaw.com |
| JohnW@Rutherford.org | SJN@NeubergerLaw.com |
| DouglasM@Rutherford.org | |
| | Attorneys for Reginald L. Helms |
| Of Counsel | |
| | Cooperating attorneys for The Rutherford Institute |

Dated: March 31, 2005

**CERTIFICATE OF SERVICE**

      I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on March 31, 2005, I electronically filed this Pleading with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

      Thomas J. Allingham II, Esquire
      Robert S. Saunders, Esquire
      One Rodney Square
      P.O. Box 636
      Wilmington, DE 19899

      /s/ Thomas S. Neuberger
      **THOMAS S. NEUBERGER, ESQUIRE**

cc:    Reginal L. Helms

Helms, Reginald #04-5217\Entry of Appearance