IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MONA DOBRIDGE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | C.A.No. 05-120-JJF |
| | : | |
| v. | : | |
| | : | |
| **HARVEY L. WALLS, et al.,** | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

Please enter the appearance of Stephen J. Neuberger, Esquire as an additional attorney for Reginald L. Helms individually and in his official capacity as a defendant in this case.

                                            **THE NEUBERGER FIRM, P.A.**

                                            /s/ Stephen J. Neuberger

| | |
|---|---|
| **THE RUTHERFORD INSTITUTE** | **THOMAS S. NEUBERGER, ESQ. (#243)** |
| **JOHN W. WHITEHEAD, ESQ.** | **STEPHEN J. NEUBERGER, ESQ. (#4440)** |
| **DOUGLAS MCKUSICK, ESQ.** | Two East Seventh Street, Suite 302 |
| P.O. Box 7482 | Wilmington, DE 19801 |
| Charlottesville, VA 22906 | (302) 655-0582 |
| (434) 978-3888 | TSN@NeubergerLaw.com |
| JohnW@Rutherford.org | SJN@NeubergerLaw.com |
| DouglasM@Rutherford.org | |
| | Attorneys for Reginald L. Helms |
| Of Counsel | |
| | Cooperating attorneys for The Rutherford Institute |

Dated: March 31, 2005

**CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on March 31, 2005, I electronically filed this Pleading with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Thomas J. Allingham II, Esquire
>Robert S. Saunders, Esquire
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899

>/s/ Stephen J. Neuberger
>**THOMAS S. NEUBERGER, ESQUIRE**

cc:     Reginald L. Helms

Helms, Reginald #04-5217\SJN - Entry of Appearance