IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MONA DOBRICH, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | C.A.No. 05-120-JJF |
| : | |
| : | |
| **HARVEY L. WALLS, et al.,** : | |
| : | |
| **Defendants.** : | |

### DEFENDANT REGINALD L. HELMS' MOTION TO DISMISS ALL CLAIMS AGAINST HIM IN HIS INDIVIDUAL CAPACITY

COMES NOW Defendant Reginald L. Helms, by and through the undersigned counsel, and in answer to the Complaint filed in the above-styled action, hereby moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the claims asserted against Defendant Reginald L. Helms in his individual capacity. In support of this motion, the Defendant refers the Court to Defendant Reginald Helms' Opening Brief in Support of Defendant's Motion to Dismiss filed contemporaneously with this motion.

Respectfully submitted,

**THE NEUBERGER FIRM, P.A.**


/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Attorneys for Reginald L. Helms

**THE RUTHERFORD INSTITUTE**
**JOHN W. WHITEHEAD, ESQ.**
**DOUGLAS R. McKUSICK, ESQ.**
P.O. Box 7482
Charlottesville, VA 22906
(434) 978-3888
JohnW@Rutherford.org
DouglasM@Rutherford.org

Dated April 4, 2005                              Of Counsel

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **MONA DOBRICH, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | C.A.No. 05-120-JJF |
| | : | |
| | : | |
| **HARVEY L. WALLS, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

Upon consideration of defendant Reginald L. Helms' Motion to Dismiss and the accompanying submissions, it is this _____ day of _____ 2005, ORDERED that all claims against defendant Reginald L. Helms in his individual capacity are hereby dismissed with prejudice.

_____
U.S.D.J.

## **CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on April 4, 2005, I electronically filed this **Motion** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Thomas J. Allingham II
>Robert S. Saunders
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899


>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**

cc: client


Helms/Pleadings/ Motion to Dismiss.final