IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE,<br><br>      Plaintiffs,<br><br>  v.<br><br>HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT,<br><br>      Defendants. | C.A. No. 05-120 JJF<br><br>TRIAL BY JURY OF TWELVE DEMANDED<br><br>E-FILED |

## ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses;

**PLEASE ENTER THE APPEARANCE** of John D. Balaguer on behalf of the defendants, Harvey Walls, Mark Isaacs, John Evans, Richard Cohee, Gregory Hastings, Nina Bunting, Charles Bireley, Donald Hattier, M. Elaine McCabe, Lois Hobbs, Earl Savage, The Indian River School Board and the Indian River School District.

**WHITE and WILLIAMS LLP**

_____
JOHN D. BALAGUER (#2537)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4501
*Attorney for Defendants, Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hattier, M. Elaine McCabe, Lois Hobbs, Earl Savage, The Indian River School Board and The Indian River School District*

Date: _____April 5_____, 2005

DOCS_DE 108260v1