AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of     Delaware

MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE,

              Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

HARVEY L. WALLS, MARK A. ISSACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT,

CASE NUMBER:     05-120

              Defendants.

TO: (Name and address of Defendant)

John M. Evans
24359 Gravel Hill Road
Georgetown, Delaware 19947

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

Thomas J. Allingham II
P.O. Box 636
Wilmington, Delaware

an answer to the complaint which is served on you this with summons, within <u>20</u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgemnt by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              2/28/05

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/20/05 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: CLARISSA EVANS AT 24359 GRAVEL HILL RD GEORGETOWN, DE

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/20/05
                    Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.