## CERTIFICATE OF SERVICE

I, A. Thompson Bayliss, hereby certify that on April 7, 2005, I electronically filed the Summons upon John M. Evans with the completed Return of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

**By CM/ECF**

John D. Balaguer, Esquire
WHITE & WILLIAMS
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Stephen J. Neuberger, Esquire
Thomas S. Neuberger, Esquire
THE NEUBERGER FIRM, P.A.
2 East 7th Street, Suite 302
Wilmington, DE 19801

A. Thompson Bayliss (I.D. No. 4379)

410966.07-Wilmington S1A