## CERTIFICATION OF JOHN F. CAFFERKY

Pursuant to Local Rule 83.5, I certify that:

1. I am eligible for admission to this Court;

2. I am admitted, practicing and in good standing before the Bar of the Commonwealth of Virginia;

3. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action; and

4. I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05.

5. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: 4/12/05

*(signature)*
John F. Cafferky
Blankingship & Keith
4020 University Drive, Suite 300
Fairfax, VA 22030