## CERTIFICATION OF ANDREA D. GEMIGNANI

Pursuant to Local Rule 83.5, I certify that:

1.    I am eligible for admission to this Court;

2.    I am admitted, practicing and in good standing before the Bar of the Commonwealth of Virginia;

3.    Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action; and

4.    I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05.

5.    I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  4/11/05

Andrea D. Gemignani
Blankingship & Keith
4020 University Drive, Suite 300
Fairfax, VA  22030