IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE, <br><br>  Plaintiffs, <br><br> v. <br><br> HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT, <br><br> Defendants. | C.A. No. 05-120 JJF <br><br> TRIAL BY JURY OF TWELVE DEMANDED <br><br> E-FILED |

## CERTIFICATE OF SERVICE

I, John D. Balaguer, Esquire, do hereby certify that on this __13th__ day of April, 2005, two copies of the above foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF ANDREA D. GEMIGNANI** to be served by electronic service upon the following counsel of record:

Thomas J. Allingham, II, Esquire
Robert S. Saunders, Esquire
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East Seventh Street, Suite 302
Wilmington, DE 19801-3707
*Attorneys for Defendant, Reginald L. Helms*

                                          WHITE AND WILLIAMS LLP

By: _____
John D. Balaguer (#2537)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4501
*Attorney for Defendants, Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hattier, M. Elaine McCabe, Lois Hobbs, Earl Savage, The Indian River School Board and The Indian River School District*

DOCS_DE 108582v1