IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT,<br><br>Defendants. | C.A. No. 05-120 JJF<br><br>TRIAL BY JURY OF TWELVE DEMANDED<br><br>E-FILED |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

1. John D. Balaguer, a member of the bar of this Court, pursuant to Local Rule 83.5 and the attached Certification, moves for the admission *pro hac vice* of:

> William B. Porter, Esquire
> Blankingship & Keith, P.C.
> 4020 University Drive, Suite 300
> Fairfax, VA  22030

to represent defendants, Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hattier, M. Elaine McCabe, Lois Hobbs, Earl Savage, The Indian River School Board and The Indian River School District in this action.

DOCS_DE 108581v1

|  |  |
|---|---|
|  | WHITE AND WILLIAMS LLP |
| By: | _____ |
|  | John D. Balaguer (#2537) |
|  | 824 North Market Street, Suite 902 |
|  | P.O. Box 709 |
|  | Wilmington, DE 19899-0709 |
|  | (302) 467-4501 |
|  | *Attorney for Defendants, Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hattier, M. Elaine McCabe, Lois Hobbs, Earl Savage, The Indian River School Board and The Indian River School District* |

Dated: April 13, 2005