## CERTIFICATION OF WILLIAM B. PORTER

Pursuant to Local Rule 83.5, I certify that:

1. I am eligible for admission to this Court;

2. I am admitted, practicing and in good standing before the Bar of the Commonwealth of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States District Court for the Eastern District of Virginia;

3. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action; and

4. I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05.

5. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 11, 2005

_____
William B. Porter
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, VA 22030