IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE,<br><br>        Plaintiffs,<br><br>v.<br><br>HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT,<br><br>        Defendants. | C.A. No. 05-120 JJF<br><br>TRIAL BY JURY OF TWELVE DEMANDED<br><br>E-FILED |

## ORDER

IT IS HEREBY ORDERED that William B. Porter, Esquire's motion for admission *pro hac vice* is granted.

 

                                                                                       Joseph J. Farnan, Jr.
                                                                                       United States District Judge