## CERTIFICATE OF SERVICE

I, A. Thompson Bayliss, hereby certify that on April 18, 2005, I electronically filed the Plaintiffs' Answering Brief In Opposition To Defendant Reginald L. Helms's Motion To Dismiss All Claims Against Him In His Individual Capacity with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

**By CM/ECF**

John D. Balaguer, Esquire
WHITE & WILLIAMS
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Stephen J. Neuberger, Esquire
Thomas S. Neuberger, Esquire
THE NEUBERGER FIRM, P.A.
2 East 7th Street, Suite 302
Wilmington, DE 19801

A. Thompson Bayliss (I.D. No. 4379)

412020-Wilmington S1A