# EXHIBIT B



The News Journal/WILLIAM BRETZGER

**Mona Dobrich's family has moved to Wilmington, and her son's face is silhouetted because of the threats the family has received.**

# Prayer at daughter's graduation snapped 3 decades of silence

By SEAN O'SULLIVAN
The News Journal

Critics of Mona Dobrich's federal lawsuit over school-sponsored prayer say she was too impatient and should have been more tolerant of her Christian neighbors' views.

Dobrich responds that she waited years and finally had to speak up for herself, her family and her orthodox Jewish faith.

"It started in 1976 when I was in fourth grade at Georgetown Elementary," Dobrich said. And every time they prayed – with Christian prayers – she felt isolated.

"I dreaded the holidays, like Christmas and Easter," she said.

But she and her family were newcomers to the area, having moved to Georgetown from Florida. "I thought it is just because they don't know me," she said.

Dobrich grew, eventually married, had her own children and began sending them to the same schools.

She threw herself into the community: She baked cupcakes for classes, joined the PTA, volunteered at school and gave educational seminars on her faith.

Her children's teachers were receptive to her educational offers – but the prayers remained.

Dobrich said whenever they went to a school event – like award banquets where her daughter was an honoree – she would think, "Well, this year they won't pray, and we won't feel awful."

But every time, she would be disappointed.

"So, I'd hold my tongue and think, 'Next year, they won't do this.'"

She reached the end of her patience at her daughter's graduation from Sussex Central High School in June 2004.

Samantha Dobrich was graduating fifth in her class and had been accepted to Columbia University.

The family set up a surprise party and bought their daughter a new dress, trying to make everything perfect.

Dobrich thought things would be different this time because the year before, someone had complained.

But at the graduation, outdoors on the school's football field, a minister launched into a Christian prayer.

Dobrich said she saw her daughter's head snap up at the mention of Jesus.

They were excluded – again.

Mona Dobrich said her heart broke for her daughter. Samantha's perfect day was tarnished.

"I thought, I'll just say something quietly. I thought they would say, 'I've never thought of it,'" she said.

But Dobrich felt rebuffed by school officials, so she went to a school board meeting to express her concerns.

"But instead of getting better, things got worse," she said.

Dobrich's son was suddenly the target of taunting. Schoolmates called him "Jew-boy," and he was afraid to wear his yarmulke in public, she said.

It got so bad that Dobrich moved to Wilmington.

"Part of me wishes I did feel a little bad, considering everything that happened. But I don't feel that way. I feel really good. I just had to do the right thing."

And as for being ostracized in Sussex County, she said, she does not feel any loss.

"The way I see it, I was never accepted as a member of the community," she said.

*Contact Sean O'Sullivan at 324-2777 or sosullivan@delawareonline.com.*