# EXHIBIT A

IND

## School Prayer at Commencement / Graduation and Baccalaureate Ceremonies

The following policy prescribes the method by which employees and agents of the District shall protect the First Amendment rights of students, employees, and citizens of the District as it pertains to Commencement / Graduation and Baccalaureate Ceremonies.

Definitions:

(a) "Student-initiated" refers to any action that is taken only after students have asked that such an action be taken;

(b) "Student-delivered" refers to any message spoken by a student of the public school at which the message is delivered.

Commencement / Graduation Ceremony

1. School officials may not mandate or organize prayer at graduation or select speakers in a manner that favors religious speech. Graduation speakers shall be selected on the basis of genuinely neutral criteria and shall retain primary control over the content of their expression. Neither the District, nor any school administrator, teacher or other school employee shall implement any selection processes (including student-elections) to determine whether or not a political, philosophical, religious or other message shall be presented during commencement or graduation ceremonies. School officials may make appropriate neutral disclaimers to clarify that graduation speeches (whether religious or non-religious) represent the views of the speaker and not of the school district.

2. Student-initiated, student-delivered, voluntary messages may or may not be permitted during graduation or commencement ceremonies. The content of any message shall be determined by the student delivering the message. No school district, school administrator, teacher or other school employee shall exclude, include or otherwise discriminate for or against any student on the basis of the political, philosophical, religious or other content of the message that the student intends to deliver or does deliver.

3. Notwithstanding any of the above, the District, through its agents and employees has authority to take all actions necessary to maintain order and discipline on district premises, to protect the well-being of students and others.

Baccalaureate Ceremony

1. Baccalaureate services may be allowed on district property, but may not be initiated, organized, sponsored, conducted, or promoted by the District, any school administrator, teacher or other school employee.

Adopted 10/19/04

# EXHIBIT B

BDA.1

# BOARD PRAYER AT REGULAR BOARD MEETINGS

1. In order to solemnify its proceedings, the Board of Education may choose to open its meetings with a prayer or moment of silence, all in accord with the freedom of conscience of the individual adult Board member.

2. On a rotating basis one individual adult Board member per meeting will be given the opportunity to offer a prayer or request a moment of silence. If the member chooses not to exercise this opportunity, the next member in rotation shall have the opportunity.

3. Such opportunity shall not be used or exploited to proselytize, advance or convert anyone, or to derogate or otherwise disparage any particular faith or belief.

4. Such prayer is voluntary, and it is among only the adult members of the Board. No school employee, student in attendance, or member of the community in attendance shall be required to participate in any such prayer or moment of silence.

5. Any such prayers may be sectarian or non-sectarian, denominational or non-denominational, in the name of a Supreme Being, Jehovah, Jesus Christ, Buddha, Allah, or any other person or entity, all in accord with the freedom of conscience, speech and religion of the individual Board member, and his or her particular religious heritage.

Adopted 10/19/04

# EXHIBIT C

IN.1

# RELIGION

Observances
Displays
Curriculum
Equal Access
Sponsorship
Prayer
Moments of Silence
Release Time
Expression

Purpose:

To articulate issues of religion within the school and classroom setting.

Recognition of Religious Beliefs and Customs

(The District will adhere to Federal and State regulations pertaining to religious observances in public schools.)

No religious belief or non-belief shall be promoted, or disparaged, by the District. Instead, the District encourages all students and staff members to appreciate and be tolerant of the religious views of others. The District shall foster understanding and mutual respect regarding culture, economic backgrounds, and religious beliefs. In this spirit of tolerance, students and staff shall be excused from participating in practices contrary to their religious beliefs, unless there are clear issues of overriding concern preventing such an excuse.

The District recognizes the educational goals of advancing student knowledge and appreciation of the role our religious heritage played in the social, cultural, and historical development of civilization.

Religious Holidays

The District will:

Explain the historical and contemporary values and the origin of religious holidays in an unbiased and objective manner without sectarian indoctrination.

Permit music, art, literature, and drama having religious themes or basis as part of the curriculum for school-sponsored activities and programs if presented in a prudent and objective manner, as a traditional part of the cultural and religious heritage of the particular holiday, and in a manner which makes it clear the District is not endorsing or encouraging a religious belief.

Page 1 of 4

Permit the use of religious symbols such as a cross, menorah, crescent, Star of David, crèche, symbols of Native American religions or other symbols that are a part of a religious holiday (including Christmas, Easter, Passover, Hanukkah, St. Valentine's Day, St. Patrick's Day, Thanksgiving, and Halloween) as a teaching aid or resource provided such symbols are displayed as an example of the cultural and religious heritage of the holiday and are temporary in nature.

Prepare the school district's calendar so as to minimize conflicts with religious holidays, which result in the absences of so many students the educational process is disrupted.

Religion in the Curriculum

Religious institutions and orientations are central to human experience. An education excluding such a significant aspect of human experience is incomplete. It is essential the teaching about - and not of - religion be conducted in a factual, objective, and respectful manner.

The District will:

Refer to the religious influence of literature, music and drama in the arts curriculum and in school activities only to the extent such references are essential to a complete understanding of the learning experience in such fields of study.

Refer to religious themes in the arts, literature, and history only to the extent necessary for a balanced and comprehensive study of these areas. Such references should never foster any particular religious tenets, or demean any religious beliefs.

Accommodate student-initiated expressions to questions or assignments, which reflect student beliefs or non-beliefs about a religious theme. For example, students are free to express religious belief, or non-belief, in compositions, art forms, music, speech, and debate.

## EQUAL ACCESS TO DISTRICT FACILITIES

Equal Access Act

The Equal Access Act ("the Act") provides a public secondary school which permits one or more non-curriculum related student groups (any student group whose activities are not directly related to a course offered by the school) to meet on school premises during non-instructional times is prohibited from discriminating against students who wish to conduct a meeting on the basis of the "religious, political, philosophical, or other content of the speech at such meetings."

The District permits non-curriculum related student groups to meet on school premises during non-instructional times.

Limitations on Meetings

The following limitations apply to meetings:

IN.1

The District retains authority to prohibit meetings that would materially and substantially interfere with the orderly conduct of educational activities within the school.

The District may maintain order and discipline of the school premises, and protect the well-being of students and faculty.

Faculty monitors may not participate in any religious meetings and the Act prohibits school sponsorship of any religious meetings. This means that school officials may not promote, lead, or participate in any such meetings. The assignment of a teacher, administrator, or other school employee to the meeting is limited to oversight and is merely to insure order and good behavior.

The District will not require that any employee attend such a meeting if the content of the speech at the meeting is contrary to that employee's beliefs.

The District will make it clear that its allowing a religious club to meet on school premises is not an endorsement of the views of the club's participants.

Participation of Non-School Personnel

The Act provides that non-school persons may not direct, control, or regularly attend activities of student groups. The meetings of any such religious groups must be voluntary and student initiated. If such meetings are conducted and controlled by non-school personnel, the District will refuse to permit the meetings. If non-school personnel regularly attend the activities of such a group, the group enjoys no protection under the Act.

School Sponsorship

The District will not sponsor a religious club. Such student clubs are, however, entitled to the same access to the school newspaper, bulletin boards, and the public address system offered to non-religious clubs.

### ACCOMMODATION OF PRAYER DURING INSTRUCTIONAL TIME

The District may excuse students from class to remove a significant burden on their religious exercise, where doing so would not impose material burdens on other students. For example, the District may excuse Muslim students from class to enable them to fulfill their religious obligations to pray during Ramadan.

### MOMENTS OF SILENCE

If a school has a "minute of silence" or other quiet periods during the school day, students are free to pray silently, or not to pray, during these periods of time. Teachers and other school employees may neither encourage or discourage students from praying during such time periods.

IN.1

## STUDENT PRAYER DURING NONINSTRUCTIONAL TIME

Students may pray when not engaged in school activities or instruction, subject to the same rules designed to prevent material disruption of the education program that are applied to other privately initiated expressive activities. Among other things, students may read their Bibles or other scriptures, say grace before meals, and pray or study religious materials with fellow students during recess, the lunch hour, or other noninstructional time to the same extent they may engage in nonreligious activities. While school authorities may impose rules of order and educational restriction on student activities, they may not discriminate against student prayer or religious speech in applying such rules and restrictions.

## RELEASED TIME FOR RELIGIOUS INSTRUCTION

Absence of a student during school hours for religious education outside school property may be allowed provided the student's parent or guardian submits a written request to the principal, and the instruction meets the following requirements:

The religious instruction must be under the sponsorship of a religious body or group. Students must be registered for the course, and file a copy of the registration with the principal who may periodically request student's attendance reports from the course's sponsors.

Absence for religious instruction may not exceed one hour per week, at a time set by the District.

## RELIGIOUS EXPRESSION AND PRAYER IN CLASS ASSIGNMENTS

Students may express their beliefs about religion in homework, artwork, and other written and oral assignments free from discrimination based on the religious content of their submissions. Such work shall be judged by ordinary educational concerns identified by the school. Such work shall not be displayed, or presented to other students, in a manner which suggests District endorsement of religious beliefs.

## PRAYER BY SCHOOL EMPLOYEES

When acting in their official capacities as representatives of the state, teachers, school administrators, and other school employees are prohibited from encouraging or discouraging prayer, and from participating in such activity with students. Teachers may, however, take part in religious activities where the overall context makes clear that they are not participating in their official capacities. Before school or during lunch, for example, teachers may meet with other teachers for prayer or Bible study to the same extent they may engage in other conversation or nonreligious activities. Similarly, teachers may participate in their personal capacities in privately sponsored baccalaureate ceremonies.

Adopted 10/19/04