IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-00120-JJF |
| | ) | |
| HARVEY L. WALLS, et al. | ) | **E-FILED** |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS ON BEHALF OF
## DEFENDANTS WALLS, ISAACS, EVANS, COHEE, HASTINGS, BUNTING, BIRELEY, HATTIER, MCCABE, HOBBS AND SAVAGE, AND THE INDIAN RIVER SCHOOL BOARD AND INDIAN RIVER SCHOOL DISTRICT

Defendants Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hattier, M. Elaine McCabe (collectively "School Board Members"), Lois M. Hobbs ("Superintendent") and Earl J. Savage ("Assistant Superintendent"), in their individual and official capacity (collectively "Individual Defendants"), and the Indian River School Board and Indian River School District, by counsel and pursuant to Federal Rules of Civil Procedure 12(b)(1) & (6), file this Motion to Dismiss the Complaint of plaintiffs Mona, Marco & Alexander Dobrich, and Jane, John, Jordan & Jamie Doe ("Plaintiffs"). The grounds for this Motion are more fully set forth in Defendants' Opening Brief in Support of Motion to Dismiss, filed herewith and incorporated herein by reference.

DOCS_DE 109663v1

**WHITE and WILLIAMS LLP**

**By:** ***/s/ John D. Balaguer***
John D. Balaguer (Bar I.D. 2537)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19899-0709
(302) 467-4501

    and

John F. Cafferky, Esq.
William A. Porter, Esq.
Andrea D. Gemignani, Esq.
BLANKINGSHIP & KEITH
4020 University Drive, Suite 300
Fairfax, VA 22030

*Counsel for Defendants Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hattier, M. Elaine McCabe, Lois M. Hobbs, Earl J. Savage, the Indian River School Board, and the Indian River School District*

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-cv-00120-JJF |
| | ) | |
| HARVEY L. WALLS, *et al.*, | ) | **E-FILED** |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, John D. Balaguer, do hereby certify that on this 27<u>th</u> day of April, 2005, the **MOTION TO DISMISS AND OPENING BRIEF IN SUPPORT OF MOTION TO DISMISS OF DEFENDANTS HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, M. ELAINE MCCABE, LOIS M. HOBBS, EARL J. SAVAGE, THE INDIAN RIVER SCHOOL BOARD, AND THE INDIAN RIVER SCHOOL DISTRICT** was served upon the following via electronic filing:

Thomas J. Allingham, II, Esquire
Robert S. Saunders, Esquire
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
*Attorneys for Plaintiffs*

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East Seventh Street, Suite 302
Wilmington, DE 19801-3707
*Attorney for Defendant,*
*Reginald L. Helms*

**WHITE and WILLIAMS LLP**

_____
JOHN D. BALAGUER (Bar I.D. 2537)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4501

       and

John F. Cafferky, Esq.
William A. Porter, Esq.
Andrea D. Gemignani, Esq.
BLANKINGSHIP & KEITH
4020 University Drive, Suite 300
Fairfax, VA 22030

*Counsel for Defendants Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hattier, M. Elaine McCabe, Lois M. Hobbs, Earl J. Savage, the Indian River School Board, and the Indian River School District*