ONE RODNEY SQUARE
BOX 636
WILMINGTON, DELAWARE 19899-0636

(302) 651-3000

May 3, 2005

**BY HAND AND E-FILE**

The Honorable Joseph J. Farnan, Jr.
844 North King Street
Lock Box 27
Wilmington, DE 19801

    Re: **Dobrich, et al., v. Walls, et al., D. Del. No. 05 - 120**

Dear Judge Farnan:

  We represent the Dobrich and Doe families in the above-titled action. Enclosed is a proposed order setting a date for a Rule 16(b) scheduling conference pursuant to Local Rule 16.2.

  We respectfully request the Court's prompt attention to this matter in light of the apparently ongoing constitutional violations in the Indian River School District. If Your Honor has any questions, we are available at the convenience of the Court.

           Respectfully,

           Thomas J. Allingham II (I.D. No. 476)
           Robert S. Saunders (I.D. No. 3027)
           P.O. Box 636
           Wilmington, Delaware 19899
           Tel: (302) 651-3070
           Fax: (302) 651-3001

Enclosure

cc: John D. Balaguer, Esquire (by e-file)
   Thomas S. Neuberger, Esquire (by e-file)

413619.01-Wilmington S1A