ONE RODNEY SQUARE

BOX 636

WILMINGTON, DELAWARE 19899-0636

(302) 651-3000

May 5, 2005

**BY HAND AND E-FILE**

The Honorable Joseph J. Farnan, Jr.
844 North King Street
Lock Box 27
Wilmington, DE 19801

Re:    **Dobrich, et al., v. Walls, et al., D. Del. No. 05 - 120**

Dear Judge Farnan:

Enclosed are courtesy copies of the documents filed thus far in the above-titled action. We have omitted docket numbers 29, 31 and 32, which we understand you already possess.

We have notified counsel for the defendants that they should submit two courtesy copies of all e-filed documents to your chambers going forward.

If Your Honor has any questions, we are available at the convenience of the Court.

Respectfully,

Thomas J. Allingham II (I.D. No. 476)
Robert S. Saunders (I.D. No. 3027)
P.O. Box 636
Wilmington, Delaware 19899
Tel: (302) 651-3070
Fax: (302) 651-3001

Enclosures

cc: John D. Balaguer, Esquire (by e-file)
    Thomas S. Neuberger, Esquire (by e-file)

414072.02-Wilmington S1A