# White and Williams LLP

**WW**

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

John D. Balaguer
Direct Dial: 302.467.4501
Direct Fax: 302.467.4551
balaguerj@whiteandwilliams.com

May 5, 2005

**By Hand Delivery and E-File**

Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street,
Lock Box 27
Wilmington, DE 19801

    RE:    **Mona Dobrich and Marco Dobrich v. The Indian River School Board, et al.**
            **W&W File No. 16869-D0104**

Dear Judge Farnan:

    This is in response to Mr. Allingham's letter to the Court of May 3, 2005. My clients (all of the defendants, except Mr. Helms) have no objection to plaintiffs' request that a Rule 16(b) scheduling conference be promptly set, although the defendants do strenuously deny the assertion of constitutional violations in the Indian River School District, ongoing or otherwise.

    Very truly yours,

    WHITE AND WILLIAMS LLP

    By: *[signature]*
    John D. Balaguer

JDB/abm
cc:    John F. Cafferky, Esquire, via facsimile 1-703-691-3913
        Thomas S. Neuberger, Esquire, via e-file

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ • New York, NY*
*Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

DOCS_DE 110150v1