IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE, <br><br> Plaintiffs, <br><br> v. <br><br> HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT, <br><br> Defendants. | C.A. No. 05-120 JJF <br><br> TRIAL BY JURY OF TWELVE DEMANDED <br><br> E-FILED |

## DEMAND FOR JURY TRIAL

Pursuant to F.R.C.P. 38(b), Defendants Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hattier, M. Elaine McCabe, Lois Hobbs, Earl Savage, The Indian River School Board and The Indian River School District hereby demand a trial by jury in the above-entitled action.

WHITE and WILLIAMS LLP

*/s/ John D. Balaguer*

JOHN D. BALAGUER (Bar I.D. 2537)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
(302) 467-4501
                and

John F. Cafferky, Esq.
William A. Porter, Esq.
Andrea D. Gemignani, Esq.
BLANKINGSHIP & KEITH
4020 University Drive, Suite 300
Fairfax, VA 22030

*Counsel for Defendants Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hattier, M. Elaine McCabe, Lois M. Hobbs, Earl J. Savage, the Indian River School Board, and the Indian River School District*

Dated:  May 5, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT,<br><br>Defendants. | C.A. No. 05-120 JJF<br><br>TRIAL BY JURY OF TWELVE DEMANDED<br><br>E-FILED |

## CERTIFICATE OF SERVICE

I, John D. Balaguer, do hereby certify that on this 5 day of May, 2005, the **DEMAND FOR JURY TRIAL ON BEHALF OF DEFENDANTS HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, M. ELAINE MCCABE, LOIS M. HOBBS, EARL J. SAVAGE, THE INDIAN RIVER SCHOOL BOARD, AND THE INDIAN RIVER SCHOOL DISTRICT** was served upon the following via electronic filing:

Thomas J. Allingham, II, Esquire
Robert S. Saunders, Esquire
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
*Attorney for Plaintiffs*

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East Seventh Street, Suite 302
Wilmington, DE 19801-3707
*Attorney for Defendant,*
*Reginald L. Helms*

WHITE and WILLIAMS LLP

_____
JOHN D. BALAGUER (Bar I.D. 2537)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4501

and

John F. Cafferky, Esq.
William A. Porter, Esq.
Andrea D. Gemignani, Esq.
BLANKINGSHIP & KEITH
4020 University Drive, Suite 300
Fairfax, VA 22030

*Counsel for Defendants Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hattier, M. Elaine McCabe, Lois M. Hobbs, Earl J. Savage, the Indian River School Board, and the Indian River School District*