# THE NEUBERGER FIRM
### ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

| | |
|---|---|
| THOMAS S. NEUBERGER, ESQUIRE | PHONE: (302) 655-0582 |
| STEPHEN J. NEUBERGER, ESQUIRE | FAX: (302) 655-9329 |

May 10, 2005

Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

**RE:** **Mona Dobrich v. Harvey L. Walls, et al. Case No.: 05-120-JJF**

Dear Judge Farnan:

     This is in response to Mr. Allingham's letter to the Court of May 3, 2005. My client, Mr. Helms, has no objection to plaintiffs' request that a Rule 16(b) scheduling conference be promptly set.

Very truly yours,

/s/ Thomas S. Neuberger

Thomas S. Neuberger

TSN:jr

cc:    John F. Cafferky, Esquire, via facsimile 1-703-691-3913
        John D. Balaguer, Esquire, via E-file
        Robert S. Saunders, Esquire, via E-file

Helms, Reginald #04-5217 \ Letters \ Farnan.01