IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE, | : : : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | No. 05-cv-00120-JJF |
| | : | |
| HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT, | : : : : : : : : : : : : : : : : : | |
| Defendants. | : | |

**STIPULATION AND ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED that the time for Plaintiffs to

respond to Defendants Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H.

Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G.

Hattier, M. Elaine McCabe, Lois M. Hobbs, Earl J. Savage, the Indian River School

Board and the Indian River School District's Motion to Strike and Motion To

Dismiss is extended to until May 18, 2005.

_Thomas J. Allingham /by at 6_

Thomas J. Allingham II (#476)
Robert S. Saunders (#3027)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiffs

John D. Balaguer (#2537)
WHITE and WILLIAMS LLP
824 N. Market St. Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424

and

John F. Cafferky
BLANKINGSHIP & KEITH
4020 Universty Dr., Suite 300
Fairfax, Virginia 22030

Attorneys for Harvey L. Walls, Mark A.
Isaacs, John M. Evans, Richard H.
Cohee, Gregory A. Hastings, Nina Lou
Bunting, Charles M. Bireley, Donald G.
Hattier, M. Elaine McCabe , Lois M.
Hobbs, Earl J. Savage, the Indian River
School Board and the Indian River
School District

SO ORDERED this ___ day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE