## CERTIFICATE OF SERVICE

I, A. Thompson Bayliss, hereby certify that on May 18, 2005, I electronically filed the Plaintiffs' Answering Brief In Opposition To Defendants Walls, Isaacs, Evans, Cohee, Hastings, Bunting, Bireley, Hattier, McCabe, Hobbs, and Savage, and The Indian River School Board and Indian River School District's Motion To Dismiss All Claims and Compendium of Unreported Opinions with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

### By CM/ECF

John D. Balaguer, Esquire
WHITE & WILLIAMS
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Stephen J. Neuberger, Esquire
Thomas S. Neuberger, Esquire
THE NEUBERGER FIRM, P.A.
2 East 7th Street, Suite 302
Wilmington, DE 19801

A. Thompson Bayliss (I.D. No. 4379)

415337.01-Wilmington S1A