ONE RODNEY SQUARE
BOX 636
WILMINGTON, DELAWARE 19899-0636

(302) 651-3000

May 19, 2005

**BY HAND AND E-FILE**

The Honorable Joseph J. Farnan, Jr.
844 North King Street
Lock Box 27
Wilmington, Delaware 19801

      Re:    **Dobrich, et al. v. Walls, et al., D. Del. No. 05 - 120**

Dear Judge Farnan:

    Enclosed are courtesy copies of Plaintiffs' Opposition to the Non-Helms Defendants' Motion to Strike and corrected versions of Plaintiffs' Answering Brief in Opposition to the Non-Helms Defendants' Motion to Dismiss.

    The corrected Answering Brief is identical to the answering brief filed yesterday aside from now corrected typographical errors on pages 32 and 36.

    If Your Honor has any questions, I am available at the convenience of the Court.

                            Respectfully,

                            A. Thompson Bayliss (#4379)
                            P.O. Box 636
                            Wilmington, Delaware 19899
                            Tel: (302) 651-3013
                            Fax: (302) 651-3001

Enclosures

cc:  John D. Balaguer, Esquire (by e-file)
     Thomas S. Neuberger, Esquire (by e-file)