IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 05-120-JJF |
| HARVEY L. WALLS, et al., | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, the parties have requested a Rule 16 scheduling conference be held;

WHEREAS, Defendant, Reginald Helms filed a motion to dismiss for which briefing was completed on April 25, 2005;

WHEREAS, the remaining Defendants filed a motion to dismiss for which briefing has not yet completed;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall meet and confer concerning a discovery plan which commences on July 25, 2005.  Further, the parties shall submit a proposed Rule 16 Scheduling Order no later than **June 8, 2005**.  After consideration of the proposed order the Court will schedule and conduct a Rule 16 scheduling conference.

May 20, 2005
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE