IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE, ) ) ) ) ) ) | C.A. No. 05-120 JJF |
| Plaintiffs, ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| v. ) ) | |
| HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT, ) ) ) ) ) ) ) ) ) ) ) ) ) | E-FILED |
| Defendants. ) | |

**STIPULATION AND ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED that the time for the Defendants (other than Reginald L. Helms) to reply to plaintiffs' response to defendants' Motion to Strike and Motion to Dismiss is extended to until May 27, 2005.

_____
Thomas J. Allingham, II, Esquire (#476)
Robert S. Saunders, Esquire (#3027)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
*Attorneys for Plaintiffs*

_____
John D. Balaguer, Esquire (#2537)
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
*Attorney for Defendants, Attorney for Defendants, Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hattier, M. Elaine McCabe, Lois Hobbs, Earl Savage, The Indian River School Board and the Indian River School District*

SO ORDERED this _____ day of May, 2005.

_____
**UNITED STATES DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT,<br><br>Defendants. | C.A. No. 05-120 JJF<br><br>TRIAL BY JURY OF TWELVE DEMANDED<br><br>E-FILED |

### CERTIFICATE OF SERVICE

I, John D. Balaguer, do hereby certify that on this 24th day of May, 2005, the **STIPULATION AND ORDER EXTENDING TIME OF DEFENDANTS HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, M. ELAINE MCCABE, LOIS M. HOBBS, EARL J. SAVAGE, THE INDIAN RIVER SCHOOL BOARD, AND THE INDIAN RIVER SCHOOL DISTRICT** was served upon the following via electronic filing and/or regular mail:

| | |
|---|---|
| Thomas J. Allingham, II, Esquire<br>Robert S. Saunders, Esquire<br>Skadden Arps Slate Meagher & Flom, LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>*Attorney for Plaintiffs* | Thomas S. Neuberger, Esquire<br>The Neuberger Firm, P.A.<br>2 East Seventh Street, Suite 302<br>Wilmington, DE 19801-3707<br>*Attorney for Defendant,*<br>*Reginald L. Helms* |

WHITE and WILLIAMS LLP

*/s/ John D. Balaguer*

JOHN D. BALAGUER (Bar I.D. 2537)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4501

and

John F. Cafferky, Esq.
William A. Porter, Esq.
Andrea D. Gemignani, Esq.
BLANKINGSHIP & KEITH
4020 University Drive, Suite 300
Fairfax, VA 22030

*Counsel for Defendants Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hattier, M. Elaine McCabe, Lois M. Hobbs, Earl J. Savage, the Indian River School Board, and the Indian River School District*