IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al., :
:
    Plaintiffs, :
:
v. : Civil Action No. 05-120 JJF
:
HARVEY L. WALLS, et al., :
:
    Defendants. :

## MEMORANDUM ORDER

    I have spoken with Judge Thynge concerning her availability for mediation of this matter; and although she is currently scheduling into December 2005 and beyond, she has agreed to meet with the parties on Thursday, August 4, 2005.  A teleconference with Judge Thynge to discuss the August 4 mediation will be held on Thursday, June 16, 2005, at 8:30 a.m.  In deference to the mediation process, no discovery will be permitted until the parties complete the mediation with Judge Thynge; however, I will resolve the issues raised in the pending motions to dismiss.

    NOW THEREFORE, IT IS HEREBY ORDERED that:

    1) The parties shall participate in a mediation with Judge Thynge on August 4, 2005.  In her discretion, Judge Thynge may modify the schedule.

    2) Counsel shall participate in a teleconference with Judge Thynge on Thursday, June 16, 2005, at 8:30 a.m.  Plaintiffs' counsel shall initiate the call.

3) All discovery except initial disclosure pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 16.2 is **STAYED** until further order of the Court.

June 13, 2005
DATE

*/s/ Joseph J. Farnan, Jr.*
UNITED STATES DISTRICT JUDGE