IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : No. 05-cv-00120-JJF |
| | : |
| HARVEY L. WALLS, et al., | : |
| | : |
| Defendants. | : |

### NOTICE OF SERVICE

The undersigned, as counsel for Plaintiffs, certifies that on July 8, 2005, copies of Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) were served by hand delivery on the following counsel:

John D. Balaguer, Esq.
White & Williams
824 Market St., Suite 902
Wilmington, DE 19801

Stephen J. Neuberger, Esq.
Thomas S. Neuberger, Esq.
The Neuberger Firm, P.A.
2 East 7th St., Suite 302
Wilmington, DE  119801

_____
Thomas J. Allingham II (#476)
Robert S. Saunders (#3027)
A. Thompson Bayliss (#4379)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Plaintiffs

420598.01-Wilmington S1A