IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| Plaintiffs, | : |
| v. | : C. A. No. 05-120-JJF |
| HARVEY L. WALLS, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **5th** day of **August, 2005**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, August 18, 2005 at 8:30 a.m.** with Judge Thynge to discuss the status of the matter. **John F. Cafferky, Esquire shall initiate the teleconference call.**

IT IS FURTHER ORDERED that a continued mediation has been tentatively scheduled for **Wednesday, September 14, 2005 beginning at 8:30 a.m. Dress for the mediation is casual.** There shall be no further submissions of the parties. All other provisions of the Court's June 20, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE