IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A.No. 05-120-JJF |
| : | |
| HARVEY L. WALLS, et al, : | |
| : | |
| Defendants. : | |

**DEFENDANT REGINALD L. HELMS' MOTION FOR SUMMARY JUDGMENT ON THE BOARD'S VOLUNTARY PRAYER POLICY AS WRITTEN**

Pursuant to Fed.R.Civ.P. 56, for the reasons stated in the accompanying Opening Brief, and there being no disputed issue of material fact, defendant Reginald L. Helms Moves that the Court issue an Order granting him summary judgment and finding that -

(1)  As a matter of law, the Indian River School Board's voluntary prayer Policy as written does not violate the First Amendment to the United States Constitution.

Respectfully Submitted,
**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Attorneys for Defendant Reginald L. Helms

                                  **THE RUTHERFORD INSTITUTE**
                                  **JOHN W. WHITEHEAD, ESQ.**
                                  **DOUGLAS MCKUSICK, ESQ.**
                                  P.O. Box 7482
                                  Charlottesville, VA 22906
                                  (434) 978-3888
                                  JohnW@Rutherford.org
                                  DouglasM@Rutherford.org

Dated: August 5, 2005                  Of Counsel

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MONA DOBRICH, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | C.A.No. 05-120-JJF |
| | : | |
| | : | |
| **HARVEY L. WALLS, et al,** | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

There being no material issue in dispute, pursuant to Fed.R.Civ.P. 56, the Court grants summary judgment in favor of defendant Reginald L. Helms on the voluntary prayer policy, as written, as challenged in the Complaint. This _____ day of _____, 2005, it is hereby Ordered that-

(1)  As a matter of law, the Indian River School Board's voluntary prayer Policy as written does not violate the First Amendment to the United States Constitution.

_____
Judge Joseph J. Farnan, Jr.

**CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on August 5, 2005, I electronically filed this **Motion** with the Clerk of the Court using CM/ECF which will send notification of such filing to the individuals by the means indicated:

>Thomas J. Allingham II, Esq.
>Robert S. Saunders, Esq.
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899
>(Via CM/ECF)
>
>John D. Balaguer, Esq.
>824 Market St., Suite 902
>P.O. Box 709
>Wilmington, DE 19899
>(Via CM/ECF)
>
>John F. Cafferky, Esq.
>William A. Porter, Esq.
>Andrea D. Gemignani, Esq.
>Blankingship & Keith
>4020 University Drive, Suite 300
>Fairfax, VA 22030
>(Via U.S. Mail)

>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**

cc:  Thomas S. Neuberger, Esq.
     John W. Whitehead, Esq.
     Douglas McKusick, Esq.
     Mr. Reginald L. Helms

Helms \ Pleadings \ Motion for Summary Judgment.final