IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| Plaintiffs, | : |
| v. | : No. 05-cv-00120-JJF |
| HARVEY L. WALLS, et al., | : |
| Defendants. | : |

**PLAINTIFFS' MOTION TO DENY
OR CONTINUE HELMS'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Mona Dobrich, Marco Dobrich, Alexander Dobrich, Jane Doe, John Doe, Jordan Doe and Jamie Doe (collectively, the "Plaintiffs"), by and through their attorneys, respectfully move the Court for an order denying or continuing Defendant Reginald L. Helms's Motion for Summary Judgment on the Board's Voluntary Prayer Policy as Written. The grounds for this motion are set forth in Plaintiffs Opening Brief in Support of Plaintiffs' Motion To Deny Or Continue Helms's Motion For Summary Judgment.

Thomas J. Allingham II (#476)
Robert S. Saunders (#3027)
Rosemary S. Goodier (#3585)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorneys for Plaintiffs

DATED: August 19, 2005

425317-Wilmington S1A