IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| Plaintiffs, | : |
| v. | : No. 05-cv-00120-JJF |
| HARVEY L. WALLS, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington, this ___ day of _____ 2005, for the reasons set forth in Plaintiffs' Opening Brief In Support Of Their Motion To Deny Or Continue Helms's Motion For Summary Judgment;

IT IS HEREBY ORDERED THAT:

Briefing on Defendant Helms's Motion For Summary Judgment On The Board's Voluntary Prayer Policy As Written Is <u>CONTINUED</u> until further order of the Court.

                                                                                     United States District Judge