## CERTIFICATE OF SERVICE

I, A. Thompson Bayliss, hereby certify that on August 19, 2005, I electronically filed the Plaintiffs' Motion to Deny Or Continue Helms's Motion for Summary Judgment, Proposed Order Continuing Defendant Helms's Motion For Summary Judgment On The Board's Voluntary Prayer Policy, and Proposed Order Denying Defendant Helms's Motion For Summary Judgment On The Board's Voluntary Prayer Policy with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

**By CM/ECF**

John D. Balaguer, Esq.
White & Williams
824 Market St., Suite 902
Wilmington, DE 19801

Stephen J. Neuberger, Esq.
Thomas S. Neuberger, Esq.
The Neuberger Firm, P.A.
2 East 7th St., Suite 302
Wilmington, DE 119801

A. Thompson Bayliss (I.D. No. 4379)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
tbayliss@probonolaw.com

417563.01-Wilmington S1A