## CERTIFICATE OF SERVICE

I, A. Thompson Bayliss, hereby certify that on August 19, 2005, I electronically filed the Plaintiffs' Opening Brief in Support of Their Motion to Deny Or Continue Helms's Motion for Summary Judgment with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

### By CM/ECF

John D. Balaguer, Esq.
White & Williams
824 Market St., Suite 902
Wilmington, DE 19801

Stephen J. Neuberger, Esq.
Thomas S. Neuberger, Esq.
The Neuberger Firm, P.A.
2 East 7th St., Suite 302
Wilmington, DE  119801

A. Thompson Bayliss (I.D. No. 4379)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
tbayliss@probonolaw.com

417563.01-Wilmington S1A