## CERTIFICATE OF SERVICE

I, A. Thompson Bayliss, hereby certify that on August 19, 2005, I electronically filed the Affidavit of Thomas J. Allingham II in Support of Plaintiffs' Motion to Deny Or Continue Helms's Motion for Summary Judgment with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

### By CM/ECF

John D. Balaguer, Esq.
White & Williams
824 Market St., Suite 902
Wilmington, DE 19801

Stephen J. Neuberger, Esq.
Thomas S. Neuberger, Esq.
The Neuberger Firm, P.A.
2 East 7th St., Suite 302
Wilmington, DE 119801

A. Thompson Bayliss (I.D. No. 4379)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
tbayliss@probonolaw.com

417563.01-Wilmington S1A