## CERTIFICATE OF SERVICE

I, A. Thompson Bayliss, hereby certify that on September 6, 2005, I electronically filed the Declaration of Thomas J. Allingham II in Support of Plaintiffs' Motion to Deny or Continue Helms's Motion for Summary Judgment with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

**By CM/ECF**

John D. Balaguer, Esquire
WHITE & WILLIAMS
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Stephen J. Neuberger, Esquire
Thomas S. Neuberger, Esquire
THE NEUBERGER FIRM, P.A.
2 East 7th Street, Suite 302
Wilmington, DE 19801

A. Thompson Bayliss (I.D. No. 4379)

410966-Wilmington S1A