## CERTIFICATE OF SERVICE

I, A. Thompson Bayliss, hereby certify that on September 22, 2005, I electronically filed Plaintiffs' Response Brief in Opposition to Helms's Motion to Strike Portions of Plaintiffs' Reply Brief and Declaration in Support of Plaintiffs' Rule 56(f) Motion with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

**By CM/ECF**

John D. Balaguer, Esq.
White & Williams
824 Market St., Suite 902
Wilmington, DE 19801

Stephen J. Neuberger, Esq.
Thomas S. Neuberger, Esq.
The Neuberger Firm, P.A.
2 East 7th St., Suite 302
Wilmington, DE  119801

/s/ A. Thompson Bayliss
A. Thompson Bayliss (I.D. No. 4379)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
tbayliss@probonolaw.com

417563.01-Wilmington S1A