```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al.,          :
                               :
            Plaintiffs,        :
                               :
     v.                        :  Civil Action No. 05-120-JJF
                               :
HARVEY L. WALLS, et al.,       :
                               :
            Defendants.        :
```

### O R D E R

WHEREAS, Plaintiffs Jane, John, Jordan and Jamie Doe filed a Motion To Proceed Under Pseudonyms (D.I. 2) which has not been opposed;

NOW THEREFORE, IT IS HEREBY ORDERED this <u>22nd</u> day of September 2005, that Plaintiffs' Motion To Proceed Under Pseudonyms (D.I. 2) is **GRANTED**.

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE