## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| Plaintiffs, | : |
| v. | : C. A. No. 05-120-JJF |
| HARVEY L. WALLS, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **6th** day of **October, 2005**,

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, October 11, 2005 at 4:30 p.m.** with Judge Thynge to discuss the status of the matter. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE