## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| Plaintiffs, | : |
| v. | : C. A. No. 05-120-JJF |
| HARVEY L. WALLS, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **28th** day of **October, 2005**,

IT IS ORDERED that the continued mediation has been scheduled for **Thursday, November 10, 2005 at 5:00 p.m.** Counsel and party representatives **must** be present, which includes the insurer. The party representatives **must have full authority** to negotiate a settlement, including the monetary amount. If that requires a supervisor of the insurer to attend, then that person **must** attend.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE