```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
```

MONA DOBRICH, et al.,           :
                                :
          Plaintiffs,            :
                                :
     v.                          :   Civil Action No. 05-120-JJF
                                :
HARVEY L. WALLS, et al.,         :
                                :
          Defendants.            :

## MEMORANDUM ORDER

Pursuant to the Court's Order dated June 13, 2005 (D.I. 53), the above-captioned action was temporarily stayed to permit mediation with Magistrate Judge Thynge, with the exception of the pending motions to dismiss. Those motions have been decided. (D.I. 57, 58). The following motions are pending: (1) A Motion To Strike Complaint, Or In The Alternative Strike Paragraphs 12, 78, 85-87, 89-90, 96-97, 99-100, 103, 106-110 (D.I. 30) filed by the Indian River School Board, the Indian River School District and all of the Individual Defendants except Defendant Reginald Helms; (2) a Motion For Summary Judgment On The Board's Voluntary Prayer Policy As Written (D.I. 60) filed by Defendant Reginald L. Helms; (3) a Motion To Continue Or Deny Helm's Motion For Summary Judgment (D.I. 63) filed by Plaintiffs, and (4) a Motion To Strike Portions Of Plaintiffs' Reply Brief (D.I. 68) And Declaration (D.I. 69) For Failure To Comply With Local Rule 7.1.3 (D.I. 70) filed by

Defendant Reginald L. Helms.

The Court understands that Magistrate Judge Thynge continues her efforts to mediate this matter, and therefore, the temporary stay shall continue until November 18, 2005. The parties shall file status reports on November 22, 2005.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. This action is **STAYED**.

2. The parties shall submit status reports on November 22, 2005.

3. With the exception of the status reports contemplated by this Order, no further filings shall be made in this case until further order of the Court.

_11/3/05_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE