IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-120-JJF |
| : | |
| HARVEY L. WALLS, et al., : | |
| : | |
| Defendants. : | |

O R D E R

WHEREAS, the above-captioned matter has been stayed to allow the parties to conduct mediation;

NOW THEREFORE, IT IS HEREBY ORDERED that a status teleconference will be held on **Tuesday, November 22, 2005 at 1:00 p.m.** Counsel for Plaintiffs shall initiate the call.

November 21, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE