# THE NEUBERGER FIRM
### ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

| | |
|---|---|
| THOMAS S. NEUBERGER, ESQUIRE | PHONE: (302) 655-0582 |
| STEPHEN J. NEUBERGER, ESQUIRE | FAX: (302) 655-9329 |

November 22, 2005                                          **Via CM/ECF Filing**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

RE:   **Dobrich, et al. v. Walls, et al.**, Civil Action No. 05-120-JJF

Dear Judge Farnan:

This is defendant Reginald L. Helms' status report, submitted in accord with the Court's November 3, 2005 Order. (D.I. 76).

This case is currently stayed. (See id.). Discovery has been on hold since June. (See D.I. 53).

Mediation is ongoing and has the potential to settle almost every aspect of the case save the notable exception of the Board's Voluntary Prayer Policy - which is off the settlement table.

Several motions are currently pending before the Court. They are:

• Defendant Helms' Motion for Summary Judgment on the Board's Voluntary Prayer Policy, as Written (D.I. 60),

• Plaintiffs' Motion to Continue or Deny Defendant Helms' Motion (D.I. 63),

• Defendant Helms' Motion to Strike Portions of Plaintiffs' Reply Brief and Declaration for Failure to Comply with Local Rule 7.1.3 (D.I. 70),

The Honorable Joseph J. Farnan, Jr.
November 22, 2005
Page 2

- The Non-Helms Defendants' Motion to Strike the Complaint or Portions thereof (D.I. 30).

I am at the Court's disposal to address these matters further.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Defendant Reginald L. Helms

cc:   Thomas S. Neuberger, Esq. (via CM/ECF)
      John W. Whitehead, Esq. (via E-mail)
      Douglas McKusick, Esq. (via E-mail)
      Mr. Reginald L. Helms (via E-mail and U.S. Mail)
      John D. Balaguer, Esq. (via CM/ECF)
      John F. Cafferky, Esq. (via CM/ECF)
      William B. Porter, Esq. (via CM/ECF)
      Robert Scott Saunders, Esq. (via CM/ECF)

Helms \ Letters \ Farnan.02