IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al.,                  :
                                       :
            Plaintiffs,                :
                                       :
     v.                                :   Civil Action No. 05-120-JJF
                                       :
HARVEY L. WALLS, et al.,               :
                                       :
            Defendants.                :

### MEMORANDUM ORDER

WHEREAS, the Court held a teleconference in the above-captioned action on November 22, 2005;

WHEREAS, the parties have advised the Court that they are continuing their mediation efforts with Magistrate Judge Thynge;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A status teleconference is scheduled on **Wednesday, January 11, 2006 at 12:45 p.m.** Plaintiffs' counsel shall initiate the call.

2. No further filings shall be made in this case, without leave of Court or the agreement of all parties.

_November 22 2005_                     _Joseph J. Farnan_
DATE                                   UNITED STATES DISTRICT JUDGE