# THE NEUBERGER FIRM
### ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE                                  PHONE: (302) 655-0582
STEPHEN J. NEUBERGER, ESQUIRE                                   FAX: (302) 655-9329


February 28, 2006                                              **Via CM/ECF Filing**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

RE:    **Dobrich, et al. v. Walls, et al.**, Civil Action No. 05-120-JJF


Dear Judge Farnan:

      Last evening by a 9-0 vote the defendant School Board rejected the pending settlement proposal. I respectfully request that the Court now decide the following pending Motions. They are:

- Defendant Helms' Motion for Summary Judgment on the Board's Voluntary Prayer Policy, as Written (D.I. 60),

- Plaintiffs' Motion to Continue or Deny Defendant Helms' Motion (D.I. 63),

- Defendant Helms' Motion to Strike Portions of Plaintiffs' Reply Brief and Declaration for Failure to Comply with Local Rule 7.1.3 (D.I. 70),

- The Non-Helms Defendants' Motion to Strike the Complaint or Portions thereof (D.I. 30).

The Honorable Joseph J. Farnan, Jr.
February 28, 2006
Page 2


Respectfully submitted,

/s/ Thomas S. Neuberger

Attorney for Defendant Reginald L. Helms


cc: Stephen J. Neuberger, Esq. (via CM/ECF)
    John W. Whitehead, Esq. (via E-mail)
    Douglas McKusick, Esq. (via E-mail)
    Mr. Reginald L. Helms (via E-mail and U.S. Mail)
    John D. Balaguer, Esq. (via CM/ECF)
    John F. Cafferky, Esq. (via CM/ECF)
    William B. Porter, Esq. (via CM/ECF)
    Robert Scott Saunders, Esq. (via CM/ECF)

Helms \ Letters \ Farnan.03