**Blankingship✠Keith**ᵖᶜ

A. Hugo Blankingship, Jr.
John A. C. Keith
William H. Casterline, Jr.
Sarah Elizabeth Hall
Paul B. Terpak
David Rust Clarke
Peter S. Everett
David J. Gogal
Elizabeth Chichester Morrogh
Robert J. Stoney
Wm. Quinton Robinson
John F. Cafferky
William B. Porter
Gifford R. Hampshire

William L. Carey
Mary McGowan

Mark A. Towery, *Counsel*

Leah M. Garcia
Jennifer L. Redmond
Andrea D. Gemignani
Jeremy B. Root
Chidi I. James
Daniel Ortiz
Lisette Voyatzis
Leza M. Conliffe

Writer's direct dial: 703-279-7201
E-mail: JCafferky@Blankeith.com

February 28, 2006

<u>Via CM/ECF Filing</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
    for the District Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

      Re:    **<u>Dobrich, et al. v. Walls, et al.</u>**,
             Civil Action No. 05-120-JJF

Dear Judge Farnan:

    I wanted to report to the Court that at a special meeting last night, February 27, 2006 the Indian River School Board voted not to accept the settlement proposal which had been developed during the mediation process. At this time there is not a pending counterproposal.

    Mr. Balaguer (who is out of town until Monday) and I nonetheless want to commend the tireless efforts of Magistrate Judge Thynge in working with the parties and counsel over these months. Although the mediation has not achieved a resolution of the case, we have greatly appreciated her diligence, patience, creativity and good humor throughout the process.

                                Sincerely,

                                John F. Cafferky

cc:    Hon. Mary Pat Thynge, U.S. Magistrate Judge
        John D. Balaguer, Esq. (via electronic filing)
        Thomas J. Allingham, Esq. (via electronic filing)
        Thomas S. Neuberger, Esq. (via electronic filing)