IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-120-JJF |
| | : | |
| HARVEY L. WALLS, et al., | : | |
| | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, the above-captioned matter has been stayed to allow the parties to conduct mediation;

WHEREAS, by letter, the Court has been notified that mediation has not resulted in a settlement and the parties are ready to move forward (D.I. 80, 81)

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Scheduling Conference will be held on **Thursday, March 23, 2006 at 12:30 p.m.,** in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

2) The stay in the above-captioned case shall remain in effect until the Scheduling Conference.

March 9, 2006                           *Joseph J. Farnan Jr.*
DATE                                    UNITED STATES DISTRICT JUDGE