IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| Plaintiffs, | : | **REDACTED PUBLIC VERSION** |
| v. | : | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | CONFIDENTIAL VERSION FILED: March 13, 2006 |
| Defendants. | : | REDACTED VERSION FILED: March 17, 2006 |

## ORDER

Pursuant to Plaintiffs' Motion for Relief from Mediation Order dated March 13, 2006, Plaintiffs and their lawyers are granted relief from paragraph 7 (the "Confidentiality Provision") of the Court's June 20, 2005 Mediation Order (the "Mediation Order").

**REDACTED**

_____      _____
Date                          Mary Pat Thynge
                              United States Magistrate Judge