IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al., :
:
      Plaintiffs, :
:
v. : Civil Action No. 05-120-JJF
:
HARVEY L. WALLS, et al., :
:
      Defendants. :

## O R D E R

WHEREAS, by Order dated June 13, 2005 (D.I. 53), the Court referred this action to Magistrate Judge Thynge for mediation;

WHEREAS, the parties have been unable to resolve their disputes through the mediation process;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  The Order (D.I. 53) referring this case to mediation is **WITHDRAWN**.

2.  All Orders related to the mediation are extinguished and shall have no effect on this action going forward.

3.  Any applications for relief regarding alleged violations of the Orders that were in effect during the mediation shall be made to Magistrate Judge Thynge.

4.  Plaintiffs' Motion For Relief From The Mediation Order (D.I. 83) is **DENIED** as moot.

_March 24, 2006_
Date

_[signature]_
UNITED STATES DISTRICT JUDGE