ONE RODNEY SQUARE
BOX 636
WILMINGTON, DELAWARE 19899-0636

(302) 651-3000

March 31, 2006

**BY HAND AND E-FILE**

The Honorable Joseph J. Farnan, Jr.
844 North King Street
Lock Box 27
Wilmington, DE 19801

      Re:    <u>Dobrich, et al. v. Walls, et al., D. Del. 05 - 120</u>

Dear Judge Farnan:

      I am in receipt of today's letter from John D. Balaguer, as well as the letter from Stephen J. Neuberger and the attached affidavit from Reginald L. Helms.

      My clients and I would like to proceed according to the court's discretion pursuant to the order dated March 24, 2006, but today's correspondence from defense counsel appears to preclude the setting of a discovery schedule as yet. As Your Honor indicated at the scheduling conference, the issue of who represents the defendants must be resolved before this matter can proceed. After reading Mr. Balaguer's and Mr. Neuberger's letters, it does not appear that the matter of defendants' representation can be resolved without the Court's direction.

      Therefore, plaintiffs respectfully request that this Court extend the time to file an agreed scheduling order from March 31, 2006, until the issue regarding the defendants' representation is resolved.

The Honorable Joseph J. Farnan, Jr.
March 31, 2006
Page 2

       I am available at the Court's convenience for any hearing regarding the defendant's representation.

       Respectfully,

Thomas J. Allingham II (I.D. No. 476)
P.O. Box 636
Wilmington, Delaware 19899
Tel: (302) 651-3070
Fax: (302) 651-3001

cc:    John D. Balaguer, Esq. (By e-file)
       Thomas S. Neuberger, Esq. (By e-file)