IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| Plaintiffs, | : | |
| v. | : | No. 05-cv-00120-JJF |
| HARVEY L. WALLS, et al., | : | |
| Defendants. | : | |

## STIPULATION AND ORDER

Plaintiffs Mona Dobrich and Marco Dobrich, in their own right and as legal guardians of Alexander Dobrich, and John Doe and Jane Doe, in their own right and as legal guardians of Jordan Doe and Jamie Doe, and defendants Indian River School District and Indian River School Board respectfully submit this Stipulation and Order to the Court for its approval pursuant to Federal Rule of Civil Procedure 6(B). On March 24, 2006, this Court ordered discovery in this case to be divided between: (1) the constitutionality of the School Board's prayer policy as written and as applied (the "School Board Prayer Issue"); and (2) all remaining issues (the "Remaining Issues"). On April 7, 2006, the parties submitted to the Court a scheduling order for discovery on the School Board Prayer Issue to resolve the parties differences as to some of the terms in that order.

2

The parties are in the process of negotiating a scheduling order for the Remaining Issues, and respectfully request that the Court extend the deadline to file the scheduling order on the Remaining Issues from April 19, 2006 until April 26, 2006.

Stipulated and Agreed:

_/s/ Robert Saunders /RSH_
Thomas J. Allingham II (#476)
Robert S. Saunders (#3027)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-636
(302) 651-3000
  Counsel for Plaintiffs

_/s/ J.D. Balaguer_
John D. Balaguer (#2537)
White and Williams LLP
824 N. Market Street
P.O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424
  Counsel for Defendants

SO ORDERED this ___ day of April, 2006.

_____
UNITE STATES DISTRICT JUDGE

2

452971.01-Wilmington Server 1A