IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : No. 05-cv-00120-JJF |
| | : |
| HARVEY L. WALLS, et al., | : |
| | : |
| Defendants. | : |

**NOTICE OF SERVICE**

The undersigned counsel, as attorneys for plaintiffs, certifies that Plaintiffs' Interrogatories Directed to Defendants and Plaintiffs' First Request for the Production of Documents from Defendants Indian River School District and Indian River School Board were served on the following counsel of record together with this Notice of Service on the 20th day of April, 2006 by CM/ECF:

John D. Balaguer, Esquire
White & Williams
824 Market St., Suite 902
Wilmington, Delaware  19801

Stephen J. Neuberger, Esquire
Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East 7th St., Suite 302
Wilmington, Delaware  19801

                By: ___/s/ Richard S. Horvath, Jr.___
Thomas J. Allingham II (#0476)
Robert S. Saunders (#3027)
Richard S. Horvath, Jr. (#4558)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorneys for Plaintiffs

DATED: April 20, 2006