# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

| | |
|---|---|
| THOMAS S. NEUBERGER, ESQUIRE | PHONE: (302) 655-0582 |
| STEPHEN J. NEUBERGER, ESQUIRE | FAX: (302) 655-9329 |

April 21, 2006                                                              **Via CM/ECF Filing**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

RE:   **Dobrich, et al. v. Walls, et al.**, Civil Action No. 05-120-JJF

Dear Judge Farnan:

      I write in reference to D.I. 95, which the Court signed yesterday.

      For purpose of the record, I wish to note that although D.I. 95 purports to be a Joint Stipulation, neither myself nor my client were advised of or consulted regarding it.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Defendant Reginald L. Helms

cc:   Thomas S. Neuberger, Esq. (via CM/ECF)
      John W. Whitehead, Esq. (via E-mail)
      John D. Balaguer, Esq. (via CM/ECF)
      Robert Scott Saunders, Esq. (via CM/ECF)

Helms \ Letters \ Farnan.06