IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-120-JJF |
| THE INDIAN RIVER SCHOOL DISTRICT, et al., | : |
| Defendants. | : |

### O R D E R

At Wilmington, this 28 day of April 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the request by Defendant Reginald L. Helms to have counsel separate from counsel retained by the School Board litigate issues in this action independently on behalf of Mr. Helms is **DENIED**.

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE