## CERTIFICATE OF SERVICE

I, Richard S. Horvath, Jr., hereby certify that on May 1, 2006, I electronically filed the Notice of Deposition of Susan S. Bunting with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

### By CM/ECF

John D. Balaguer, Esq.
White & Williams
824 Market St., Suite 902
Wilmington, DE 19801

/s/ Richard S. Horvath, Jr.
Richard S. Horvath, Jr. (I.D. No. 4558)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
rhorvath@probonolaw.com

417563.01-Wilmington S1A