IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
|       Plaintiffs, | : |
|       v. | :   No. 05-cv-00120-JJF |
| HARVEY L. WALLS, et al., | : |
|       Defendants. | : |

**TO:**   **John M. Evans**
**Indian River School Board**
**c/o John D. Balaguer, Esq.**
**White and Williams LLP**
**824 North Market Street, Suite 902**
**P.O. Box 709**
**Wilmington, DE 19899-0709**
**(302) 467-4501**

## NOTICE OF DEPOSITION OF JOHN M. EVANS

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Civil Procedure 30 and 34, plaintiffs, Mona Dobrich, Marco Dobrich, Alexander Dobrich, Jane Doe, John Doe, Jordan Doe and Jamie Doe, by and through their attorneys of record, will take the deposition upon oral examination of John M. Evans, a member of the Indian River School Board, at 9:30 a.m. on May 31, 2006, before a notary public or other person authorized to administer oaths. The deposition will take place at One Rodney Square, 7th Floor, Wilmington, Delaware 19801. John M. Evans will produce the documents identified and described in Attachment "A" hereto. The deposition will be recorded stenographically and may be recorded by videotape and by instant visual display using LiveNote software.

This deposition will continue from day to day until completed.

                                                /s/ *signature*
                                       Thomas J. Allingham II (# 0476)
                                       Robert S. Saunders (# 3027)
                                       Richard S. Horvath, Jr. (#4558)
                                       One Rodney Square
                                       P.O. Box 636
                                       Wilmington, DE  19899
                                       Attorneys for Plaintiffs

DATED: May 1, 2006