IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al.,                  :
                                       :
              Plaintiffs,              :
                                       :
       v.                              :    No. 05-cv-00120-JJF
                                       :
HARVEY L. WALLS, et al.,               :
                                       :
              Defendants.              :

TO:    **Donald G. Hattier**
       **Indian River School Board**
       **c/o John D. Balaguer, Esq.**
       **White and Williams LLP**
       **824 North Market Street, Suite 902**
       **P.O. Box 709**
       **Wilmington, DE 19899-0709**
       **(302) 467-4501**

## NOTICE OF DEPOSITION OF DONALD G. HATTIER

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Civil Procedure 30 and

34, plaintiffs, Mona Dobrich, Marco Dobrich, Alexander Dobrich, Jane Doe, John Doe, Jordan

Doe and Jamie Doe, by and through their attorneys of record, will take the deposition upon oral

examination of Donald G. Hattier, a member of the Indian River School Board, at 9:30 a.m. on

May 25, 2006, before a notary public or other person authorized to administer oaths.  The

deposition will take place at One Rodney Square, 7th Floor, Wilmington, Delaware 19801.

Donald G. Hattier will produce the documents identified and described in Attachment "A"

hereto.  The deposition will be recorded stenographically and may be recorded by videotape and

by instant visual display using LiveNote software.

This deposition will continue from day to day until completed.

Richard S. Horvath, Jr.

Thomas J. Allingham II (# 0476)
Robert S. Saunders (# 3027)
Richard S. Horvath, Jr. (#4558)
One Rodney Square
P.O. Box 636
Wilmington, DE  19899
Attorneys for Plaintiffs

DATED:  May 1, 2006