IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al.,                    :
                                         :
                    Plaintiffs,          :
                                         :
         v.                              :        No. 05-cv-00120-JJF
                                         :
HARVEY L. WALLS, et al.,                 :
                                         :
                    Defendants.          :

**TO:    Janet Hearn**
       **Indian River School District**
       **c/o John D. Balaguer, Esq.**
       **White and Williams LLP**
       **824 North Market Street, Suite 902**
       **P.O. Box 709**
       **Wilmington, DE 19899-0709**
       **(302) 467-4501**

### NOTICE OF DEPOSITION OF JANET HEARN

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Civil Procedure 30 and

34, plaintiffs, Mona Dobrich, Marco Dobrich, Alexander Dobrich, Jane Doe, John Doe, Jordan

Doe and Jamie Doe, by and through their attorneys of record, will take the deposition upon oral

examination of Janet Hearn, an employee of the Indian River School District and the secretary

for Lois M. Hobbs, at 9:30 a.m. on May 25, 2006, before a notary public or other person

authorized to administer oaths. The deposition will take place at One Rodney Square, 7th Floor,

Wilmington, Delaware 19801. Janet Hearn will produce the documents identified and described

in Attachment "A" hereto. The deposition will be recorded stenographically and may be

recorded by videotape and by instant visual display using LiveNote software.

This deposition will continue from day to day until completed.

Thomas J. Allingham II (# 0476)
Robert S. Saunders (# 3027)
Richard S. Horvath, Jr. (#4558)
One Rodney Square
P.O. Box 636
Wilmington, DE  19899
Attorneys for Plaintiffs

DATED:  May 1, 2006