IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE, <br><br> Plaintiffs, <br><br> v. <br><br> HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATTIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT, <br><br> Defendants. | C.A. No. 05-120 JJF <br><br><br> TRIAL BY JURY OF TWELVE DEMANDED <br><br><br> E-FILED |

## NOTICE OF SERVICE

Please take notice that on this 3rd day of May, 2006, true and correct copies of **Defendants Indian River School Board and Indian River School District's First Interrogatories to Plaintiffs** were hand delivered to the following:

Thomas J. Allingham II, Esquire
Robert S. Saunders, Esquire
One Rodney Square, P.O. Box 636
Wilmington, Delaware, 19899
*Counsel for Plaintiffs*

- 2 -

                    **WHITE and WILLIAMS LLP**

                    */s/ John D. Balaguer*

JOHN D. BALAGUER (Bar I.D. 2537)
WILLIAM L. DOERLER (Bar ID #3627)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4501
*Attorney for Defendants, Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hattier, M. Elaine McCabe, Lois Hobbs, Earl Savage, The Indian River School Board and The Indian River School District*