IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MONA DOBRICH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-cv-00120-JJF |
| | ) | |
| HARVEY L. WALLS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

I, William L. Doerler, Esquire, do hereby certify that on the the 12th day of May, 2006, a copy of the foregoing **DEFENDANTS INDIAN RIVER SCHOOL BOARD AND INDIAN RIVER SCHOOL DISTRICT'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** were delivered via First Class Mail, postage prepaid and/or E-File and Serve upon:

Thomas J. Allingham, II, Esquire
Robert S. Saunders, Esquire
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

**WHITE and WILLIAMS LLP**

JOHN D. BALAGUER (Bar I.D. 2537)
WILLIAM L. DOERLER (#3627)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
(302) 467-4501
*Attorney for Defendants, Harvey L. Walls,
Mark A. Isaacs, John M. Evans, Richard H.
Cohee, Gregory A. Hastings, Nina Lou
Bunting, Charles M. Bireley, Donald G.
Hattier,  M. Elaine McCabe, Lois Hobbs,
Earl Savage, The Indian River School Board
and The Indian River School District*

5/15/06

DOCS_DE 125986v.1