UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE,<br><br>    Plaintiffs,<br><br>    v.<br><br>HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civ. Action No. 05-cv-00120-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF APPEARANCE AND**
**<u>DEMAND FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that the above-captioned defendants hereby appear through

their undersigned counsel, DRINKER BIDDLE & REATH LLP, and demands service of all

notices and papers herein upon:

DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254
Attn: Warren T. Pratt, Esquire
Telephone: 302-467-4200
Facsimile: 302-467-4201

WM\5738\1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, and orders, whether written or oral, formal or informal, however transmitted.

Dated: May 16, 2006

/s/ Warren T. Pratt
Warren T. Pratt (DE 4334)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254
Telephone: 302-467-4200
Facsimile: 302-467-4201

*Of Counsel:*

Stephen C. Baker
Jason P. Gosselin
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

Attorneys for the Defendants