# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE, | : : : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civ. Action No. 05-cv-00120-JJF |
| HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT, | : : : : : : : : : : : : : : : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Warren T. Pratt, hereby certify that on the date set forth below I caused a true and correct copy of the ***Notice of Appearance and Demand for Service of Papers*** to be served upon the following in the manner indicated:

***Hand Delivery***
Robert Scott Saunders
Thomas J. Allingham, II, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

WM\5738\1

***Hand Delivery***
John D. Balaguer, Esq.
White & Williams
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

***First Class Mail***
Stephen J. Neuberger, Esq.
Thomas S. Neuberger, Esq.
The Neuberger Firm, P.A.
2 East 7th Street, Suite 302
Wilmington, DE 19801

***First Class Mail***
John F. F. Cafferky, Esq.
Blankingship & Keith
4020 University Drive, Suite 300
Fairfax, VA 22030

Dated: May 16, 2006

/s/  Warren T. Pratt
Warren T. Pratt (DE 4334)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, Delaware  19801-1254
Telephone: 302-467-4200
Facsimile:  302-467-4201

Attorneys for the Defendants