UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE,

 Plaintiffs,

v.

HARVEY L. WALLS, MARK A. ISAACS, JOHN M. EVANS, RICHARD H. COHEE, GREGORY A. HASTINGS, NINA LOU BUNTING, CHARLES M. BIRELEY, DONALD G. HATIER, REGINALD L. HELMS, M. ELAINE McCABE, individually and as members of the Indian River School Board, LOIS M. HOBBS, individually and as District Superintendent, EARL J. SAVAGE, individually and as Assistant District Superintendent, THE INDIAN RIVER SCHOOL BOARD and THE INDIAN RIVER SCHOOL DISTRICT,

 Defendants.

Civ. Action No. 05-cv-00120-JJF

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Local Rule 83.5, and the attached certifications, counsel for the defendants moves the admission *pro hac vice* of Jason P. Gosselin, of the law firm Drinker Biddle & Reath LLP, 18th and Cherry Sts., Philadelphia, Pennsylvania 19103 to represent the defendants in this matter.

Dated: May 16, 2006

Respectfully submitted,

_____
Warren Pratt (DE Bar I.D. #4334)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Suite 1000
Wilmington, DE 19801-1243
(302) 467-4200
(302) 467-4201 fax

## COUNSEL'S CERTIFICATION TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

By: _____
Jason P. Gosselin
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

## ORDER

Motion granted

BY THE COURT:

Dated:_____

_____
Judge Joseph J. Farnan, Jr.