IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HARVEY L. WALLS, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-cv-00120-JJF |

**NOTICE OF SERVICE**

    I, William L. Doerler, Esquire, do hereby certify that on the 15th day of May, 2006, a copy of the foregoing **DEFENDANTS INDIAN RIVER SCHOOL BOARD AND INDIAN RIVER SCHOOL DISTRICT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES** were delivered via First Class Mail, postage prepaid and/or E-File and Serve upon:

Thomas J. Allingham, II, Esquire
Robert S. Saunders, Esquire
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

                              WHITE and WILLIAMS LLP

                              JOHN D. BALAGUER (Bar I.D. 2537)
                              WILLIAM L. DOERLER (#3627)
                              824 North Market Street, Suite 902
                              P.O. Box 709
                              Wilmington, DE 19899-0709
                              (302) 467-4501
                              *Attorney for Defendants, Harvey L. Walls, Mark A. Isaacs, John M. Evans, Richard H. Cohee, Gregory A. Hastings, Nina Lou Bunting, Charles M. Bireley, Donald G. Hattier, M. Elaine McCabe, Lois Hobbs, Earl Savage, The Indian River School Board and The Indian River School District*

Dated: 5/16/06