IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al.,               :
                                    :
    Plaintiffs,                     :
                                    :
    v.                              : Civ. Action No. 05-cv-00120-JJF
                                    :
HARVEY L. WALLS, et al.,            : E-FILED
                                    :
    Defendants.                     :

## SUBSTITUTION OF COUNSEL FOR DEFENDANTS

Please enter the appearance of Warren Pratt and withdraw the appearance of John D. Balaguer and John F. Cafferky for the Defendants in this matter.

_____
Warren Pratt (DE Bar I.D. #4334)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Suite 1000
Wilmington, DE 19801-1243
(302) 467-4200
(302) 467-4201 fax

_____
John D. Balaguer (DE Bar I.D. #2537)
WHITE AND WILLIAMS LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4501

_____
John F. Cafferky (Pro Hac Vice)
BLANKINGSHIP & KEITH
4020 University Drive, Suite 300
Fairfax, VA 22030
(703) 691-1235

DOCS_DE 126148v.1