IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al.,            :
                                 :
         Plaintiffs,             :
                                 :
    v.                           :   Civil Action No. 05-120-JJF
                                 :
THE INDIAN RIVER SCHOOL          :
DISTRICT, et al.,                :
                                 :
         Defendants.             :

### ERRATA ORDER

WHEREAS, the Court issued a Memorandum Opinion dated May 2, 2006 (D.I. 114), containing a typographical error;

NOW THEREFORE, IT IS HEREBY ORDERED that the Memorandum Opinion is corrected so that the case citation to <u>Bender v. Williamsport Area School District</u> reads "<u>Bender v. Williamsport Area School District</u>, 475 U.S. 534, 544 (1986)."

June 2, 2006                          _____
   Date                               UNITED STATES DISTRICT JUDGE