IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-120-JJF |
| : | |
| THE INDIAN RIVER SCHOOL : | |
| DISTRICT, et al., : | |
| : | |
| Defendants. : | |

### O R D E R

At Wilmington, this __2__ day of June 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant Reginald L. Helms' Motion To Reconsider The Court's April 28, 2006 Order (D.I. 117) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE