IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MONA DOBRICH, et al., | x |
| Plaintiffs, | |
| v. | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | |
| Defendants. | X |

## ORDER

Pursuant to Plaintiffs' Motion for Leave to File First Amended Complaint dated June 2, 2006, it is hereby ordered this ___ day of June, 2006, that:

1. Plaintiffs' Motion for Leave to File First Amended Complaint is GRANTED;

2. Samantha Dobrich shall join this action as a plaintiff; and

3. Plaintiffs' First Amended Complaint shall be deemed filed as of June 2, 2006.

_____   _____
Date                       UNITED STATES DISTRICT JUDGE

448291.01-Wilmington Server 1A - MSW