**CERTIFICATE OF SERVICE**

I, Richard S. Horvath, Jr., hereby certify that on June 2, 2006, I electronically filed Plaintiffs' First Amended Complaint with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

**By CM/ECF**

Warren Pratt, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street
Suite 1000
Wilmington, DE 19801-1243

Thomas S. Neuberger, Esq.
Stephen J. Neuberger, Esq.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

/s/ Richard S. Horvath, Jr.
Richard S. Horvath, Jr. (I.D. No. 4558)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
rhorvath@probonolaw.com