IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 05-cv-00120-JJF |
| | : | |
| HARVEY L. WALLS, et al., | : | |
| | : | |
| Defendants. | : | |

## LOCAL CIVIL RULE 16.5 CERTIFICATION

I hereby certify that on June 6, 2006, pursuant to Local Civil Rule 16.5, I sent a copy of the foregoing Unopposed Motion to Extend Phase I Discovery Deadline to my clients, Defendants Indian River School Board and Indian River School District.

/s/ Warren T. Pratt

Warren T. Pratt (DE Bar I.D. #4334)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
(302) 467-4200
(302) 467-4201 fax
warren.pratt@dbr.com

*Attorneys for the Defendants*