**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MONA DOBRICH, et al.,                              :
                                                   :
        Plaintiffs,                          :
                                                   :
        v.                                   :    CIVIL ACTION NO. 05-cv-00120-JJF
                                                   :
HARVEY L. WALLS, et al.,                           :
                                                   :
        Defendants.                          :

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2006, I electronically filed the foregoing Unopposed

Motion to Extend Phase I Discovery Deadline and Local Civil Rule 16.5 Certification with the

Clerk of the Court using CM/ECF which will send notification of such filing to the following:

        Robert Scott Saunders, Esq. (rsaunder@skadden.com)
        Thomas J. Allingham, II, Esq. (tallingh@skadden.com)
        Skadden Arps Slate Meagher & Flom, LLP
        One Rodney Square
        P.O. Box 636
        Wilmington, DE 19899
        (302) 651-3000
        *Attorneys for the Plaintiffs*

                                           /s/ Warren T. Pratt

                           Warren T. Pratt (DE Bar I.D. #4334)
                           DRINKER BIDDLE & REATH LLP
                           1100 N. Market Street, Suite 1000
                           Wilmington, DE  19801-1243
                           (302) 467-4200
                           (302) 467-4201 fax
                           warren.pratt@dbr.com

                           *Attorneys for the Defendants*