IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-120 JJF |
| THE INDIAN RIVER SCHOOL DISTRICT, et al., | : |
| Defendants. | : |

**O R D E R**

WHEREAS, in its June 1, 2006 Scheduling Order, the Court provided for two discovery dispute conferences on the Remaining Issues in the above-captioned matter (D.I. 129);

NOW THEREFORE, IT IS HEREBY ORDERED that, if necessary a Conference will be held on **Thursday, September 7, 2006 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware. Counsel for the parties shall file a statement of issues to be addressed by Tuesday, September 5, 2006.

IT IS FURTHER ORDERED that a second Conference, if needed, will be held on **Thursday, November 16, 2006 at 1:00 p.m.** Counsel for the parties shall file a statement of issues to be addressed by Tuesday, November 14, 2006.

June 7, 2006
DATE

UNITED STATES DISTRICT JUDGE