IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al., :
:
    Plaintiffs, :
:
v. : CIVIL ACTION NO. 05-cv-00120-JJF
:
HARVEY L. WALLS, et al., :
:
    Defendants. :

## ORDER

AND NOW, this ___8___ day of June, 2006, upon consideration of Defendants' Unopposed Motion to Extend Phase I Discovery Deadline, IT IS HEREBY ORDERED that said motion is GRANTED and the parties shall have until July 28, 2006, to complete discovery related to the constitutionality of the Indian River School Board's Prayer Policy, as written and as applied.

                                                                Joseph J. Farnan, Jr., U.S.D.J.