IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 05-cv-00120-JJF |
| | : | |
| HARVEY L. WALLS, et al., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

On June 2, 2006, Plaintiffs filed their Motion for Leave to File First Amended Complaint (D.I. 133). Defendants hereby state that they do not oppose this motion.[1]

Dated: June 21, 2006

Respectfully submitted,

/s/ Warren T. Pratt
Warren T. Pratt (DE Bar I.D. #4334)
Jason P. Gosselin (*pro hac vice*)
Jarrod D. Shaw (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Attorneys for the Defendants*

---

[1] While Defendants did consent verbally to the addition of Samantha Dobrich as a plaintiff, *see* Pls.' Mot. for Leave ¶ 8, Defendants were never furnished with a copy of the motion or the amended complaint prior to filing by Plaintiffs. Thus Defendants had no opportunity to provide written consent to the motion, nor to review the various other factual allegations added by the amended complaint. Defendants also wish to declare that, in declining to oppose this motion, they expressly do not waive any affirmative defenses, counterclaims, or grounds for dismissal that may be asserted in response to the amended complaint once it is filed.