IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. 05-cv-00120-JJF |
| : | |
| HARVEY L. WALLS, et al., : | |
| : | |
| Defendants. : | |

## **ORDER**

AND NOW, this _____ day of June, 2006, upon consideration of Plaintiffs' Motion for Leave to File First Amended Complaint, IT IS HEREBY ORDERED that the motion is GRANTED, that Samantha Dobrich shall be joined as a plaintiff in this action, and that the Plaintiffs' First Amended Complaint shall be filed by the Clerk forthwith.

                                                        Joseph J. Farnan, Jr., U.S.D.J.

WM\5865\1