IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 05-cv-00120-JJF |
| | : | |
| HARVEY L. WALLS, et al., | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2006, I electronically filed the foregoing ***Defendants' Response to Plaintiffs' Motion for Leave to File First Amended Complaint*** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

    Robert Scott Saunders, Esq.
    (rsaunder@skadden.com)
    Thomas J. Allingham, II, Esq.
    (tallingh@skadden.com)
    Skadden Arps Slate Meagher & Flom, LLP
    One Rodney Square
    Wilmington, DE 19899
    Attorneys for the Plaintiffs

Dated: June 21, 2006

Respectfully submitted,

/s/ Warren T. Pratt
Warren T. Pratt (DE Bar I.D. #4334)
Jason P. Gosselin (*pro hac vice*)
Jarrod D. Shaw (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

*Attorneys for the Defendants*

WM\5865\1