IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., : | |
| Plaintiffs, : | |
| v. : | No. 05-cv-00120-JJF |
| HARVEY L. WALLS, et al., : | |
| Defendants. : | |

## STIPULATION AND ORDER

Plaintiffs Mona Dobrich and Marco Dobrich, in their own right and as legal guardians of Alexander Dobrich, and John Doe and Jane Doe, in their own right and as legal guardians of Jordan Doe and Jamie Doe, and defendants Indian River School District and Indian River School Board respectfully submit this Stipulation and Order to the Court for its approval pursuant to Federal Rule of Civil Procedure 6(b). On June 1, 2006, the Court ordered the parties to submit a jointly negotiated confidentiality order governing disclosure of the Does' identities by June 21, 2006.

The parties are in the process of negotiating that confidentiality order, and respectfully request that the Court extend the deadline to file that order, or separately submit proposed confidentiality orders, from June 21, 2006 until June 23, 2006.

*/s/ Richard S. Horvath, Jr.*
_____
Richard S. Horvath, Jr. (I.D. No. 4558)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-636
(302) 651-3000
   Counsel for Plaintiffs

*/s/*
_____
Warren T. Pratt (I.D. No. 4334)
Jason P. Gosselin (*pro hac vice*)
Jarrod D. Shaw (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Suite 1000
Wilmington, DE 19801-1234
(302) 467-4200
   Counsel for Defendants

SO ORDERED this ___ day of June, 2006.

_____
UNITE STATES DISTRICT JUDGE