IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al., :
:
       Plaintiffs, :
:
v. : Civil Action No. 05-120-JJF
:
THE INDIAN RIVER SCHOOL :
DISTRICT, et al., :
:
       Defendants. :

### O R D E R

WHEREAS, Plaintiffs have filed a Motion For Leave To File First Amended Complaint (D.I. 133);

WHEREAS, Defendants have provided their written consent to the filing (D.I. 138) pursuant to Federal Rule of Civil Procedure 15(a);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion For Leave To File First Amended Complaint (D.I. 133) is **GRANTED**.

2. The First Amended Complaint (D.I. 134) is deemed filed.

June 22, 2006
Date

UNITED STATES DISTRICT JUDGE