IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MONA DOBRICH, et al.,<br><br>  Plaintiffs,<br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT, et al.,<br><br>  Defendants. | Case No. 05-cv-00120-JJF |

### AFFIDAVIT OF SERVICE

I, Richard S. Horvath, Jr., hereby certify that on the 26th day of June, 2006, I caused the **Plaintiffs' Response to Defendants Indian River School Board And Indian River School District's First Interrogatories to Plaintiffs** to be served on the parties listed on Exhibit A attached hereto, by hand delivery.

_____
Richard S. Horvath, Jr.

EXHIBIT A

Case No. 05-cv-00120-JJF
Service List

Warren Thomas Pratt, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street
Suite 1000
Wilmington, DE 19801
Tel: 302-467-4224
Fax: 302-467-4201