IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MONA DOBRICH, et al., | x<br>:<br>: |
| Plaintiffs, | : |
| v. | : Case No. 05-cv-00120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : |
| Defendants. | :<br>:<br>x |

AFFIDAVIT OF SERVICE

      I, Richard S. Horvath, Jr., hereby certify that on the 26th day of June, 2006, I caused the **Plaintiffs' Response to Defendants Indian River School Board And Indian River School District's First Request for Production of Documents to Plaintiffs** to be served on the parties listed on Exhibit A attached hereto, by hand delivery.

                                                   */s/ Richard S. Horvath, Jr.*
                                                    Richard S. Horvath, Jr.

## EXHIBIT A

Case No. 05-cv-00120-JJF
<u>Service List</u>

Warren Thomas Pratt, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street
Suite 1000
Wilmington, DE 19801
Tel: 302-467-4224
Fax: 302-467-4201