IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 05-cv-00120-JJF |
| | : | |
| HARVEY L. WALLS, et al., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SERVICE**

I, Warren T. Pratt, do hereby certify that on the 26th day of June, 2006, I caused a true and correct copy of ***Defendants Indian River School Board and Indian River School District's Amended Responses to Plaintiffs' First Request for Production of Documents*** to be served via overnight mail, first-class mail, and e-mail to:

> Thomas J. Allingham, II, Esquire (overnight mail and e-mail)
> Robert S. Saunders, Esquire (first-class mail and e-mail)
> Richard S. Horvath, Jr., Esquire (first-class mail and e-mail)
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899
> *Attorneys for the Plaintiffs*

Dated: June 27, 2006

/s/ Warren T. Pratt
Warren T. Pratt (DE Bar I.D. #4334)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Attorneys for the Defendants*