IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MONA DOBRICH, et al., | x |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : |
| Defendants. | : |
|  | x |

## ORDER

WHEREAS, Plaintiffs have filed a Motion For Leave to File First Amended Complaint (D.I. 133);

WHEREAS, Defendants have provided their written consent to the filing (D.I. 138) pursuant to Federal Rule of Civil Procedure 15(a);

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion For Leave To File First Amended Complaint (D.I. 133) is **GRANTED**.

2. The First Amended Complaint (D.I. 134) is deemed filed as of June 2, 2006.

3. The time for Defendants to respond to the First Amended Complaint is deemed to commence June 22, 2006.

_____                    _____
Date                                                                                    UNITED STATES DISTRICT JUDGE