IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al., :
　　　　　　　　　　　　　　　　:
　　　　　Plaintiffs,　　　　:
　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　: Civil Action No. 05-120-JJF
　　　　　　　　　　　　　　　　:
HARVEY L. WALLS, et al., :
　　　　　　　　　　　　　　　　:
　　　　　Defendants.　　　　:

### AMENDED ORDER

WHEREAS, by Order dated June 22, 2006 (D.I. 140), the Court granted Plaintiff's unopposed Motion For Leave To File First Amended Complaint (D.I. 133);

WHEREAS, it has come to the Court's attention that the Court's Order omitted the date that the First Amended Complaint should be deemed filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Court's June 22, 2006 Order is amended to read as follows:

　　1.　Plaintiffs' Motion For Leave To File First Amended Complaint (D.I. 133) is **GRANTED**.

　　2.　The First Amended Complaint (D.I. 134) is deemed filed as of June 2, 2006.

　　3.　The time for Defendants to respond to the First Amended Complaint is deemed to commence June 22, 2006.

　　__June 29, 2006__　　　　　　　　__/s/ Joseph J. Farnan__
　　　　Date　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE