IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| Plaintiffs, | : |
| v. | : No. 05-cv-00120-JJF |
| INDIAN RIVER SCHOOL DISTrICT, et al., | : |
| Defendants. | : |

**NOTICE OF SERVICE**

The undersigned, as counsel for Plaintiffs, certifies that on July 12, 2006, copies of Plaintiffs' Supplemental Interrogatories Directed to Defendants were served by hand delivery on the following counsel:

Warren Thomas Pratt, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street
Suite 1000
Wilmington, Delaware 19801

By: *Richard S. Horvath, Jr.*
Richard S. Horvath, Jr. (#4558)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorneys for Plaintiffs

DATED: July 12, 2006

462321.01-Wilmington S1A