IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al. | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 05-cv-00120-JJF |
| HARVEY L. WALLS, et al. | : |
| Defendants. | : |

### NOTICE OF SERVICE

I hereby certify that on July 26, 2006, I caused a true and correct copy of ***DEFENDANTS INDIAN RIVER SCHOOL BOARD AND INDIAN RIVER SCHOOL DISTRICT'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUPPLEMENTAL INTERROGATORIES*** to be served upon the following in the manner indicated:

***Via Overnight Mail and E-Mail***
Thomas J. Allingham, II, Esq. (tallingh@skadden.com)
Robert Scott Saunders, Esq. (rsaunder@skadden.com)
Richard S. Horvath, Jr., Esq. (rhorvath@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Dated: July 27, 2006

/s/ Warren T. Pratt
Warren T. Pratt (DE 4334)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254
Telephone: 302-467-4200
Facsimile: 302-467-4201

Attorneys for the Defendants

WM\5969\2