IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MONA DOBRICH, et al., | x : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : : | |
| Defendants. | : X | |

## UNOPPOSED MOTION TO EXTEND DISCOVERY ON THE SCHOOL BOARD PRAYER ISSUE AND TO STAY COMMENCEMENT OF DISCOVERY ON THE REMAINING ISSUES

Plaintiffs move this Court for an order extending the deadline for completion of discovery related to the constitutionality of the Indian River School Board's Prayer Policy as written and as applied (the "School Board Prayer Issue") and all remaining issues (the "Remaining Issues").

1. On March 31, 2006, the Court issued a Scheduling Order for Discovery Pertaining to the Indian River School Board's Prayer Policy (D.I. 128). That order set a deadline for completion of discovery on the School Board Prayer Issue by June 22, 2006. In that same order, the Court required all dispositive motions to be served and filed with an opening brief on July 21, 2006.

2. On June 1, 2006, the Court issued a Scheduling Order for Issues Other than the Indian River School Board's Prayer Policy (D.I. 129). That order set discovery on the Remaining Issues to commence on June 26, 2006.

3. On June 8, 2006, the Court issued an order (D.I. 137) extending the deadline for completion of discovery on the School Board Prayer Issue until July 28, 2006.

4. On June 19, 2006, Plaintiffs and Defendants agreed to delay serving discovery requests related to discovery on the Remaining Issues until July 31, 2006.

5. On June 26, 2006, Defendants responded to Plaintiffs' Interrogatories Directed to Defendants (the "Interrogatories") and Plaintiffs' First Request for the Production of Documents from Defendants Indian River School District and Indian River School Board (the "Document Requests") (D.I. 147).

6. On June 28, 2006, Plaintiffs sent Defendants a letter requesting Defendants to supplement their responses to the Interrogatories and the Document Requests.

7. On July 17, 2006, Defendants responded to Plaintiffs' June 28, 2006 letter. Because the parties have been unable to reach agreement as to whether Defendants have fully responded to the Interrogatories and the Document Requests, Plaintiffs have undertaken to prepare and file by July 28, 2006, motions to compel (the "Motions to Compel") full and complete responses to the Interrogatories and Document Requests.

8. To date, and as a result of the disputes regarding document discovery and interrogatories described above, neither Plaintiffs nor Defendants have taken any depositions.

9. Because of the ongoing discovery dispute, Plaintiffs need additional time to complete discovery on the School Board Prayer Issue.

10. Pursuant to Local Rule 7.1.1, counsel for Plaintiffs has reached an agreement with counsel for Defendants to extend the deadline for completion of discovery on the School Board Prayer Issue until forty-five (45) days after the Motions to Compel are resolved. Counsel for Plaintiffs and counsel for Defendants have also agreed to extend the deadline to file

and serve all dispositive motions with an opening brief on the School Board Prayer Issue until seventy-five (75) days after the Motions to Compel are resolved. Finally, counsel for Plaintiffs and counsel for Defendants have agreed to extend commencement of and all other deadlines for discovery on the Remaining Issues for forty-nine (49) days after the Motions to Compel are resolved.

WHEREFORE, Plaintiffs respectfully request that this Court grant their unopposed motion to extend: (i) the deadline for completion of discovery on the School Board Prayer Issue until forty-five (45) days after resolution of the Motions to Compel; (ii) the deadline for Plaintiffs and Defendants to file and serve all dispositive motions with an opening brief on the School Board Prayer Issue until seventy-five (75) days after the Motions to Compel are resolved; and (iii) the commencement of, and all other deadlines for, discovery on the Remaining Issues until forty-nine (49) days after the Motions to Compel are resolved.

Thomas J. Allingham II (I.D. No. 476)
Richard S. Horvath, Jr. (I.D. No. 4558)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
Attorneys for Plaintiffs

DATED: July 27, 2006

463522.01-Wilmington Server 1A - MSW