## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | x | |
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-120-JJF |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants. | : | |
| | x | |

### LOCAL RULE 16.5 CERTIFICATION

I, Richard S. Horvath, Jr., hereby certify that on July 27, 2006, pursuant to Local Civil Rule 16.5, I sent a copy of Plaintiffs' Unopposed Motion to Extend Discovery on the School Board Prayer Issue and to Stay Commencement of Discovery on the Remaining Issues to my clients, Plaintiffs Mona Dobrich, Marco Dobrich, Samantha Dobrich, Alexander Dobrich, John Doe, Jane Doe, Jordan Doe and Jamie Doe.

Richard S. Horvath, Jr. (#4558)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorney for Plaintiffs

DATED: July 27, 2006