IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al.,     x
    :
         Plaintiffs,    :
    :
v.     :    Civil Action No. 05-120-JJF
    :
INDIAN RIVER SCHOOL DISTRICT, et al.,   :
    :
         Defendants.    :
    x

## ORDER

Plaintiffs' Motion to Compel Responses to Request Nos. 1, 2, 9, 13, 18 & 19 Directed to Defendants, dated July 31, 2006, is hereby granted.

IT IS SO ORDERED.

_____         _____
DATE                                              UNITED STATES DISTRICT JUDGE