IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | |
| Defendants. | : | |

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to Local Rule 7.1.1, attorneys for plaintiffs state that they have made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in Plaintiffs' Motion to Compel Responses to Request Nos. 5, 6, 7, 8 & 17 Directed to Defendants, but have been unable to do so.

/s/ Richard S. Horvath, Jr.
Richard S. Horvath, Jr. (#4558)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorney for Plaintiffs

DATED: July 31, 2006