IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MONA DOBRICH, et al., | x<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | :<br>: |
| Defendants. | :<br>:<br>x |

## ORDER

Plaintiffs' Motion to Compel Responses to Request Nos. 5, 6, 7, 8 & 17 Directed to Defendants, dated July 31, 2006, is hereby granted.

IT IS SO ORDERED.

_____            _____
DATE                                                     UNITED STATES DISTRICT JUDGE