IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | x<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : Civil Action No. 05-120-JJF<br>: |
| INDIAN RIVER SCHOOL DISTRICT, et al., | :<br>: |
| Defendants. | :<br>x |

## ORDER

Plaintiffs' Motion to Compel Responses to Request Nos. 3, 4, 9 & 13 and an Answer to Interrogatory No. 6 Directed to Defendants, dated July 31, 2006, is hereby granted.

IT IS SO ORDERED.

_____        _____
DATE                     UNITED STATES DISTRICT JUDGE