## CERTIFICATE OF SERVICE

I, Richard S. Horvath, Jr., hereby certify that on July 31, 2006, I electronically filed Plaintiffs' Motion to Compel Responses to Request Nos. 3, 4, 9 & 13 and an Answer to Interrogatory No. 6 Directed to Defendants with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

### By CM/ECF

Warrant Thomas Pratt, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200
Attorney for Defendants

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East 7th Street
Suite 302
Wilmington, DE 19801
(302) 655-0582
Attorneys for Reginald L. Helms

_____
Richard S. Horvath, Jr. (#4558)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorney for Plaintiffs

DATED: July 31, 2006