IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al., : 

        Plaintiffs, :

v. : Civil Action No. 05-120-JJF

INDIAN RIVER SCHOOL DISTRICT, et al., :

        Defendants. :

## ORDER

Plaintiffs' Motion to Compel an Answer to Interrogatory No. 5 Directed to Defendants, dated July 31, 2006, is hereby granted.

IT IS SO ORDERED.

_____        _____
DATE                                      UNITED STATES DISTRICT JUDGE