IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | x : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : : | |
| Defendants. | : : x | |

## ORDER

Plaintiffs' Motion to Compel Responses to the Request and Answers to Interrogatories Directed to Defendants, dated July 31, 2006, is hereby granted.

IT IS SO ORDERED.

_____  _____
DATE                                             UNITED STATES DISTRICT JUDGE