IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | x : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : : : | |
| Defendants. | : x | |

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, attorneys for plaintiffs state that they have made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in Plaintiffs' Motion to Compel Responses to Request No. 8 Directed to Defendants, but have been unable to do so.

*/s/ Richard S. Horvath, Jr.*
Richard S. Horvath, Jr. (#4558)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorney for Plaintiffs

DATED: July 31, 2006