IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | |
| Defendants. | |

## ORDER

Plaintiffs' Motion to Compel Responses to Request No. 8 Directed to Defendants, dated July 31, 2006, is hereby granted.

IT IS SO ORDERED.

_____       _____
DATE                          UNITED STATES DISTRICT JUDGE