**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

MONA DOBRICH, et al.,

Plaintiffs,

v. Civil Action No. 05-120-JJF

INDIAN RIVER SCHOOL DISTRICT, et al.,

Defendants.

**ORDER**

Upon consideration of Plaintiffs' Unopposed Motion to Extend Discovery on the School Board Prayer Issue and to Stay Commencement of Discovery on the Remaining Issues (the "Motion");

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion is **GRANTED.**

2. The deadline for completion of discovery on the Indian River School Board's Prayer Policy as written and as applied (the "School Board Prayer Issue") is extended until forty-five (45) days after the Motions to Compel (as defined in the Motion) are resolved.

3. The deadline for Plaintiffs and Defendants to file and serve all dispositive motions with an opening brief on the School Board Prayer Issue is extended until seventy-five (75) days after the Motions to Compel are resolved.

4. The commencement of, and all other deadlines for, discovery on all remaining issues is extended until forty-nine (49) days after the Motions to Compel are resolved.

8/2/06
DATE

UNITED STATES DISTRICT JUDGE