IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : CIVIL ACTION NO. 05-cv-00120-JJF |
| | : |
| HARVEY L. WALLS, et al., | : |
| | : |
| Defendants. | : |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFFS' SIX MOTIONS TO COMPEL DISCOVERY**

Defendants hereby move this Court for an Order extending the deadline for filing their responses to the Plaintiffs various motions to compel discovery filed on July 31, 2006, and in support thereof state as follows:

1. On May 31, 2006, this Court issued a Scheduling Order for Discovery Pertaining to the Indian River School Board's Prayer Policy (D.I. 128), requiring that a party's answer to any Rule 37 motion be filed within five days of service of the motion.

2. On July 31, 2006, Plaintiffs electronically filed and served six separate Rule 37 motions (collectively, "Plaintiffs Six Motions to Compel Discovery"): Plaintiffs' Motion to Compel Responses to Request Nos. 1, 2, 9, 13, 18 & 19 Directed to Defendants (D.I. 154); Plaintiffs' Motion to Compel Responses to Request Nos. 5, 6, 7, 8 & 17 Directed to Defendants (D.I. 156); Plaintiffs' Motion to Compel Responses to Request Nos. 3, 4, 9 & 13 and an Answer to Interrogatory No. 6 Directed to Defendants (D.I. 158); Plaintiffs' Motion to Compel an Answer to Interrogatory No. 5 Directed to Defendants (D.I.

160); Plaintiffs' Motion to Compel Responses to the Request and Answers to Interrogatories Directed to Defendants (D.I. 162); and Plaintiffs' Motion to Compel Responses to Request No. 8 Directed to Defendants (D.I. 164).

3. The primary attorney representing Defendants in this matter and responsible for responding to Plaintiffs' Six Motions to Compel Discovery is Jason P. Gosselin. Mr. Gosselin has been away from the office on previously scheduled vacation from July 31, 2006 through August 7, 2006.

4. Pursuant to Local Civil Rule 7.1.1, counsel for the Defendants have reached an agreement with counsel for the Plaintiffs to extend the deadline for filing responses to Plaintiffs' Six Motions to Compel Discovery until August 11, 2006.

WHEREFORE, Defendants respectfully request that this Honorable Court grant this motion and extend the deadline for filing responses to Plaintiffs' Six Motions to Compel Discovery until August 11, 2006.

Respectfully submitted,

/s/ Warren T. Pratt

Warren T. Pratt (DE Bar I.D. #4334)
Jason P. Gosselin (*pro hac vice*)
Jarrod D. Shaw (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Suite 1000
Wilmington, DE 19801-1243
(302) 467-4200
(302) 467-4201 fax
warren.pratt@dbr.com

*Attorneys for the Defendants*

Dated: August 7, 2006