# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| | : |
|     Plaintiffs, | : |
| | : |
|         v. | :    CIVIL ACTION NO. 05-cv-00120-JJF |
| | : |
| HARVEY L. WALLS, et al., | : |
| | : |
|     Defendants. | : |

## **ORDER**

AND NOW, this _____ day of August, 2006, upon consideration of Defendants' Unopposed Motion to Extend Time to Respond to Plaintiffs' Six Motions to Compel Discovery, IT IS HEREBY ORDERED that said motion is GRANTED and Defendants shall have until August 11, 2006, to respond to Plaintiffs' Six Motions to Compel Discovery (D.I. 154, 156, 158, 160, 162, and 164).

 

                                                                         _____

                                                                          Joseph J. Farnan, Jr., U.S.D.J.