**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 05-cv-00120-JJF |
| | : | |
| HARVEY L. WALLS, et al., | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2006, I electronically filed the foregoing Unopposed Motion to Extend Time to Respond to Plaintiffs' Six Motions to Compel Discovery with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Robert Scott Saunders, Esq. (rsaunder@skadden.com)
> Thomas J. Allingham, II, Esq. (tallingh@skadden.com)
> Skadden Arps Slate Meagher & Flom, LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899
> (302) 651-3000
> *Attorneys for the Plaintiffs*

    /s/ Warren T. Pratt

Warren T. Pratt (DE Bar I.D. #4334)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
(302) 467-4200
(302) 467-4201 fax
warren.pratt@dbr.com

*Attorneys for the Defendants*