IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 05-cv-00120-JJF |
| HARVEY L. WALLS, et al., | : |
| Defendants. | : |

### ORDER

AND NOW, this __10__ day of August, 2006, upon consideration of Defendants' Unopposed Motion to Extend Time to Respond to Plaintiffs' Six Motions to Compel Discovery, IT IS HEREBY ORDERED that said motion is GRANTED and Defendants shall have until August 11, 2006, to respond to Plaintiffs' Six Motions to Compel Discovery (D.I. 154, 156, 158, 160, 162, and 164).

_____
Joseph J. Farnan, Jr., U.S.D.J.