IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al., :
:
   Plaintiffs, :
:
   v. : CIVIL ACTION NO. 05-120-JJF
:
INDIAN RIVER SCHOOL DISTRICT, et al., :
:
   Defendants. :

## ORDER

AND NOW, this _____ day of August, 2006, upon consideration of Plaintiffs' Motion to Compel Responses to Request Nos. 3, 4, 9 & 13 and an Answer to Interrogatory No. 6 Directed to Defendants (D.I. 158), and Defendants' response thereto. IT IS HEREBY ORDERED that said motion is DENIED.

 

_____
Joseph J. Farnan, Jr., U.S.D.J.