IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., : | |
| Plaintiffs, : | |
| v. : | CIVIL ACTION NO. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., : | |
| Defendants. : | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2006, I electronically filed the foregoing *Defendants' Response in Opposition to Plaintiffs' Motion to Compel Responses to Request Nos. 3, 4, 9 & 13 and an Answer to Interrogatory No. 6 (D.I. 158)* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

        Robert Scott Saunders, Esq. (rsaunder@skadden.com)
        Thomas J. Allingham, II, Esq. (tallingh@skadden.com)
        Skadden Arps Slate Meagher & Flom, LLP
        One Rodney Square
        P.O. Box 636
        Wilmington, DE 19899
        (302) 651-3000
        *Attorneys for the Plaintiffs*

        /s/ Warren T. Pratt
        Warren T. Pratt (DE Bar #4334)
        DRINKER BIDDLE & REATH LLP
        1100 N. Market Street, Suite 1000
        Wilmington, DE 19801-1243
        Telephone: (302) 467-4200
        Facsimile: (302) 467-4201

        *Attorneys for the Defendants*