IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al., :
: 
    Plaintiffs, :
:
v. : CIVIL ACTION NO. 05-120-JJF
:
INDIAN RIVER SCHOOL DISTRICT, et al., :
:
    Defendants. :

### ORDER

AND NOW, this _____ day of August, 2006, upon consideration of Plaintiffs' Motion to Compel an Answer to Interrogatory No. 5 Directed to Defendants (D.I. 160), and Defendants' response thereto, IT IS HEREBY ORDERED that said motion is DENIED.

                                                                                                 Joseph J. Farnan, Jr., U.S.D.J.