IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 05-cv-00120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2006, I electronically filed the foregoing *Defendants' Response in Opposition to Plaintiffs' Motion to Compel an Answer to Interrogatory No. 5 (D.I. 160)* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Robert Scott Saunders, Esq. (rsaunder@skadden.com)
> Thomas J. Allingham, II, Esq. (tallingh@skadden.com)
> Skadden Arps Slate Meagher & Flom, LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899
> (302) 651-3000
> *Attorneys for the Plaintiffs*

> /s/ Warren T. Pratt
> Warren T. Pratt (DE Bar #4334)
> DRINKER BIDDLE & REATH LLP
> 1100 N. Market Street, Suite 1000
> Wilmington, DE 19801-1243
> Telephone: (302) 467-4200
> Facsimile: (302) 467-4201
>
> *Attorneys for the Defendants*