## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al., :
:
    Plaintiffs, :
:
    v. : CIVIL ACTION NO. 05-120-JJF
:
INDIAN RIVER SCHOOL DISTRICT, et al., :
:
    Defendants. :

### ORDER

AND NOW, this _____ day of August, 2006, upon consideration of Plaintiffs' Motion to Compel Responses to the Request and Answers to Interrogatories Directed to Defendants (D.I. 162), and Defendants' response thereto, IT IS HEREBY ORDERED that said motion is DENIED.

                                                                         _____
                                                                         Joseph J. Farnan, Jr., U.S.D.J.