IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2006, I electronically filed the foregoing *Defendants' Response in Opposition to Plaintiffs' Motion to Compel Responses to the Request and Answers to Interrogatories (D.I. 162)* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Robert Scott Saunders, Esq. (rsaunder@skadden.com)
> Thomas J. Allingham, II, Esq. (tallingh@skadden.com)
> Skadden Arps Slate Meagher & Flom, LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899
> (302) 651-3000
> *Attorneys for the Plaintiffs*

                                        /s/ Warren T. Pratt
Warren T. Pratt (DE Bar #4334)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Attorneys for the Defendants*