IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., : | |
|     Plaintiffs, : | |
| v. : | CIVIL ACTION NO. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., : | |
|     Defendants. : | |

## ORDER

AND NOW, this _____ day of August, 2006, upon consideration of Plaintiffs' Plaintiffs' Motion to Compel Responses to Request No. 8 Directed to Defendants (D.I. 164), and Defendants' response thereto, IT IS HEREBY ORDERED that said motion is DENIED.

_____
Joseph J. Farnan, Jr., U.S.D.J.