IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. 05-120-JJF |
| : | |
| INDIAN RIVER SCHOOL DISTRICT, et al., : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2006, I electronically filed the foregoing *Defendants' Response in Opposition to Plaintiffs' Motion to Compel Responses to Request No. 8 (D.I. 164)* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Robert Scott Saunders, Esq. (rsaunder@skadden.com)
>Thomas J. Allingham, II, Esq. (tallingh@skadden.com)
>Skadden Arps Slate Meagher & Flom, LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899
>(302) 651-3000
>*Attorneys for the Plaintiffs*

>/s/ Warren T. Pratt
>
>Warren T. Pratt (DE Bar I.D. #4334)
>DRINKER BIDDLE & REATH LLP
>1100 N. Market Street, Suite 1000
>Wilmington, DE 19801-1243
>(302) 467-4200
>(302) 467-4201 fax
>warren.pratt@dbr.com
>
>*Attorneys for the Defendants*