ONE RODNEY SQUARE
BOX 636
WILMINGTON, DELAWARE 19899-0636

(302) 651-3000

September 1, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
844 North King Street
Lock Box 27
Wilmington, DE 19801

          RE:   *Dobrich, et al., v. Indian River School District, et al.,*
                 D. Del. 05 - 120

Dear Judge Farnan:

        We write concerning the discovery conference scheduled for Thursday, September 7, 2006 at 1:00 p.m. In its June 7, 2006 order (D.I. 136), the Court scheduled that conference to resolve discovery disputes on the Remaining Issues. On August 2, 2006, the Court granted an order extending the commencement of, and all other deadlines for, discovery on the Remaining Issues (D.I. 166). In keeping with the August 2 order, Plaintiffs have assumed that the September 7 conference has been cancelled.

The Honorable Joseph J. Farnan, Jr.
September 1, 2006
Page 2

      We are available at the Court's convenience to discuss whether the September 7 conference has been cancelled.

> Respectfully,
>
> *[signature: Richard S. Horvath, Jr.]*
>
> Thomas J. Allingham II (I.D. No. 476)
> Robert S. Saunders (I.D. No. 3027)
> Richard S. Horvath, Jr. (I.D. No. 4558)
> P.O. Box 636
> Wilmington, Delaware 19899
> Tel: (302) 651-3070
> Fax: (302) 651-3001

Attachments

cc:   Warren Thomas Pratt, Esquire (by e-file)
      Stephen J. Neuberger, Esquire (by e-file)
      Thomas S. Neuberger, Esquire (by e-file)