IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 05-120-JJF |
| | : |
| HARVEY L. WALLS, et al., | : |
| | : |
| Defendants. | : |

**O R D E R**

At Wilmington, this 14 day of September 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion To Compel Responses To Request Nos. 1, 2, 9, 13, 18 & 19 Directed To Defendants (D.I. 154) and related request for fees is **DENIED** in favor of Defendants' production for inspection alternative.

2. Plaintiffs Motion To Compel Responses To Request Nos. 5, 6, 7, 8 & 17 Directed To Defendants (D.I. 156) and related request for fees is **DENIED** in favor of Defendants' production for inspection alternative.

3. Plaintiffs' Motion To Compel Responses To Request Nos. 3, 4, 9 & 13 And An Answer To Interrogatory No. 6 Directed To Defendants (D.I. 158) and related request for fees is **DENIED** in favor of Defendants' production for inspection alternative for

documents related to the communications concerning Religious Activities.

4. Plaintiffs' Motion To Compel An Answer To Interrogatory No. 5 Directed To Defendants (D.I. 160) is **GRANTED** to the extent that it seeks a response to Interrogatory No. 5 and **DENIED** with respect to the request for fees.

5. Plaintiffs' Motion To Compel Responses To The Request And Answers To Interrogatories Directed To Defendants (D.I. 162) and related request for fees is **DENIED** in favor of Defendants' production for inspection alternative.

6. Plaintiffs' Motion To Compel Responses To Request No. 8 Directed To Defendants (D.I. 164) is **GRANTED** to the extent that any closed door sessions of the School Board directly relate to the adoption of the School Board Prayer Policy and **DENIED** in all other respects.

7. To the extent that the Court has adopted Defendants' production for inspection alternative, the parties shall arrange for such production and inspection to occur within twenty (20) days of the date of this Order, unless otherwise agreed to by the parties.

September 14, 2006
Date

*[signature]*
UNITED STATES DISTRICT JUDGE