IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., : | |
|       Plaintiffs, : | |
| v. : | No. 05-cv-00120-JJF |
| HARVEY L. WALLS, et al., : | |
|       Defendants. : | |

TO:   Indian River School District
        Indian River School Board
        c/o Warren Thomas Pratt, Esq.
        Drinker Biddle & Reath LLP
        1100 North Market Street
        Suite 1000
        Wilmington, DE 19801-1254
        (302) 467-4200

**NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

NOTICE IS HEREBY GIVEN that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiffs Mona Dobrich, Marco Dobrich, Alexander Dobrich, Samantha Dobrich, Jane Doe, John Doe, Jordan Doe and Jamie Doe, by and through their attorneys of record, will take the deposition upon oral examination of the designee(s) of the Indian River School District (the "District") and the Indian River School Board (the "School Board," and together with the District, "Defendants"), with respect to those subject matters set forth and described in Exhibit 1 attached hereto. The deposition will take place at 9:30 a.m. on October 13, 2006, before a notary public or other person authorized to administer oaths, and at One Rodney Square, 7th Floor, Wilmington, Delaware 19801, or at such other place and time as may be mutually agreed upon.

The deposition will be recorded stenographically, and may be recorded by videotape and by instant visual display using LiveNote software.

This deposition will continue from day to day until completed.

/s/ Richard S. Horvath, Jr.
Thomas J. Allingham II (# 0476)
Richard S. Horvath, Jr. (#4558)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Attorneys for Plaintiffs

DATED: October 3, 2006