# EXHIBIT 1

**Subject Matter Areas of 30(b)(6) Deposition**

    1.    The adoption of District policy BDA.1 (the "Policy"), entitled "Board Prayer at Regular Board Meetings."

    2.    The School Board's history and tradition of beginning its meetings with prayer since the District's founding in 1969.

    3.    The history and tradition of the operations of the District's several predecessor school districts with respect to their governing bodies opening their meetings with prayer.

    4.    What factors the School Board would consider in determining whether the opportunity to open School Board meetings with prayer has been, or would be, used or exploited to "proselytize, advance or convert anyone, or to derogate or otherwise disparage any particular faith or belief."

    5.    How the School Board plans to enforce the policy that the opportunity to open a School Board meeting with prayer cannot be used or exploited to "proselytize, advance or convert anyone, or to derogate or otherwise disparage any particular faith or belief."

    6.    The operation and implementation of the rotating basis on which "one individual adult School Board member per meeting will be given the opportunity to offer a prayer or request a moment of silence."

    7.    The steps Defendants have taken to ensure that no school employee, student in attendance or member of the community in attendance at a School Board meeting is required to participate in any prayer or moment of silence.

8. Defendants' Sixth Affirmative Defense that the School Board "acted as a legislative body at all times."

9. Defendants' policy and procedures for maintaining and preserving documents, including audio and visual recordings.

10. Defendants' actions in response to Plaintiff's letters dated March 10, 2005 (Exhibit A) and July 7, 2006 (Exhibit B).

11. The attendance of students at School Board meetings, including but not limited to the attendance of members of the JROTC, members of the student government, members of any student band performing at a School Board meeting and students who have received awards at School Board Meetings.

12. The process for preparing, drafting and adopting minutes for School Board meetings.

13. The installation and operation of audio and visual equipment (including but not limited to closed circuit audio and video feeds, and speaker systems) at School Board meetings, in particular the August 24, 2004 School Board meeting.