# Exhibit A

ONE RODNEY SQUARE

BOX 636

WILMINGTON. DELAWARE 19899-0636
—
(302) 651-3000

March 10, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Nathan W. Kellum, Esq.
P.O. Box 11159
Memphis, Tennessee 38111

        Re:     **Dobrich, et al., v. Walls, et al., D. Del. No. 05 - 120**

Dear Mr. Kellum:

      As you are aware, we have recently filed a lawsuit against the Indian River
School District (the "District"), the Indian River School Board, Superintendent Lois
M. Hobbs, Assistant Superintendent Earl J. Savage, and the Indian River School
Board members in their official and personal capacities (collectively, the "Defen-
dants"), over the District's religious practices (the "Litigation"). This letter is to
remind you, and the Defendants, of your duty to preserve evidence relevant to
pending or reasonably foreseeable litigation. This duty to preserve prohibits the
destruction, significant alteration or the failure to preserve evidence relevant to the
Litigation. Failure of the Defendants to fulfill their duties could result in sanctions,
including a default judgment against the Defendants, in the Litigation.

      All evidence related to the District's prayer policies must be preserved so as
not to prejudice our clients' interests. Relevant evidence would include (without
limitation) not only written documents, such as letters, reports and memoranda, but
also electronic data, such as e-mail, computer hard drives or computer backups, that
relate to the District's religious practices. As some of the Defendants have indicated
in their statements to the press that they have seen litigation as a possibility since at

Nathan W. Kellum, Esq.
March 10, 2005
Page 2

least August 4, 2004, we hope that the Defendants have preserved all relevant
evidence.

Very truly yours,

Thomas J. Allingham II
P.O. Box 636
Wilmington, Delaware 19899
Tel: (302) 651-3070
Fax: (302) 651-3001

cc:     James D. Griffin, Esq.
        Superintendent Lois M. Hobbs
        Assistant Superintendent Earl J. Savage
        Indian River School Board Members

407695.03-Wilmington S1A