IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., : | |
| Plaintiffs, : | |
| v. : | Civ. Action No. 05-cv-00120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., : | |
| Defendants. : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Local Rule 83.5, and the attached certification, counsel for the defendants moves the admission *pro hac vice* of Jeffrey M. Boerger, of the law firm Drinker Biddle & Reath LLP, One Logan Square, 18th & Cherry Streets, Philadelphia, Pennsylvania 19103 to represent the defendants in this matter.

Dated: October 6, 2006

Respectfully submitted,

/s/ Warren T. Pratt
Warren T. Pratt (DE Bar I.D. #4334)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Attorneys for the Defendants*

## COUNSEL'S CERTIFICATION TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the States of Illinois and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

By: _____
Jeffrey M. Boerger
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
jeffrey.boerger@dbr.com

## ORDER

Motion granted                                          BY THE COURT:

Dated:_____                                   _____
                                                        Judge Joseph J. Farnan, Jr.