**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 05-120-JJF |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants. | : | |

**PROTECTIVE ORDER**

AND NOW on this ____ day of October, 2006, upon consideration of Defendants' Motion for a Protective Order, IT IS HEREBY ORDERED that said motion is GRANTED, and that Plaintiffs shall withdraw the notice of deposition as to Janet Hearn.

_____
Joseph J. Farnan, Jr., U.S.D.J.