**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 05-120-JJF |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2006, I electronically filed the *Notice of Deposition of Jamie Doe* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Thomas J. Allingham, II, Esq. (tallingh@skadden.com)
> Robert Scott Saunders, Esq. (rsaunder@skadden.com)
> Skadden Arps Slate Meagher & Flom, LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899
> (302) 651-3000
> *Attorneys for the Plaintiffs*

> /s/ Warren T. Pratt
> Warren T. Pratt (DE Bar I.D. #4334)
> DRINKER BIDDLE & REATH LLP
> 1100 N. Market Street, Suite 1000
> Wilmington, DE 19801-1243
> Telephone: (302) 467-4200
> Facsimile: (302) 467-4201
>
> *Attorneys for the Defendants*

PHLIT\576425\1