IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 05-120-JJF |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION OF JOHN DOE

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, attorneys for the Defendants will conduct the oral deposition of plaintiff John Doe. The deposition will take place before a person duly authorized to administer oaths, at the offices of DRINKER BIDDLE & REATH LLP, 1100 N. Market Street, Suite 1000, Wilmington, Delaware, 19801, and will commence on **Friday, October 27, 2006**, at **2:00 p.m.**, continuing from day to day until completed, or at such other time and location as mutually agreed by counsel.

Dated: October 16, 2006

/s/ Warren T. Pratt
Warren T. Pratt (DE Bar I.D. #4334)
Jason P. Gosselin (*pro hac vice*)
Jarrod D. Shaw (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Attorneys for the Defendants*

PHLIT\576423\1