**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 05-120-JJF |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2006, I electronically filed the *Notice of Deposition of Jane Doe* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Thomas J. Allingham, II, Esq. (tallingh@skadden.com)
>Robert Scott Saunders, Esq. (rsaunder@skadden.com)
>Skadden Arps Slate Meagher & Flom, LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899
>(302) 651-3000
>*Attorneys for the Plaintiffs*

>/s/ Warren T. Pratt
>Warren T. Pratt (DE Bar I.D. #4334)
>DRINKER BIDDLE & REATH LLP
>1100 N. Market Street, Suite 1000
>Wilmington, DE 19801-1243
>Telephone: (302) 467-4200
>Facsimile: (302) 467-4201
>
>*Attorneys for the Defendants*

PHLIT\576422\1