**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2006, I electronically filed the *Notice of Deposition of Marco Dobrich* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

        Thomas J. Allingham, II, Esq. (tallingh@skadden.com)
        Robert Scott Saunders, Esq. (rsaunder@skadden.com)
        Skadden Arps Slate Meagher & Flom, LLP
        One Rodney Square
        P.O. Box 636
        Wilmington, DE 19899
        (302) 651-3000
        *Attorneys for the Plaintiffs*

        /s/  Warren T. Pratt
        Warren T. Pratt (DE Bar I.D. #4334)
        DRINKER BIDDLE & REATH LLP
        1100 N. Market Street, Suite 1000
        Wilmington, DE  19801-1243
        Telephone: (302) 467-4200
        Facsimile:  (302) 467-4201

        *Attorneys for the Defendants*