## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | x | |
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-120-JJF |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants. | : | |
| | x | |

## ORDER

Upon consideration of Plaintiffs' Answer to Defendants' Motion for Protective Order;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.      Defendants shall produce Janet Hearn for a deposition.

2.      At the deposition, Ms. Hearn will answer questions for which Defendants designated her as the 30(b)(6) witness.

3.      At the deposition, Ms. Hearn will also answer questions pursuant to the Court's Scheduling Order dated May 31, 2006 (D.I. 128).


_____          _____
DATE                                                UNITED STATES DISTRICT JUDGE