IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :     CIVIL ACTION NO. 05-120-JJF |
| | : |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2006, I electronically filed the foregoing *Defendants' Motion for a Protective Order* with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Robert Scott Saunders, Esq. (rsaunder@skadden.com)
>Thomas J. Allingham, II, Esq. (tallingh@skadden.com)
>Skadden Arps Slate Meagher & Flom, LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899
>(302) 651-3000
>*Attorneys for the Plaintiffs*

>/s/ Warren T. Pratt
>Warren T. Pratt (DE Bar I.D. #4334)
>Jason P. Gosselin (*pro hac vice*)
>Jarrod D. Shaw (*pro hac vice*)
>Jeffrey M. Boerger (*pro hac vice*)
>DRINKER BIDDLE & REATH LLP
>1100 N. Market Street, Suite 1000
>Wilmington, DE 19801-1243
>Telephone: (302) 467-4200
>Facsimile: (302) 467-4201
>
>*Attorneys for the Defendants*