IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MONA DOBRICH, et al., | x<br>:<br>: |  |
| Plaintiffs, | :<br>: |  |
| v. | :<br>: | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | :<br>: |  |
| Defendants. | :<br>x |  |

## ORDER

Upon consideration of Plaintiffs' Answer to Defendants' Motion for Protective Order;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants shall produce Patricia S. Oliphant for a deposition.

2. Defendants shall produce Robert D. Wilson for a deposition.

_____          _____
DATE                             UNITED STATES DISTRICT JUDGE