IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MONA DOBRICH, et al., | x<br>:<br>: |  |
| Plaintiffs, | :<br>: |  |
| v. | :<br>: | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | :<br>: |  |
| Defendants. | :<br>x |  |

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, attorneys for Plaintiffs state that they have made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in Plaintiffs' Answer to Defendants' Motion for Protective Order, but no such agreement has been reached.

*[signature]*
Brian G. Lenhard (#4569)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorney for Plaintiffs

DATED: October 30, 2006

475035.01-Wilmington Server 1A - MSW