IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MONA DOBRICH, et al., | x : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : : | |
| Defendants. | : x | |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion to Extend Discovery on the School Board Prayer Issue and to Stay Commencement of Discovery on the Remaining Issues (the "Motion");

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion is **GRANTED.**

2. The deadline for filing all motions to compel or motions for a protective order on the Indian River School Board's Prayer Policy as written and as applied (the "School Board Prayer Issue") is extended until November 3, 2006.

3. The deadline for completion of discovery on the School Board Prayer Issue is extended until fourteen (14) days after all discovery motions on the School Board Prayer Issue are resolved.

4. The deadline for Plaintiffs and Defendants to file and serve all dispositive motions with an opening brief on the School Board Prayer Issue is extended until forty-four (44) days after the discovery motions on the School Board Prayer Issue are resolved.

5. The commencement of discovery on all Remaining Issues is extended until January 15, 2007.

6. The parties will submit a new Scheduling Order for all other deadlines for discovery on the Remaining Issues by December 8, 2006.

_____  _____
DATE                              UNITED STATES DISTRICT JUDGE