## CERTIFICATE OF SERVICE

I, Brian G. Lenhard, hereby certify that on October 31, 2006, I electronically filed Unopposed Motion to Extend Discovery on the School Board Prayer Issue and to Stay Commencement of Discovery on the Remaining Issues with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

### By CM/ECF

Warren Thomas Pratt, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200
Attorney for Defendants

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East 7th Street
Suite 302
Wilmington, DE 19801
(302) 655-0582
Attorneys for Reginald L. Helms

*/s/ Brian G. Lenhard*
Brian G. Lenhard (#4569)
blenhard@probonolaw.com
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorney for Plaintiffs

DATED: October 31, 2006