ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636

TEL: (302) 651-3000

November 1, 2006

**BY E-FILE AND HAND-DELIVERY**

The Honorable Joseph J. Farnan, Jr.
District Court of Delaware
844 North King Street
Lock Box 27
Wilmington, Delaware 19801

          RE:    Dobrich, et al., v. Indian River School District, et al., D. Del. No. 05-120

Dear Judge Farnan:

        As the Court requested, I have attached to this letter a joint, finalized protective order governing disclosure of the Does' identities. I am available at the Court's convenience should Your Honor have any questions.

                                      Respectfully,

                                      Richard S. Horvath, Jr. (#4558)
                                      rhorvath@probonolaw.com
                                      One Rodney Square
                                      P.O. Box 636
                                      Wilmington, Delaware 19899
                                      (302) 651-3000
                                      Attorney for the Plaintiffs

Attachments
cc: Warren T. Pratt, Esquire (by e-file)
     Jason P. Gosselin, Esquire (by email)