# EXHIBIT G

# DrinkerBiddle&Reath
### L L P

Jeffrey M. Boerger
215-988-2912
jeffrey.boerger@dbr.com

*Law Offices*

One Logan Square
18TH and Cherry Streets
Philadelphia, PA
19103-6996

215-988-2700
215-988-2757 fax
www.drinkerbiddle.com

NEW YORK
WASHINGTON
LOS ANGELES
SAN FRANCISCO
CHICAGO
PRINCETON
FLORHAM PARK
BERWYN
WILMINGTON

October 23, 2006

**VIA E-MAIL AND FIRST-CLASS MAIL**

Thomas J. Allingham II, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

RE:    *Dobrich, et al. v. Indian River School District, et al.*, D. Del. No. 05-120
        Defendants' Privilege Log

Dear Mr. Allingham:

        Enclosed for your review is Defendants' privilege log listing those documents withheld for privilege during this first phase of discovery.  Each author or recipient is identified by name with a parenthetical identifying his or her organization by an abbreviation.  A key to these and other abbreviations is presented at the end of the document.

        If you have any questions regarding this privilege log or any of the documents listed therein, please feel free to contact me at the number above.

                                        Sincerely yours,

                                        Jeffrey M. Boerger

JMB

Enclosure

*Established*
*1849*

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 1 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

| No. | Author | Recipient(s) | Date | Description | Grounds | Bates Range (if any) | |
|-----|--------|--------------|------|-------------|---------|------|------|
| | | | | | | From | Through |
| 1 | Rebecca J. Trifillis (G&H) | Lois Hobbs (IRSD) Jim Griffin (G&H) | June 15, 2004 | Memorandum providing legal analysis and advice | A/C WP | IRSD 0044754 BPD 000022 | IRSD 0044758 BPD 000026 |
| 2 | Rebecca J. Trifillis (G&H) | Lois Hobbs (IRSD) Jim Griffin (G&H) | June 15, 2004 | Memorandum providing legal analysis and advice | A/C WP | IRSD 0045156 BPD 000055 | IRSD 0045160 BPD 000059 |
| 3 | James D. Griffin (G&H) | Lois Hobbs (IRSD) | July 22, 2004 | Fax forwarding and commenting on July 20, 2004 memorandum from Rebecca J. Trifillis (G&H) providing legal analysis and advice | A/C WP | IRSD 0045161 BPD 000060 | IRSD 0045167 BPD 000066 |
| 4 | Rebecca J. Trifillis (G&H) | Lois Hobbs (IRSD) Jim Griffin (G&H) | July 20, 2004 | Memorandum providing legal analysis and advice | A/C WP | IRSD 0045162 BPD 000061 | IRSD 0045167 BPD 000066 |
| 5 | Nathan W. Kellum (ADF) | Harvey L. Walls (IRSB) | Feb. 4, 2005 | Letter regarding legal representation | A/C WP | IRSD 0047119 BPD 000281 | |
| 6 | Tom Neuberger (TNF) | Reggie Helms (IRSB) Stephen Neuberger (TNF) John W. Whitehead (TRI) | Nov. 22, 2005 | Letter providing legal analysis and advice | A/C WP | IRSD 0049375 BPD 000327 | IRSD 0049377 BPD 000329 |
| 7 | Lois Hobbs (IRSD) | Jim Griffin (G&H) | Sept. 24, 2004 | Fax requesting legal analysis and advice | A/C WP | BPD 000486 | BPD 000490 |
| 8 | John E. Messick (T&R) | Charles Hudson (IRSD) | Apr. 14, 1992 | Letter providing legal analysis and advice | A/C | IRSD 0015354 | IRSD 0015356 |
| 9 | John E. Messick (T&R) | Charles Hudson (IRSD) | July 23, 1992 | Letter providing legal analysis and advice | A/C | IRSD 0015883 | IRSD 0015884 |
| 10 | James D. Griffin (G&H) | Charles Hudson (IRSD) | May 7, 1996 | Letter providing legal analysis and advice | A/C WP | IRSD 0023203 | IRSD 0023205 |
| 11 | James D. Griffin (G&H) | Charles Hudson (IRSD) | May 6, 1996 | Letter providing legal analysis and advice | A/C | IRSD 0023206 | IRSD 0023207 |
| 12 | James D. Griffin (G&H) | Lois M. Hobbs (IRSD) | May 27, 1998 | Letter providing legal analysis and advice | A/C | IRSD 0028197 | IRSD 0028201 |
| 13 | James D. Griffin (G&H) | Board of Education | July 16, 1999 | Letter providing legal analysis and advice | A/C | IRSD 0030182 | IRSD 0030185 |

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 2 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

| No. | Author | Recipient(s) | Date | Description | Grounds | Bates Range (if any) From | Through |
|-----|--------|--------------|------|-------------|---------|---------------------------|---------|
| 14 | Lois M. Hobbs (IRSD) | | Aug. 23, 2004 | Executive Session Minutes of Aug. 23, 2004 Special Meeting addressing Potential or Pending Litigation (Redacted copy produced) | A/C WP EX | EXEC 0000533 | EXEC 0000534 |
| 15 | Lois M. Hobbs (IRSD) Janet Hearn (IRSD) | Nathan W. Kellum (ADF) John F. Cafferky (B&K) Scott Rose (Utica) John Balaguer (W&W) | n.d. | Table/chart responding to allegations of plaintiffs' complaint | A/C WP | | |
| 16 | John M. Evans (IRSB) | | Mar. 14, 2005 | Statement responding to allegations of plaintiffs' complaint | A/C WP | | |
| 17 | Janet Hearn (IRSD) | | n.d. | Transcript of introductory statement and prayer from Dec. 21, 2004 School Board Meeting | WP | | |
| 18 | Janet Hearn (IRSD) | | n.d | Transcript of introductory statement and prayer from Jan. 26, 2005 School Board Meeting | WP | | |
| 19 | Donald G. Hattier (IRSB) | | Mar. 14, 2005 | Statement responding to allegations of plaintiffs' complaint | A/C WP | | |
| 20 | Janet Hearn (IRSD) | | n.d. | Transcript of public comments delivered by Mona Dobrich at School Board Meeting | WP | | |
| 21 | Janet Hearn (IRSD) | | n.d. | Transcript of public comments delivered by Pastor Richard Blades at School Board Meeting | WP | | |
| 22 | Rebecca J. Trifillis (G&H) | Lois Hobbs (IRSD) Jim Griffin (G&H) | June 15, 2004 | Memorandum providing legal analysis and advice | A/C WP | | |

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 3 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

| No. | Author | Recipient(s) | Date | Description | Grounds | Bates Range (if any) | |
|---|---|---|---|---|---|---|---|
| | | | | | | From | Through |
| 23 | Janet Hearn (IRSD) | | n.d. | List of board meetings with prayer after adoption of new policy | WP | | |
| 24 | Janet Hearn (IRSD) | | n.d. | Transcript of introductory statement and prayer from Feb. 22, 2005 School Board Meeting | WP | | |
| 25 | Janet Hearn (IRSD) | John Cafferky (B&K) | n.d. | Handwritten note regarding location of school board meeting minutes | A/C WP | | |
| 26 | Janet Hearn (IRSD) | John Cafferky (B&K) | n.d. | Handwritten note regarding tapes checked for prayers | A/C WP | | |
| 27 | Donna Mitchell (IRSB) | Lois M. Hobbs (IRSD) | May 5, 2006 | Fax form regarding communications with reporters | A/C WP | | |
| 28 | John Evans (IRSB) | Lois M. Hobbs (IRSD) | May 5, 2006 | Fax form regarding communications with reporters | A/C WP | | |
| 29 | Lois Hobbs (IRSD) | | n.d. | Handwritten notes regarding Dobrich Mediation Meeting on Aug. 4, 2005 | A/C WP | | |
| 30 | John F. Cafferky (B&K) | "Distribution List" John Balaguer (W&W) James D. Griffin (G&H) | June 24, 2005 | Memorandum regarding preservation of information related to litigation | A/C WP | | |
| 31 | Lois M. Hobbs (IRSD) | Nathan Kellum (ADF) | Jan. 10, 2005 | Fax requesting legal analysis and advice | A/C WP | | |
| 32 | Lois M. Hobbs (IRSD) | James D. Griffin (G&H) | Dec. 20, 2004 | Fax requesting legal analysis and advice | A/C WP | | |
| 33 | Lois M. Hobbs (IRSD) | Nathan Kellum (ADF) | Jan. 10, 2005 | Fax requesting legal analysis and advice | A/C WP | | |
| 34 | Lois M. Hobbs (IRSD) | Nathan Kellum (ADF) | Nov. 16, 2004 | Fax requesting legal analysis and advice | A/C WP | | |
| 35 | Lois M. Hobbs (IRSD) | James D. Griffin (G&H) | Nov. 16, 2004 | Fax requesting legal analysis | A/C WP | | |

PHLIT5755095

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 4 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

| No. | Author | Recipient(s) | Date | Description | Grounds | Bates Range (if any) | |
|---|---|---|---|---|---|---|---|
| | | | | | | From | Through |
| 36 | James D. Griffin (G&H) | Lois M. Hobbs (IRSD) Patrick C. Miller (IRSD) John Cafferty (B&K) | Feb. 27, 2006 | Fax forwarding Feb. 27, 2006 letter providing legal analysis and advice | A/C WP | | |
| 37 | James D. Griffin (G&H) | George E. Knight (Utica) Indian River Board of Education Lois M. Hobbs (IRSD) John D. Balaguer (W&W) John F. Cafferty (B&K) | Feb. 8, 2006 | Letter regarding legal issues | A/C WP | | |
| 38 | James D. Griffin (G&H) | Lois M. Hobbs (IRSD) | Feb. 3, 2006 | Letter regarding legal issues | A/C WP | | |
| 39 | James D. Griffin (G&H) | Lois M. Hobbs (IRSD) | Feb. 13, 2006 | Letter forwarding Feb. 9, 2006 letter from Edward J. Grass (H&W) regarding legal issues | A/C WP | | |
| 40 | James D. Griffin (G&H) | Lois Hobbs (IRSD) | Feb. 9, 2006 | Fax forwarding Feb. 9, 2006 letter from Edward J. Grass (H&W) regarding legal issues | A/C WP | | |
| 41 | Lois M. Hobbs (IRSD) | James D. Griffin (G&H) | Jan. 5, 2006 | Fax requesting legal analysis and advice | A/C WP | | |
| 42 | James D. Griffin (G&H) | Nathan W. Kellum (ADF) Harvey Walls (IRSB) Lois Hobbs (IRSD) | Jan. 18, 2005 | Letter regarding legal representation | A/C WP | | |
| 43 | James D. Griffin (G&H) | Harvey Walls (IRSB) | Jan. 3, 2005 | Letter regarding legal representation | A/C WP | | |

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 5 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

| No. | Author | Recipient(s) | Date | Description | Grounds | Bates Range (if any) | |
|---|---|---|---|---|---|---|---|
| | | | | | | From | Through |
| 44 | James D. Griffin (G&H) | Harvey L. Walls (IRSB) Charles M. Bireley (IRSB) Nina Lou Bunting (IRSB) Richard H. Cohee (IRSB) John M. Evans (IRSB) Reginald L. Helms (IRSB) Gregory A. Hastings (IRSB) Dr. Donald G. Hattier (IRSB) Mark A. Isaacs (IRSB) Elaine McCabe (IRSB) Lois M. Hobbs (IRSD) Earl Savage (IRSD) | Sept. 9, 2004 | Letter providing legal analysis and advice | A/C WP | | |
| 45 | Kris Wenberg (ACLJ) | James D. Griffin (G&H) | Aug. 20, 2004 | E-mail regarding legal analysis and advice | A/C WP | | |
| 46 | John F. Cafferky (B&K) | School Board Members Lois Hobbs (IRSD) John Balaguer (W&W) | Feb. 3, 2006 | Memorandum regarding legal issues | A/C WP | | |
| 47 | James D. Griffin (G&H) | Lois M. Hobbs (IRSD) | Feb. 3, 2006 | Letter providing legal analysis and advice | A/C WP | | |
| 48 | Lois M. Hobbs (IRSD) | | n.d. | Copy of Feb. 27, 2006 letter from James D. Griffin (G&H) providing legal analysis and advice, with hand-written notes by Lois Hobbs | A/C WP | | |
| 49 | Lois M. Hobbs (IRSD) | | n.d. | Copy of Settlement Agreement with hand-written notes by Lois Hobbs | WP | | |

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 6 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

| No. | Author | Recipient(s) | Date | Description | Grounds | Bates Range (if any) From | Through |
|---|---|---|---|---|---|---|---|
| 50 | Lois M. Hobbs (IRSD) | John Cafferky (B&K) | Jan. 5, 2006 | Fax requesting legal analysis and advice | A/C WP | | |
| 51 | John Cafferky (B&K) | School Board Members Lois Hobbs (IRSD) | Oct. 13, 2005 | Memorandum regarding legal issues | A/C WP | | |
| 52 | John Cafferky (B&K) | Lois Hobbs (IRSD) | Aug. 17, 2005 | E-mail regarding legal issues | A/C WP | | |
| 53 | Lois M. Hobbs (IRSD) | | n.d. | Notes of telephone conversation with John Cafferky (B&K) regarding legal issues | A/C WP | | |
| 54 | John F. Cafferky (B&K) | School Board Members Lois Hobbs (IRSD) | July 26, 2005 | Memorandum regarding legal issues | A/C WP | | |
| 55 | John Cafferky (B&K) | Lois Hobbs (IRSD) | Apr. 27, 2005 | E-mail regarding legal issues | A/C WP | | |
| 56 | Janet Hearn (IRSD) | | n.d. | Copy of School Board Policy BDA.1 with hand-written comments to counsel | A/C WP | | |
| 57 | Lois M. Hobbs (IRSD) | Nathan W. Kellum (ADF) John F. Cafferky (B&K) Scott Rose (Utica) John Balaguer (W&W) | Mar. 22, 2005 | Letter forwarding table/chart responding to allegations of plaintiffs' complaint | A/C WP | | |
| 58 | John D. Balaguer (W&W) | Charles M. Bireley (IRSB) Lois M. Hobbs (IRSD) John F. Cafferky (B&K) Scott Rose (Utica) | Mar. 24, 2006 | Letter regarding legal issues | A/C WP | | |
| 59 | Janet Hearn (IRSD) | Charles M. Bireley (IRSB) | Mar. 24, 2006 | Fax forwarding Mar. 24, 2006 letter from John D. Balaguer (W&W) regarding legal issues | A/C WP | | |

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 7 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

| No. | Author | Recipient(s) | Date | Description | Grounds | Bates Range (if any) | |
|-----|--------|--------------|------|-------------|---------|------|---------|
| | | | | | | From | Through |
| 60 | Lois M. Hobbs (IRSD) | Board of Education | Mar. 27, 2006 | Fax forwarding Mar. 24, 2006 letter from John D. Balaguer (W&W) regarding legal issues | A/C WP | | |
| 61 | Lois M. Hobbs (IRSD) | Beth (ADF) | Oct. 5, 2004 | Fax requesting legal analysis and advice | A/C WP | | |
| 62 | Nathan W. Kellum (ADF) | Harvey L. Walls (IRSB) | Dec. 21, 2004 | Letter regarding legal representation | A/C WP | | |
| 63 | Lois M. Hobbs (IRSD) | Board of Education | Dec. 23, 2004 | Fax forwarding Dec. 21, 2004 letter from Nathan W. Kellum (ADF) regarding legal representation | A/C WP | | |
| 64 | Lois M. Hobbs (IRSD) | Nathan Kellum (ADF) | Jan. 4, 2005 | Fax requesting legal analysis and advice | A/C WP | | |
| 65 | Michael Kane (ADF) | Lois Hobbs (IRSD) Nate Kellum (ADF) | Mar. 2, 2005 | E-mail regarding legal issues, with hand-written comments by Lois Hobbs (IRSD) | A/C WP | | |
| 66 | Michael Kane (ADF) | Lois Hobbs (IRSD) Nate Kellum (ADF) | Mar. 2, 2005 | E-mail providing legal analysis and advice, including text of Mar. 2, 2005 e-mail from Lois Hobbs (IRSD) to Michael Kane (ADF) requesting legal analysis and advice, and Mar. 2, 2005 e-mail from Kane to Hobbs and Kellum regarding legal issues | A/C WP | | |

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 8 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

| No. | Author | Recipient(s) | Date | Description | Grounds | Bates Range (if any) From | Through |
|---|---|---|---|---|---|---|---|
| 67 | Thomas S. Neuberger (TNF) | Harvey L. Walls (IRSB) John W. Whitehead (TRI) Lois M. Hobbs (IRSD) Reginald L. Helms (IRSB) James D. Griffin (G&H) | Aug. 19, 2004 | Letter regarding legal representation | A/C WP | | |
| 68 | Reggie Helms (IRSB) | Janet Hearn (IRSD) | Aug. 18, 2004 | Fax regarding legal issues, with hand-written notes | WP | | |
| 69 | Lois M. Hobbs (IRSD) | Harvey Walls (IRSB) Reggie Helms (IRSB) | Aug. 19, 2004 | Fax forwarding Aug. 18, 2004 letter from Thomas S. Neuberger regarding legal representation | A/C WP | | |
| 70 | Reggie Helms (IRSB) | Janet Hearn (IRSD) | Aug. 18, 2004 | Fax regarding legal issues | WP | | |
| 71 | Lois M. Hobbs (IRSD) | Jim Griffin (G&H) | Aug. 19, 2004 | Fax forwarding Aug. 18, 2004 letter from Thomas S. Neuberger regarding legal representation | A/C WP | | |
| 72 | Thomas S. Neuberger (TNF) | Reginald Helms (IRSB) John Whitehead (TRI) Stephen J. Neuberger (TNF) | Aug. 24, 2004 | E-mail providing legal analysis and advice | A/C WP | | |
| 73 | Lois M. Hobbs (IRSD) | Board of Education | Aug. 11, 2004 | Fax regarding legal issues | WP | | |
| 74 | Lois M. Hobbs (IRSD) | Jim Griffin (G&H) | Aug. 10, 2004 | Memorandum requesting legal analysis and advice | A/C WP | | |
| 75 | Lois Hobbs (IRSD) | | Mar. 15, 2005 | Hand-written notes of conversation with Nate Kellum (ADF) regarding legal issues | A/C WP | | |
| 76 | Lois Hobbs (IRSD) | | n.d. | Copy of complaint with hand-written notes by Lois Hobbs | WP | | |
| 77 | Lois M. Hobbs (IRSD) | John Cafferky (B&K) | Apr. 26, 2005 | Memorandum regarding legal issues | A/C WP | | |

PHLIT\575509\5

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 9 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

| No. | Author | Recipient(s) | Date | Description | Grounds | Bates Range (if any) | |
|---|---|---|---|---|---|---|---|
| | | | | | | From | Through |
| 78 | Lois M. Hobbs (IRSD) | | n.d. | Hand-written notes regarding legal issues | WP | | |
| 79 | Lois M. Hobbs (IRSD) | | n.d. | Hand-written notes of Aug. 25, 2005 conversation with John Cafferky (B&K) regarding legal issues | A/C WP | | |
| 80 | Lois M. Hobbs (IRSD) | | n.d. | Copy of Aug. 25, 2005 e-mail from John Cafferky (B&K) to Lois Hobbs (IRSD) and John Balaguer (W&W) regarding legal issues, with hand-written notes of Aug. 25, 2005 conversation with John Cafferky (B&K) regarding legal issues | A/C WP | | |
| 81 | Lois M. Hobbs (IRSD) | | n.d. | Copy of Aug. 22, 2005 letter from Thomas J. Allingham II, with hand-written notes of Aug. 25, 2005 conversation with John Cafferky (B&K) regarding legal issues | A/C WP | | |
| 82 | Lois M. Hobbs (IRSD) | John Cafferky (B&K) | Sept. 13, 2005 | Fax requesting legal analysis and advice | A/C WP | | |
| 83 | Lois M. Hobbs (IRSD) | | Sept. 8, 2005 | Hand-written notes of conversation with John Cafferky (B&K) and John Balaguer (W&W) regarding legal issues | A/C WP | | |

PHLIT 575 5095

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 10 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

| No. | Author | Recipient(s) | Date | Description | Grounds | Bates Range (if any) From | Through |
|---|---|---|---|---|---|---|---|
| 84 | Lois M. Hobbs (IRSD) | | Sept. 12, 2005 | Hand-written notes of conversation with John Cafferky (B&K) and John Balaguer (W&W) regarding legal issues | A/C WP | | |
| 85 | John Cafferky (B&K) | Lois Hobbs (IRSD) Janet Lawson (B&K) John Balaguer (W&W) | Sept. 12, 2005 | E-mail forwarding Sept. 12, 2005 memorandum from John F. Cafferky (B&K) to School Board Members and Lois Hobbs (IRSD) regarding legal issues | A/C WP | | |
| 86 | Lois M. Hobbs (IRSD) | Board of Education | Sept. 13, 2005 | Memorandum forwarding Sept. 12, 2005 memorandum from John F. Cafferky (B&K) to School Board Members and Lois Hobbs (IRSD) regarding legal issues | A/C WP | | |
| 87 | John F. Cafferky (B&K) | School Board Members Lois Hobbs (IRSD) | Sept. 12, 2005 | Memorandum regarding legal issues | A/C WP | | |
| 88 | John F. Cafferky (B&K) | School Board Members Lois Hobbs (IRSD) | Sept. 12, 2005 | Draft memorandum regarding legal issues | A/C WP | | |
| 89 | John F. Cafferky (B&K) | Lois Hobbs (IRSD) John Balaguer (W&W) | Sept. 12, 2005 | E-mail providing legal analysis and advice | A/C WP | | |
| 90 | John F. Cafferky (B&K) | Distribution List | June 24, 2005 | Memorandum regarding legal issues | A/C WP | | |
| 91 | Lois M. Hobbs (IRSD) | John Cafferky (B&K) | July 7, 2005 | Memorandum regarding legal issues | A/C WP | | |
| 92 | John Cafferky (B&K) | Lois Hobbs (IRSD) | July 6, 2005 | E-mail regarding legal issues | A/C WP | | |
| 93 | Lois M. Hobbs (IRSD) | John Cafferky (B&K) | July 8, 2005 | Fax regarding legal issues | A/C WP | | |
| 94 | John Cafferky (B&K) | John Balaguer (W&W) Scott Rose (Utica) Lois Hobbs (IRSD) | July 8, 2005 | E-mail regarding legal issues | A/C WP | | |

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 11 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

| No. | Author | Recipient(s) | Date | Description | Grounds | Bates Range (if any) | |
|-----|--------|--------------|------|-------------|---------|------|---------|
| | | | | | | From | Through |
| 95 | John Balaguer (W&W) | John Cafferky (B&K)<br>Lois Hobbs (IRSD)<br>Scott Rose (Utica) | July 8, 2005 | E-mail regarding legal issues | A/C<br>WP | | |
| 96 | Jim Griffin (G&H) | Lois Hobbs (IRSD) | Sept. 28, 2004 | Fax forwarding Sept. 2, 2004 fax from Norma J. Ware (L&W) regarding legal issues | A/C<br>WP | | |
| 97 | George E. Knight, III (Utica) | Lois M. Hobbs (IRSD)<br>Jim Griffin (G&H)<br>Charles M. Birely (IRSB)<br>John D. Balaguer (W&W) | Oct. 5, 2005 | Letter regarding legal issues | A/C<br>WP | | |
| 98 | George E. Knight, III (Utica) | James Griffin (G&H)<br>John D. Balaguer (W&W)<br>John F. Cafferky (B&K)<br>Scott A. Rose (Utica) | Feb. 3, 2006 | Letter regarding legal issues, relayed to Lois Hobbs (IRSD) by counsel | A/C<br>WP | | |
| 99 | Edward J. Grass (H&W) | James Griffin (G&H)<br>George E. Knight, III (Utica)<br>Scott A. Rose (Utica)<br>John D. Balaguer (W&W)<br>John F. Cafferky (B&K) | Feb. 9, 2006 | Letter regarding legal issues, relayed to Lois Hobbs (IRSD) by counsel | A/C<br>WP | | |
| 100 | Lois Hobbs (IRSD) | | n.d. | Typed notes regarding legal issues | WP | | |
| 101 | James D. Griffin (G&H) | Members of the Indian River School Board | Aug. 23, 2004 | Letter providing legal analysis and advice | A/C<br>WP | | |
| 102 | Nate Kellum (ADF) | Harvey Walls (IRSB) | Dec. 21, 2004 | Fax forwarding Dec. 21, 2004 letter from Nathan W. Kellum (ADF) regarding legal representation | A/C<br>WP | | |

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 12 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

| No. | Author | Recipient(s) | Date | Description | Grounds | Bates Range (if any) | |
|---|---|---|---|---|---|---|---|
| | | | | | | From | Through |
| 103 | Harvey L. Walls (IRSB) | Nate Kellum (ADF) | Oct. 14, 2004 | Fax requesting legal analysis and advice | A/C WP | | |
| 104 | Earl J. Savage (IRSD) | James Griffin (G&H) | Sept. 10, 2004 | Memorandum requesting legal analysis and advice | A/C WP | | |
| 105 | Nathan W. Kellum (ADF) | Harvey L. Walls (IRSB) | Oct. 20, 2004 | Letter regarding legal representation | A/C WP | | |
| 106 | Beth Procheska (ADF) | Harvey Walls | Aug. 25, 2004 | Fax providing legal analysis and advice | A/C WP | | |
| 107 | Norma J. Ware (L&W) | Jim Griffin (G&H) | Sept. 2, 2004 | Fax regarding legal issues, relayed to Lois Hobbs (IRSD) by counsel | A/C WP | | |
| 108 | Thomas S. Neuberger (TNF) | | Sept. 15, 2004 | Packet of information provided to board members in connection with legal representation | A/C WP | | |
| 109 | Reggie Helms (IRSB) | Harvey Walls (IRSB) | Aug. 24, 2004 | Fax forwarding e-mail from Thomas S. Neuberger (TNF) providing legal analysis and advice | A/C WP | | |
| 110 | Greg Hastings (IRSB) | Fellow Board Members | Aug. 23, 2004 | Memorandum regarding legal representation | WP | | |
| 111 | Jim Griffin (G&H) | Harvey Walls (IRSB) Lois Hobbs (IRSD) | Jan. 18, 2005 | Fax forwarding Jan. 18, 2005 letter from James D. Griffin (G&H) regarding legal representation | A/C WP | | |
| 112 | Thomas S. Neuberger (TNF) | | Sept. 15, 2004 | Packet of information provided to board members in connection with legal representation | A/C WP | | |
| 113 | Donald G. Hattier (IRSB) | Lois M. Hobbs (IRSD) | May 5, 2006 | Letter regarding legal issues | WP | | |

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 13 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

| No. | Author | Recipient(s) | Date | Description | Grounds | Bates Range (if any) | |
|-----|--------|--------------|------|-------------|---------|------|---------|
| | | | | | | From | Through |
| 114 | | | June 15, 2004 | Audio recording of June 15, 2004 school board meeting, including confidential executive session proceedings and attorney-client privileged communications (Redacted copy produced) | ACP WP EX | BPD 1289 | |
| 115 | | | Dec. 21, 2004 | Audio recording of Dec. 21, 2004 school board meeting, including confidential executive session proceedings and attorney-client privileged communications (Redacted copy produced) | ACP WP EX | BPD 1289 | |
| 116 | | | July 1, 2004 | Audio recording of July 1, 2004 school board meeting, including confidential executive session proceedings and attorney-client privileged communications | ACP WP EX | | |
| 117 | | | Aug. 23, 2004 | Audio recording of Aug. 23, 2004 school board meeting, including confidential executive session proceedings and attorney-client privileged communications | ACP WP EX | | |

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 14 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

| No. | Author | Recipient(s) | Date | Description | Grounds | Bates Range (if any) | |
|-----|--------|--------------|------|-------------|---------|------|------|
| | | | | | | From | Through |
| 118 | | | Sept. 15, 2004 | Audio recording of Sept. 15, 2004 school board meeting, including confidential executive session proceedings and attorney-client privileged communications | ACP WP EX | | |
| 119 | | | Nov. 1, 2004 | Audio recording of Nov. 1, 2004 school board meeting, including confidential executive session proceedings and attorney-client privileged communications | ACP WP EX | | |
| 120 | | | Jan. 26, 2005 | Audio recording of Jan. 26, 2005 school board meeting, including confidential executive session proceedings and attorney-client privileged communications | ACP WP EX | | |
| 121 | | | May 24, 2005 | Audio recording of May 24, 2005 school board meeting, including confidential executive session proceedings and attorney-client privileged communications | ACP WP EX | | |
| 122 | Thomas S. Neuberger (TNF) | Reginald Helms (IRSB) | Aug. 25, 2004 | Client-Agency Agreement between and among Reginald Helms, The Neuberger Firm, and The Rutherford Institute | A/C WP | | |

PHLIT/575509/5

Dobrich et al. v. Indian River School District, et al.
No. 05-120 (D. Del.)
Page 15 of 15

Defendants' Privilege Log
Board Prayer Discovery
Revised: October 23, 2006

Key to Abbreviations
A/C = Attorney-Client Privileged
WP = Work Product
EX = Executive Session / Deliberative Process Privilege
ACLJ = American Center for Law & Justice (Counsel)
ADF = Alliance Defense Fund (Counsel)
B&K = Blankingship & Keith (Counsel)
DBR = Drinker Biddle & Reath (Counsel)
G&H = Griffin & Hackett (Counsel)
H&W = Hunton & Williams (Counsel to Utica)

IRSD = Staff, Indian River School District
IRSB = Member, Indian River School Board
L&W = L&W Insurance (Insurance Agent)
T&R = Tunnell & Raysor (Counsel)
TNF = The Neuberger Firm (Counsel)
TRI = The Rutherford Institute (Counsel)
Utica = Utica Mutual Insurance Company (Insurance Carrier)
W&W = White & Williams (Counsel)
n.d. = no date