IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MONA DOBRICH, et al., | x : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : : : | |
| Defendants. | : x | |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, attorneys for Plaintiffs state that they have made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in Plaintiffs' Motion to Compel Defendants to Produce Documents for which Defendants Waived Privilege, but no such agreement has been reached.

/s/ Brian G. Lenhard
Brian G. Lenhard (#4569)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorney for Plaintiffs

DATED: November 3, 2006

## CERTIFICATE OF SERVICE

I, Brian G. Lenhard, hereby certify that on November 3, 2006, I electronically filed Plaintiffs' Motion to Compel Defendants to Produce Documents for which Defendants Waived Privilege with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

### By CM/ECF

Warren Thomas Pratt, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200
Attorney for Defendants

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East 7th Street
Suite 302
Wilmington, DE 19801
(302) 655-0582
Attorneys for Reginald L. Helms

Brian G. Lenhard (#4569)
blenhard@probonolaw.com
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorney for Plaintiffs

DATED: November 3, 2006