ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636

TEL: (302) 651-3000

DIRECT DIAL
(302) 651-3070
EMAIL ADDRESS
TALLINGH@PROBONOLAW.COM

November 6, 2006

**BY E-MAIL AND HAND-DELIVERY**

The Honorable Joseph J. Farnan, Jr.
District Court of Delaware
844 North King Street
Lock Box 27
Wilmington, Delaware 19801

> RE: Dobrich, et al., v. Indian River School District, et al., D. Del. No. 05-120

Dear Judge Farnan:

    I have learned in a phone call today from Jason Gosselin, who represents the defendants in the above-captioned action, that he does not feel that we have adequately conferred on a portion of the Motion to Compel we filed on Friday. Accordingly, I respectfully request that consideration of that motion (and deadlines on defendants' response to that motion) be deferred until Mr. Gosselin and I have effectively conferred on the disputed portion of the motion. We will do so promptly, and I will file a supplemental certification indicating that we have done so.

    I am available at the Court's convenience if Your Honor has questions regarding the foregoing.

Respectfully,

Thomas J. Allingham II (#476)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorneys for the Plaintiffs

The Honorable Joseph J. Farnan, Jr.
November 6, 2006
Page 2


cc: Jason P. Gosselin, Esquire (by e-file)
    Warren T. Pratt, Esquire (by e-file)