IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONA DOBRICH, et al.,                :
                                     :
        Plaintiffs,                  :
                                     :
    v.                               :    Civil Action No. 05-120-JJF
                                     :
INDIAN RIVER SCHOOL DISTRICT,        :
et al.,                              :
                                     :
        Defendants.                  :

## O R D E R

WHEREAS, the Court approved the parties amended Rule 16 Scheduling Order For All Remaining Issues Other Than The Indian River School Board's Prayer Policy (D.I. 208);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Pretrial Conference set for April 5, 2007 is **CANCELLED** (D.I. 129). A Pretrial Conference will be held on **Thursday, January 10, 2008 at 1:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) The Jury Trial set for June 4, 2007 is **CANCELLED** (D.I. 129). Trial will commence on **Monday, February 11, 2008 at 9:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

December 15, 2006                    _____
DATE                                 UNITED STATES DISTRICT JUDGE