IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., : | |
| Plaintiffs, : | |
| v. : | C. A. No. 05-120-JJF |
| HARVEY L. WALLS, et al., : | |
| Defendants. : | |
| _____ : | |
| GRAPHIC ARTS MUTUAL INSURANCE COMPANY, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 06-246-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., : | |
| Defendants. : | |

## ORDER

At Wilmington this **14th** day of **August, 2007**,

IT IS ORDERED that mediation in the above matters has been scheduled for **Tuesday, August 21, 2007 at 9:30 a.m. Dress for the mediation is business casual.** Each party **must have** a representative in attendance at the mediation who has **full authority** to negotiate a settlement. There shall be **no submissions** of the parties.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE
