IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : |
| Defendants. | : |

### O R D E R

WHEREAS, Plaintiffs filed a Motion To Compel Defendants to Produce Documents For Which Defendants Waived Privilege (D.I. 202), which was followed by a letter (D.I. 203) from Plaintiffs' counsel requesting the Court to extend Defendants' response deadline and delay consideration of the Motion until the parties had additional time to confer;

WHEREAS, to date the Motion has not been briefed;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Motion To Compel Defendants to Produce Documents For Which Defendants Waived Privilege (D.I. 202) is **DENIED** with leave to renew.

August 29, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE