IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-120-JJF |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants. | : | |



### RULE 16 SCHEDULING ORDER

On March 24, 2006, the Court divided discovery in the above captioned litigation into two categories: (1) the constitutionality of the Indian River School Board's Prayer Policy as written and as applied (the "School Board Prayer Issue"), and (2) all remaining issues (the "Remaining Issues"). This Scheduling Order shall govern case dispositive motions and briefing pertaining to the School Board Prayer Issue. The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS HEREBY ORDERED that:

Any case dispositive motions relating to the School Board Prayer Issue, pursuant to the Federal Rules of Civil Procedure, shall be served and filed either (i) within 30 days of the parties submitting the Settlement Agreement relating to the Remaining Issues to the Court, or (ii) before December 12, 2007, whichever is earlier. Briefing shall be pursuant to D. Del. L.R. 7.1.2. Case dispositive motions shall be limited to one (1) motion per side.

October 12, 2007
DATE

UNITED STATES DISTRICT JUDGE