ONE RODNEY SQUARE
BOX 636
WILMINGTON, DELAWARE 19899-0636

(302) 651-3000

DIRECT DIAL
(302) 651-3070
EMAIL ADDRESS
TALLINGH@PROBONOLAW.COM

December 6, 2007

**BY E-MAIL, HAND-DELIVERY AND OVERNIGHT**

**LETTER**   PUBLIC VERSION   DATED:
DECEMBER 13, 2007

The Honorable Joseph J. Farnan, Jr.
District Court of Delaware
844 North King Street
Lock Box 27
Wilmington, Delaware 19801

    RE: Dobrich, et al., v. Indian River School District, et al., D. Del. No. 05-120

Dear Judge Farnan:

**REDACTED**

The Honorable Joseph J. Farnan, Jr.
December 6, 2007
Page 2

**REDACTED**

Respectfully,

*[signature]* /s/

Thomas J. Allingham II (#476)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Attorney for the Plaintiffs

cc:         **REDACTED**

516085-Wilmington Server 1A - MSW