IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-120-JJF |
| : | PUBLIC VERSION |
| INDIAN RIVER SCHOOL DISTRICT, : | |
| et al., : | DATED: |
| : | DECEMBER 13, 2007 |
| Defendants. : | |

**ORDER**

**REDACTED**

_____     _____
DATE                    UNITED STATES DISTRICT JUDGE