ONE RODNEY SQUARE
BOX 636
WILMINGTON, DELAWARE 19899-0636

(302) 651-3000

DIRECT DIAL
(302) 651-3070
EMAIL ADDRESS
TALLINGH@PROBONOLAW.COM

December 19, 2007

**BY HAND-DELIVERY**  PUBLIC VERSION   DATED:
DECEMBER 26, 2007

The Honorable Joseph J. Farnan, Jr.
District Court of Delaware
844 North King Street
Lock Box 27
Wilmington, Delaware 19801

      RE:  Dobrich, et al., v. Indian River School District, et al., D. Del. No. 05-120

Dear Judge Farnan:

**REDACTED**

Respectfully,

Thomas J. Allingham II (#476)

cc:

**REDACTED**