IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : PUBLIC VERSION<br>DATED:<br>JANUARY 15, 2008 |
| Defendants. | : |

**MOTION FOR AN EXTENSION OF TIME
FOR CASE DISPOSITVE MOTION DEADLINES**

**REDACTED**

**REDACTED**

/s/ Thomas J. Allingham II
Thomas J. Allingham II (I.D. No. 476)
tallingh@probonolaw.com
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
(302) 651-3000
  *Attorney for Plaintiffs*

DATED: January 8, 2008