IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-120-JJF |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, | : | PUBLIC VERSION |
| et al., | : | DATED: |
| | : | JANUARY 15, 2008 |
| | : | |
| Defendants. | : | |

**RULE 16 SCHEDULING ORDER**

**REDACTED**

_____          _____
DATE                            UNITED STATES DISTRICT JUDGE