IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-120-JJF |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## RULE 16 SCHEDULING ORDER

On March 24, 2006, the Court divided discovery in the above-captioned litigation into two categories: (1) the constitutionality of the Indian River School Board's Prayer Policy as written and as applied (the "School Board Prayer Issue"), and (2) all remaining issues (the "Remaining Issues"). This Scheduling Order shall govern case dispositive motions and briefing pertaining to the School Board Prayer Issue. The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS HEREBY ORDERED that:

Any case dispositive motions relating to the School Board Prayer Issue, pursuant to the Federal Rules of Civil Procedure, shall be served and filed on or before April 18, 2008; answering briefs shall be served and filed on or before May 16, 2008; and reply briefs shall be served and filed on or before May 30, 2008. Briefing shall be pursuant to D. Del. L.R. 7.1.2. Case dispositive motions shall be limited to one (1) motion per side.

_____    _____
 DATE                             UNITED STATES DISTRICT JUDGE