IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : Civil Action No. 05-120-JJF <br> : <br> INDIAN RIVER SCHOOL DISTRICT, : <br> et al., : <br> : <br> Defendants. : | |

**NOTICE OF MOTION FOR AN EXTENSION OF TIME
FOR CASE DISPOSITIVE MOTION DEADLINES**

Plaintiffs, by and through their undersigned attorneys, hereby provide notice of the Motion for an Extension of Time for Case Dispositive Motion Deadlines filed by Plaintiffs on March 4, 2008 (the "Motion").

1.  Plaintiffs filed the Motion on March 4, 2008, requesting both an extension of time for case dispositive motions and a determination of existing deadlines for opening briefs, answering briefs, and reply briefs thereto.

2.  Pursuant to the Court's standing order issued February 1, 2008, Plaintiffs request a hearing on the next available motion day, which is April 11, 2008.

3.  Because both parties have submitted papers relating to the Motion and the Motion would be rendered moot if it is not decided before the next available motion day, Plaintiffs request that the hearing on the Motion be waived, and request that the Court consider the Motion on the papers submitted.

WHEREFORE, Plaintiffs respectfully request that the Court waive the hearing on Plaintiffs' Motion and enter an order providing the briefing schedule for case dispositive motions.

/s/ Thomas J. Allingham II
Thomas J. Allingham II (I.D. No. 476)
tallingh@probonolaw.com
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
*Attorney for Plaintiffs*

DATED: March 12, 2008