ONE RODNEY SQUARE

BOX 636

WILMINGTON. DELAWARE 19899-0636

———

(302) 651-3000

DIRECT DIAL
(302) 651-3070
EMAIL ADDRESS
TALLINGH@PROBONOLAW.COM

March 12, 2008

**BY HAND-DELIVERY**

The Honorable Joseph J. Farnan, Jr.
District Court of Delaware
844 North King Street
Lock Box 27
Wilmington, Delaware  19801

> RE:    Dobrich, et al., v. Indian River School District, et al., D. Del. No.
>         05-120

Dear Judge Farnan:

Last Tuesday, Plaintiffs filed a Motion for an Extension of Time for Case Dispositive Motion Deadlines (the "Motion"), requesting additional time to file dispositive motions on the remaining issue in the above-captioned case.  Although we learned this morning that the Court is not currently considering the Motion because we did not file a Notice of Motion, Plaintiffs respectfully request expedited consideration of the Motion.  Given the time urgency of the Motion, and the fact that Defendants have already submitted an opposition to the Motion, Plaintiffs request a ruling from the Court without a hearing.

Plaintiffs apologize for not conforming to the Court's case management procedures regarding non-dispositive motions.  Attached is a Notice of Motion requesting a hearing on the next available motion day.  Because Plaintiffs are seeking an extension of time for a deadline that precedes than the next available motion day, and because Defendants have already responded to the Motion, Plaintiffs hereby request to waive the hearing and request expedited consideration by the Court.

There is one other point to which we would like to draw the Court's attention.  As we noted in the Motion, it is unclear to us whether the current deadline for case dispositive motions and opening briefs is March 24 or March 27 (although the order approving settlement is dated February 21, it was entered on February 26).  In addition, the existing scheduling order

The Honorable Joseph J. Farnan, Jr.
March 12, 2008
Page 2

does not provide deadlines for answering briefs or reply briefs on the dispositive motions. Accordingly, if the Motion is denied or the Court declines to consider the Motion, Plaintiffs respectfully request that the Court clarify the deadlines established by the existing order, and establish deadlines for the answering and reply briefs, so that the parties may be certain to comply with the schedule established by the Court.

Respectfully,

Thomas J. Allingham II (#476)

cc:  Jason P. Gosselin, Esquire