ONE RODNEY SQUARE

BOX 636

WILMINGTON, DELAWARE 19899-0636

(302) 651-3000

DIRECT DIAL
(302) 651-3070
EMAIL ADDRESS
TALLINGH@PROBONOLAW.COM

March 19, 2008

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
District Court of Delaware
844 North King Street
Lock Box 27
Wilmington, Delaware  19801

> RE:    Dobrich, et al., v. Indian River School District, et al., D. Del. No.
> 05-120

Dear Judge Farnan:

Plaintiffs and Defendants have agreed to a proposed schedule for case dispositive motions and the briefing thereto.  Because the Court has not yet ruled on Plaintiffs' Motion for an Extension of Time for Case Dispositive Motion Deadlines (the "Motion"), Plaintiffs and Defendants respectfully request that the Court enter the proposed joint Stipulation and Order.

Respectfully,

Thomas J. Allingham II (#476)

cc:  Jason P. Gosselin, Esquire

526832-Wilmington Server 1A - MSW