IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al., | : |
|     Plaintiffs, | : |
| v. | : Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : |
|     Defendants. | : |

## STIPULATION AND ORDER

Plaintiffs and Defendants, by and through their undersigned attorneys, respectfully submit this Stipulation and Order setting forth the schedule for case dispositive motions and briefing to the Court for its approval.

1. Plaintiffs filed a Motion for an Extension of Time for Case Dispositive Motion Deadlines (the "Motion") on March 4, 2008, requesting both an extension of time for case dispositive motions and a determination of existing deadlines for opening briefs, answering briefs, and reply briefs thereto.

2. Defendants filed a response to Plaintiff's Motion on March 11, outlining Defendants' objections to the Motion.

3. Plaintiffs and Defendants have conferred about the Motion and have reached an agreement on the deadlines for case dispositive motions.

4. Because the Court has not yet ruled on the Motion, the parties respectfully request that the Court enter an order with the following deadlines, which have been agreed upon by the parties:

5.  All case dispositive motions and opening briefs thereto will be filed no later than April 10, 2008. All answering briefs to case dispositive motions shall be filed no later than May 8, 2008. All reply briefs relating to case dispositive motions shall be filed no later than May 22, 2008.

WHEREFORE, the parties respectfully request that the Court approve this Stipulation and Order setting forth the above schedule for case dispositive motions and briefing.

_____
Thomas J. Allingham II (I.D. No. 476)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-636
(302) 651-3000
  Counsel for Plaintiffs

_____
Warren T. Pratt (I.D. No. 4334)
Jason P. Gosselin (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Suite 1000
Wilmington, DE 19801-1234
(302) 467-4200
  Counsel for Defendants

SO ORDERED this ___ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

2

526826-Wilmington Server 1A - MSW