## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MONA DOBRICH, et al., | x<br>:<br>:<br>: |  |
| Plaintiffs,<br>v. | :<br>:<br>: | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | PUBLIC VERSION |
| Defendants. | :<br>:<br>: | DATED: APRIL 7, 2008 |
|  | x |  |

## **ORDER**

### REDACTED

SO ORDERED this _____ day of _____,
2008

_____

UNITED STATES DISTRICT JUDGE