IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| Plaintiffs, | : | Civil Action No. 05-120-JJF |
| v. | : | |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | PUBLIC VERSION |
| Defendants. | : | DATED: APRIL 7, 2008 |

**MOTION**

**REDACTED**

**REDACTED**

_____
Thomas J. Allingham II (I.D. No. 476)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
Attorneys for Plaintiffs


SO ORDERED this ____ day of _____,
2008

_____
UNITED STATES DISTRICT JUDGE