UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, SAMANTHA DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE,<br><br>    Plaintiffs,<br><br>        v.<br><br>THE INDIAN RIVER SCHOOL BOARD, et al.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civ. Action No. 05-cv00120-JJF<br>:<br>:<br>:<br>: |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(c), and for the reasons stated in the accompanying Opening Brief, Defendants, by and through their undersigned attorneys, hereby move this Court for an order granting their motion for summary judgment in its entirety and dismissing the complaint filed in the above captioned action.

Respectfully submitted,

_/s/_ Warren Pratt_____
Warren Pratt (Del. Bar No. 4334)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Suite 1000
Wilmington, DE 19801
Telephone:   (302) 467-4200
Facsimile:    (302) 467-4201

Jason P. Gosselin
Katherine L. Villanueva

Elizabeth L. McLachlan
DRINKER BIDDLE & REATH LLP
One Logan Square, 18th and Cherry Sts.
Philadelphia, PA 19103
(215) 988-2700
(215) 988-2757 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH and MARCO DOBRICH, individually and as parents and next friend of ALEXANDER DOBRICH, SAMANTHA DOBRICH, JANE DOE and JOHN DOE, individually and as parents and next friend of JORDAN DOE and JAMIE DOE, <br><br>    Plaintiffs, <br><br>    v. <br><br>THE INDIAN RIVER SCHOOL BOARD, et al., <br><br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Civ. Action No. 05-cv00120-JJF <br> : <br> : <br> : <br> : |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 56(c), it is HEREBY ORDERED that Defendants' motion for summary judgment is GRANTED; it is FURTHER ORDERED that the Indian River School Board's Prayer Policy as written and as applied is constitutional.

_____
Judge Joseph J. Farnan, Jr.