IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| MONA DOBRICH, et al., Plaintiffs, v. INDIAN RIVER SCHOOL DISTRICT, et al., Defendants. | : : : : : : : : : | CIVIL ACTION NO. 05-120-JJF |
|---|---|---|

## DECLARATION OF CHARLES H. MITCHELL

I, CHARLES H. MITCHELL, pursuant to 28 U.S.C.A. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1. I am over eighteen (18) years of age, suffer from no disability, and I am competent to testify to the matters set forth herein.

2. I currently live in Millsboro, Delaware 19966.

3. I was a member of the Millsboro School Board beginning in 1966 and continuing until 1969.

4. In 1969, there was a consolidation of five school districts, including the Millsboro School District. These consolidated districts became known as the Indian River School District.

5. In 1969, following the consolidation, I became a member of the Indian River School Board ("IRSB").

6. I served on the IRSB from the consolidation in 1969 until 1986. During this period, my roles included serving as Second Vice President and President.

7. In 1986, I became a member of the Sussex Technical School Board. I still serve on that board in the role of Vice President.

8. In my experience on each of these school boards, for over the last forty years, it has always been customary to open board meetings with a prayer.

9. In particular, while I served as a member of the IRSB, the Board began each meeting with the Pledge of Allegiance followed by a prayer.

10. The President designated one person at each meeting to deliver the prayer.

11. There were no specific restrictions relating to the prayer or what the speaker could say.

12. In general, the prayers were short. For the most part, the prayer usually centered on one of the following topics: guidance in our decision-making, for the sick to be taken care of, or thanking the administration and staff for their hard work.

13. I do not recall any time during the last forty years when the school board on which I served did not open the meeting with a prayer.

Executed: March 25, 2008.

                                                *Charles H. Mitchell*
                                                Charles H. Mitchell