IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONA DOBRICH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INDIAN RIVER SCHOOL DISTRICT, et al.,<br><br>Defendants. | CIVIL ACTION NO. 05-120-JJF |

## DECLARATION OF SUSAN BUNTING

I, SUSAN BUNTING, pursuant to 28 U.S.C.A. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1. I am over eighteen (18) years of age, suffer from no disability, and I am competent to testify to the matters set forth herein.

2. I currently live in Selbyville, Delaware 19975.

3. I am the Superintendent of the Indian River School District ("District").

4. I am familiar with the practices of the Board of Education of the Indian River School District ("Board"), and I regularly attend Board meetings.

5. The development and adoption of District policies is a function of the Board. Typically, policies emanate from the Policy committee, which is a two member subcommittee of the entire Board.

6. In addition to the Board members, certain District personnel serve on the Policy committee.

7. The Policy committee meets separately from the full Board approximately once per month. In these meetings, the Policy committee, among other things, studies proposed policies, analyzes the need for new policies, and prepares drafts of new policies.

8. The Policy committee recommends a new or revised policy to the Board of Education for its approval.

9. The Board will conduct a public first reading of the proposed policy at its next regularly scheduled meeting followed by a second reading of the proposed policy the following month.

10. After the second reading, the Board may vote to adopt the proposed policy. Six (6) votes are required for its approval and subsequent implementation.

11. It is estimated that the District currently has approximately 8,388 students and approximately 646 full-time teachers.

12. The District is composed of 14 schools.

13. The prayer offered at the June 20, 2006 Board meeting took approximately 62 seconds.

Executed: April 10, 2008.

Susan Bunting