INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION REGULAR MEETING
TUESDAY, NOVEMBER 16, 2004 – 7:30 P.M.
NORTH GEORGETOWN ELEMENTARY SCHOOL CAFETERIA

MINUTES

CALL TO ORDER
President Harvey L. Walls called the Regular Meeting of the Indian River School District Board of Education to order at 7:30 p.m.

ROLL CALL
Board Members Present: Charles M. Bireley, John M. Evans, Gregory A. Hastings, Donald G. Hattier, Reginald L. Helms, Mark A. Isaacs, Harvey L. Walls
Board Members Absent: (Mrs.) Nina Lou Bunting, Richard H. Cohee, (Mrs.) Elaine McCabe,

APPROVAL OF AGENDA - Regular and Executive – November 16, 2004
The following items were added to the Executive Session Agenda:
V.B. No. 05-01 PL
V.C. No. 05-05 PL

It was moved by Mr. Helms, seconded by Mr. Hastings, to approve the Regular Agenda and the Executive Session Agenda as amended. The motion passed unanimously (7-0).

PRESENTATION OF COLORS
The Presentation of Colors was performed by the Sussex Central High School Army JROTC.

President Walls asked Dr. Hattier to give an invocation, noting that it is the history of the Board to have a prayer at the beginning of the meeting, which is voluntary among the members of the Board of Education.

APPROVAL OF MINUTES
Board of Education Regular Meeting Minutes – October 19, 2004

It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the minutes as recorded. The motion passed unanimously (7-0).

BOARD OF EDUCATION REGULAR MEETING MINUTES
November 16, 2004
Page 2

VISITORS AND STAFF IN ATTENDANCE
President Walls and Ms. Hobbs recognized and presented certificates to the following for their accomplishments:

Community/School Partnerships
    Communities in Schools Grant – Rebecca Craft
        Enid Wallace-Simms and Judy Thompson – Conectiv
        Eric Williams (GE)
    Wendy's High School Heisman Award – Male State Winner
        Darrell Singleterry (IR)
    State School Bus Safety Contest Winner – Division II
        Floridalma-Velasquez (NG)
    MBNA Grants
        Kristine Dellinger (LN)
        "Effective Guided Reading in Second Grade"
        Carol McDowell (LN)
        "Improving Math Facts"

OTHER VISITORS AND STAFF IN ATTENDANCE
Lois Hobbs, Janet Hearn, Susan Bunting, Michael Owens, Patrick Miller, Jay Headman, Charles Hudson, Greg Weer, John Mitchell, Denise Speicher, Carmen Deldeo, Mark Steele, Cathy Miller, David Maull, Darlene St. Peter, Vincent Catania, Michael Kline, Brice Reed, Jacqueline Wisnauskas, James Hudson, Tim Fannin, Mary Bixler, Sharon Brittingham, Ivan Neal, Tim Slade, Char Hopkins, Darlene Johnson, Maureen Nicholson, Diaz Bonville, Ashley Cook, Linda Thompson, Ted Dwyer, Eric Williams, Enid Williams-Simms, Trish Herholdt, Carol McDowell, Jennifer Finnegan, Kristine Dellinger, Jeni Hudson, Julie Macklin, Matthew Hoffman, Lorie Brittingham, Linda Thompson, Coleen Ingram-Furman, Marcy Bradley, Marco Dobrich, Zemaido Velasquez, Tom Davis, Pat Varine

STUDENT GOVERNMENT
Ashley Cook, President of the Sussex Central High School Student Government, introduced the following officers: Matthew Hoffman, Vice President, Jeni Hudson, Treasurer, and Julie Macklin, Secretary. Ashley reported on the events occurring at Sussex Central High School.

PUBLIC COMMENTS
There were no Public Comments.

BOARD OF EDUCATION REGULAR MEETING MINUTES
November 16, 2004
Page 3

## OLD BUSINESS
### Major Capital Improvements
#### Progress Report
Mr. Weer gave an update on the work at Sussex Central High School. He noted that the surface on the track is delayed due to the temperature drop. Irrigation and seeding of fields should be completed by the end of the week. The roof work is mostly done. However, there are some leaks that are being addressed. Lockers are installed. There is some electrical work to be done. The sound system in the gymnasium and cafeteria will be done by the end of the week. Scoreboards are installed. Work is being done on the punch lists. The rough-in work in the technology areas is done and training will be held from November 30 to December 3.

#### Indian River High School
Mr. Weer reported that the site work is moving forward at Indian River High School. The paving will be done by the end of the week. Masonry work is almost finished. The exterior doors are installed. Kitchen equipment has been installed and work in this area should be completed in about two weeks. Technology work is moving forward. Work will begin on the auxiliary gym floor in a few days. Scoreboards are being installed. Seeding is complete on the football, soccer and hockey fields. Final inspections are being done in some wings. Overall, work is progressing well.

### School Choice Applications
It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the School Choice Applications for 2004-05 and 2005-06 as recommended. The motion passed unanimously (7-0).

### Mission Statement
Ms. Hobbs shared a revised Mission Statement with the Board. It was suggested that the statement be reworded to say "and fulfill their responsibilities as citizens of the State of Delaware, United States, and world through a partnership of students, parents, staff, administrators, Board of Education, and community." It was moved by Dr. Hattier, seconded by Mr. Evans, to approve the Mission Statement as amended. The motion passed unanimously (7-0).

## NEW BUSINESS
### Science & Social Studies Test Scores
Dr. Bunting and Mrs. Speicher shared with the Board the 2004 DSTP Social Studies and Science scores for students in grades 8 and 11.

## COMMITTEE REPORTS AND APPOINTMENTS
### Buildings & Grounds Committee
Mr. Hastings noted that there was a Special Buildings & Grounds Board Meeting on November 1, 2004. At that meeting, the Board voted to delay the move into the new Indian River High School. The next Buildings & Grounds Meeting will be held on December 13, 2004 at the Indian River High School site trailer.

IRSD 0046289

BOARD OF EDUCATION REGULAR MEETING MINUTES
November 16, 2004
Page 4

Curriculum Committee
Dr. Hattier reported that there was no meeting this month.

DSBA Board of Directors Representative
There was no report.

DSBA Legislative Committee
Mr. Bireley reported that there was no meeting this month.

Finance Committee
Mr. Evans reported that the Finance Committee met on November 9, 2004. Mr. Miller will address the issues later in this meeting. The next meeting will be held on December 14, 2004.

Mary Bailey Scholarship Committee
There was no report.

Negotiations Committee
There was no report.

Policy Committee
There was no report.

IREA Representative
There was no report.

ADMINISTRATIVE REPORTS
Mrs. Hobbs, Board Update
School Visits
Ms. Hobbs reported that she visited several schools during American Education Week. She reminded the Board of the Blue Ribbon School Celebration at Frankford Elementary School on November 18. She also informed the Board that Long Neck Elementary School has been nominated as a Blue Ribbon School.

Curriculum Update
The Curriculum Update for the month of November was included in the Board Packet.

Calendar Change
Ms. Hobbs apprised the Board of the following change in the district calendar:
East Millsboro Elementary School's Holiday Concert from December 8 to December 14, 2004

FINANCIAL
Regular Invoices
It was moved by Mr. Helms, seconded by Mr. Evans, to approve the payment of the Regular Invoices. The motion passed unanimously (7-0).

IRSD 0046290

BOARD OF EDUCATION REGULAR MEETING MINUTES
November 16, 2004
Page 5

Financial Summaries
Mr. Miller reviewed the Financial Summaries for the month ending October 31, 2004.

Major Cap Financial Summaries
Mr. Miller reviewed the Major Capital Improvements Financial Summaries for the month ending October 31, 2004.

Affiliate Accounts
Mr. Miller shared a report on the annual financial statements for the affiliate organizations within the Indian River School District. He noted that the report was also reviewed at the Finance Committee Meeting.

Lost Textbooks/Library Books/Other Student Materials
Mr. Miller shared with the Board the FY04 report on Lost Textbooks/Library Books/Other Student Materials.

COMMUNICATIONS
Conference Requests (None)

Use of Facilities
Use of Lord Baltimore Elementary School by High Tide Baptist Church – December 4, 2004

Ms. Hobbs recommended approval of the Use of Facilities Request. It was moved by Mr. Bireley, seconded by Dr. Hattier, to approve the superintendent's recommendation. The motion passed unanimously (7-0).

Correspondence (None)

Field Trips
Day trip by Lord Baltimore Elementary School 3rd Grade Students- December 20, 2004 to Philadelphia, PA

Day trip by Southern Delaware School of the Arts 3rd Grade Students – December 22, 2004 to Philadelphia, PA

Day trip by Selbyville Middle School SAILORS – January 27, 2005 to Philadelphia, PA

Overnight trip by Indian River High School Band – May 12-16, 2005 to Niagara Falls & Toronto, Canada

Overnight trip by Sussex Central Middle School – May 20-21, 2005 to Williamsburg, VA

Day trip by Sussex Central High School Spanish Classes – February 4, 2005 to New York City

IRSD 0046291

BOARD OF EDUCATION REGULAR MEETING MINUTES
November 16, 2004
Page 6

Overnight trip by Sussex Central High School Music Department – April 12-18, 2005 to Orlando, FL

Ms. Hobbs recommended approval of the seven field trips. It was moved by Dr. Hattier, seconded by Mr. Bireley, to approve the superintendent's recommendation. The motion passed unanimously (7-0). However, concern was expressed about the Sussex Central High School Music trip to Disney and the number of days being missed from school.

STAFF
Personnel Agenda, Personnel Addendum, Contract Renewals, and Employee No. 05-05
It was moved by Mr. Bireley, seconded by Mr. Helms to table Personnel Agenda, Personnel Addendum, Contract Renewals, and Employee No. 05-05 until after Executive Session. The motion passed unanimously (7-0).

PUBLIC COMMENTS
There were no Public comments.

EXECUTIVE SESSION
It was moved by Dr. Hattier, seconded by Mr. Helms, to go into Executive Session at 8:30 p.m. The motion passed unanimously (7-0).

A. Personnel: To discuss matters pertaining to names, competencies and abilities of individual employees or students.
B. Strategy Session: To discuss collective bargaining, pending or potential litigation.
C. Hearing: To conduct a hearing regarding employee or student discipline or employee dismissal.
D. Such other business as may properly be discussed in an executive session.

RECONVENE
It was moved by Mr. Bireley, seconded by Dr. Hattier, to reconvene in Regular Session at 11:10 p.m. The motion passed unanimously (7-0).

CONSIDERATION OF AGENDA ITEMS DEFERRED
Personnel Agenda and Personnel Addendum
It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the Personnel Agenda and Personnel Addendum. The motion passed unanimously (7-0).

STUDENT HEARINGS
Student No. 05-04, Student No. 05-05, Student No. 05-06, Student No. 05-07
Student No. 05-08, Student No. 05-09, Student No. 05-10, Student No. 04-61
It was moved by Mr. Helms, seconded by Dr. Hattier to approve the Hearing Officers' reports on Student No. 05-05, Student No. 05-06, Student No. 05-07, Student No. 05-08, Student No. 05-09, and Student No. 05-10. The motion passed unanimously (7-0).

BOARD OF EDUCATION REGULAR MEETING MINUTES
November 16, 2004
Page 7

Student No. 04-61
It was moved by Mr. Helms, seconded by Dr. Hattier, to table Student No. 04-61. The motion passed unanimously (7-0).

Student No. 05-04
It was moved by Mr. Bireley, seconded by Mr. Hastings, to approve the Hearing Officer's report on Student No. 05-04. The motion failed (5-2).
For the Motion: Mr. Bireley, Mr. Hastings, Dr. Hattier, Dr. Isaacs, Mr. Walls
Against the Motion: Mr. Helms, Mr. Evans

It was moved by Mr. Bireley, seconded by Dr. Hattier, to approve the Hearing Officer's report on Student No. 05-04 excluding the recommendation to provide Homebound Instruction. The motion passed unanimously (7-0).

ADJOURNMENT
It was moved by Mr. Helms, seconded by Dr. Hattier, to adjourn the meeting at 11:20 p.m. The motion passed unanimously (7-0).

Respectfully submitted,

Harvey L. Walls
President
Board of Education
Indian River School District

(Ms.) Lois M. Hobbs
Secretary and Superintendent
Board of Education
Indian River School District

HLW/LMH:jlh

IRSD 0046293