## Indian River School District
### Board of Education Regular Meeting
Tuesday, November 16, 2004

Gavel sounds.

Harvey Walls: [Tom,] will you please call the roll.

Speaker 2: Inaudible

Harvey Walls: We have on the floor the approval of the Agenda. We would like to add two items to the Executive Session: Item 5B 05-01 PL [and] 5C 05-04 PL. Is there any other additions to the Agenda?

Speaker 3: (Inaudible)

Harvey Walls: (Inaudible) Any discussion? (Inaudible) Being none, all those in favor signify by saying "aye."

Group: Aye.

Harvey Walls: Opposed? The "ayes" have it. (Inaudible.) Terrible noise and interference on tape.

Presentation of Colors

Pledge of Allegiance

Harvey Walls: It is the history and custom of this Board that, in order to solemnize the School Board proceedings, that we begin with a moment of prayer, in accord with the freedom of conscience of the individual adult members of the Board. Further, such prayer is voluntary and just among the adult members of the School Board. No school employee, student in attendance or member of the community is required to participate in any such prayer or moment of silence. At this time, I'd like to ask Dr. Hattier _____.

| | |
|---|---|
| Dr. Hattier: | Prayer is not an oath or its idle amusement. Properly understood and applied, it's the most potent instrument of action. That was said by Mahatma Gandhi. George Washington's Inaugural Address in 1789 – "Such being the impressions under which I have, in obedience to the public summons, repaired to the present station, it would be peculiarly improper to omit in this first official act, my fervent supplications to that Almighty Being who rules over the universe, who presides in the councils of nations, and whose providential aids can supply every human defect, that His benediction may consecrate to the liberties and happiness of the people of the United States a Government instituted by themselves for these essential purposes, and may enable every instrument employed in its administration to execute with success the functions allotted to his charge." As we sit here tonight, fellow Board members, I must ask for the same benedictions from the Almighty as President Washington has before. Let those primary principles guide our actions for the betterment of the students, teachers and administrators and society as a whole here in the Indian River School District and [elsewhere]. We ask this in the Lord's name. And if I may make a personal comment, just to keep things on a lighter note, when I researched some of these things, I found a new quote that Sam Clemens, whom you know as Mark Twain, and old Mr. Twain said, "First God created idiots and that was just for practice. Then he created school boards." (Laughter.) |
| Speaker: | You have before you the Minutes from _____ October 19th. (Noise on tape) |
| Speaker: | ...discussion (Noise on tape) ...aye. Opposed? (Inaudible) |
| Lois Hobbs: | Good evening, everyone. I'm going to wish you a Happy Thanksgiving kind of early. This is the time we say thank you to our teachers, our parents, our community members and our students _____. And tonight we'd like to start by saying thank you to our Schools and Communities Partnership grant. And we'd like to honor several people who have helped us with that grant. First, Rebecca Craft, who couldn't be with us this evening. But her assistant, Christian Kurkhold, is here. If you'd come forward. And then also from Conectiv who've been very, very generous with their support in our Communities in Schools grants – Enid Wallace-Simms and Judy Thompson – but I think that we have another guest. So, |

please come forward. Conectiv has been generous, has committed for 3 years for over $15,000 and [supports this] grant, and also Eric Williams, he's our teacher at _____ Elementary, which this grant supports. And Eric works with our Spanish children and also our English children in both English and Spanish. [He has the] opportunity and privilege to [be there and teach], the children adore him and _____ excellent (inaudible) (Clapping.)

We also would like to honor one of our students this evening, Darrell Singleterry, who is not here _____. But I would like to tell you about Darrell anyway. Darrell is Wendy's High School Heisman Award winner. There are over 15,000 students \_\_\_\_\_ recognized for this award and out of those students were 10 males and 10 females and he is one of our 10 males from the state. So we would like to say thank you, Mark. If you would like to come up and take Darrell's award. (Inaudible)

We also are fortunate to honor another one of our students who is the state winner in the School Bus Safety Contest, Division II, Grades 3 and 5: Floridalma Velasquez from North Georgetown and her teacher _____ [Ingerman] who teaches _____. Would you come forward, please? Let's give them a round of applause. (Clapping)

Speaker: (Inaudible) [And our parents are here . . . we're very proud of [the children].]

Lois Hobbs: We have _____ some of our teachers this evening who have written MBNA Grants: Kristine Dellinger from Long Neck and also Jennifer Finnigan have written a grant for over $3,000 for a guided reading course. Please come forward and we'd like to say thank you. Congratulations. (Clapping)

Also Carol McDowell from Long Neck who wrote grants for over $1,000 for "Improving Math Facts." Carol, if you'd come forward please. Congratulations. Let's give her a round of applause. (Clapping) (Pause) Thank you very much.

Speaker: Student Government – Is there anyone here from [Sussex Central] High School?

| | |
|---|---|
| Ashley [Jones]: | Good evening. My name is Ashley [Jones] and I'm the President of the Sussex Central Student Council. With me tonight is _____, Treasurer, Ginny Hudson, Vice President, and Julie Mattson, Recording Secretary. Unfortunately, our Corresponding Secretary, Rebecca [Horn], could not be in attendance because _____. We're here to discuss Sussex Central High School and what has been going on here. For example, this year's homecoming has been one of the [best] attended thus far at Sussex Central High School. A lot of the help that we had this year from Student Council going out, selecting and buying \_\_\_\_\_ to set up _____ a knight in shining armor. All of the Student Council officers spent their entire day Friday and Saturday morning in order to make the dance a success [for the classes]. Six hundred students [were] in attendance. In sports news, we had a pretty successful year so far. Our Sussex Central boys' soccer team made it to the conference competition. Our football and field hockey teams continue to make Sussex Central proud. Coming up this winter our basketball, swimming, cheerleading and wrestling teams are preparing for an intense season. We hope that our Sussex Central Knights can beat our rivals in upcoming games and tournaments. We also have large numbers of students in other clubs and organizations. Seven members of our FFA recently took a trip to the FAA National Convention at Louisville, KY in October and placed 13th out of 49 _____. It included 50,000 students from all 50 states, Puerto Rico and the Virgin Islands. Two of our chapter members received a gold 3-star ranking of the national chapter. This is awarded only to the top ten percent of FAA chapters in the country. Our Spanish Club is growing larger every day. Our Library Club recently received an award for _____ the most [monitor] hours of any club in Sussex County. Our Take 2 Drama Club is working on "The Crucible" right now. They are also planning the musical "Fame" in the Spring. They also would like to mention that 82 percent of our student body is involved in some kind of extracurricular activity. On the subject of academics our school is doing pretty well. This year we have instituted a peer tutoring program with 50 students volunteering their time to help other students in the need of academic help. Honor Society is also tutoring DSL students. Under- |

classmen are beginning the process of class selection for the 2005-2006 school year already. Our Guidance Department is doing an excellent job of preparing seniors for college with new scholarship information and college groups visiting every day. We also have a new program _____ for students called "Project Stride". Project Stride is where students take the responsibility in demonstrating excellence and takes the place of [confidential] home room. In this 30 minute time-slot, every morning students receive at least one day of _____ guidance help; one day a week of _____ sustained reading; and one day a week of activities _____. To begin _____ some of our student ___ you would have to give them an update on progress of the _____. The ____ wing is being worked on, but any phase _____ about when you will be finished. Most kids like the new building and are glad for the extra space and rooms. Kids are also beginning to adjust to the new schedules. I'm sure you know we now have a 6-period a day schedule instead of a 4 [block] schedule. Students are beginning to _____ shorter class periods and more classes per day. All in all, the students feel that the new environment is positive. In conclusion, we feel that our school is doing pretty well considering all the excitement we've had this year. Thank you again for listening to our speech. Your time is greatly appreciated. I'd like to leave you with a [sign-off] that's always said by our [assistant] principal, Mr. _____. Have a good afternoon _____ and remember _____. (Clapping)

Harvey Walls:   Thank you very much. Public Comments.

We'll go to Old Business.