INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION REGULAR MEETING
TUESDAY, JUNE 20, 2006 – 6:00 P.M.
SUSSEX CENTRAL HIGH SCHOOL CAFETERIA

MINUTES

CALL TO ORDER
President Charles M. Bireley called the Regular Session of the Indian River School District Board of Education to order at 6:00 p.m.

ROLL CALL
Board Members Present: Charles M. Bireley, (Mrs.) Nina Lou Bunting, John M. Evans, Donald G. Hattier, Reginald L. Helms, Randall L. Hughes, (Mrs.) Donna M. Mitchell, Harvey L. Walls
Board Members Absent: Richard H. Cohee, Mark A. Isaacs

APPROVAL OF AGENDA - Regular and Executive – June 20, 2006
It was moved by Dr. Hattier, seconded by Mrs. Mitchell, to approve the Regular Agenda and the Executive Session Agenda. The motion passed unanimously (8-0).

EXECUTIVE SESSION (6:00 – 7:30 p.m.)
It was moved by Mr. Evans, seconded by Mr. Helms, to go into Executive Session at 6:02 p.m. for the purpose of holding Georgetown Elementary School Principal Interviews. The motion passed unanimously (8-0).

RECONVENE (7:30 p.m.)
It was moved by Dr. Hattier, seconded by Mrs. Mitchell, to reconvene in Regular Session at 7:30 p.m. The motion passed unanimously (8-0).

APPROVAL OF MINUTES
Board of Education Special Meeting Minutes – April 24, 2006
Board of Education Regular Meeting Minutes – April 25, 2006
Board of Education Special Meeting Minutes – May 2, 2006
Board of Education Special Meeting Minutes – May 4, 2006
Board of Education Regular Meeting Minutes – May 23, 2006
Board of Education Special Meeting Minutes – June 1, 2006

It was moved by Mr. Walls, seconded by Mrs. Mitchell, to approve the minutes as submitted. The motion passed unanimously (8-0).

PR 00439

IRSD 0050832

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 2

### VISITORS AND STAFF IN ATTENDANCE

President Bireley and Ms. Hobbs recognized and presented certificates to the following for their accomplishments:

Community/School Partnerships
    Long & Foster Realtors
    Lord Baltimore Packing for the Move
Odyssey of the Mind Team - Worlds Finalists – 1st Place
    Lisa Forney – Coach
    Byrna Groveston – Co-coach
    Morgan Trythall, Jessica Gude, Raven Berner, Holly Kaufman,
    Jack Naylor, Kara Sue Bethke, Becca Syphard
Ingram Pond – Delaware Division of Fish and Wildlife Adopt a Wetland Program – Excellence Award
    Doug McIlvaine – Ingram Pond Coordinator
GPS/GIS Society of Delaware Annual Award "GPS/GIS In Education"
    Steve Cardano – K-12 Science Specialist
Board Member Presentations
    Charles M. Bireley, President
    John M. Evans
    Mark A. Isaacs
    Harvey L. Walls

### OTHER VISITORS AND STAFF IN ATTENDANCE

Lois Hobbs, Earl Savage, Janet Hearn, Susan Bunting, Patrick Miller, Michael Owens, Jay Headman, Charles Hudson, Greg Weer, Sandy Smith, Tracy Hudson, Ivan Neal, Janet Hickman, Kendall Mitchell, Ken Smith, Bryna Groveston, Anne Gude, Jessica Gude, Rebecca Syphard, Libby Syphard, Rosalind Revel, Gloria Vito-Gaegler, Doug McIlvaine, Candy Bethke, Kara Sue Bethke, Holly Kaufman, Ian Kaufman, Amy Kaufman, Melissa Berner, Ralph Lowe, Miriam Targonski, Carol Evans, Barbara Hickman, Jack Hickman, Dustin Davis, Patricia Oliphant, Robert Wilson, Wilmer Dukes, Carroll Phillips, John Syphard, Judy Redard, Tonya James, Curtis James, Jon Brittingham, Joan Hammond, David Grice, Tami Mitchell, Patti Adams, Wendy McCabe, Lynn Postell, Janet Johnson, Lori Kelly, Nina Smith, Theresa Bergman, Brenda Sipple, Allie Kingman, Matthew Redmiles, Jan Bomhardt, Steve Cardano, Jane McBride, Linda Hockman, Rosalie Walls, Carol Buchler, Biffy Walls

### PUBLIC COMMENTS

Nina Lou Bunting
Mrs. Nina Lou Bunting thanked Mr. Evans and Mr. Walls for their expertise and dedication to the Indian River School District.

PR 00440

IRSD 0050833

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 3

Donna Mitchell
Mrs. Mitchell thanked all Board members for working together on behalf of the children of the Indian River School District.

OLD BUSINESS
Major Capital Improvements
Progress Report
Ted Dwyer of EDiS gave updates on the following Major Capital Improvement Projects:

Lord Baltimore Elementary School
The furniture is being moved out of the storage units back into the building. The geothermal wells have been filled with water. Work in B Wing is complete. The air handling unit has been installed in the gymnasium. Work is being done on the elevator. The installation of the kitchen equipment is 95% complete. The administrative offices are scheduled to move into the building beginning July 24, 2006.

Georgetown Middle School
The administrative offices began to move into the building on June 19, 2006. Air conditioning is running in A and B Wings. Painting is being done in C Wing. The electrical work is progressing well. The elevator is near completion. During the recent rain, there was some damage to the roof due to the roofing contractor's leaving an area uncovered. The building should be ready for occupancy by September 2 with the exception of E Wing.

Millsboro Middle School
The furniture is being moved out of the building. Asbestos abatement will begin June 27, 2006. The demolition work and the trade contractors will begin on July 10, 2006.

East Millsboro Elementary School
The demolition work is finished. The furniture and equipment are being stored in the gymnasium. Workers are beginning to put on the primer coat of paint.

Frankford Elementary School
The Board will need to provide some direction for the Frankford Elementary School project by the August Buildings & Grounds meeting. The architects will start on this project in October 2006.

School Choice Applications
It was moved by Dr. Hattier, seconded by Mr. Evans, to approve the School Choice Applications as recommended. The motion passed unanimously (8-0).

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 4

NEW BUSINESS
Sussex Central High School Guidance Department
Tonya James and Miriam Targonski, Guidance Counselors at Sussex Central High School, shared information with the Board regarding the Class of 2006 Academic Summary. They also explained their scholarship advertisement procedures and answered specific questions from the Board.

FY'07 Tax Rates
Mr. Miller reviewed the FY 2007 Tax Rate Proposal. He recommended that the property tax assessment for the Indian River School District be adjusted from $2.240 per every $100 of assessed valuation to $2.447 per every $100 of assessed valuation for FY 2007. Mr. Evans noted that the Finance Committee has reviewed and approved the recommendation. It was moved by Mr. Evans, seconded by Mr. Helms, to approve the FY 2007 Tax Rate at $2.447 per every $100 of assessed valuation as recommended. The motion passed unanimously (8-0).

Legislative Update
Mr. Miller reviewed the House Bills and Senate Bills of the 143rd General Assembly.

Phase in of Sussex Central Middle School Students at Georgetown Middle School
Ms. Hobbs shared a plan for the staggered opening of Sussex Central Middle School at Georgetown Middle School in September 2006. This plan was developed for the safety of our students. On September 4, only grade 6 students will attend; on September 5, only grade 7 students will attend; and on September 6, only grade 8 students will attend. It was moved by Mr. Hughes, seconded by Mrs. Mitchell, to approve the proposal for opening Sussex Central Middle School at Georgetown Middle School in September 2006. The motion passed unanimously (8-0).

COMMITTEE REPORTS AND APPOINTMENTS
Administrative Compensation Committee
There was no report.

Buildings & Grounds Committee
Indian River Soccer Complex
Mr. Helms noted that the Indian River Soccer Boosters requested permission to continue use of the Indian River Soccer Complex on the John M. Clayton property. It was moved by Mr. Helms, seconded by Mr. Hughes, to extend the current agreement for the use of the Indian River Soccer Complex with the Indian River Soccer Boosters for two years. The motion passed unanimously (8-0).

GM / MM – Athletic Fields
Mr. Helms noted that a discussion was held at the Buildings & Grounds meeting about the upkeep of our athletic fields. The administration was asked to look into the cost. This will be placed on the July 10, 2006 Buildings & Grounds Meeting agenda.

PR 00442

IRSD 0050835

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 5

### SS – Livestock Shelters
Mr. Helms noted that a request was received from Mr. Lowe, teacher at Sussex Central High School, for placement of Livestock Shelters at Sussex Central High School. It was moved by Mr. Helms, seconded by Mrs. Mitchell, to approve the proposal for Livestock Sheds at Sussex Central High School. The motion passed unanimously (8-0). It was suggested that the Board develop a plan for the use of the Sussex Central High School property.

### PS – New Sign
Mr. Helms informed the Board that the PTO at Phillip Showell Elementary School has agreed to purchase a permanent sign for the school. They will cover the cost of the sign and its installation as well as any necessary permits. Mr. Neal has requested that the district cover the cost of the electrical service for the sign, which is estimated at $500. It was moved by Mr. Helms, seconded by Mrs. Bunting, to provide the electrical service to the new sign at Phillip Showell Elementary School. The motion passed unanimously (8-0).

### EM – Flooring (Library)
Mr. Helms reported that, at the Buildings & Grounds Committee meeting, Mr. Brittingham requested that the flooring in the Library at East Millsboro Elementary School not be removed and replaced with tile. Mr. Brittingham explained that the carpet is less than a year old, and that the Library shelving is over 30 years old, and there is no money budgeted for library furniture. Since the library will be climate controlled, that should diminish the health concerns related to carpeting. There was some discussion regarding this issue. Mr. Weer noted that if the contractor has ordered the tile, there would not be a savings on the project. It was moved by Mr. Hughes, seconded by Mrs. Mitchell, to approve the building principal's recommendation to keep the carpet in the Library at East Millsboro Elementary School. The motion passed (7-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Dr. Hattier, Mr. Helms, Mr. Hughes, Mrs. Mitchell
Against the Motion: Mr. Walls

### Curriculum Committee
Mrs. Bunting reported that the Curriculum Committee and the Calendar Committee met this morning to review the full and half-days that have been designated for professional development for the 2006-07 school year. The group agreed that the calendar has been well received by staff. Other topics covered by the Curriculum Committee included the high school graduation requirements and textbook replacement.

### DSBA Board of Directors Representative
Mrs. Bunting did not attend the last meeting since it was the same night as the District Retirement Dinner.

PR 00443

IRSD 0050836

### DSBA Legislative Committee
Mr. Bireley reported that the minutes of the May 24, 2006 DSBA Legislative Meeting were included in the Board Packet.

### Finance Committee
Mr. Evans thanked the Board members for their support over the past ten years.

### Mary Bailey Scholarship Committee
There was no report.

### Negotiations Committee
It was moved by Mr. Helms, seconded by Mrs. Mitchell, to table Negotiations until Executive Session. The motion passed unanimously (8-0).

### Policy Committee
#### 1st Reading
#### IN.1-Rev Religion
Mr. Walls presented Policy IN.1 Rev. Religion for a first reading. Any questions or concerns should be directed to Mr. Walls.

#### IND-Rev School Prayer at Commencement/Graduation and Baccalaureate Ceremonies
Mr. Walls presented Policy IND-Rev. School Prayer at Commencement/Graduation and Baccalaureate Ceremonies. Any questions or concerns should be directed to Mr. Walls.

#### KLA Complaint Procedure For Possible Policy Violations
Mr. Walls presented Policy KLA Complaint Procedures for Possible Policy Violations for a first reading. Any questions or concerns should be directed to Mr. Walls.

#### BDDG Audio Tape Retention
Mr. Walls presented Policy BDDG Audio Tape Retention for a first reading. Any questions or concerns should be directed to Mr. Walls.

Mr. Walls asked that these policies be placed on the agenda for the Special Board Meeting on June 27, 2006, since that would be his last meeting.

#### 1st and 2nd Reading
#### JE Student Attendance
Mr. Walls presented Policy JE Student Attendance for a first and second reading since the change to the policy was minor. It was moved by Mr. Walls, seconded by Dr. Hattier, to approve Policy JE Student Attendance as presented. The motion passed unanimously (8-0).

### IREA Representative
There was no report.

PR 00444

IRSD 0050837

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 7

### ADMINISTRATIVE REPORTS

#### Ms. Hobbs, Board Update
Ms. Hobbs thanked the members of the Board of Education for their support over the past ten years. She also thanked the administration and teachers for their hard work.

#### School Visits
Ms. Hobbs reported that she had attended the graduation ceremonies as well as visiting many of the elementary schools.

#### Curriculum Update
The Curriculum Update for the month of June was included in the Board Packet.

#### July 1, 2006 Organizational Meeting - 8:00 a.m. at Sussex Central High School
Ms. Hobbs reminded the Board that the Organizational Meeting would be held on Saturday, July 1, 2006, at 8:00 a.m. at the Sussex Central High School.

### FINANCIAL

#### Regular Invoices
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the payment of the Regular Invoices. The motion passed unanimously (8-0).

#### Financial Summaries
Mr. Miller reviewed the Financial Summaries for the month ending May 31, 2006.

#### Major Cap Financial Summaries
Mr. Miller reviewed the Major Cap Financial Summaries for the month ending May 31, 2006.

#### Major Cap Change Orders
Mr. Miller reviewed and recommended approval of the Major Cap Change Orders dated May 31, 2006 in the amount of $252,894 and June 15, 2006 in the amount of $103,337 for a grand total of $356,231. It was moved by Mr. Helms, seconded by Mr. Evans, to approve the Major Cap Change Orders as recommended. The motion passed (7-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Dr. Hattier, Mr. Helms, Mr. Hughes, Mrs. Mitchell
Against the Motion: Mr. Walls

#### Major Cap Payment Voucher Authorizations
Mr. Miller reviewed and recommended approval of the Major Cap Payment Voucher Authorizations dated May 31, 2006 in the amount of $1,026,723, June 15, 2006 in the amount of $637,310, June 16, 2006 in the amount of $709,487, and June 20, 2006 in the amount of $238,162 for a grand total of $2,611,682. It was moved by Mr. Evans, seconded by Mr. Helms, to approve the Major Cap Payment Voucher Authorizations as recommended. The motion passed unanimously (8-0).

PR 00445

IRSD 0050838

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 8

Major Cap Final Payment Voucher Authorizations
There were no Major Cap Final Payment Voucher Authorizations.

Bid No. 36-06-08 Millsboro Middle School Electrical and Bid No. 36-06-09 Millsboro Middle School Carpentry & General Works
Mr. Weer and Mr. Dwyer reviewed the bids with the Board, noting that the low bids in both areas came in significantly over budget. Mr. Dwyer stated that he did not feel that there would be any savings if the work was re-bid. Also, if the work was re-bid, it would delay the Millsboro Middle School project, making it necessary to have the students at Georgetown Middle School for two years. Mr. Miller noted that it may be necessary to delay either the Frankford Elementary School or SDSA/IREC project in order to cover the over budget costs for Millsboro Middle School. It was moved by Mrs. Mitchell, seconded by Mr. Evans, to award Bid No. 36-06-08 Millsboro Middle School Electrical to H & A Electric in the amount of $1,730,000 and Bid No. 36-06-09 Millsboro Middle School Carpentry & General Works to J. L. Briggs in the amount of $2,758,000 with the understanding that delays could occur in later projects. The motion passed unanimously (8-0).

COMMUNICATIONS
Conference Requests (None)

Use of Facilities
Use of Phillip Showell Elementary School Cafeteria by Pullett's/Bishopville Church – July 1, 2006

Use of Georgetown Middle School Stadium by Assemblies of God Church – August 12, 2006

Ms. Hobbs recommended approval of the two Use of Facilities' Requests. It was moved by Dr. Hattier, seconded by Mr. Hughes, to approve the superintendent's recommendation. The motion passed unanimously (8-0).

Correspondence (None)

Field Trips (None)

STAFF
Personnel Agenda, Personnel Addendum, Small School Assistant Principal's Position, Confidential Secretaries, and Administrators
It was moved by Mr. Helms, seconded by Dr. Hattier, to table Personnel Agenda, Personnel Addendum, Small School Assistant Principal's Position, Confidential Secretaries, and Administrators until Executive Session. The motion passed unanimously (8-0).

PR 00446

IRSD 0050839

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 9

PUBLIC COMMENTS
There were no Public Comments.

EXECUTIVE SESSION
It was moved by Mr. Evans, seconded by Mrs. Mitchell, to go into Executive Session at 9:10 p.m. The motion passed unanimously (8-0).

A.  Personnel: To discuss matters pertaining to names, competencies and abilities of individual employees or students.
B.  Strategy Session: To discuss collective bargaining, pending or potential litigation.
C.  Hearing: To conduct a hearing regarding employee or student discipline or employee dismissal.
D.  Such other business as may properly be discussed in an executive session.

RECONVENE
It was moved by Mrs. Mitchell, seconded by Mr. Evans, to reconvene in Regular Session at 11:25 p.m. The motion passed unanimously (8-0).

CONSIDERATION OF AGENDA ITEMS DEFERRED
Personnel Agenda
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the Personnel Agenda excluding the Assistant Football Coach at Indian River High School. The motion passed unanimously (8-0).

It was moved by Mr. Helms, seconded by Mrs. Mitchell, to approve the Assistant Football Coach at Indian River High School. The motion passed (6-2).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Helms, Mr. Hughes, Mrs. Mitchell
Against the Motion: Dr. Hattier, Mr. Walls

Personnel Addendum
It was moved by Mr. Helms, seconded by Mr. Evans, to approve the Personnel Addendum. The motion passed unanimously (8-0).

Georgetown Elementary School Principal Interviews
It was moved by Mrs. Bunting, seconded by Dr. Hattier, to approve Candidate No. 2 for the position of Georgetown Elementary School Principal. The motion passed unanimously (8-0).

Sussex Central High School Principal
It was moved by Mr. Hughes, seconded by Mr. Helms, to approve Candidate No. 1 for the position of Sussex Central High School Principal with the stipulations as discussed during Executive Session. The motion passed unanimously (8-0).

Small School Principal Position
It was moved by Mr. Hughes, seconded by Dr. Hattier, to post the Small School Principal's position at Frankford Elementary School. The motion passed unanimously (8-0).

Confidential Secretaries and Administrators
It was moved by Mr. Helms, seconded by Mr. Evans, to approve the 4% local salary increase for the Confidential Secretaries and the Administrators. The motion passed unanimously
(8-0).

STUDENT HEARINGS
Student No. 06-72, Student No. 06-77, Student No. 06-78, Student No. 06-79
Student No. 06-80, Student No. 06-82, Student No. 06-83
It was moved by Mr. Hughes, seconded by Mrs. Mitchell, to approve the Hearing Officers' Recommendations on Student No. 06-72, Student No. 06-77, Student No. 06-78, Student No. 06-79, Student No. 06-80, Student No. 06-82, and Student No. 06-83. The motion passed unanimously (8-0).

ADJOURNMENT
It was moved by Mr. Evans, seconded by Mr. Helms, to adjourn the meeting at 11:35 p.m. The motion passed unanimously (8-0).

Respectfully submitted,

Charles M. Bireley
President
Board of Education
Indian River School District

(Ms.) Lois M. Hobbs
Secretary and Superintendent
Board of Education
Indian River School District

CMB/LMH:jlh

PR 00448

IRSD 0050841