Indian River School District
**Board of Education Regular Meeting**
Tuesday, March 22, 2005

Roll Call

Approval of the Agenda

Presentation of Colors

Pledge of Allegiance

[Harvey Walls]: It is the history and custom of this Board that, in order to solemnize the School Board proceedings, that we open the meeting with a moment of prayer, in accordance with the freedom and conscience of the individual adult members of the Board. Further, such prayer is voluntary and just among the adult members of the School Board. No school employee, student in attendance or member of the community is required to participate in any such prayer or moment of silence. At this time, I'd like to lead the Board in a moment of prayer basically on an excerpt taken from a speech given by Dr. Martin Luther King that he entitled "Not So Civil Dreams".

"God does not judge us by the separate incidences or the separate mistakes that we make, but by the total bent of our lives. In the final analysis, God knows that his children are weak and they are frail. In the final analysis what God requires is that your heart is right." As we gather here this evening, let us take these words to heart and put the best interests of the students, teachers, employees and residents of the Indian River School District ahead of our own. Amen.

Approval of minutes you have before you, the minutes from February 22, pleasure of the Board.

Duly approved.

Second.

|                 | Motion has been made and seconded to approve the minutes, any discussion? Seeing none, all those in favor signify by saying "Aye". |
|---|---|
|                 | Aye. |
|                 | Opposed? (Pause) It's unanimous. |
|                 | Visitors and Staff in Attendance, Mrs. Hollis. |
| Mrs. Hollis:    | Good evening. Thanks for coming this evening. This is the time that we invite our guests to say thank you to our teachers, our students and our community members who have helped the Indian River School District. We'd like to start by saying thank you to...for community/school partnership and we'd like to thank the Georgetown/Millsboro Rotary Club. This club has donated dictionaries to Howard Tiennis, Georgetown Elementary, North Georgetown Elementary, Long Neck and East Millsboro. That's quite a lot of dictionaries. So if the president, Dean Rabino, is here, would he please come forward. Ray Hopkins, the vice president, and Wes Perkins, president-elect. If any of those members are here, would they please come forward. Okay. Thank you. At this time, we have a lot of students from Sussex Central High School to be honored this evening for their accomplishments. Many of them, I'm sure, could not attend, but I'm asking Dr. Donna Hall to come forward to help honor the students as I'm running out of voice with a bad cold. She's going to be calling the names. Dr. Hall... |
| Dr. Donna Hall: | The first we'd like to acknowledge is Academic All-Conference Team, Sussex Central High School: |
|                 | Bradley Schutt<br>Chelsea Sizemore<br>Jenna Riddle<br>Sarah McCabe<br>Kirby Mills<br>Gwen Conaway<br>Shanell White (Applause) |

Thanks so much. Let's give them a round of applause. (Applause)

First Teams, All-Conference:

Candace Shockley, for field hockey
Chelsea Sizemore, for field hockey
Jonathan Bowman, football
Julie Macklan, swimming

Let's give them a round of applause. (Applause) Thank you and congratulations.

All-State Recognitions:

Jonathan Bowman, second team, football
Julie Macklan, first team, swimming

Congratulations. (Applause)

Academic All-State Wrestling:

Chris Cordrey, first team

Let's give him a round of applause. (Applause)

Wrestling Conference and State Tournament placed Finalists:

Connor McDonald, Champion, Henlopen Conference and State Championship. And we just learned that Conner is being named Delaware Wrestler of the Year by the News Journal. (Applause)

Matt [Last], second place, Henlopen Conference; third place State Championship.

Branden Hazel, third place, Henlopen Conference, I'm sorry, third place, Henlopen Conference; fourth place, State Championship.

|  |  |
|---|---|
|  | Chris Cordrey, fourth place, Henlopen Conference and also in the State Championship. |
|  | Justin Illian, fourth place, Henlopen Conference; fifth place, State Championship. |
|  | And Brock Rudishime, fourth place, Henlopen Conference. |
|  | All right, let's give them a round of applause. (Applause) |
|  | All-State Chorus: |
|  | We have one member here with us tonight, Carley Connamose. Let's give her a round of applause. (Applause) |
|  | All-County Honors Band: |
|  | Lauren Hoffman<br>Charles Marshall<br>Kristen Schaffer<br>And Melissa Turfman are here with us tonight. (Pause) All right, let's give them a round of applause. (Applause) |
|  | We're very fortunate that we just had our members of the Georgetown/Millsboro Rotary Club come and we wanted to thank you for donating dictionaries and I'll repeat it again, to Howard Tiennis, North Georgetown Elementary, Georgetown Elementary, Long Neck and East Millsboro. Gentlemen, if you would come forward, Dean Rabino, president, Ray Hopkins, vice president, and Wes Perkins, president-elect. (Applause) Thank you for your generous donation -- we do appreciate it. |
|  | (Inaudible) That concludes our acknowledgments. Thank you all. Thanks to the students for coming. I know it's hard on high school schedules. Thank you very much. [long pause] |
| [Dr. Donna Hall]: | Is Miss Shelly Weldess here this evening? |
|  | Yes. |

| | |
|---|---|
| Unknown speaker: | Will you please come forward. (Pause) Shelly is our National Award certified _____. Would you please come forward. |
| | I have such a long list. I apologize. Can we give her a round of applause? (Applause) Shelly is from Howard Tiennis, one of our nurses at Howard Tiennis, she does a wonderful job and we greatly appreciate your service. Congratulations. I know being National Award certified (inaudible) _____ (Pause) (coughing) |
| Male speaker: | Is there anyone here from Sussex Central, who wishes to address the Board from the student government? |
| Ashley Cook: | Good evening, ladies and gentlemen. My name is Ashley Cook and I'm representing the student...Sussex Central Student Council at tonight's school board meeting. I have come tonight to discuss the state of our school. As all you know, B Wing is still under construction and it is unknown when exactly we will enter that part of the school. Our Seniors are _____ anticipating graduation and the student body has settled down into the new ways of doing things. Our main focus for this evening, however, is to go over some of the major things that our school has implemented, what is going on for the future. This year, something new that has struck the student body in a good way, is the new school lunches. Instead of having fish every Friday, students are delighted with the new menu items such as shrimp cobblers, and breaded cheese steaks. Almost everyone loves the new menu items and believes that they are much better an alternative to fish. Our biggest upcoming event is, of course, prom. This year prom will be held on May 14th at the new school, in order to bring school spirit back to the building. Dinner will be catered and served in the cafeteria. This year the theme is Hollywood. It is the first theme that has not been night related. Some of the features include a red carpet and black-and-white movies playing in the background. Seniors and Juniors are excited to see the completed project. Something that administration is excited about, is the proposed black-and-white night. This will be a dinner-dance to showcase senior accomplishments |

and to congratulate seniors for all their hard work over the past four years. Seniors are also excited and will be thrilled if it took place. It is still in the works. Another thing we would like to bring up is Sussex Central's Tsunami Relief efforts. The Student Council and Gentlemen by Choice club both put forth amazing efforts in order to raise a goal of $500. Our organizations met this goal with ease raising $530 and a check was given to the American Red Cross at a special ceremony at the school. Sussex Central received Certificates of Merit from the American Red Cross. We are very proud of this particular accomplishment. In addition, we have a large number of students in our FFA chapter attending the FFA State Convention at the University of Delaware on March 22nd and 23rd. Some of these students will be receiving State _____. This is a prestigious honor award to certain FFA officers. We are pleased that our students are receiving this honor. In athletics we are still having certain issues with playing fields. Tennis is the only sport being played at the new school. All other spring sports are using shuttle buses to transport athletes to the old school for use of facilities. Although this is a hindrance, our students are taking it in stride and understand that our fields are just not quite ready. In winter sports, one of our wrestlers was recognized as the most outstanding wrestler in the State of Delaware. We've also had numerous other athletes named to First State, All State in other sports. We are proud of these athletes. The Guidance Office has been very busy lately with senior college applications. They are trying hard to instill in students that scholarships are a worthwhile endeavor. Many seniors are beginning to hear back from colleges and are anticipating the news. The Guidance Office has done a wonderful job helping seniors with all this hard work. Lastly, we would like to mention the Delaware State Testing Program. As you know, the test took place last week and all went very smoothly. Students are breathing easier knowing that the tests are over. The administration ran the tests very well and the students took the test very seriously. We are glad to say that the number of incidents reported was the lowest in years. All proctors did a terrific job. In conclusion, we feel that our school is doing pretty well as for now. Things have settled down and everyone is beginning to get used to our new school.

|  |  |
|---|---|
|  | Thank you for your time and patience and I'm glad I could update you on the projects of our school. Thank you. (Applause) |
| Male Speaker: | I was just wondering how much Mr. Deldeo paid you for all (laughter) the [cafeteria]. |
| Female Speaker: | I'm also glad to hear that you are having the prom in the gym. That's the way we used to do it in the "old days." (Laughter) Congratulations on that idea. |
| Male Speaker: | You're in the gym? (Laughter) |
| Male Speaker: | Public Comments: At this time, we open the floor to anyone who wishes to address the Board. Please raise their hand. (Pause) Please state your name and whether you're representing as an individual or a group. |
| Male Speaker: | My name is JR Greenwalt representing _____ union. I'm here to speak to you on behalf of the [IREA] on the recent decision of the Board to change this year's school calendar. We do realize that the calendar is the responsibility of the Board and the Board has a right to change it. I simply want to point out some of the concerns that came up within our membership. Our first concern was the decision to change April 8th from a half day for students to a full day for students. This was originally scheduled as a half day to students and teachers without the opportunity during the second half of the day to do their grades. Without the half day for grades, now it becomes necessary for teachers to find time during an already busy day to calculate those grades. Also, adding that half day on does not count towards the snow makeup days. The second concern was a decision to make April 15th a full day. This was originally scheduled as a half day for teachers only as compensation for working late on parent/teacher conference night. We understand the decision to utilize this day for instruction because it does count towards a snow makeup day. We just hope that the Board decides to reschedule the half day for compensation some time during the school year. Final comment, we'll address the proposed calendar for next year. The |

|                  | proposals you have, I believe, that Friday, December 23rd is marked as a school day and that Monday, January 2nd is marked as a vacation day. [IREA] would ask if there is a choice of vacation days between December 23rd and January 2nd, that December 23rd be labeled as a vacation day just to let – to allow time for travel and preparation for the holidays. We'd just like you to consider that. Thank you. |

Thank you.

**Male Speaker:** Is there anyone else who wishes to address the Board?

Yes.

**Linda Wheatley:** Good evening. My name is Rev. Linda Wheatley and this is my husband, Rev. Anthony Wheatley. We just want to introduce ourselves as we're the pastors of God's _____ Worship Center in Selbyville. We've been there now three years and our focus is...we're a multi-cultural, ecumenical, non-traditional church, but our goal is to serve the needs of the families and children. About three weeks ago, we started an after-school program and in doing so we've discovered that there is a combination of a lot of issues which, I'm quite sure, most of you already know. But, what we want to do is extend a hand of how we can be a partnership in the school year coming up – how we can work together to best address some of these needs with the children as well as with the parents. And our approach is that, we're gonna, we're looking at, through cultural and self-awareness and increasing parental involvement and the other activities that we are gonna have, it's going to be requiring that these students participate in some of these trips and things that we do, but they're gonna have to have permission, recommendation from the parents, as well as from their principals at school. So, we just wanted to say, we're here and we want to do what we can in that area. I've discovered that since we've been over here in Delaware, there is a slowness, this _____ "I'm not goin." And I don't know about this, but it's called "a slower, lower Delaware." (Laughter) I can not believe this! And I said, "Well, we're gonna change this in Selbyville. We're gonna be first in line

|   |   |
|---|---|
|   | handin' off [stuff]". Because that has a psychological effect on people. And, um, I don't know whether y'all like it or not, but comin' out of Maryland, I don't like it! (Laughter) And so, um, we're just here to say "Hello" and introduce ourselves, and we do look forward to working with this school district and _____. I wish you well. Thank you. |
| Male Speaker: | Is there anyone else who wishes to address the Board? |
| Male Speaker: | Old Business -- Major Capital Improvements, Mr. Weir. |
| Mr. Weir: | [Tape at 26.8  No need to finish transcribing tape, per Tom Bayliss.] |