IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, *et al.*, | x |
| Plaintiffs, | |
| v. | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, *et al.*, | |
| Defendants. | x |

### MOTION FOR SUMMARY JUDGMENT ON THE CONSTITUTIONALITY OF THE INDIAN RIVER SCHOOL BOARD'S PRAYER POLICY AS WRITTEN AND AS APPLIED

Plaintiffs Jane Doe, John Doe, individually and as parents and next friend of Jordan Doe and Jamie Doe, by and through their undersigned attorneys, hereby move the Court to grant summary judgment to Plaintiffs. The grounds for this motion are set forth fully in Plaintiffs' brief to be filed today

/s/ Thomas J. Allingham II
Thomas J. Allingham II (I.D. No. 476)
tallingh@probonolaw.com
Robert S. Saunders (I.D. No. 3027)
Brian G. Lenhard (I.D. No. 4569)
Timothy S. Kearns (I.D. No. 4878)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

and

|  |  |
|---|---|
|  | Richard S. Horvath, Jr. (I.D. No. 4558)<br>Four Embarcadero Center<br>Suite 3800<br>San Francisco, California  94111-5974<br>(415) 984-6400 |
|  | *Attorneys for Plaintiffs* |
| DATED:  April 10, 2008 |  |