IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, *et al.*, | x |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, *et al.*, | : |
| Defendants. | x |

**ORDER GRANTING SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' Motion for Summary Judgment on the Constitutionality of the Indian River School Board's Prayer Policy as Written and as Applied (the "Motion";

IT IS HEREBY ORDERED this _____ day of _____, 2008 that the Motion is GRANTED.

_____
United States District Judge