IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE DOE, *et al.*, | x : : : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 05-120-JJF |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, *et al.*, | : : : | |
| Defendants. | x | |

## STATEMENT RELATED TO
## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's Memorandum Order on Summary Judgment Procedure, Plaintiffs, by and through their undersigned attorneys, hereby certify that no genuine issues of material fact exist with regard to the facts set forth in support of Plaintiffs' Motion for Summary Judgment on the Constitutionality of the Indian River School Board's Prayer Policy as Written and as Applied.

/s/ Thomas J. Allingham II
Thomas J. Allingham II (I.D. No. 476)
tallingh@probonolaw.com
Robert S. Saunders (I.D. No. 3027)
Brian G. Lenhard (I.D. No. 4569)
Timothy S. Kearns (I.D. No. 4878)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

and

Richard S. Horvath, Jr. (I.D. No. 4558)
Four Embarcadero Center
Suite 3800
San Francisco, California 94111-5974
(415) 984-6400

*Attorneys for Plaintiffs*

DATED: April 10, 2008