# EXHIBIT 23

INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION REGULAR MEETING
TUESDAY, OCTOBER 19, 2004 - 7:30 P.M.
FRANKFORD ELEMENTARY SCHOOL CAFETERIA

<u>MINUTES</u>

CALL TO ORDER
President Harvey L. Walls called the Regular Meeting of the Indian River School District
Board of Education to order at 7:30 p.m.

ROLL CALL
Board Members Present:  Charles M. Bireley, (Mrs.) Nina Lou Bunting, Richard H.
Cohee, John M. Evans, Gregory A. Hastings, Donald G. Hattier, Reginald L. Helms,
Mark A. Isaacs, Harvey L. Walls
Board Member Absent: (Mrs.) Elaine McCabe

President Walls asked Dr. Hattier to give an invocation, noting that it is the history of the
Board to have a prayer at the beginning of the meeting, which is voluntary among the
members of the Board of Education.

APPROVAL OF AGENDA - Regular and Executive - October 19, 2004
The following amendments were made to the Regular Agenda and Executive Session
Agenda:

Regular Agenda:
Add:  XIV. B. 2.  Use of Georgetown Middle School Football Field – October 31, 2004
by Sussex Central Pop Warner

Executive Session Agenda:
I. E.  Project VILLAGE
III. C.  Student No. 04-59 Update
     D.  Student No. 04-60 Update
     E.  Student No. 04-61 Update
     F.  Student No. 04-69 Update
V. C.  No. 05-04 PL

It was moved by Mr. Helms, seconded by Mrs. Bunting, to approve the Regular Agenda
as amended and the Executive Session Agenda as amended.  The motion passed
unanimously (9-0).

PRESENTATION OF COLORS
The Indian River High School Marine Corps JROTC performed the Presentation of
Colors.

BPD 000208

BOARD OF EDUCATION REGULAR MEETING MINUTES
October 19, 2004
Page 2

<u>APPROVAL OF MINUTES</u>
Board of Education Special Meeting Minutes – September 15, 2004
Board of Education Regular Meeting Minutes – September 28, 2004

It was moved by Mr. Cohee, seconded by Mr. Hastings, to approve the minutes as
submitted. The motion passed unanimously (9-0).

<u>VISITORS AND STAFF IN ATTENDANCE</u>
President Walls and Ms. Hobbs recognized and presented certificates to the following for
their accomplishments:

Bill Oettel – Sussex County Boot Camp
MBNA Grants
    Wendy McCabe and Donna Toomey (FE)
        "Guided Reading for Kindergarten"
    Deana Lynch, Doreen Vari, Grier White (LN)
        "Field Trip to Franklin Institute III"
    Lisa Hunt (LN)
        "Parent Education Workshop III"
        "Just Say No VII"
    Wendy Murray (LB)
        "Motivating Young Mathematicians"
    Melissa Timmons (LB)
        "Centered Around Literacy"
    Janet Hickman (LB)
        "Social Studies Reads"
Full Day Kindergarten Pilot Program Grant – (FE)
    Sharon Brittingham, Patti Bunting, Jaime Gorlich, Tracy Hudson
21st Century Community Learning Center Grants
    North Georgetown and Georgetown Elementary Schools
    East Millsboro, Frankford, and Phillip Showell Elementary Schools
National Certification in School Nursing – Diane Milam (HE)
ING Unsung Heroes Award - Mike Lingenfelter (SM)

<u>OTHER VISITORS AND STAFF IN ATTENDANCE</u>
Lois Hobbs, Earl Savage, Janet Hearn, Mike Owens, Patrick Miller, Susan Bunting, Jay
Headman, Charles Hudson, Carmen Deldeo, Denise Speicher, Dave Maull, Cathy Miller,
Ivan Neal, Sharon Brittingham, Vince Catania, Donna Hall, Gary Brittingham, Char
Hopkins, Mark Steele, Mike Williams, Lesia Jones, Janet Hickman, Jacque Wisnauskas,
Jim Hudson, Belinda Waples, Susan Towers, Diane Milam, Chris McCone, Ted Dwyer,
Maureen Nicholson, Lisa Smith, Darlene Johnson, M. Patricia Tilas, Mona Dobrich,
Linda Thompson, Tracy Hudson, Patti Bunting, Jamie Gorlich, Carol Buchler, Dee
Butler, Donna Toomey, Mike Lingenfelter, Margaret Pellot, Joseph Opalski, Anthony
Wright, Bernice Edwards, Joseph McCarron, Preston Ingram, Brandon Emertz, Jessica
Hazzard, Lindsey Hardt, Beau Croll, Wendy Murray, Pat Vanine

BOARD OF EDUCATION REGULAR MEETING MINUTES
October 19, 2004
Page 3

STURGENT GOVERNMENT
Brandon Emertz, President of the Indian River High School Student Government, introduced the following officers: Beau Croll, Vice President, Jessica Hazzard, Secretary, and Lindsey Hardt, Treasurer. Brandon reported on the events occurring at Indian River High School.

PUBLIC COMMENTS
There were no Public Comments.

OLD BUSINESS
Major Capital Improvements
Progress Report
Sussex Central High School
Ted Dwyer of EDiS reported that site work is currently being finished at Sussex Central High School. The irrigation system is being installed on the softball and baseball fields. Final surfacing on the tennis courts will be done next week. Progress is being made with the work on the heating system. Punch lists in Wings A, C, D, E, and F are being done.

Indian River High School
Mr. Dwyer reported that the irrigation system on the football field is finished. The field is being graded and seeded. Paving is taking place in the rear parking lot and the front parking lot will be done next. Painting will be started tomorrow in the administrative wing. Plumbing is complete in the classroom wings. The cafeteria floor will be done next week. The wood floor is done in the main gym and the rubber floor in the auxiliary gym will be done this week. The ceiling in the auditorium is finished.

School Choice Applications
It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the School Choice Applications as recommended. The motion passed unanimously (9-0).

NEW BUSINESS
American Education Week Resolution – November 15-19, 2004
Ms. Hobbs thanked the teachers, administrators and support staff members for their excellent work in the Indian River School District. She extended an invitation to parents to visit our schools during American Education Week. It was moved by Dr. Hattier, seconded by Mr. Hastings, to approve the American Education Week Resolution – November 15-19, 2004. The motion passed unanimously (9-0).

Principals' Recognition Day – November 16, 2004
Ms. Hobbs noted that the State has declared November 16, 2004 as Principal's Recognition Day. President Walls stated that the principalship is an enormous responsibility and he is pleased with the work of the principals in our district. It was moved by Mr. Hastings, seconded by Dr. Hattier, to approve the resolution for Principals' Recognition Day – November 16, 2004. The motion passed unanimously (9-0).

BPD 000210

BOARD OF EDUCATION REGULAR MEETING MINUTES
October 19, 2004
Page 4

Return Day – November 4, 2004
President Walls explained that this was placed on the agenda to discuss the possibility of
not having students attend school on November 4.  Since state law requires 30 days
notice for school calendar change, this cannot be done. Therefore, this item was
withdrawn from the agenda.

COMMITTEE REPORTS AND APPOINTMENTS
Buildings & Grounds Committee
Mr. Hastings reported that the Buildings & Grounds Committee met on October 11, 2004
at the Indian River site.

Victoria Forest Request/SMS
Mr. Hastings informed the Board that P & A submitted a modified sewer line proposal at
the Buildings & Grounds Meeting on October 11, 2004.  He noted that the Board had
previously approved the utility work being done with no utility trenches and patches at
the entrance of Selbyville Middle School. After reviewing the request, the Buildings &
Grounds Committee is recommending approval  with the following stipulations: (1) that
a compression test be done, (2) that the area be paved as indicated on the diagram, and (3)
that the work be under warranty for an additional year.  It was moved by Mr. Hastings,
seconded by Mr. Cohee, that the request be granted with the noted stipulations.  The
motion passed unanimously (9-0).

Indian River High School Moving Date
Mr. Hastings noted that there would be a Buildings & Grounds Meeting on November 1,
2004 at the Indian River High School site.  A tour of the buildings will be held at 6:00
p.m. with the meeting beginning at 7:00 p.m.  A decision will be made at that meeting
regarding the opening date of the new Indian River High School.

Curriculum Committee
Mrs. Bunting reported that in lieu of a meeting this month, she attended a two-day
seminar, State Action for Education Leadership Project – Distributed Leadership in
Middle and High Schools, which was held on October 14-15, 2004.  Other members of
the team included Susan Bunting, Vince Catania, Cindy Baker, and Preston Ingram.  Dr.
Bunting explained that a $25,000 grant would be awarded to help develop a model of
middle and high school redesign using elements of distributed leadership.  This is a part
of the school improvement process.  The $25,000 grant is seed money and additional
funds will be available in the future.  Ms. Hobbs asked that the Board give approval to the
team to make application for the grant.  It was moved by Mrs. Bunting, seconded by Dr.
Hattier, to approve the submission of the request for proposal for this grant.  The motion
passed unanimously (9-0).

BOARD OF EDUCATION REGULAR MEETING MINUTES
October 19, 2004
Page 5

DSBA Board of Directors Representative
Mrs. Bunting reported that the DSBA Board of Directors met on October 13, 2004. The
minutes were not included in the packet due to the meeting being held early this month.
At the meeting, the Chief School Officers shared a list of legislative priorities along with
a student accountability plan. On October 28, 2004, there will be a meeting of the
Kent/Sussex Boards of Education with the State Board of Education at Geyers Restaurant
in Milford at 6:30 p.m. Please let Janet Hearn know if you plan to attend.

DSBA Legislative Committee
Mr. Bireley reported that a meeting of the DSBA Legislative Committee was held on
September 29, 2004. The DSBA Legislative Priorities will be distributed.

Finance Committee
Mr. Evans reported that the Finance Committee met on October 12, 2004. He noted that
the Finance Committee members discussed replenishing the contingency fund as
unappropriated funds are received. Mr. Miller explained that our contingency fund was
low due to the reallocation of carry-over funds in order to help with construction costs.

Mary Bailey Scholarship Committee
There was no report.

Negotiations Committee
There was no report.

Policy Committee
2nd Reading
President Walls recommended approval of the following policies:

BDA.1 Board Prayer at Regular Board Meetings
It was moved by Mr. Evans, seconded by Dr. Hattier, to approve Policy BDA.1 Board
Prayer at Regular Board Meetings. The motion passed unanimously (9-0).

IKA Grading Systems
It was moved by Mr. Helms, seconded by Mr. Cohee, to approve Policy IKA Grading
Systems. The motion passed unanimously (9-0).

IN.1 Religion
It was moved by Dr. Hattier, seconded by Mr. Helms, to approve Policy IN.1 Religion.
The motion passed unanimously (9-0).

IND School Prayer at Commencement/Graduation and Baccalaureate Ceremonies
It was moved by Dr. Hattier, seconded by Mr. Bireley, to approve Policy IND School
Prayer at Commencement/Graduation and Baccalaureate Ceremonies. The motion passed
unanimously (9-0).

**BPD 000212**

BOARD OF EDUCATION REGULAR MEETING MINUTES
October 19, 2004
Page 6

<u>IREA Representative</u>
There was no report.

<u>ADMINISTRATIVE REPORTS</u>
<u>Ms. Hobbs, Board Update</u>
<u>School Visits</u>
Ms. Hobbs reported that she attended the Chief School Officers' Conference this month
as well as making some superior banner presentations to schools.

<u>Curriculum Update</u>
Ms. Hobbs noted that the October Curriculum Update was included in the Board Packet.

<u>Hall of Fame</u>
Ms. Hobbs informed the Board that Indian River High School would be having its Hall of
Fame Ceremony as scheduled on November 19, 2004.  Sussex Central High School's
ceremony has been postponed until April 22, 2005.

<u>Debt Service Audit</u>
Ms. Hobbs informed the Board that the Debt Service Audit disclosed no instances of
noncompliance that resulted in findings and recommendations.

<u>Frankford Elementary School Blue Ribbon Celebration – November 18, 2004</u>
Ms. Hobbs stated that Frankford Elementary School's Blue Ribbon Celebration would be
held on November 18, 2004 at 4:00 p.m.

<u>Mission Statement</u>
Ms. Hobbs shared a draft Mission Statement with the Board, noting a change of "assure"
to "ensure."  It was suggested that "Delaware citizens" and "United States citizens" be
added to world citizens, and that the "Board of Education and administration" be added to
the list of partnerships.  These changes will be made and brought to the next meeting for
action by the Board.

<u>Inservice Update</u>
Ms. Hobbs reported that staff members were involved in various inservice sessions
throughout the state on October 8, 2004.

<u>November Board Meeting – November 16, 2004</u>
Ms. Hobbs noted that the November 16, 2004 Board Meeting will be held at the North
Georgetown Elementary School rather than Sussex Central High School, which is stated
on the school calendar.  Mr. Maull will notify the media.

<u>Change of Dates for Sussex Central High School Take II Drama Productions</u>
Ms. Hobbs informed the Board of the change in dates of Sussex Central High School's
Take II Drama Productions for the school year.  She also mentioned the change in
location of the Band and Choral Winter Concert on December 16.

BOARD OF EDUCATION REGULAR MEETING MINUTES
October 19, 2004
Page 7

FINANCIAL
Regular Invoices
It was moved by Mr. Helms, seconded by Mr. Cohee, to approve the payment of the
Regular Invoices. The motion passed unanimously (9-0).

Financial Summaries
Mr. Miller reviewed the Financial Summaries for the month ending September 30, 2004.

Major Cap Financial Summaries
Mr. Miller reviewed the Major Cap Financial Summaries for the month ending
September 30, 2004.

Major Cap Change Orders
Mr. Miller reviewed the Major Cap Change Orders for the period ending September 30,
2004. He noted that there were eleven change orders under $5,000. There were two
change orders in the $5,000 to $10,000 category and seven change orders in the above
$10,000 category. It was moved by Dr. Hattier, seconded by Mr. Bireley, to approve the
change orders as submitted. The motion passed unanimously (9-0).

Governor's Give Back
Mr. Miller reviewed the reduction plan for the FY 2005 Governor's Give Back in the
amount of $467,636. Concern was expressed about the general public not being aware of
this legislation. It was suggested that a press release be done to make the public aware of
this legislation. It was moved by Mr. Evans, seconded by Mr. Bireley, to approve the FY
2005 Governor's Give Back as proposed. The motion passed unanimously (9-0).

COMMUNICATIONS
Conference Requests (None)

Use of Facilities
Use of Phillip Showell Elementary School Auditorium by the Antioch A.M.E. Church
Drama Club – December 4, 2004

Use of Georgetown Middle School Football Field by Sussex Central Pop Warner –
October 31, 2004

Ms. Hobbs recommended approval of the two Use of Facilities requests. It was moved by
Mr. Bireley, seconded by Dr. Hattier, to approve the superintendent's recommendation.
The motion passed unanimously (9-0).

Correspondence
Thank you note from Rosalyn Fradel
Ms. Hobbs shared a thank you note from Rosalyn Fradel for the dish garden she received.

BPD 000214

BOARD OF EDUCATION REGULAR MEETING MINUTES
October 19, 2004
Page 8

Thank you note from Charles Bireley
Ms. Hobbs shared a thank you note from Mr. Bireley for the flowers, cards and calls
during the loss of his mother. He also thanked the Board for nominating him for the
DSBA Distinguished Service Award.

Field Trips
Day trip by Sussex Central Middle School Seventh Grade Blazers Team – December 6,
2004 to Philadelphia, PA

Day trip by Sussex Central Middle School Seventh Grade Pioneers Team – December 13,
2004 to Philadelphia, PA

Day trip by Sussex Central Middle School Seventh Grade Crusaders Team – December
22, 2004 to Philadelphia, PA

Ms. Hobbs recommended approval of the three Field Trip requests. It was moved by Dr.
Hattier, seconded by Mrs. Bunting, to approve the superintendent's recommendation.
The motion passed unanimously (9-0).

STAFF
Personnel Agenda, Personnel Addendum, September 30th Enrollment Report
It was moved by Mr. Bireley, seconded by Mr. Helms, to table Personnel Agenda,
Personnel Addendum, and September 30th Enrollment Report until after Executive
Session. The motion passed unanimously (9-0).

PENDING OR POTENTIAL LITIGATION
No. 05-03 PL
It was moved by Mr. Helms, seconded by Mr. Evans, to table No. 05-03 PL until
Executive Session. The motion passed unanimously (9-0).

PUBLIC COMMENTS
There were no Public Comments.

EXECUTIVE SESSION
It was moved by Mr. Hastings, seconded by Dr. Hattier, to go into Executive Session at
8:50 p.m. The motion passed unanimously (9-0).

A.    Personnel: To discuss matters pertaining to names, competencies and abilities of
      individual employees or students.
B.    Strategy Session: To discuss collective bargaining, pending or potential litigation.
C.    Hearing: To conduct a hearing regarding employee or student discipline or
      employee dismissal.
D.    Such other business as may properly be discussed in an executive session.

BPD 000215

BOARD OF EDUCATION REGULAR MEETING MINUTES
October 19, 2004
Page 9

Dr. Hattier left the meeting at 8:50 p.m. before the Executive Session began. Mr. Cohee left during Executive Session at 10:10 p.m.

RECONVENE
It was moved by Mr. Helms, seconded by Mrs. Bunting, to reconvene in Regular Session at 11: 00 p.m. The motion passed unanimously (7-0).

CONSIDERATION OF AGENDA ITEMS DEFERRED
Personnel Agenda
It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the Personnel Agenda excluding the Varsity Girls Basketball Head Coach at Sussex Central High School. The motion passed unanimously (7-0).

It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the Varsity Girls Basketball Head Coach at Sussex Central High School. The motion passed (6-0-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Hastings, Mr. Helms, Mr. Walls
Abstained: Dr. Isaacs

Personnel Addendum
Mr. Bireley made a motion to approve the Personnel Addendum excluding the Temporary Secondary Counselor at Sussex Central High School. After some discussion regarding the new positions generated by the September 30th enrollment and the availability of local money to fund the positions, Mr. Bireley withdrew his motion. It was requested that Mr. Miller provide information regarding the referendum positions along with a breakdown of how the new positions would be paid. Mr. Bireley made a motion, seconded by Mr. Helms, to approve the Personnel Addendum excluding the temporary secondary counselor at Sussex Central High School and the five newly generated positions, namely two at Long Neck Elementary School, one at Selbyville Middle School, one at Sussex Central Middle School, and one at North Georgetown Elementary School. The motion passed unanimously (7-0).

It was moved by Dr. Isaacs, seconded by Mr. Evans, to approve the candidate for the position of Temporary Secondary Counselor at Sussex Central High School. The motion failed (4-3).
For the Motion: Mr. Evans, Mr. Hastings, Dr. Isaacs, Mr. Walls
Against the Motion: Mr. Bireley, Mrs. Bunting, Mr. Helms

It was moved by Mr. Bireley, seconded by Mr. Hastings, to approve the five newly generated positions. The motion failed (5-2).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Hastings, Mr. Walls
Against the Motion: Mr. Helms, Dr. Isaacs

BPD 000216

BOARD OF EDUCATION REGULAR MEETING MINUTES
October 19, 2004
Page 10

It was moved by Mr. Helms, seconded by Mr. Evans, to reconsider the five new positions on the Personnel Addendum. The motion passed (6-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Hastings, Mr. Helms, Mr. Walls
 Against the Motion: Dr. Isaacs

It was moved by Mr. Evans, seconded by Mr. Bireley, to approve the five new positions on the Personnel Addendum. The motion failed (5-2).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Hastings, Mr. Walls
Against the Motion: Mr. Helms, Dr. Isaacs

STUDENT HEARINGS
Student No. 05-02 and Student No. 05-03
It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the Hearing Officers' recommendations on Student No. 05-02 and Student No. 05-03. The motion passed unanimously (7-0).

ADJOURNMENT
It was moved by Mr. Helms, seconded by Mr. Evans, to adjourn the meeting at 11:30 p.m. The motion passed unanimously (7-0).

Respectfully submitted,

Harvey L. Walls                                        (Ms.) Lois M. Hobbs
President                                                   Secretary and Superintendent
Board of Education                                   Board of Education
Indian River School District                      Indian River School District

HLW/LMH:jlh

BPD 000217

EXHIBIT 24

INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION REGULAR MEETING
TUESDAY, APRIL 26, 2005 – 6:30 P.M.
FRANKFORD ELEMENTARY SCHOOL CAFETERIA

MIINUTES

CALL TO ORDER
President Harvey L. Walls called the Executive Session of the Indian River School
District Board of Education to order at 6:30 p.m.

ROLL CALL
Board Members Present: Charles M Bireley, (Mrs.) Nina Lou Bunting, Richard H.
Cohee, John M. Evans, Donald G. Hattier, Reginald L. Helms, (Mrs.) Elaine McCabe,
Harvey L. Walls
 Board Members Absent: Gregory A. Hastings, Mark A. Isaacs

APPROVAL OF AGENDA - Regular and Executive – April 26, 2005
It was moved by Dr. Hattier, seconded by Mr. Evans, to approve the Regular Agenda and
the Executive Session Agenda. The motion passed unanimously (8-0).

EXECUTIVE SESSION (6:30 – 7:20 p.m.)
It was moved by Mr. Helms, seconded by Dr. Hattier, to go into Executive Session at
6:32 p.m. The motion passed unanimously (8-0).

A.      Personnel: To discuss matters pertaining to names, competencies and abilities of
        individual employees or students.

RECONVENE (7:30 p.m.)
It was moved by Mr. Evans, seconded by Dr. Hattier, to reconvene in Regular Session at
7:30 p.m. The motion passed unanimously (8-0).

PRESENTATION OF COLORS
The Indian River High School Marine JROTC performed the Presentation of Colors.

President Walls noted that it is the history of the Board to have a prayer at the beginning
of the meeting, which is voluntary among the members of the Board of Education and the
audience is not required to participate. President Walls then asked Mrs. Bunting to share
an invocation. Mrs. Bunting asked that the Board members join her in a moment of
silence.

BPD 000289

BOARD OF EDUCATION REGULAR MEETING MINUTES
April 26, 2005
Page 2

APPROVAL OF MINUTES
Board of Education Special Meeting Minutes – March 15, 2005
Board of Education Regular Meeting Minutes – March 22, 2005
Board of Education Special Meeting Minutes – April 5, 2005

It was moved by Mrs. McCabe, seconded by Mrs. Bunting, to approve the minutes as
submitted. The motion passed unanimously (8-0).

VISITORS AND STAFF IN ATTENDANCE
President Walls and Ms. Hobbs recognized and presented certificates to the following for
their accomplishments:

2005 Odyssey of the Mind Team Winners
    "In Your Dreams"
        Elementary Coach – Lisa Forney
        Co-coach – Bryna Groveston
        Joseph Garvilla, Drew Stewart, Kyle Marvel, G. Jay Christian
        Cameron Dukes, Elaina Layell, Kourtney Bastianelli, Emily Southmayd
        Rebecca Southmayd
    "Laugh-a-Thon"
        Middle School Coach – Lynne Southmayd
        Co-Coach – Stephanie Hughes
        Rachel Southmayd, Julie Hughes, Taylor Hudson
        Michelle Norton, Alex Roenke
    "Stunt Mobiles"
        High School Coach – Kathy Roach
        Karalyn Roach, Erica Evans, Alison Evans, Keili Marvel
        Marlena Schleifer, Mark Hayden, Brandon Emmertz
    "Get the Message"
        High School Coach – Michael Proudfoot
        Tiffany Burton, Colin McIlvaine, Brittany Proudfoot
        Caitlin Proudfoot, Laura Walter, Maegan Wren, Julia Knopf
JROTC State Champion Color Guard – Indian River High School
        Coaches: Frank Ryman and Mark Sewell
        C. J. Mullikin (Commander)
        James Pyle
        Trenton Jones
        James Melson
JROTC State Champion Shooting Team – Indian River High School
        Scott Stevenson
        Tracey Truitt
        ErinWood
        Brandon Smith

BPD 000290

BOARD OF EDUCATION REGULAR MEETING MINUTES
April 26, 2005
Page 3

State Wrestling Champions – Indian River High School
        Andy Bokinsky
        D. J. Singleterry
Business Professionals of America State Historian
        Kara Roach (IR)
Science Olympiad First Place State Winners
        Hail Bennett (IR)
        Kathryn Riley (IR)
Future Farmers of America First Place State Winners – Dairy Products
        Coach: Jennifer Cordrey (IR)
        Kaylynn Gland (IR)
        Whitney Bowden (IR)
        Erin Sagers (IR)
        Reed Carter (IR)
Future Farmers of America First Place State Winners – Ag Sales
        Coach: Kevin Cordrey
        Tim Callahan (IR)
        Jamie Basara (IR)
        Jamie Ennis (IR)
        Haley Davis (IR)
Academic All-State Wrestling Team – Indian River High School
        Andy Bokinsky – First Team
        D. J. Singleterry – First Team
        Brad Tephabock – Second Team
        Perry Townsend – Second Team
        P. J. Barch – Honorable Mention
        Julie Butters – Honorable Mention
        Graham Esender – Honorable Mention
        Nate Kortvelesy – Honorable Mention
        Robert Mitchell – Honorable Mention
        Luke Saylor – Honorable Mention
2005 Magna Awards – Honorable Mention
        Ingram Pond Outdoor Education Center
HP Technology for Teaching Grant
        Jane Mahoney (CM)

<u>OTHER VISITORS AND STAFF IN ATTENDANCE</u>
Lois Hobbs, Earl Savage, Janet Hearn, Jay Headman, Patrick Miller, Michael Owens, Susan Bunting, Charles Hudson, Carmen Deldeo, David Maull, Cathy Miller, John Mitchell, Greg Weer, Brice Reed, Jacque Wisnauskas, Donna Hall, Char Hopkins, Ivan Neal, Sharon Brittingham, Duncan Smith, Mike Kline, Janet Hickman, Tim Fannin, Mike Williams, Mary Bixler, Vince Catania, Lori Ann White, Darlene Johnson, Frank Ryman, Gary Layfield, Judy Baker, Emily Pettyjohn, Leah Bokinsky, Elaine Tingle, Karea Clausen, Lee Murray, Diana Layfield, Janice Marvel, Adele Jones, June Taylor, Brandon Smith, Molly Murray, Jamie Gorlich, Patti Bunting, Tammy Sterg, Wilt Sterg, Melissa Brise, Michel Baker, Lisa Smith, Rosalie Sutton, Rhonda Morgan, Maureen Nicholson,

BPD 000291

BOARD OF EDUCATION REGULAR MEETING MINUTES
April 26, 2005
Page 4

VISITORS AND STAFF IN ATTENDANCE (Continued)
Kelly Dorman, Jane Scheftner, Annette Hoffman, Connie Pryor, Denise Snyder, Susan
Hopper, Lauren Ghabour, Heather Radish, Barbara McIlvaine, Elizabeth Walter, Doug
McIlvaine, Colin McIlvaine, Laura Walter, Tiffany Burton, Tami Mitchell, James
Bunting, Georgina Zee, Sherry Mitchell, Donna Waller, Carol McDowell, Miyoshi
Tunnell, Brian Hitchens, Lori Parker, Sam Harvey, Edward Jones, Pat Varina, Hyland
Johnson, Jason Coughenow, Kerry Stewart, Laura Burton, Mercedes Veith, Wendy
Murray, Kaylynn Gland, Lorrain Cooper, Joyce Green, Katherine Jones, Julie Butters,
Nancy Butters, Sherry Abbott, Lori Kelly, Patricia Jennings, Aleni Dennis, Annette
Hoffman, Lisa Forney, Stephanie Collins, Bryna Groveston, Lisa Groveston, Greg
Groveston, Michelle Roenke, Mike Garvilla, Beth Garvilla, Kerri Stewart, Marco
Dobrich, Colleen Hastings, Lloyd Elling, Ted Dwyer, Loretta Ewell, Mary Jane Short,
Kevin Cordrey, Jennifer Cordrey, Stephanie Hughes, Margaret Kimmel, Vicki Womer,
Debbie O'Neal, Lisa Richardson, Linda Hockman, Carol Buchler, Lorraine Burton,
Melissa Swift, Susan Boving, Carol Barch, P. J. Barch, Janet Warrington, Joan Balback,
Vanessa Hudson, William Hudson, Judy Hickman, Mary Ellen Whaley, Pamela Webb,
David Mitchell, Patrice Pikulsky, Pam Smith, Suzanne Baker, Patti Jo Johnson, Kim
Robinson, Laura Curley, Elizabeth Hollyfield, Richard Hunt, Fay Briddell, Sara Baker,
Colleen Thayer, Vickie Pendleton, Kathleen Messick, James Barch, Dennis Friedel, Hail
Bennett, Haley Davis, Reed Carter, Andy Bokinsky, Luke Saylor, Nate Kortvelesy, D. J.
Singleterry, P. J. Barch, Perry Townsend, David Hudson, Karen Saylor, Tonya
Rockemann, Tracy Mitchell, Diane Donohue, Taylor Hudson, Colette Spady, Sharon
Argo, Barbara White, Liz Steele, Holly Riordan, Allison Vari, Kaitlynne Riordan, R.
Tony Wilson, Jamie Basara, K. D. Jackson, Candice Timmons, Jay Fiedler, Kathleen
Moore, Donna Mitchell, Shirley Wise, Alan Hudson, April Powell, Sandra Williams,
Alex Roenke, Reggie Miller, Howard Gerken, Michael Karr, J. T. Harmon, Charlie
Shaeffer

STUDENT GOVERNMENT
There was no report.

PUBLIC COMMENTS
President Walls noted that two minutes per person would be allowed to each speaker this
evening.

Bobby Eyre
Mr. Eyre, a member of the Behavior Management Team at Selbyville Middle School,
spoke in opposition to reductions in the safety and school climate positions.

Lori Parker
Ms. Parker, Hall Monitor at Selbyville Middle School, spoke of the important role the
Behavior Management Team plays in the education of our students. She stated that a safe
learning environment is essential for the education of our students.

BOARD OF EDUCATION REGULAR MEETING MINUTES
April 26, 2005
Page 5

Rebecca Mais
Mrs. Mais, a Selbyville Middle School parent, spoke in support of the safety and school
climate positions and the programs they provide to our students.

Linda Teplica
Ms. Teplica, Lord Baltimore Elementary School teacher, expressed the importance of the
programs provided to our students by the intervention and reading specialists.

Cathy Berzins
Mrs. Berzins, Selbyville Middle School parent, expressed concern about the reduction in
the safety and school climate positions. She stated that the programs provided to students
through these positions are very important in the education of our students.

Karen Ware
Mrs. Ware, Selbyville Middle School parent, expressed concern about the reduction of
positions and suggested that the district contact our legislators for help.

Melissa Berzins
Ms. Berzins, Selbyville Middle School student, expressed concern about the loss of the
safety and school climate positions and the affect it might have on the Behavioral
Modification and Peer Mediation programs at Selbyville Middle School.

Bishop Roland Mifflin
Bishop Mifflin expressed concern about the safety within our schools with the proposed
reductions of positions.

Jane Brock,
Mrs. Brock, President of the Secretarial Association, asked that the Board reconsider the
decision made last month on the 2005-06 District Calendar, which eliminates the
traditional Easter Break.

Bethany/Fenwick Chamber of Commerce Letter
Ms. Hobbs read a letter from the Bethany/Fenwick Chamber of Commerce that strongly
opposes a district calendar that would require students to begin school prior to Labor Day.

OLD BUSINESS
Major Capital Improvements
Progress Report
Ted Dwyer gave the following report:
Sussex Central High School

*Remove from minutes - Inaccurate info*

Mr. Dwyer reported that final surfacing of the track is complete. The fields have been
reseeded and over seeding in the common areas has been done. The gym floor was
completed over the Spring Break. The building leaks are being repaired. The music
room in Area B has been completed, and the remaining classrooms and corridor are to be
completed by May 16. Painting is completed in the shop area. The auditorium is

BPD 000293

BOARD OF EDUCATION REGULAR MEETING MINUTES
April 26, 2005
Page 6

scheduled to be completed by June 14. The mechanical work on the air handling units is complete and testing and balancing of the systems is ongoing.

Indian River High School
Mr. Dwyer reported that the parking areas are complete and the storm drains are being cleaned. The fields have been graded and surfacing of tennis courts is being completed. Areas A, B, and D are complete. Final inspection of the kitchen is scheduled this week, and the Fire Marshall is scheduled to make final inspection on April 4. Plans are to turn the building over to the district at the end of April and construction trailers will be removed at that time.

School Choice Applications
It was moved by Mr. Bireley, seconded by Dr. Hattier, to approve the School Choice Applications as recommended. The motion passed unanimously (8-0).

District Calendar – 2005-06
It was moved by Mr. Evans, seconded by Dr. Hattier, to rescind the motion made regarding the 2005-06 District Calendar at the March 22, 2005 Board Meeting. The motion passed unanimously (8-0).

President Walls noted that next year's calendar must be submitted to the State by April 30, 2005. He noted that the calendar can be changed with 30 days notice. It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the present calendar we are working under as the 2005-06 District Calendar. The motion passed (7-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Cohee, Mr. Evans, Dr. Hattier, Mr. Helms, Mr. Walls
Against the Motion: Mrs. McCabe

President Walls appointed Mr. Bireley as chairman of a District Calendar Committee and asked that Darlene Johnson be a part of that committee. He asked that the committee come back to the Board next month with other options for next year's calendar.

NEW BUSINESS
Teacher Appreciation Week Proclamation - May 2-6, 2005
It was moved by Mr. Helms, seconded by Mr. Evans, to approve the Teacher Appreciation Week Proclamation – May 2-6, 2005. The motion passed unanimously (8-0).

Child Nutrition Employee Appreciation Week Proclamation - May 2-6, 2005
It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the Child Nutrition Employee Appreciation Week Proclamation – May 2-6, 2005. The motion passed unanimously (8-0).

School Nurses' Day Proclamation - May 11, 2005
It was moved by Mr. Helms, seconded by Mrs. McCabe, to approve the School Nurses' Day Proclamation – May 11, 2005. The motion passed unanimously (8-0).

BOARD OF EDUCATION REGULAR MEETING MINUTES
April 26, 2005
Page 7

A break was taken from 8:30 – 8:40 p.m.

COMMITTEE REPORTS AND APPOINTMENTS
Administrative Compensation Committee
There was no report.

Buildings & Grounds Committee
Mr. Weer reported that the Buildings & Grounds Committee met on April 18, 2005. The committee reviewed the progress of Sussex Central and Indian River High Schools. They reviewed the upcoming renovation projects at Georgetown Middle School, East Millsboro and Lord Baltimore Elementary Schools. They also reviewed the Major Cap Payment Voucher Authorizations, the Major Cap Final Payment Authorizations, Major Cap Change Orders, Lord Baltimore Renovations bid, and the East Millsboro and Lord Baltimore Asbestos Removal bids that will be discussed later this evening.

Curriculum Committee
There was no report.

DSBA Board of Directors Representative
Mrs. Bunting reported that she attended a two-day retreat this month on hiring and retaining teachers.

DSBA Legislative Committee
Mr. Bireley reported that he would be attending the DSBA Legislative Committee Meeting on April 27, 2005. A topic of discussion will be the full day kindergarten program. He asked the Board's feeling about raising taxes to fund the all day kindergarten program. It was moved by Mr. Cohee, seconded by Mrs. Bunting, to oppose any initiatives to raise taxes for the purpose of funding a full day kindergarten program. The motion passed unanimously (8-0).

Finance Committee
Mr. Evans reported that the Finance Committee met on April 12 and the topics discussed will be handled under the Financial Section later this evening. The next meeting will be held on May 10, 2005.

Mary Bailey Scholarship Committee
Mr. Cohee requested that the Board allow the Mary Bailey Scholarship Committee to submit the names of the scholarship recipients to Mellon Bank since the deadline is prior to the next Board meeting. It was moved by Mr. Helms, seconded by Mrs. McCabe, to allow the Mary Bailey Scholarship Committee to submit the names as requested. The motion passed unanimously (8-0).

Negotiations Committee
There was no report.

BPD 000295

BOARD OF EDUCATION REGULAR MEETING MINUTES
April 26, 2005
Page 8

## Policy Committee

President Walls reported that the Policy Committee met on April 25 and reviewed several policies. There will be first readings of these policies on next month's agenda.

## Superintendent Search Committee

Dr. Owens reported that the first meeting of the Superintendent Search Committee has been scheduled for Monday evening, May 16, 2005. The meeting will be held at 7:00 p.m. at the Sussex Central Middle School.

## IREA Representative

Darlene Johnson, on behalf of the IREA, expressed appreciation for the change made this evening in the 2005-06 District Calendar.

## ADMINISTRATIVE REPORTS

### Mrs. Hobbs, Board Update

#### School Visits

Ms. Hobbs informed the Board that Jim DeBastiani was selected as Indian River School District's 2005-06 Teacher of the Year at a lovely banquet held on April 21, 2005. Lisa Hunt, Counselor at Long Neck Elementary School, has been selected as State Counselor of the Year. Mary Jane Short, teacher at Long Neck Elementary School, has received the Presidential Award for Excellence in the Teaching of Mathematics. Sussex Central Middle School and Selbyville Middle School received the Superstars in Education Award for the "Meet the Challenge" Program. Also, Selbyville Middle School has been nominated for the Lt. Governor's Models of Excellence in Education Award. She stated she is very proud of the staff and students of the Indian River School District.

#### Curriculum Update

The Curriculum Update for the month of April was included in the Board Packet.

#### District Calendar Changes

Ms. Hobbs informed the Board of the following district calendar changes:
(1)     Selbyville Middle School Sixth & Seventh Grade Recognition Programs from May 23rd and June 2nd to June 6th
(2)     Selbyville Middle School Eighth Grade Recognition Program from June 6th to June 14th

## FINANCIAL

### Regular Invoices

It was moved by Mr. Helms, seconded by Mr. Cohee, to approve the payment of the Regular Invoices. The motion passed unanimously (8-0).

### Financial Summaries

Mr. Miller reviewed the Financial Summaries for the period ending March 31, 2005.

BPD 000296

BOARD OF EDUCATION REGULAR MEETING MINUTES
April 26, 2005
Page 9

Major Cap Financial Summaries
Mr. Miller reviewed the Major Cap Financial Summaries for the period ending March 31,
2005.

Major Cap Change Orders
Mr. Miller reviewed the Major Cap Change Orders dated April 20 and April 26, 2005.
It was moved by Mr. Evans, seconded by Dr. Hattier, to approve the Major Cap Change
Orders dated April 20 in the amount of $169,192 and April 26, 2005 in the amount of
$62,203. The motion passed unanimously (8-0).

Major Cap Payment Voucher Authorizations
Mr. Miller reviewed the Major Capital Improvement Payment Authorizations dated April
20 and April 26, 2005. It was moved by Mr. Cohee, seconded by Mr. Bireley, to approve
the Major Capital Improvement Payment Authorizations dated April 20, 2005 in the
amount of $785,424.97 and April 26, 2005 in the amount of $67,228.45. The motion
passed unanimously (8-0).

Major Cap Final Payment Authorization
Custom Iron Shop, Inc. and ESSBAR Equipment Co., Inc.
Mr. Miller submitted the Final Payment Authorizations for Custom Iron Shop, Inc. and
ESSBAR Equipment Co., Inc. and recommended approval of the final payments to both
of these firms. It was moved by Mr. Evans, seconded by Dr. Hattier to approve the final
payments to both Custom Iron Shop, Inc. and ESSBAR Equipment Co., Inc. as
recommended. The motion passed unanimously (8-0).

Financial Position Report
Mr. Miller reviewed and recommended approval of the Indian River School District
Financial Position Report. It was moved by Dr. Hattier, seconded by Mr. Cohee, to
approve the Indian River School District Financial Position Report. The motion passed
unanimously (8-0).

Budget Reduction Efforts
Mr. Evans informed the Board that the Finance Committee is continuing to review district
finances to determine areas where budget adjustments can be made. Mr. Miller reviewed
the budget adjustments previously endorsed by the Board. He then reviewed the Finance
Committee's Potential Action List, which will produce additional savings. He also
reviewed the match tax funding options for educational technology and extra time
programs for students in grades K-12. After much discussion regarding the budget
reductions, it was moved by Mr. Evans, seconded by Dr. Hattier, to approve the Finance
Committee's Potential Action List of 11 recommendations that will generate additional
adjustments. The motion passed unanimously (8-0).

It was moved by Mr. Evans, seconded by Mr. Bireley, to approve the Loan Analysis and
Recommendation as submitted. The motion passed unanimously (8-0).

BOARD OF EDUCATION REGULAR MEETING MINUTES
April 26, 2005
Page 10

Senior Citizen Discount and Education Tax Relief Discount
Mr. Miller reviewed the tax relief options for the Senior Citizen and Education Tax Relief
Discounts. It was moved by Mr. Evans, seconded by Mr. Bireley, to discontinue both the
Senior Citizen Discount and the Education Tax Relief Discount. The motion passed
unanimously (8-0).

FY'06 Revenue Projections
Mr. Miller submitted the FY'06 Revenue Projections for Indian River School District and
Howard T. Ennis School. These will be submitted next month for Board action.

Bid No. 36-05-03 Summer Migrant Program Bus Contractors and Bid No. 36-05-04
Summer Bridges Program Bus Contractors
It was moved by Mr. Bireley, seconded by Dr. Hattier, to award Bid No. 36-05-03
Summer Migrant Program Bus Contractors and Bid No. 36-05-04 Summer Bridges
Program Bus Contractors to the low bidders as recommended. The motion passed
unanimously (8-0).

Bid No. 36-05-05 Lord Baltimore Renovations
Ted Dwyer of EDiS informed the Board that the bids for the Lord Baltimore Renovations
were $1,593,148 or 25% over budget. He recommended that all bids for the Lord
Baltimore Renovations be rejected, that appropriate modifications be made, and that the
projects be re-bid. There was some discussion regarding this, noting the impact this
could have on the timelines and schedules of future projects. It was also noted that when
building the high schools, the Board chose to make those projects top priority. It was
moved by Mr. Bireley, seconded by Dr. Hattier, that the Board continue its efforts of
making our buildings and renovations projects a top priority and that Bid No 36-05-05
Lord Baltimore Renovations be awarded even though it is over budget by $1,593,148. He
stated that this not only applies to the Lord Baltimore project, but to all of our future
building and renovation projects through the completion of the John M. Clayton building,
also noting that what is done for one would be done for all. The motion passed
unanimously (8-0).

Bid No. 36-05-08 East Millsboro Asbestos Removal and Bid No. 36-05-09 Lord
Baltimore Asbestos Removal
It was moved by Mr. Bireley, seconded by Mr. Evans, to award Bid No. 36-05-08 East
Millsboro Asbestos Removal to the low bidder, S & S Environmental in the amount of
$56,000.00 and Bid No. 36-05-09 Lord Baltimore Asbestos Removal to the low bidder, S
& S Environmental in the amount of $123,000.00 The motion passed unanimously
8-0).

COMMUNICATIONS
Conference Requests (None)

BPD 000298

BOARD OF EDUCATION REGULAR MEETING MINUTES
April 26, 2005
Page 11

Use of Facilities
Ms. Hobbs recommended approval of the following Use of Facilities requests:

Use of Southern Delaware School of the Arts Auditorium by God's Family Life Worship
Center – April 16, 2005

Use of John M. Clayton School Cafeteria & Auditorium by High Tide Baptist Church –
Sundays while renovations are taking place at Lord Baltimore Elementary School

It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the Use of Facilities'
requests as recommended by the superintendent. The motion passed unanimously (8-0).

Correspondence
Thank you note from John Evans
Ms. Hobbs shared a thank you note from Mr. Evans for the flowers that were sent to his
family in memory of his father-in-law.

Letter from Anne Devine
Ms. Hobbs shared a letter from Anne Devine expressing her opposition to the elimination
of the Easter/Spring Break from the 2005-06 District Calendar.

Field Trips
Day trip by Indian River High School 12th Grade Anatomy & Physiology Class – May 17,
2005 to Baltimore, MD

Day trip by Selbyville Middle School Sixth Grade RAD Team – June 1, 2005 to
Baltimore, MD.

Day trip by Sussex Central Middle School Student Council – June 15, 2005 to Baltimore,
MD

Day trip by Lord Baltimore Elementary School, 4th Grade Team – June 10, 2005 to
Chadds Ford, PA

Overnight trip by Sussex Central Middle School Unified Softball Team – June 10-11,
2005 to Newark, DE

Ms. Hobbs recommended approval of the five field trip requests. It was moved by Dr.
Hattier, seconded by Mr. Evans, to approve the superintendent's recommendation. The
motion passed (7-0-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Cohee, Mr. Evans, Dr. Hattier, Mr.
Helms, Mr. Walls
Abstained: Mrs. McCabe

BOARD OF EDUCATION REGULAR MEETING MINUTES
April 26, 2005
Page 12

STAFF
Principal Interviews, Personnel Agenda, Personnel Addendum, Staff Reductions,
Contract Renewals, and Twelve Month Employees Compensation
It was moved by Mr. Helms, seconded by Dr. Hattier, to table Principal Interviews,
Personnel Agenda, Personnel Addendum, Staff Reductions, Contract Renewals, and
Twelve Month Employees Compensation until after Executive Session. The motion
passed unanimously (8-0).

PUBLIC COMMENTS
Patrice Pikulsky
Mrs. Pikulsky, a Selbyville Middle School parent, expressed concern about the loss of
disciplinary positions at Selbyville Middle School. She expressed disappointment in
making cuts in a program that has been successful in decreasing the number of discipline
referrals. She stated that Selbyville Middle School PTO will contact state legislators.

EXECUTIVE SESSION
It was moved by Mr. Cohee, seconded by Mr. Helms, to go into Executive Session at
10:50 p.m. The motion passed unanimously (8-0).
A.      Personnel:  To discuss matters pertaining to names, competencies and abilities of
        individual employees or students.
B.      Strategy Session:  To discuss collective bargaining, pending or potential litigation.
C.      Hearing:  To conduct a hearing regarding employee or student discipline or
        employee dismissal.
D.      Such other business as may properly be discussed in an executive session.

RECONVENE
It was moved by Mr. Cohee, seconded by Dr. Hattier, to reconvene in Regular Session at
11:30 p.m. The motion passed unanimously (8-0).

CONSIDERATION OF AGENDA ITEMS DEFERRED
Principal Interviews
It was moved by Mr. Evans, seconded by Mr. Cohee, to approve Candidate No. 1 as the
Principal at the Southern Delaware School of the Arts. The motion passed (7-1).
For the Motion:  Mr. Bireley, Mrs. Bunting, Mr. Cohee, Mr. Evans, Dr. Hattier,
Mr. Helms, Mr. Walls
Against the Motion:  Mrs. McCabe

Personnel Agenda and Personnel Addendum
It was moved by Mr. Cohee, seconded by Dr. Hattier, to approve the Personnel Agenda
and Personnel Addendum. The motion passed unanimously (8-0).

Staff Reductions
There was no discussion

Contract Renewals
There was no discussion.                                    **BPD 000300**

BOARD OF EDUCATION REGULAR MEETING MINUTES
April 26, 2005
Page 13

Twelve Month Employees
There was no discussion.

STUDENT HEARINGS
Student No. 05-55, Student No. 05-56, Student No. 05-57, Student No. 05-58
Student No. 05-59, Student No. 05-60, Student No. 05-62
It was moved by Mr. Evans, seconded by Dr. Hattier, to approve the Hearing Officers'
Recommendations regarding Student No. 05-55, Student No. 05-56, Student No. 05-57,
Student No. 05-58, Student No. 05-59, Student No. 05-60, and Student No. 05-62.
The motion passed (7-0-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Dr. Hattier, Mr. Helms, Mrs.
McCabe, Mr. Walls
Abstained: Mr. Cohee

ADJOURNMENT
It was moved by Dr. Hattier, seconded by Mr. Bireley, to adjourn the meeting at 11:35
p.m. The motion passed unanimously (8-0).

Respectfully submitted,

(Ms.) Lois M. Hobbs
Secretary and Superintendent
Board of Education
Indian River School District

Harvey L. Walls
President
Board of Education
Indian River School District

HLW/LMH:jlh

# EXHIBIT 25

INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION REGULAR MEETING
TUESDAY, DECEMBER 21, 2004 – 7:30 P.M.
FRANKFORD ELEMENTARY SCHOOL CAFETERIA

## MINUTES

### CALL TO ORDER
President Harvey L. Walls called the Regular Meeting of the Indian River School District
Board of Education to order at 7:30 p.m.

### ROLL CALL
Board Members Present:  Charles M. Bireley, (Mrs.) Nina Lou Bunting, John M. Evans,
Gregory A. Hastings, Donald G. Hattier, Reginald L. Helms, (Mrs.) Elaine McCabe,
Harvey L. Walls
Board Members Absent:    Richard H. Cohee, Mark A. Isaacs

### APPROVAL OF AGENDA - Regular and Executive – December 21, 2004
The following item was added to the Executive Session Agenda:
IV. C.  Major Cap Payment Voucher Authorizations

It was moved by Mr. Helms, seconded by Mrs. McCabe, to approve the Regular Agenda
and the Executive Session Agenda as amended.  The motion passed unanimously (8-0).

### PRESENTATION OF COLORS
The Presentation of Colors was performed by the Indian River High School Marine
JROTC.

President Walls asked Mr. Evans to give an invocation, noting that it is the history of the
Board to have a prayer at the beginning of the meeting, which is voluntary among the
members of the Board of Education.

### APPROVAL OF MINUTES
Board of Education Special Meeting – November 1, 2004
Board of Education Regular Meeting Minutes – November 16, 2004

It was moved by Mr. Evans, seconded by Mr. Helms, to approve the minutes as recorded.
The motion passed unanimously (8-0).

### VISITORS AND STAFF IN ATTENDANCE
The Southern Delaware School of the Arts Steel, The Show Band performed a Holiday
Presentation.  Members of the band are:  John Hardy, Darien Dennis, Tucker Smawley,
Robbie Syphard, Lucas Kerns, Courtney Colegrove, Connor Vanderhook, Matt Beil,
Jacyln Rust, Maurice Hein, Stephen Jacobs, Martin Kirby, Justin Herbts, Taylor Kerns,
Alex Gunderman, Zach Smith, Alyssa Murray, Cierra Silvernail, and John Syphard,
Director.

BPD 000249

BOARD OF EDUCATION REGULAR MEETING MINUTES
December 21, 2004
Page 2

President Walls and Ms. Hobbs recognized and presented certificates to the following for
their accomplishments:

Community/School Partnership
        Peter Martin - Dedicated Service to Sussex Central Cross Country Team
School Bus Safety Poster Contest Winner (Div. IV)
        Mayreli Molina-Chavez (SM)
Delaware Association of Student Council – Middle School Division
        Abigail Boettiger (SM) - Secretary
        Alexandra Roenke (SM) - Treasurer
Carl M. Freeman Foundation
        Renee Clarke (FE)
            "F.A.C.E.S."
MBNA Grants
        Renee Clarke (FE)
            "HOSTS IV"
        Linda Hockman (PS)
            "Listening Center at Showell"
            "Literacy Bags"
        Cheryl Carey (PS)
            "Good Character Shines"
        Melody Page (PS)
            "Orff-Schulwerk at Showell"
        Crissie Renner, Sheila Evans, Susan Deery (PS)
            "Poetry Alive"
        Janet Hickman (LB)
            "Leveled Readers"
        Mary Norton (NG)
            "T.A.R.D.E.S. IV"
        National Board Certification
            Joanne Gichner (LB), Wendy Murray (LB), Karen Fabryka (LB)
            Mary Norton (NG), Cliff Lawson (SS), Karen Willey (CM)
            Patricia Jennings (SM)

OTHER VISITORS AND STAFF IN ATTENDANCE
Lois Hobbs, Janet Hearn, Earl Savage, Mike Owens, Susan Bunting, Patrick Miller, Jay
Headman, Greg Weer, Carmen Deldeo, Charles Hudson, Denise Speicher, Darlene St.
Peter, David Maull, Vince Catania, Mike Kline, Donna Hall, Tim Fannin, Jacqueline
Wisnauskas, Ivan Neal, Mark Steele, Brice Reed, Sharon Brittingham, Gary Brittingham,
Mike Williams, Char Hopkins, Janet Hickman, Jimmie Hudson, Marco Dobrich, Mona
Dobrich, Samantha Dobrich, Phyllis Levitt, Cecil Wilson, Darrell Neale, Rhonda Tuman,
Mary Sue Drugash, Pat Varie, Patricia Tibers, Heidi Vanderhook, Sheila Parker, Morgan
Kerns, Katie Gichner, Mike Gichner, Ben Gichner, Joanne Gichner, Alan Colegrove,

BPD 000250

BOARD OF EDUCATION REGULAR MEETING MINUTES
December 21, 2004
Page 3

Patricia Jennings, Alison Jennings, Abigail Boettiger, Heidi Boettiger, Gary Boettiger,
Alex Roenke, Michele Roenke, Kathy Kay, Karen Willey, Scott Willey, Ben Willey, Jane
Baker, Joan Willey, Phil Willey, Bob Lawson, Diana Lawson, Meg Lawson, Clifford
Lawson, Melody Page, Lori Hudson, Mayreli Molina-Chavez, Edwardo Molina-Chavez,
Patricia Anderson, Alisa West, Jed West

## STUDENT GOVERNMENT
There was no report.

## PUBLIC COMMENTS
### Mona Dobrich
Mrs. Dobrich noted that she had requested clarification through her attorney on the
recently adopted policies regarding religion. However, she had not yet received a
response. She stated that she and her son moved away from Georgetown to the city due
to the continued harassment of community members because of this issue.

### Phyllis Levitt
Phyllis Levitt, President of the American Civil Liberties Union, commended the Board
for the recently adopted policies regarding religion. She expressed the importance of
being sensitive to a diverse population.

## OLD BUSINESS
### Major Capital Improvements
#### Progress Report
#### Indian River High School
Mr. Headman reported that work is moving forward at the Indian River High School.
Work on the punch list is being done in the classroom wings. Inspections by the Board of
Health will be done in the cafeteria in early January. The auxiliary gym is done with the
exception of the basic molding and the divider curtain. The floor in the main gymnasium
is done. It is anticipated that work in the auditorium will be completed by the end of
January.

#### Sussex Central High School
Mr. Headman reported that Zimmer should soon be finished with the corrective work in
the penthouses. Sussex Irrigation experienced a problem with the pump while testing the
irrigation system. All fields have been seeded except the football field. Islands and
grounds around the building will be done in early spring. The auxiliary gym floor will be
completed during the spring break. Mr. Headman noted that plans are still in place to
hold the wrestling tournament at Sussex Central High School. They are exploring options
of covering the auxiliary gym floor.

BPD 000251

BOARD OF EDUCATION REGULAR MEETING MINUTES
December 21, 2004
Page 4

Sussex Central High School Classroom Accommodations
Ms. Hobbs recommended approval of the proposed costs associated with providing
additional classroom space at Sussex Central High School due to the delay in getting
Wing B completed.   These costs will cover three storage trailers and renovations to the
the pole barn and the greenhouse.  Mr. Hastings reported that this proposal was discussed
at the Buildings & Grounds Meeting and that the funds would be taken from construction
contingency.  Mr. Miller noted that he would also explore other avenues of funding for
this project.  It was moved by Dr. Hattier, seconded by Mr. Helms, to approve the
superintendent's recommendation.  The motion passed unanimously (8-0).

Alternate Bid Instructions at Lord Baltimore Elementary School
Mr. Headman reviewed the revised Value Engineering Proposal, the revised Project Cost
Summary, and the floor plan for the Additions and Renovations at the Lord Baltimore
Elementary School.   These items were also reviewed and approved at the Buildings &
Grounds Committee Meeting on December 13, 2004.  It was moved by Mr. Bireley,
seconded by Mr. Helms, to approve the Alternate Bid Instructions for the Additions and
Renovations of the Lord Baltimore Elementary School with the seven alternates as listed
and with the interior painting as discussed.  The motion passed unanimously (8-0).

Georgetown Middle School Renovations
Mr. Headman reviewed the revised Value Engineering Proposal, the revised Project Cost
Summary and the floor plan for the Renovations to the Georgetown Middle School.
These items were reviewed and approved at the Buildings & Grounds Committee
Meeting on December 13, 2004.  It was moved by Mr. Hastings, seconded by Mr. Bireley,
to approve the revised Georgetown Middle School Renovations with interior painting as
discussed.  The motion passed unanimously (8-0).

School Choice Applications
It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the School Choice
Applications as recommended.  The motion passed unanimously (8-0).

NEW BUSINESS
School Board Elections - Tuesday, May 10, 2005 - 10:00 a.m. to 8:00 p.m.
Ms. Hobbs informed the Board that School Board Elections would be held on Tuesday,
May 10, 2005 from 10:00 a.m. to 8:00 p.m.  Elections will be held for seats in the
following districts:
        District No. 3  Nina Lou Bunting
        District No. 4  Donald Hattier
        District No. 5  Reggie Helms
        District No. 5  Elaine McCabe
Ms. Hobbs thanked all Board members for their dedicated service to the students of the
Indian River School District..

BPD 000252

BOARD OF EDUCATION REGULAR MEETING MINUTES
December 21, 2004
Page 5

Select Date for Legislative Dinner – March 7, 2005
Ms. Hobbs reported that the staff had selected Monday, March 7, 2005, for the annual
Legislative Dinner. If there are no objections from the Board, letters will be sent inviting
our legislators. There were no objections.

Administrative Compensation Committee
President Walls appointed Mr. Bireley as the chairman of the Administrative
Compensation Committee. He also appointed Dr. Hattier, Dr. Owens, Mr. Miller, and
Mr. Brittingham as members of the committee.

COMMITTEE REPORTS AND APPOINTMENTS
Buildings & Grounds Committee
Buckle Up Program
Mr. Hastings apprised the Board of the "Buckle Up Stencil Project" sponsored by the
Delaware Office of Highway Safety and the University of Delaware Cooperative
Extension Office. This project would provide the painting of the "Buckle-Up" stencil in
the school driveways with no cost to the district. The Buildings & Grounds Committee
recommended approval. It was moved by Mr. Hastings, seconded by Dr. Hattier, to
approve participation in the "Buckle Up Stencil Project." The motion passed
unanimously (8-0).

Curriculum Committee
Mrs. McCabe reported that the Curriculum Committee met on December 16, 2004. Items
discussed included the music and choral curriculum and the textbook review schedule.
At the meeting in January, the committee will discuss exploratories at the middle schools.

DSBA Board of Directors Representative
Mrs. Bunting reported that there was no meeting this month and the minutes of
November 10, 2004 were included in the Board Packet.

DSBA Legislative Committee
Mr. Bireley reported that there was no meeting this month.

Finance Committee
Mr. Evans reported that the next meeting will be January 13, 2005.

Mary Bailey Scholarship Committee
There was no report.

Negotiations Committee
There was no report.

BPD 000253

BOARD OF EDUCATION REGULAR MEETING MINUTES
December 21, 2004
Page 6

Policy Committee
President Walls reported that the next meeting of the Policy Committee will be held in January.

IREA Representative
There was no report.

ADMINISTRATIVE REPORTS
Mrs. Hobbs, Board Update
School Visits
Ms. Hobbs reported that she had visited several schools and attended many excellent holiday concerts.

Ms. Hobbs formally announced her retirement effective June 30, 2006. She expressed her gratitude to have been a part of the Indian River School District, and thanked the students, parents, teachers, administrators, and Board members for their support.

Curriculum Update
The Curriculum Update for the month of December was included in the Board Packet.

Change in date of Sussex Central High School Spanish 4 Classes Field Trip from February 4 to January 7, 2005
Ms. Hobbs informed the Board that the Sussex Central High School Spanish 4 Classes Field Trip was changed from February 4 to January 7, 2005.

FINANCIAL
Regular Invoices
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the payment of the Regular Invoices. The motion passed unanimously (8-0).

Financial Summaries
Mr. Miller reviewed the Financial Summaries for the period ending November 30, 2004

Major Cap Financial Summaries
Mr. Miller reviewed the Major Cap Financial Summaries for the period ending November 30, 2004.

Major Cap Change Orders
Mr. Miller recommended approval of the Major Cap Change Orders in the amount of $442,925, of which $420,343 is adjustments in the encumbrances in order to reserve funds for actual expenditures. It was moved by Mr. Bireley, seconded by Mr. Helms, to approve Mr. Miller's recommendation regarding the Major Cap Change Orders. The motion passed unanimously (8-0).

BPD 000254

BOARD OF EDUCATION REGULAR MEETING MINUTES
December 21, 2004
Page 7

<u>Major Cap Payment Voucher Authorizations</u>
<u>Indian River Project and Sussex Central High School Project</u>
It was moved by Mr. Bireley, seconded by Mr. Helms, to table the Major Cap Payment
Voucher Authorizations until after Executive Session. The motion passed unanimously
(8-0).

<u>COMMUNICATIONS</u>
<u>Conference Requests</u> (None)

<u>Use of Facilities</u>
Use of North Georgetown Elementary School Multi Purpose Room by First Baptist
Church of Georgetown – April 2, 2005

Use of Southern Delaware School of the Arts Auditorium/Cafeteria by Zoar United
Methodist Church – February 19, 2005

Ms. Hobbs recommended approval of the two Use of Facilities' requests. It was moved
by Mr. Helms, seconded by Dr. Hattier, to approve the superintendent's recommendation
to approve the Use of Facilities' requests. The motion passed unanimously (8-0).

<u>Correspondence</u>
<u>Thank you note from Nina Lou Bunting</u>
Ms. Hobbs shared a thank you note from Mrs. Bunting for the acts of kindness expressed
to her and her family during the loss of her mother.

<u>Field Trips</u>
Day trip by Selbyville Middle School 7th Grade (All-Stars) – February 26, 2005 to
Blakeslee, PA
Day trip by Sussex Central Middle School 6th Grade (Eagles) – February 24, 2005 to
Philadelphia, PA
Day trip by Sussex Central Middle School 6th Grade (Allies) – February 23, 2005 to
Philadelphia, PA
Day trip by Sussex Central Middle School 6th Grade (Rookies) – February 22, 2005 to
Philadelphia, PA
Day trip by Frankford Elementary School 5th Grade – March 23, 2005 to Philadelphia, PA
Day trip by Indian River High School Spanish III Classes – March 3, 2005 to New York
City
Day trip by Indian River High School Cheerleading Squad – February 26 and 27, 2005 to
Ocean City, MD
Overnight trip by Southern Delaware School of the Arts Steel, The Show Band –
February 4-13, 2005 to Trinidad

Ms. Hobbs recommended approval of the eight field trips. It was moved by Mr. Hastings,
seconded by Mr. Helms, to approve the eight field trips as recommended by the
superintendent. The motion passed unanimously (8-0).

**BPD 000255**

BOARD OF EDUCATION REGULAR MEETING MINUTES
December 21, 2004
Page 8

## STAFF
Personnel Agenda, Personnel Addendum, Employee No. 05-05 PER,
Employee No. 05-06 PER, Employee No. 05-07 PER, Employee No. 05-08 PER, and
Superintendent Search

It was moved by Mr. Helms, seconded by Mr. Bireley, to table Personnel Agenda,
Personnel Addendum, Employee No. 05-05 PER, Employee No. 05-06 PER,
Employee No. 05-07 PER, Employee No. 05-08 PER, and Superintendent Search until
after Executive Session. The motion passed unanimously (8-0).

## PUBLIC COMMENTS
There were no Public Comments.

## EXECUTIVE SESSION
It was moved by Mr. Helms, seconded by Mrs. McCabe, to go into Executive Session at
9:45 p.m. The motion passed unanimously (8-0).

A.   Personnel: To discuss matters pertaining to names, competencies and abilities of
individual employees or students.
B.   Strategy Session: To discuss collective bargaining, pending or potential litigation.
C.   Hearing: To conduct a hearing regarding employee or student discipline or
employee dismissal.
D.   Such other business as may properly be discussed in an executive session.

## RECONVENE
It was moved by Dr. Hattier, seconded by Mr. Hastings, to reconvene in Regular Session
at 12:10 a.m. The motion passed unanimously (8-0).

## CONSIDERATION OF AGENDA ITEMS DEFERRED
Personnel Agenda and Personnel Addendum
It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the Personnel Agenda
and Personnel Addendum. The motion passed unanimously (8-0).

Employee No. 05-05 PER
There was no discussion.

Employee No. 05-06 PER
It was moved by Mr. Bireley, seconded by Mr. Evans, to approve the Superintendent's
recommendation regarding Employee No. 05-06 PER. The motion passed unanimously
(8-0).

BPD 000256

BOARD OF EDUCATION REGULAR MEETING MINUTES
December 21, 2004
Page 9

Employee No. 05-07 PER
The Board authorized President Walls to accept the resignation of Employee
No. 05-07 PER. This item will then be placed on the next Personnel Agenda.

Employee No. 05-08 PER
It was moved by Dr. Hattier, seconded by Mr. Helms, to approve the Board's
recommendation regarding Employee No. 05-08 PER. The motion passed (7-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Hastings, Dr. Hattier,
Mr. Helms, Mrs. McCabe
Against the Motion: Mr. Walls

Superintendent Search
There was no discussion.

STUDENT HEARINGS
Student No. 04-61
It was moved by Dr. Hattier, seconded by Mr. Evans, to allow Student No. 04-61 to be
reinstated in school on January 27, 2005. The motion passed unanimously (8-0).

Student No. 05-11, Student No. 05-12, Student No. 05-13, Student No. 05-14,
Student No. 05-15
It was moved by Mr. Helms, seconded by Mr. Bireley, to approve the Hearing Officers'
recommendations on Student No. 05-11, Student No. 05-12, Student No. 05-13, Student
No. 05-14, and Student No. 05-15. The motion passed unanimously (8-0).

Student No. 05-16
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the Hearing Officer's
recommendation excluding Homebound Instruction on Student No. 05-16. The motion
passed unanimously (8-0).

Student No. 05-17 and Student No. 05-18
It was moved by Mr. Bireley, seconded by Dr. Hattier, to allow Student No. 05-17 and
Student No. 05-18 to return to school on January 3, 2005 and to be placed on Social
Probation for the remainder of this school year. The motion failed (5-2-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Dr. Hattier, Mr. Helms, Mrs. McCabe
Against the Motion: Mr. Hastings, Mr. Walls
Abstained: Mr. Evans

It was moved by Mrs. McCabe, seconded by Mr. Evans, to approve the Hearing Officer's
recommendation on Student No. 05-17 and Student No. 05-18. The motion failed
(3-4-1).
For the Motion: Mr. Evans, Mr. Hastings, Mr. Walls
Against the Motion: Mr. Bireley, Mrs. Bunting, Mr. Helms, Mrs. McCabe
Abstained: Dr. Hattier

BPD 000257

BOARD OF EDUCATION REGULAR MEETING MINUTES
December 21, 2004
Page 10

Student No. 05-17 and Student No. 05-18 (Continued)
It was moved by Mrs. Bunting, seconded by Mrs. McCabe, to expel with Homebound
Instruction Student No. 05-17 and Student No. 05-18 until the beginning of the second
semester and to place them on Social Probation for the remainder of the school year. The
motion passed unanimously (8-0).

Student No. 05-19, Student No. 05-20, Student No. 05-21, Student No. 05-22
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the Hearing Officers'
recommendations on Student No. 05-19, Student No. 05-20, Student No. 05-21, and
Student No. 05-22. The motion passed unanimously (8-0).

Student No. 05-23
It was moved by Mr. Helms, seconded by Mrs. McCabe, to approve the Hearing Officer's
recommendation excluding Homebound Instruction on Student No. 05-23. The motion
passed (7-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Hastings, Dr. Hattier,
Mr. Helms, Mrs. McCabe
Against the Motion: Mr. Walls

Major Cap Payment Authorizations
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the Major Cap Payment
Authorizations as recommended by Mr. Miller. The motion passed unanimously (8-0).

ADJOURNMENT
It was moved by Mr. Helms, seconded by Mr. Bireley, to adjourn the meeting at 12:28
a.m. The motion passed unanimously (8-0).

Respectfully submitted,

Harvey L. Walls                        (Ms.) Lois M. Hobbs
President                              Secretary and Superintendent
Board of Education                     Board of Education
Indian River School District           Indian River School District

HLW/LMH:jlh

BPD 000258

# EXHIBIT 26

| Letters to the Editor **20** | TV Listings **48** | Obituaries **77** |

FREE | Vol. 68 No. 26

WWW.DELMARVANOW.COM

A GANNETT NEWSPAPER

PRE-SORTED STANDARD
U.S. Postage Paid
Permit No. 50
Salisbury, MD 21801

# DELAWARE Wave

## Post 28 faces Dover

PAGE 82

## South Coastal hosts teen theater program

PAGE 45

JUNE 23, 2004

# Religious remarks at graduation upset attending parent

**By Susan Towers**
Staff Reporter

Mona Dobrich, a Jewish woman, says she always felt different from the other children while growing up in Sussex County.

It seemed that everyone was Christian, and no matter what public event she attended, the prayer always was in the name of Jesus Christ Our Lord.

Jesus is not her Lord. God is her Lord.

But it wasn't until her daughter's recent graduation from Sussex Central High School that she felt she just had to say something. She no longer wanted her chil-

See RELIGION, Page 2

P 0112

**2** | DELAWARE **WAVE** | www.delmarvanow.com

# RELIGION: Parent addresses her concerns with IR school board

**From RELIGION, page 1**

dren to feel different. She could no longer hold in her feelings.

Dobrich stood before members of the Indian River School District Board last week and asked that the name of Jesus be removed from public school events — and that instead prayers be made in the name of God.

"All I am asking is to make public school events more inclusive," she later told *The Wave*. "I am just asking them to pray to God. Don't they understand that not everyone prays to Jesus?"

She pointed out that public schools are supposed to be the very places where all children, no matter their background, should be welcomed.

Dobrich, who has lived in Georgetown for 30 years, also told *The Wave* that she feels as if the local community is not as accepting of Jews as it once was. Her middle-school-aged son was recently told by another child that "you killed Jesus," she said.

With her daughter going off to university in the fall, Dobrich's family is now considering moving to Wilmington, where there is a large Jewish community.

"Things seemed to changed after Sept. 11," she said.

While the subject "graduation ceremonies" was listed on last week's school board agenda, board members tabled the discussion until the July meeting because they wanted time to read over an opinion disseminated to them by the district's legal department.

District Superintendent Lois Hobbs told *The Wave* Monday that she had spoken with Dobrich preceding the meeting and had agreed to put it on the agenda. However, because of a death in the family of a district staff member, the legal opinion had not reached board members in time.

"We've taken this seriously and will be discussing it at our next meeting," Hobbs said.

Dobrich's reaction was to the wording in the Invocation and Benediction of the graduation ceremony. They were given by Pastor Jerry Fike of Mt. Olivet Brethren Church in Georgetown.

The controversy over reli-

### AT A GLANCE

The Indian River School Board tabled any discussion on a Sussex Central grad's parent's concern over the words chosen during a recent graduation ceremony. They agreed to address the topic again at their next regular meeting, scheduled for Tuesday, July 27 at North Georgetown Elementary School. The meeting begins at 7:30 p.m.

gious doctrine being introduced in public arenas is not a new one. Nor is the anger when one side, or the other, feels as if a situation is unjust.

Max Wolf, the reverend of All Saints Episcopal Church in Rehoboth Beach and St. George's Chapel in Harbeson, has discussed the issue as president of the Lewes and Rehoboth Council of Churches.

While Jesus is clearly a critical element in his religious beliefs, he said that he tries to use inclusive words when speaking to a group with representation from other religions.

Being inclusive often means talking about "God as our rock, rather than Jesus as our savior," for example.

In order to overcome polarization in the community and to bring people together, Wolf is one of a group of local clergy who recently formed the Eastern Sussex Coalition of Justice.

The group is focusing on developing relationships between local Christians and Jews, as well as Muslims.

While Wolf was not familiar with Dobrich's case, he said it is just the kind of issue with which the group deals. Earlier this year, for example, coalition members learned of several complaints of anti-Semitism occurring in the Cape Henlopen School District.

Representatives of the Seaside Jewish Community in Rehoboth Beach met with the Christian organization at the time to find ways to open channels of communication and to improve education and understanding in order to avoid anti-Semitism.

■ *Reach Susan Towers at (302) 537-1881, ext. 106, or by e-mail at stowers@smgpo.gannett. com.*

P 0113

# EXHIBIT 27

# IRSD to explore school prayer

**By Anne Schenck**
Staff Reporter

Indian River School District president Harvey Walls allowed more than twice the normally allotted 20 minutes of public comment at the district's monthly board meeting on July 27, all of which pertained to the issue of prayer in school.

Thirteen residents, including five religious leaders, spoke up both for and against allowing prayer at the district's functions, particularly graduation ceremonies, an issue that has gained increasing attention following commencement exercises at Sussex Central High School that included Christian prayer.

Pastor Richard Blades of the Calvary Baptist Church spoke of a Biblical mandate for prayer in Jesus' name, adding, "our school district has prayed in Jesus' name for many, many years." Pastor Marvin Morris received a hardy applause after suggesting doing away with prayer will lead to an erosion of community's foundations. Another offered the opinion that if it hadn't been for prayer, the school district would be in a greater mess than it currently is.

Those on the other side of the debate argued for tolerance and acceptance of all faiths, citing the first and fourteenth constitutional amendments and recent Supreme Court cases.

Mona Dobrich, the Jewish mother who first brought the issue to the public's attention, read a prepared speech, charging the board with a legal obligation to do away with secular prayer. "You represent me," although not well, said Rhonda Toomey, who also accused the school board members of violating their oath of office.

Identifying himself as a representative of the Coalition for Tolerance and Understanding, Mark Harris, an Episcopal priest from Lewes, offered the most neutral voice. Encouraging both sides to commit to creating an open and inviting community for all, Harris told board members, "finding solutions turns out to be a community issue, as well as a legal issue."

The board opted to not act immediately on the item in question, listed simply as "Graduation Ceremonies," under old business on the agenda.

The matter, said Walls, was also tabled at last month's meeting and after several speakers from the audience made references to a poten-

**See IRSD Page 2**

## IRSD
Continued from page 1

tial lawsuit, board member Reginald Helms, noting the topic "could possibly lead to litigation," made the recommendation to wait until after the executive session to take any action.

The majority of the audience left the meeting subsequent to the motion tabling the issue.

Following the executive session, more than three hours after the call to order, the board deferred the issue to the district's pol-

icy committee.

Walls, the committee's chairman, said the next step is for the committee to meet and draft a formal policy proposal which must then be brought before the board and public for first and second readings before it can be passed.

"It will more than likely not happen before next month's meeting," he said, citing the time it will take for the committee to meet, discuss and draft a policy. Even then, he added, "there is no guarantee that the board will adopt the policy."

The board of education is scheduled to meet again on Tuesday, Aug. 24, at Frankford Elementary School.

## Bethany fills election positions

Current mayor Joseph McHugh, vice-mayor J. Robert Parsons, and council members J. Robert Degen and Harold Steele will be seeking reelection in Bethany Beach's September council election.

As of Tuesday's deadline for filing, all four incumbents, as well as challenger Tony McClenny, will be vying for the four open positions.

The election will be held on Saturday, Sept. 11 from 12 p.m. to 6 p.m. in the meeting room of the town hall. For information on voting and voter registration, contact Town Hall at 539-8011.

# EXHIBIT 28

Wednesday, July 14, 2004

PERSPECTIVE

# School board faces challenge with changes to graduation policy

**By Susan Towers**
Staff reporter

Board members of the Indian River School District have a tough task before them.

Following a decision made reluctantly at last week's board meeting, the policy committee is charged with developing a new policy regarding what can be said at future high-school graduations. Once that policy is in draft form, the board will review it and come to a decision. A deadline was not given.

Traditionally, in this mostly rural Sussex County district with its large Christian population, religious invocations and benedictions citing Jesus Christ have been the norm.

However, with the Constitution granting religious protection to all and decades of courts deciding that public schools must stay religion neutral, the practice of allowing Christian prayers in local schools has come into question.

The situation is a difficult one, Board President Harvey Walls told *The Wave* last week following a board meeting at which 11 people argued for and against praying to Jesus at school functions. While board members do not want to anger parents who say that religion must be kept in their public schools — and who could well start pulling their children out of the public school system for private Christian alternatives — board members also know that the district could face costly lawsuits if it ignores decades of case law.

"We don't want to put the school in a situation in which it is sued," Walls said.

Drew Fennell, the executive director of the American Civil Liberties Union (ACLU) in Delaware who attended last week's meeting, told *The Wave* that the organization will closely follow the board's decision. The ACLU has traditionally fought to make sure that the rights of all religions are protected, Fennell said, pointing out that if a Christian were discriminated against, the organization would be there for that person.

The situation came to light at a board meeting in June when a parent, Mona Dobrich, who is Jewish, asked that prayers at high-school graduations be more inclusive so that those students who do not follow Jesus do not feel left out. She explained to the board last week that not only was Jesus' name used during the graduation ceremony, but that the students were told the importance of following his direction through their lives in order to be successful.

While Jews believe that Jesus was a rabbi and a holy man, they do not believe that they need to pray in his name to be accepted by God.

Dobrich's request ignited strong responses from both sides of the argument, and the passion of those beliefs was clearly evident at last week's board meeting. More than 100 people attended, with the majority interpreting Dobrich's request as a move to stifle their religious freedom and to degrade the moral fiber of the community.

Others emphasized the importance of religious tolerance and that by promoting one religion, the public school in effect is excluding, and even discriminating against, other religions and beliefs.

Pastor Richard Blades of the Calvary Baptist Church in Georgetown emphasized that there is a Biblical mandate given by God to pray in Jesus' name and that there is nothing anti-Semitic about this type of prayer.

He was one of several who urged the board to maintain a Christian presence in the schools.

Jane Hovington, a representative of the National Association for the Advancement of Colored People, and who introduced herself as a mother and grandmother, said that with 20 churches in the Georgetown area, it was clear that the major-

See POLICY, Page 3

P 0142

# POLICY: Parent notes Sussex Tech prayer is more general, less specific

POLICY, from Page 2

ity wanted to keep Christianity in the schools.

"You've got to take into consideration the majority and not deny the rights of 80 percent of those in the schools," she said.

Linda Thompson, who introduced herself as a parent, said she had spoken with district Superintendent Lois Hobbs a long time ago about prayer at graduations, and she was surprised it was still a part of commencement exercises. She

pointed out that the district is public, not a private or parochial one, and that, by allowing Christian prayer in school, the district is dictating what a person should believe.

She noted that at the Sussex Technical High School graduation a reference was made "in his name" and that people could pray privately to whom they wished.

"This is more tolerant and sensitive. Isn't that what we are

trying to teach in our schools?" she asked.

Dina Odetalla, a Sussex County resident who practices the religion of Islam, said she is blessed to live in the United States where there is religious freedom. She asked the board to look into its heart to be more respectful of other religions.

Mark Harris, an Episcopal priest from Rehoboth Beach and the lone Christian leader who spoke against the use of Jesus

in school ceremonies, emphasized the importance of tolerance and understanding and being sensitive to the beliefs of others.

"Is there some way we can work together to find a new way to understand each other?" he asked.

■ *Reach Susan Towers by calling (302) 537-1881, ext. 106, or by e-mail at stowers@smepo.gannett.com.*

P 0143

# EXHIBIT 29

INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION REGULAR MEETING
TUESDAY, JULY 27, 2004 – 7:30 P.M.
NORTH GEORGETOWN ELEMENTARY SCHOOL

MINUTES

CALL TO ORDER
President Harvey L. Walls called the Regular Session of the Indian River School District
Board of Education meeting to order at 7:30 p.m.

ROLL CALL
Board Members Present: Charles M. Bireley, Richard H. Cohee, John M. Evans, Donald
G. Hattier, Reginald L. Helms, (Mrs.) Elaine McCabe, Harvey L. Walls
Board Members Absent: Nina Lou Bunting, Gregory A. Hastings, Mark A. Isaacs

APPROVAL OF AGENDA - Regular and Executive – July 27, 2004
The following item was added to the Executive Session Agenda:
        I.E. Employee No. 05-01 PER

It was moved by Mr. Helms, seconded by Mr. Bireley, to approve the Regular Agenda
and the Executive Session Agenda as amended. The motion passed unanimously (7-0).

APPROVAL OF MINUTES
Board of Education Regular Meeting Minutes – June 15, 2004
Board of Education Special Meeting Minutes – June 17, 2004
Board of Education Organization Meeting Minutes – July 1, 2004
Board of Education Special Meeting Minutes – July 1, 2004
Board of Education Special Meeting Minutes – July 13, 2004

It was moved by Mrs. McCabe, seconded by Dr. Hattier, to approve the minutes as
recorded. The motion passed unanimously (7-0).

OTHER VISITORS AND STAFF IN ATTENDANCE
Lois Hobbs, Janet Hearn, Earl Savage, Susan Bunting, Mike Owens, Patrick Miller, Jay
Headman, Carmen Deldeo, Darlene St. Peter, John Mitchell, Greg Weer, Charlie Hudson,
Cathy Miller, David Maull, Darlene Johnson, Brice Reed, Janet Hickman, Bradley
Layfield, Mary Murray, Angela Savage, Clarence Savage, Donna Kahler, Karen
Westbrook, Pat Clouser, Paul Clouser, Catina Bright, Pastor Tambara Stewart, Christine
Williamson, Lula Rowley, Harold Short, Dora Short, Pastor Roland Mifflin, Kim
DeShields, Sandra Williams, Webster Hooper, Maureen Nicholson, Rhonda Tuman,

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 27, 2004
Page 2

Susan Swain, Linda Thompson, Scott Thompson, Robert Kunkel, Maria Kunkel, Mona
Dobrich, Mario Dobrich, Drew Meurell, Anne Schenck, Rev. Anne Pruett-Barrett, Cheryl
Fritchman, Helen Norton, Judy Smith, Pastor Richard Blades, Mark Harris, Jane
Hovington, Pastor Marvin Morris, Frank Smith, D. Odetalla, Eddie Richards

PUBLIC COMMENTS
The following persons spoke regarding Indian River School District's practice of holding
prayers at school-sponsored events including graduation ceremonies: Pastor Richard
Blades, Linda Thompson, Maria Kunkel, D. Odetalla, Rhonda Tuman, Mark Harris,
Frank Smith, Pastor Marvin Morris, Pastor Tambarra Stewart, Mona Dobrich, Pastor
Roland Mifflin, and Jane Hovington. Comments were equally made in favor of
continuing and discontinuing the present practice.

OLD BUSINESS
Major Capital Improvements Progress Report
Mr. Weer reported that work is progressing well at the Indian River High School. Ceiling
tiles are completed in some wings and floor work has begun in the B Wing. Some parts
of the building should have air conditioning in about three weeks. Exterior masonry work
and roofing are complete. Final grading is being done on the entry and exit lanes.
Grading has begun on the track. Work is being done on the outside buildings and
stadium lights are being installed.

At Sussex Central High School, Mr. Weer reported that the windows and doors should be
completed in about a week. Ceilings are completed in all areas except the B Wing.
Lockers are being installed. Plans are to start to move into the administrative area next
week. Furniture should start to arrive next week. Sidewalks are 95% finished and final
grading is underway. The bus area is finished and the parking area should be done by the
end of the week. Work is being done on the track and tennis courts. Masonry work
should be finished by the end of this week.

School Choice Applications
It was moved by Mr. Helms, seconded by Mr. Evans, to approve the School Choice
Applications as recommended. The motion passed unanimously (7-0).

Legislative Update
Mr. Miller highlighted legislation related to education that was enacted during the 142nd
Delaware General Assembly.

Graduation Ceremonies
It was moved by Mr. Helms, seconded by Mr. Cohee, to table Graduation Ceremonies
until after Executive Session. The motion passed unanimously (7-0).

**BPD 000033**

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 27, 2004
Page 3

NEW BUSINESS
DSTP Test Scores
Ms. Hobbs and Dr. Bunting shared information regarding the 2004 DSTP Scores. Ms.
Hobbs thanked teachers, administrators, board members, other staff members and parents
for all of their work in helping the Indian River School District make significant
improvements in test scores. President Walls thanked Ms. Hobbs, administrators,
teachers, and parents for their efforts in helping to make improvements in the test scores.

COMMITTEE REPORTS AND APPOINTMENTS
Buildings & Grounds Committee -- Greg Hastings, Chairman
Mechanical Update
Mr. Weer reported that there are still problems with the mechanical contractor at Sussex
Central High School. Wings A, C, D, E, and F will be ready for opening day on
September 7. However, work is still behind in the B wing, which will not be ready until
the end of September. The mechanical contractors are working seven days a week and
their financial situation has improved. Dr. Hall has developed an alternative plan to
accommodate the classrooms in Wing B.

Georgetown Middle School Renovations
Mr. Weer and Ted Dwyer shared three schedules and cost analyses for the renovations of
the Georgetown Middle School. The options were (1) Open Georgetown Middle School
in September 2005 and Millsboro Middle School in September 2006; (2) Open
Georgetown Middle School in January 2006 and Millsboro Middle School in September
2006; and (3) Open Georgetown Middle School in September 2006 and Millsboro Middle
School in September 2007. Mr. Dwyer noted that the first two options are quite
aggressive and would be costly, not to mention unforeseen delays. He stated that EDiS'
recommendation would be Option 3, which would allow 14 months to complete the
renovations. Ms. Hobbs and the administration also recommend Option 3. Ms. Hobbs
stated she was not in favor of moving middle school students in January. After some
discussion, it was moved by Mr. Helms, seconded by Mr. Cohee, to approve Option 3,
which would be opening Georgetown Middle School in September 2006 with renovations
being completed by May 31, 2006. The motion passed unanimously (7-0).

**BPD 000034**

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 27, 2004
Page 4

Athletic Fields
Mr. Weer shared irrigation figures for the athletic fields at the new high schools. He
recommended that the Board approve expenditure not to exceed $198,000 to have
irrigation installed at both high schools, allowing the contractors to select the sub-
contractors to complete the work. It was moved by Mr. Bireley, seconded by Dr. Hattier,
to approve the recommendation. The motion passed (6-0-1).
For the Motion: Mr. Bireley, Mr. Cohee, Mr. Evans, Dr. Hattier, Mr. Helms,
Mrs. McCabe
Abstained: Mr. Walls

SCHS Moving Dates & Timeline
Mr. Weer reported that the administrative offices would be moved next week. Furniture
will be delivered in the next two to three weeks. New staff members are to report on
August 23. Dr. Hall will conduct four orientations for students August 30 through
September 2.

Curriculum Committee -- Elaine McCabe, Chairperson, Nina Lou Bunting,
Donald Hattier
Mrs. McCabe reported that there was no meeting in July. A schedule of meeting dates
will be provided for the 2004-05 school year.

DSBA Board of Directors Representative -- Nina Lou Bunting
There was no meeting in July.

DSBA Legislative Committee Representative -- Charles Bireley
Mr. Bireley reported that there was no meeting in July.

Finance Committee -- John Evans, Chairman, Charles Bireley, Donald Hattier
Mr. Evans reported that the Finance Committee met on July 20. Items discussed will be
addressed under the Financial Section later in the meeting.

Mary Bailey Scholarship Committee -- Richard Cohee, Chairman, Harvey Walls,
Mark Isaacs
There was no report.

Negotiations Committee -- Reginald Helms, Chairman, Richard Cohee
Secretarial Contract
Mr. Helms reported that a tentative agreement had been reached with the Secretarial
Association. He made a motion, seconded by Mr. Cohee, to table the Secretarial Contract
until Executive Session. The motion passed unanimously (7-0).

BPD 000035

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 27, 2004
Page 5

Policy Committee -- Harvey Walls, Chairman, Mark Isaacs
1st Reading
KBA Rev. Public Right to Know
Mr. Walls presented Policy KBA Public Right to Know for a first reading.

1st and 2nd Readings
JE Rev. Student Attendance and JG Rev. Student Discipline
Mr. Walls asked that both the JE Student Attendance and JG Student Discipline be considered for first and second readings this evening. He noted that the changes to the policies were regarding block scheduling, which is being changed at Sussex Central High School. These changes must be reflected in the Indian River School District Handbook and Calendar, which needs to be printed in August. It was moved by Dr. Hattier, seconded by Mr. Cohee, to approve Policy JE Student Attendance and Policy JG Student Discipline as first and second readings. The motion passed unanimously (7-0).

IREA Representative
Jane Brock stated that negotiations with the Secretarial Association have taken over three years. She would like to see improvements made to the negotiations process.

ADMINISTRATIVE REPORTS
Mrs. Hobbs, Board Update
Unit Count Update
Ms. Hobbs shared a projected unit count for the 2004-05 school year with the Board.

IR & SS Graduate Surveys
Ms. Hobbs shared with the Board Graduate Surveys from Indian River and Sussex Central High Schools.

Teacher Sign-Out Report
Ms. Hobbs shared the 2004-05 Teacher Sign-Out Report with the Board.

Community/School Partnerships
Communities in Schools of Delaware, Inc.
Ms. Hobbs informed the Board that the Communities In Schools of Delaware Grant at Georgetown Elementary School would be continued this year. This grant funds an interpreter for our mentors.

Mentoring Grant
Ms. Hobbs informed the Board that the Mentoring Grant would continue this year with two VISTA coordinators.

Presentation to Mr. Walls
Ms. Hobbs presented President Walls with a gavel for his service as Board President. She thanked him for all of his work during his tenure on the Board of Education.

BPD 000036

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 27, 2004
Page 6

FINANCIAL
Regular Invoices
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the payment of Regular
Invoices. The motion passed unanimously (7-0).

Financial Summaries
Mr. Miller reviewed the Financial Summaries for the month ending June 30, 2004.

Major Cap Financial Summaries
Mr. Miller reviewed the Major Cap Financial Summaries for the month ending June 30,
2004.

Major Cap Change Orders
It was moved by Mr. Helms, seconded by Mr. Evans, to approve the Major Cap Change
Orders as submitted. The motion passed unanimously (7-0).

Food Service Budget FY'05 and School Meal Prices 2004-05
It was moved by Mr. Cohee, seconded by Dr. Hattier, to approve the Food Service Budget
for FY'05 and the School Meal Prices for the 2004-05 School Year. The motion passed
unanimously (7-0).

Athletics Admission Fees
Mr. Headman presented a proposal to increase the Athletics Admission Fees. Mr. Evans
noted that the proposal was reviewed at the Finance Committee Meeting on July 20,
2004. It was moved by Mr. Evans, seconded by Dr. Hattier, to approve the proposal to
increase the Athletics Admission Fees as submitted. The motion passed unanimously
(7-0).

COMMUNICATIONS
Conference Requests (None)

Use of Facilities
Use of Howard T. Ennis Aquatic Center & Gym by Mariann Bunting – July
10,11,17,18,24,25, 2004

Use of Georgetown Middle School Football Field by Church of God Prophecy –
September 11, 2004

Ms. Hobbs recommended approval of the two Use of Facilities' requests. It was moved
by Mr. Cohee, seconded by Mr. Helms, to approve the superintendent's recommendation.
The motion passed unanimously (7-0).

**BPD 000037**

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 27, 2004
Page 7

Correspondence
Thank you note from Janet Hickman
Ms. Hobbs shared a thank you note from Janet Hickman for the dish garden.

Field Trips
Day trip by Long Neck Elementary School Fifth Grade Students - October 14, 2004 to
Philadelphia, PA

Day trip by Sussex Central High School Art Cluster & TAKE Two Drama Club –
October 13, 2004 to Cornwall, PA

Day trip by Sussex Central High School Agriscience Classes – January 13, 2005 to
Harrisburg, PA

Overnight trip by Sussex Central High School FFA Teams – September 16-19, 2004 to
Springfield, MA

Overnight trip by Sussex Central High School FFA Officers – October 6-7, 2004 to
Worton, MD

Overnight trip by Sussex Central High School FFA Teams – October 26-30, 2004 to
Louisville, KY

Overnight trip by Sussex Central High School Army JROTC – October 15-17, 2004 to
Bethany Beach, DE

Overnight trip by Sussex Central High School Wrestling Team – November 26-27, 2004
to Newark, DE

Overnight trip by Sussex Central High School Wrestling Team – December 17-19, 2004
to Newark, DE

Overnight trip by Sussex Central High School Wrestling Team – December 29-30, 2004
to Greenville, DE

Overnight trip by Sussex Central High School Wrestling Team – January 7-8, 2005 to
Cockeysville, MD

Overnight trip by Sussex Central High School Wrestling Team – January 14-15, 2005 to
Salisbury, MD

Overnight trip by Sussex Central High School Wrestling Team – February 25-26, 2005 to
Newark, DE

BPD 000038

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 27, 2004
Page 8


Overnight trip by Sussex Central High School FFA – March 22-23, 2005 to Newark, DE

Mrs. Hobbs recommended approval of the fourteen field trip requests. It was moved by
Mr. Cohee, seconded by Mr. Helms, to approve the field trips as recommended by the
superintendent. The motion passed (6-0-1).
For the Motion: Mr. Bireley, Mr. Cohee, Mr. Evans, Dr. Hattier, Mr. Helms, Mr. Walls
Abstained: Mrs. McCabe

STAFF
Personnel Agenda, Personnel Addendum, and Confidential Secretaries
It was moved by Mr. Bireley, seconded by Mr. Helms, to table Personnel Agenda,
Personnel Addendum, and Confidential Secretaries until after Executive Session. The
motion passed unanimously (7-0).


PUBLIC COMMENTS
There were no Public Comments.


EXECUTIVE SESSION
It was moved by Mr. Helms, seconded by Mr. Evans, to go into Executive Session at
10:20 p.m. The motion passed unanimously (7-0).

A.   Personnel: To discuss matters pertaining to names, competencies and abilities of
     individual employees or students.
B.   Strategy Session: To discuss collective bargaining, pending or potential litigation.
C.   Hearing: To conduct a hearing regarding employee or student discipline or
     employee dismissal.
D.   Such other business as may properly be discussed in an executive session.


RECONVENE
It was moved by Mr. Helms, seconded by Dr. Hattier, to reconvene in Regular Session at
12:10 a.m. The motion passed unanimously (7-0).


CONSIDERATION OF AGENDA ITEMS DEFERRED
Personnel Agenda and Addendum
It was moved by Mr. Bireley, seconded by Mr. Cohee, to approve the Personnel Agenda
and Personnel Addendum. The motion passed unanimously (7-0).


Confidential Secretaries
It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the superintendent's
recommendation regarding Confidential Secretaries. The motion passed unanimously
(7-0).

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 27, 2004
Page 9

Graduation Ceremonies
It was moved by Mr. Helms, seconded by Dr. Hattier, to refer the Graduation Ceremonies
matter to the Policy Committee.  The motion passed unanimously (7-0).

STUDENT HEARINGS
Student No. 04-67, Student No. 04-76, Student No. 04-77, Student No. 04-78
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the Hearing Officers'
recommendations on Student No. 04-67, Student No. 04-76, Student No. 04-77, and
Student No. 04-78.  The motion passed unanimously (7-0).

Student No. 04-80
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the Hearing Officer's
recommendation on Student No. 04-80.  The motion passed (6-1).
For the Motion:  Mr. Bireley, Mr. Evans, Dr. Hattier, Mr. Helms, Mrs. McCabe,
Mr. Walls
Against the Motion:  Mr. Cohee

Student No. 04-81
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the Hearing Officer's
recommendation on Student No. 04-81.  The motion passed unanimously (7-0).

Student No. 04-82
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the Hearing Officer's
recommendation on Student No. 04-82.  The motion passed unanimously (7-0).

Secretarial Contract
It was moved by Mr. Helms, seconded by Mr. Cohee, to approve the Indian River
Secretarial Association's Contract for July 1, 2004 through June 30, 2008.  The motion
passed unanimously (7-0).

ADJOURNMENT
It was moved by Mr. Helms, seconded by Dr. Hattier, to adjourn the meeting at 12:15
a.m.  The motion passed unanimously (7-0).

Respectfully submitted,


Harvey L. Walls                         (Ms.) Lois M. Hobbs
President                               Secretary and Superintendent
Board of Education                      Board of Education
Indian River School District            Indian River School District

HLW/LMH:jlh


BPD 000040

# EXHIBIT 30

INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION SPECIAL MEETING
MONDAY, AUGUST 23, 2004 - 7:00 P.M.
SUSSEX CENTRAL MIDDLE SCHOOL LIBRARY

<u>EXECUTIVE SESSION MINUTES</u>

<u>POTENTIAL OR PENDING LITIGATION</u>
<u>No. 05-01 PL</u>

**REDACTED**

During the discussion of this issue, several board members expressed that their
constituents do not want the Board to change its practice of opening the meetings with a
prayer. It was not felt that a decision could be made this evening regarding whether or
not to change our past practice.

**REDACTED**

**BPD 001291**          **EXEC 0000533**

BOARD OF EDUCATION EXECUTIVE SESSION MINUTES
August 23, 2004
Page 2


REGULAR SESSION
It was moved by Mr. Helms, seconded by Dr. Isaacs, to go out of Executive Session at
11:15 p.m.  The motion passed unanimously (10-0).

Respectfully submitted,

(Ms.) Lois M. Hobbs
Secretary and Superintendent
Board of Education
Indian River School District

Harvey L. Walls
President
Board of Education
Indian River School District

HLW/LMH:jlh



LMH:jlh