# EXHIBIT 42

INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION REGULAR MEETING
TUESDAY, JULY 26, 2005 – 6:30 P.M.
INDIAN RIVER HIGH SCHOOL AUDITORIUM

MINUTES

CALL TO ORDER
President Charles M. Bireley called the regular meeting of the Indian River School District to order at 6:30 p.m.

ROLL CALL
Board Members Present:  Charles M. Bireley, (Mrs.) Nina Lou Bunting, John M. Evans, Gregory A. Hastings, Donald G. Hattier, Reginald L. Helms, (Mrs.) Donna M. Mitchell, Harvey L. Walls
Board Member Late:  Richard H. Cohee (arrived at 7:30 p.m.)
Board Members Absent:  Mark A. Isaacs

APPROVAL OF AGENDA - Regular and Executive – July 26, 2005
It was moved by Mr. Helms, seconded by Mrs. Mitchell, to approve the Regular Agenda and the Executive Session Agenda.  The motion passed unanimously (8-0).

EXECUTIVE SESSION  (6:30 – 7:30 p.m.)
It was moved by Mr. Evans, seconded by Dr. Hattier, to go into Executive Session at 6:31 p.m.  The motion passed unanimously (8-0).

A.    Personnel:  To discuss matters pertaining to names, competencies and abilities of individual employees or students.

RECONVENE
It was moved by Mr. Evans, seconded by Dr. Hattier, to reconvene in Regular Session at 7:29 p.m. The motion passed unanimously (8-0).

Mr. Cohee arrived at 7:30 p.m.

President Bireley noted that it is the history of the Board of Education to have a prayer at the beginning of the meeting, which is voluntary among the adult members of the Board, and that the audience is not required to participate.  President Bireley then asked Mr. Evans to share an invocation.

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 26, 2005
Page 2


APPROVAL OF MINUTES
Board of Education Special Meeting Minutes – June 15, 2005
Board of Education Regular Meeting Minutes – June 21, 2005
Board of Education Organization Meeting – July 1, 2005
Board of Education Special Meeting – July 1, 2005

It was moved by Mr. Walls, seconded by Mrs. Mitchell, to approve the minutes as submitted. The
motion passed unanimously (9-0).

VISITORS AND STAFF IN ATTENDANCE
Lois Hobbs, Janet Hearn, Earl Savage, Michael Owens, Patrick Miller, Susan Bunting, Carmen
Deldeo, Sandy Smith, Ken Smith, John Mitchell, Tracy Hudson, Jay Headman, Charles Hudson,
David Maull, Greg Weer, Darlene St. Peter, Mark Steele, Howard Gerken, Cheryl Carey, Steve
Carey, Laren Hughes, Darlene Johnson, Maureen Nicholson, Harold Walters, Michelle Roenke,
John Denny, Jim Pritchett, Brad Cohen, Ted Dwyer, Chris McCone, Joe Ciccanti, John Cafferky,
Chris Chamberlin, Nick Slonin

PUBLIC COMMENTS
There were no Public Comments.

OLD BUSINESS
Major Capital Improvements Progress Report
Indian River High School
Brad Cowen (EDiS) reported that they are finishing up some technology issues at Indian River High
School. Training will be scheduled on the new system. Final grading is being done on the baseball
and softball fields.


Lord Baltimore Elementary School
Brad Cowen (EDiS) reported that they are waiting for final approvals from the Fire Marshal and
from DelDot on the Lord Baltimore Elementary School project. The demolition work is about
50% complete.    They are removing the kindergarten building and beginning the site work. The
delays in acquiring approvals have required some schedule changes, which may cause problems in
having the cafeteria ready by the opening of school in 2006.

Sussex Central High School
Chris McCone (EDiS) reported that the floor in the administrative area is being replaced. The roof
leaks and leaks around the windows are being addressed. Simplex will be addressing the issues
with the security system. Painting in Area B should be finished by the end of the week. All of the
athletic fields except the softball field have been weed treated. The sidewalks will be replaced. The
irrigation system has been repaired by Sussex Irrigation. The contractor has been contacted about

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 26, 2005
Page 3

the repairs to the gymnasium doors. With the exception of the exhaust fan on top of the gymnasium and the replacement of the additional floor tiles, which is presently under negotiation, everything else at Sussex Central High School should be finished by the opening of school.

Georgetown Middle School
Ted Dwyer (EDiS) reported that the mechanical contractors have begun work at Georgetown Middle School. The installation of duct work and piping has been delayed about two weeks, but it is anticipated that this will not affect the schedule.

East Millsboro Elementary School
Ted Dwyer (EDiS) reported that the architect and engineer are redesigning the mechanical system at East Millsboro Elementary School. This work will be re-bid in September with plans to begin work in April 2006.

Millsboro Middle School
Ted Dwyer (EDiS) reported that the estimate on the Millsboro Middle School indicates that the project is $3 million over budget. The architectural engineers will conduct value engineering on the project and review this information with the Buildings & Grounds Committee on August 8, 2005. It was moved by Mr. Hastings, seconded by Mr. Cohee, to authorize the Buildings & Grounds Committee to make a decision on whether or not to proceed after reviewing the information on August 8, 2005. The motion passed unanimously (9-0).

School Choice Applications
It was moved by Mr. Walls, seconded by Dr. Hattier, to approve the School Choice Applications as recommended. The motion passed unanimously (9-0).

Indian River Soccer Boosters Club Request
It was moved by Mr. Hastings, seconded by Dr. Hattier, to reconsider the motion made at the July 11, 2005 Special Board Meeting regarding the Indian River Soccer Boosters Club Request to use the football field at the John M. Clayton building. The motion passed unanimously (9-0).

It was moved by Mrs. Mitchell, seconded by Dr. Hattier, to approve the original request made by the Indian River Soccer Boosters Club to use the stadium field at the John M. Clayton building during the 2005-06 school year. This request to use the field must be brought to the Board for approval on an annual basis. The motion passed unanimously (9-0).

NEW BUSINESS
2005 DSTP Test Scores
Ms. Hobbs and Dr. Bunting shared the 2005 DSTP scores with the Board. She thanked and congratulated the staff for their hard work toward improving the DSTP test scores. She informed the Board that the school ratings will be announced in August. It was moved by Mr. Helms,

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 26, 2005
Page 4
seconded by Mrs. Mitchell, to table discussion on the DSTP scores until Executive Session. The motion passed unanimously (9-0).

P 0951

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 26, 2005
Page 5

Legislative Update – 143rd General Assembly
Mr. Miller gave an update on the passed and pending legislation related to education of the first
session of the 143rd General Assembly.

COMMITTEE REPORTS AND APPOINTMENTS
President Bireley made the committee appointments as noted.
Administrative Compensation Committee  -  Charles Bireley, Chairman
There was no report.

Buildings & Grounds Committee  - Gregory Hastings, Chairman and Reginald Helms
Mr. Hastings reported that the next Buildings & Grounds Meeting would be held on August 8,
2005.

Curriculum Committee  - Nina Lou Bunting, Chairperson and Donald Hattier
Mrs. Bunting reported that the Curriculum Committee met on July 19, 2005.  Plans for the 2005
Summer Institute were discussed.  During the 2005-06 school year, an emphasis will be placed on
the high school curriculum.  The committee also reviewed the 2004-05 staff development initiatives.
The next meting will be held on August 16 at 9:00 a.m.

DSBA Board of Directors Representative  -  Nina Lou Bunting
The next meeting of the DSBA Board of Directors will be held in September.

DSBA Legislative Committee Representative  -  Charles Bireley
The next meeting of the DSBA Legislative Committee will be held in September.

Finance Committee  -  John Evans, Chairman, Charles Bireley, Donald Hattier
The next meeting of the Finance Committee will be held in September.

Mary Bailey Scholarship Committee  - Richard Cohee, Chairman, Harvey Walls, Mark Isaacs
There was no report.

Negotiations Committee (Vacant)
There was no report.

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 26, 2005
Page 6

Policy Committee - Harvey Walls, Chairman, Mark Isaacs, Donna Mitchell
1st & 2nd Reading
ICA Make-Up Days
Policy ICA Make-Up Days was presented as a 1st and 2nd reading. It was moved by Mr. Walls,
seconded by Mrs. Mitchell, to approve Policy ICA Make-Up Days. The motion passed (7-2).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Hastings, Dr. Hattier,
Mrs. Mitchell, Mr. Walls
Against the Motion: Mr. Cohee, Mr. Helms


2nd Reading
IKA Grading Systems
It was moved by Mr. Walls, seconded by Mr. Cohee, to approve Policy IKA Grading Systems.
The motion passed (8-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Cohee, Mr. Evans, Mr. Hastings, Dr. Hattier,
Mrs. Mitchell, Mr. Walls
Against the Motion: Mr. Helms


IKF Graduation Requirements
It was moved by Mr. Walls, seconded by Dr. Hattier, to approve Policy IKF Graduation
Requirements. The motion passed unanimously (9-0).


Superintendent Search Committee - Gregory Hastings, Chairman
There was no report.


IREA Representative
There was no report.


ADMINISTRATIVE REPORTS
Mrs. Hobbs, Board Update
Ms. Hobbs reported that the Summer Bridges Program ended today and the Summer Migrant
Program ends tomorrow. Also, elementary and middle school summer camps were held at Ingram
Pond this summer.


Curriculum Update
Ms. Hobbs noted that the Curriculum Update for the month of July was included in the Board
Packet.


Unit Count Update
Ms. Hobbs reported that the unit counts in most of our schools are down at the present time.


Teacher Sign-Out Report

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 26, 2005
Page 7
Ms. Hobbs noted that the Teacher Sign Out Report was included in the Board Packet.


FINANCIAL
Regular Invoices
It was moved by Mr. Cohee, seconded by Dr. Hattier, to approve the payment of the Regular
Invoices. The motion passed unanimously (9-0).


Financial Summaries
Mr. Miller reviewed the Financial Summaries for the period ending June 30, 2005.


Major Cap Financial Summaries
Mr. Miller reviewed the Major Cap Financial Summaries for the period ending June 30, 2005.


Major Cap Change Orders
Mr. Miller reviewed the Major Cap Change Orders for the period ending July 21, 2005. It was
moved by Dr. Hattier, seconded by Mr. Hastings, to approve the Major Cap Change Orders for a
total amount of $30,356. The motion passed unanimously (9-0).


Major Cap Payment Authorizations
Mr. Miller reviewed the Major Cap Payment Authorizations for the period ending July 21, 2005. It
was moved by Mr. Cohee, seconded by Mr. Evans, to approve the Major Cap Payment
Authorizations for the period ending July 21, 2005. The motion passed unanimously (9-0).


Major Cap Final Payment Voucher Authorizations
J. W. Walker & Sons, Inc. and Quality Exteriors
Mr. Miller reviewed the Final Payment Voucher Authorizations for J. W. Walker & Sons, Inc. and
Quality Exteriors. It was moved by Mr. Evans, seconded by Dr. Hattier, to approve the Major
Cap Final Payment Voucher Authorizations for J. W. Walker & Sons, Inc. and Quality Exteriors.
The motion passed unanimously (9-0).


Nutrition Service Budget FY'06 and School Meal Prices 2005-06
It was moved by Mr. Cohee, seconded by Mr. Evans, to approve the FY'06 Nutrition Service
Budget and the 2005-06 School Meal Prices. The motion passed unanimously (9-0).


Delaware School Lunch & Breakfast Prices 2004-05
Mr. Deldeo shared the 2004-05 Delaware School Lunch & Breakfast Prices with the Board.


COMMUNICATIONS
Correspondence
Thank you note from Tracy Hudson

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 26, 2005
Page 8
Ms. Hobbs shared a thank you note from Tracy Hudson for her appointment as Supervisor of Elementary Instruction and for the flower arrangement she received.

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 26, 2005
Page 9

Thank you note from Sandy Smith
Ms. Hobbs shared a thank you note from Sandy Smith for her appointment as Supervisor of
Secondary Instruction and for the flower arrangement she received.

Thank you note from Loriann White
Ms. Hobbs shared a thank you note from Loriann White for the flower arrangement she received
prior to her surgery.

Field Trips (None)

Use of Facilities
Use of SDSA Cafeteria by Spirit of Excellence Ministry of Deliverance Church – August 25, 26,
and 27, 2005

Ms. Hobbs recommended approval of the use of SDSA Cafeteria by Spirit of Excellence Ministry
of Deliverance Church on August 25, 26, and 27, 2005.  It was moved by Mr. Evans, seconded by
Dr. Hattier, to approve the superintendent's recommendation.  The motion passed unanimously (9-
0).

STAFF
Assistant Principal Interviews, Personnel Agenda, Personnel Addendum, Secretarial Positions
It was moved by Mr. Helms, seconded by Mr. Evans, to table Assistant Principal Interviews,
Personnel Agenda, Personnel Addendum, and Secretarial Positions until Executive Session. The
motion passed unanimously (9-0).

PUBLIC COMMENTS
There were no Public Comments.

EXECUTIVE SESSION
It was moved by Mr. Cohee, seconded by Mrs. Bunting, to go into Executive Session at 9:20 p.m.
The motion passed unanimously (9-0).

A.    Personnel:  To discuss matters pertaining to names, competencies and abilities of individual
       employees or students.
B.    Strategy Session:  To discuss collective bargaining, pending or potential litigation.
C.    Hearing:  To conduct a hearing regarding employee or student discipline or employee
       dismissal.
D.    Such other business as may properly be discussed in an executive session.

Mr. Cohee left the meeting at 11:18 p.m.

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 26, 2005
Page 10

RECONVENE
It was moved by Mr. Helms, seconded by Mrs. Mitchell, to reconvene in regular session at 12:30
a.m. The motion passed unanimously (8-0).

CONSIDERATION OF AGENDA ITEMS DEFERRED
Assistant Principal Interviews
It was moved by Mrs. Mitchell, seconded by Mr. Helms, to approve Candidate #1 for the
Assistant Principal's position at Indian River High School. The motion failed (5-3).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Helms, Mrs. Mitchell
Against the Motion: Mr. Hastings, Dr. Hattier, Mr. Walls

It was moved by Mr. Walls, seconded by Dr. Hattier, to approve Candidate #2 for the Assistant
Principal's position at Indian River High School. The motion failed (5-3).
For the Motion: Mrs. Bunting, Mr. Evans, Mr. Hastings, Dr. Hattier, Mr. Walls
Against the Motion: Mr. Bireley, Mr. Helms, Mrs. Mitchell

It was moved by Mr. Walls, seconded by Mrs. Mitchell to reconsider the motion to approve
Candidate #1 for the Assistant Principal's position at Indian River High School. The motion passed
(7-0-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Hastings, Mr. Helms,
Mrs. Mitchell, Mr. Walls
Abstained: Dr. Hattier

It was moved by Mr. Walls, seconded by Mrs. Mitchell, to approve Candidate #1 for the Assistant
Principal's position at Indian River High School. The motion passed (7-0-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Hastings, Mr. Helms,
Mrs. Mitchell, Mr. Walls
Abstained: Dr. Hattier

Personnel Agenda
It was moved by Dr. Hattier, seconded by Mr. Helms, to approve the Personnel Agenda excluding
the Assistant Football Coach at Sussex Central High School. The motion passed unanimously (8-
0).

It was moved by Mr. Hastings, seconded by Mr. Evans, to approve the Assistant Football Coach
at Sussex Central High School. The motion passed (6-2).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Hastings, Mr. Helms,
Mrs. Mitchell
Against the Motion: Dr. Hattier, Mr. Walls

Personnel Addendum

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 26, 2005
Page 11

It was moved by Mr. Walls, seconded by Dr. Hattier, to approve the Personnel Addendum. The motion passed unanimously (8-0).


Superintendent Search
There was no discussion.

STUDENT HEARINGS
Student No. 05-49 Update
There was no discussion.

Student No. 05-80, Student No. 05-82, Student No. 05-83
It was moved by Mr. Walls, seconded by Mr. Helms, to approve the Hearing Officers' Recommendations on Student No. 05-80, Student No. 05-82, and Student No. 05-83. The motion passed (7-0-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Dr. Hattier, Mr. Helms, Mrs. Mitchell, Mr. Walls
Abstained: Mr. Hastings

PENDING OR POTENTIAL LITIGATION
No. 05-01 PL
There was no discussion.

No. 05-03 PL
There was no discussion.

ADJOURNMENT
It was moved by Mr. Walls, seconded by Mr. Evans, to adjourn the meeting at 12:35 a.m. The motion passed unanimously (8-0).

Respectfully submitted,


Charles M. Bireley                        (Ms.) Lois M. Hobbs
President                                 Secretary and Superintendent
Board of Education                        Board of Education
Indian River School District             Indian River School District

CMB/LMH:jlh

BOARD OF EDUCATION REGULAR MEETING MINUTES
July 26, 2005
Page 12

P 0959

# EXHIBIT 43

INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION REGULAR MEETING
TUESDAY, MARCH 28, 2006 – 6:30 P.M.
INDIAN RIVER HIGH SCHOOL CAFETERIA

<u>MINUTES</u>

<u>CALL TO ORDER</u>
President Charles M. Bireley called the Regular Meeting of the Indian River School
District Board of Education to order at 6:30 p.m.

<u>ROLL CALL</u>
Board Members Present:  Charles M  Bireley, (Mrs.) Nina Lou Bunting, Richard H.
Cohee, Donald G. Hattier, Reginald L. Helms, Randall L. Hughes, Mark A. Isaacs,
(Mrs.) Donna M. Mitchell, Harvey L. Walls
Board Member Absent:  John M. Evans

<u>APPROVAL OF AGENDA</u> - Regular and Executive – March 28, 2006
The following amendments were made to the Regular Agenda and the Executive Session
Agenda:

<u>REGULAR AGENDA</u>
<u>Change</u>
XIV. 3. b.  Academic Achievement Banquets
Sussex Central High School from May 8 to May 10, 2006
Indian River High School from May 10 to May 15, 2006

<u>Add</u>
XVI. B. 2.  Use of North Georgetown Elementary School Outside Grounds by Eastern
Shore Community Church – April 15, 2006

<u>Change</u>
XVI. D. 6.  Change date of SCMS Student Council/Honor Society Trip from May 26 to
June 7, 2006
XVI. D. 10.  Change date of IRHS Marine JROTC trip from June 6 to June 13, 2006

<u>Add</u>
XXI. A.  Pending Litigation No. 05-01 PL

<u>EXECUTIVE SESSION AGENDA:</u>
<u>Add</u>
IV. A. No. 05-01 PL

It was moved by Dr. Hattier, seconded by Mr. Helms, to approve the Regular Agenda as
amended and the Executive Session Agenda as amended.  The motion passed unanimously
(9-0).

BOARD OF EDUCATION REGULAR MEETING MINUTES
March 28, 2006
Page 2

EXECUTIVE SESSION
It was moved by Mr. Helms, seconded by Mr. Walls, to go into Executive Session at 6:31
p.m. The motion passed unanimously (9-0).

A.    Personnel: To discuss matters pertaining to names, competencies and abilities of
      individual employees or students.

RECONVENE
It was moved by Mr. Hughes, seconded by Dr. Hattier, to reconvene in Regular Session at
7:20 p.m. The motion passed unanimously (9-0).

President Bireley noted that it is the history of the Board of Education to have a prayer at
the beginning of the meeting, which is voluntary among the adult members of the Board,
and that the audience is not required to participate. President Bireley then asked Mrs.
Bunting to share an invocation.

PRESENTATION OF COLORS
The Presentation of Colors was performed by the Indian River High School Marine
JROTC.

APPROVAL OF MINUTES
Board of Education Special Meeting Minutes – February 27, 2006
Board of Education Regular Meeting Minutes – February 28, 2006

The following correction was made to the Regular Meeting Minutes of February 28, 2006:

Page 7 – DSBA Board of Directors
The fifth sentence should read as follows:
"There will be a DSBA meeting on March 8, 2006 at 6:30 p.m. with the University of
Delaware Focus Group and the State Board of Education to discuss the recommended
changes in the graduation requirements."

It was moved by Mr. Helms, seconded by Mrs. Mitchell, to approve the Special Board of
Education Minutes of February 27, 2006 as submitted and the Regular Board of
Education Minutes of February 28, 2006 as corrected. The motion passed unanimously
(9-0).

VISITORS AND STAFF IN ATTENDANCE
President Bireley and Ms. Hobbs recognized and presented certificates to the following for
their accomplishments:

Community/School Partnerships
St. Martha's Church – Ted Radcliffe and Linda Maxwell
        "Food for Thought" Program Donation (FE)

BOARD OF EDUCATION REGULAR MEETING MINUTES
March 28, 2006
Page 3

Ann Hemmingway Parler
    Donation of Books (FE)
Delaware Mentoring Council's Essay Contest
    Steve Castro (FE) – First Place
2006 Odyssey of the Mind – Winners of State Finals
    First Place Elementary Division
        Problem: "The Jungle Bloke"
        Lisa Forney and Bryan Groveston – Coaches
        Morgan Trythall (NG)
        Jessica Gude (LB)
        Raven Berner (NG)
        Holly Kaufman (LB)
        Jack Naylor (NG)
        Kara Sue Bethke (EM)
        Becca Syphard (SDSA)
First Place Middle School Division
    Problem: "Tech Transfer"
    Lynne Southmayd - Coach
    Taylor Hudson (SDSA)
    Michelle Norton (SDSA)
    Emily Southmayd (SDSA)
    Alex Roenke (SM)
    Payton Saxton (SM)
    Amanda Schultz (SM)
    Rebecca Southmayd (SDSA)
First Place Middle School Division
    Ranatra-Fusca Award Winners
    Problem: "The Jungle Bloke"
    Toni Evans Presley and Kim Kleinstuber – Coaches
    Nick Evans (SM)
    Andrew Kleinstuber (SM)
    Carol Linde (SM)
    Amy Ruth (SM)
    Jay Christian (SM)
    Kyle Marvel (SDSA)
First Place High School Division
    Problem: "Tech Transfer"
    Kathy Roach – Coach
    Karalyn Roach (IR)
    Keili Marvel (IR)
    Victoria Clark (IR)
    Caitlin Proudfoot (SS)
    Julie Hughes (SS)
    Jacquelyn Marshall (SS)

BOARD OF EDUCATION REGULAR MEETING MINUTES
March 28, 2006
Page 4

First Place High School Division
       Problem: "The Jungle Bloke"
       Mike Proudfoot – Coach
       Brittany Proudfoot (SS)
       Tiffany Burton (SS)
       Maegen Wren (SS)
       Laura Walter (IR)
       Colin McIlvaine (SS)
       Julia Knopf (SS)
State Business Professionals of America Competition
       Tim Paris (IR) – First Place
       "C++ Programming"
       Kara Roach (IR) – First Place
       "Payroll Accounting"
       Cara Morris (IR) – First Place
       "Human Resource Management"
Small Business Management Team – First Place
       Chad Brasusre (IR)
       Craig Conover (IR)
       Tyler Hastings (IR)
       Tom Jurusik (IR)
State Business Professionals of America Advisor of the Year
       Bennett Murray (IR)
Henlopen Conference Wrestling Coach of the Year
       Jeff Windish (IR)

<u>STUDENT GOVERNMENT</u>
Ashley Hudson, President of the Indian River High School Student Government, informed
the Board of events occurring at Indian River High School.

<u>OTHER VISITORS AND STAFF IN ATTENDANCE</u>
Lois Hobbs, Earl Savage, Janet Hearn, Patrick Miller, Susan Bunting, Charlie Hudson, Jay
Headman,  John Mitchell, Greg Weer, Tracy Hudson, Mark Steele, Donna Hall, Janet
Hickman, Mike Kline, Darlene St. Peter, Vince Catania, Jimmy Hudson, Gary
Brittingham, Loriann White, Ivan Neal, Brice Reed, Char Hopkins, Duncan Smith, Karen
Ware, Melissa Berner, Candy Bethke, Randy Bethke, Anne Gude, Dawn Schultz, Ken
Roach, Kathy Roach, Michelle Roenke, Lynne Marshall, Lynne Southmayd, Andy
Southmayd, Neil Stong, Cara Morris, Lloyd Elling, Amy Kaufman, Trent Bunting, Deanna
Burton, Marj Fisher, Ann Hemmingway-Parler, William Parler, Elizabeth Walter, Dale
Steele, Carol Buchler, Laren Hughes, Rhonda Morgan, Bennet Murray, Jeffrey Windish,
Caitlin Proudfoot, Mike Proudfoot, Kim Proudfoot, Brittany Proudfoot, Pat Varine, John
Wren, Sabrina Wren, James Diehl, Stephanie Hughes, Libby Syphard, Becca Syphard,
Tara Trythall, Ruth Ann Marvel, Keili Marvel, Kyle Marvel, Lisa Christian, Greg
Christian, Jay Christian, Lisa Forney, Sheldon Forney, Kim Kleinstuber

BOARD OF EDUCATION REGULAR MEETING MINUTES
March 28, 2006
Page 5

PUBLIC COMMENTS
Karen Ware
Mrs. Ware shared additional information regarding the concern she expressed last month about students acquiring their drivers license. She noted that Caesar Rodney School District plans to offer summer classes at no charge to students, and she suggested that perhaps Indian River could do the same.

Lloyd Elling
Mr. Elling spoke against House Bill No. 376 regarding corporal punishment. He also spoke regarding an issue dealing with personnel and the upcoming board elections. He was asked several times to discontinue his comments regarding personnel.

OLD BUSINESS
Major Capital Improvements
Progress Report
Ted Dwyer of EDiS gave an update on the following projects:

Lord Baltimore Elementary School
The interior demolition work is complete. Stairs in Areas 1 and 2 have been installed. Roofing has been installed on all additions. Drywall is complete in B Wing classrooms. The ceiling grid and tile is substantially complete in B Wing and moving into A Wing. The flooring is being installed in B Wing. Painting is being done in A Wing. Ductwork installation in B Wing is complete with the exception of rooftop units. Geo-thermal wells are complete. The electrical work in the towers is complete and ready to be turned on. The lighting has been installed in B Wing and wires are being pulled. A question was raised about the rooftop mechanical units and the heat pump units not yet on site. Mr. Weer will check into the delivery dates for these items. The Lord Baltimore Elementary School project is 70% complete.

Georgetown Middle School
The masonry work is complete. The fire protection piping in Area D is 90% complete. Sprinkler heads are beginning to be installed. Electrical rough-in work is 90% complete in Area D. Permanent power is on in Areas A and B. Drywall work is complete in Areas A, B, and C, and 80% complete in Area D. Final painting in Area D will begin during the week of April 10. Floor preparation is complete in Areas A and B. Installation of tile on 2nd floor is being done. A question was raised regarding fire marshal inspections and Mr. Dwyer noted that the inspections are an ongoing process. As of the end of March, the Georgetown Middle School project is 66% complete.

Millsboro Middle School
Bids for the Millsboro Middle School project will be opened on April 6, 2006. These bids will be discussed at the April Buildings & Grounds Meeting and placed on the April Board Agenda for consideration.

BOARD OF EDUCATION REGULAR MEETING MINUTES
March 28, 2006
Page 6

East Millsboro Elementary School
A "kick-off" meeting was held today, and work on the East Millsboro Elementary School
project is to begin on April 3, 2006.

SDSA/IREC
The schematic design estimates on the SDSA/IREC project will be presented at the
Executive Meeting on April 4.

Frankford Elementary School
Estimates are being reviewed on the Frankford Elementary School project to determine
the extent of the mechanical system upgrade.

Sussex Central High School
A meeting has been scheduled on April 17 with the masonry contractor to investigate the
source of leaks that are still occurring at Sussex Central High School.

School Choice Applications
It was moved by Mr. Cohee, seconded by Mrs. Bunting, to approve the School Choice
Applications as recommended. The motion passed unanimously (9-0).

NEW BUSINESS
Hours Calendar Presentation
Gary Brittingham gave a power point presentation on the Hours Calendar. Mrs. Bunting
noted that the Curriculum Committee asked that Mr. Brittingham review the Hours
Calendar Information with the Board. She informed the Board that in order to satisfy
mandated state requirements regarding curriculum, additional professional development
days are needed. The Curriculum Committee is requesting that the Board allow them to
meet with the Calendar Committee and some teacher representatives from each school to
review and amend the proposed calendar so that adequate professional development time
is provided in order to meet these requirements. She would also like the Curriculum
Committee and the Calendar Committee to meet this summer in order to develop the type
of calendar that will provide the necessary professional development time in the future.

District Calendar – 2006-07
It was moved by Mrs. Bunting, seconded by Mrs. Mitchell, to allow the Curriculum
Committee, the Calendar Committee, and teacher representatives from each school to
review and amend the proposed calendar in order to provide necessary professional
development time, and to bring it to the April Board Meeting for consideration. The
motion passed unanimously (9-0).

COMMITTEE REPORTS AND APPOINTMENTS
Administrative Compensation Committee
There was no report.

BOARD OF EDUCATION REGULAR MEETING MINUTES
March 28, 2006
Page 7

Buildings & Grounds Committee
Howard T. Ennis Poolpak Concern
Mr. Helms informed the Board that the Poolpak unit at Howard T. Ennis School needs to
be replaced. Mr. Miller reviewed the areas of funding that could be used for this project.

Curriculum Committee
Mrs. Bunting reported that the Curriculum Committee met on March 21. Gary
Brittingham reviewed the hours calendar with the committee. The committee also
discussed the new State of Delaware graduation requirements. They had concerns with
the lack of emphasis on English, the replacement of Civics in the ninth grade, an
additional high school mathematics credit, and the importance of seniors taking a full
course load rather than just one or two courses. They also discussed the SEC survey.

DSBA Board of Directors Representative
Mrs. Bunting reported that Mr. Bireley and she attended a DSBA meeting on March 8,
2006 with the University of Delaware Focus Group and the State Board of Education to
discuss the proposed graduation requirements.

DSBA Legislative Committee
President Bireley reported that all of the new legislative items will be presented at the
April meeting.

Finance Committee
There was no report.

Mary Bailey Scholarship Committee
Mr. Cohee reported that a meeting of the Mary Bailey Scholarship Committee will be held
in late April to review the applications and make a selection. Mr. Cohee made a motion,
seconded by Mr. Walls, to allow the Mary Bailey Scholarship Committee to submit the
names of the scholarship recipients to Mellon Bank. The motion passed unanimously (9-
0).

Negotiations Committee
It was moved by Mr. Helms, seconded by Dr. Hattier, to table Negotiations until
Executive Session. The motion passed unanimously (9-0).

Policy Committee
1st Reading
IGDJ Band and Interscholastic Athletics Uniforms
Mr. Walls noted that due to the change in Policy IGDJ Band and Interscholastic Athletics
Uniforms, he would like this to be considered as a 1st reading this evening and be
presented next month as a 2nd reading. There was no objection.

BOARD OF EDUCATION REGULAR MEETING MINUTES
March 28, 2006
Page 8

2nd Reading
JECC-A.Rev  School Choice
It was moved by Mr. Walls, seconded by Dr. Isaacs, to approve Policy JECC-A School
Choice. The motion passed unanimously (9-0).

JHCE  Wellness/Nutrition Policy
It was moved by Mr. Walls, seconded by Dr. Hattier, to approve Policy JHCE
Wellness/Nutrition. The motion passed unanimously (9-0).

Mr. Walls noted that information from State Law regarding use of buildings and/or
facilities was included in the Board Packet.

Superintendent Search Committee
It was moved by Mr. Cohee, seconded by Mrs. Bunting, to table Superintendent Search
Committee until Executive Session. The motion passed unanimously (9-0).

IREA Representative
There was no report.

ADMINISTRATIVE REPORTS
Mrs. Hobbs, Board Update
School Visits
Ms. Hobbs reported that she has been holding mid-year conferences with principals and
touring buildings. She has found teachers and students on task.

Curriculum Update
Ms. Hobbs noted that the Curriculum Update for the month of March was included in the
Board Packet.

Upcoming Events Reminder
Ms. Hobbs reminded the Board that the District Teacher of the Year Banquet will be held
on April 12 at Sussex Pines Country Club at 6:30 p.m.

Ms. Hobbs noted that due to the number of students involved, it is necessary to have two
Academic Achievement Banquets. Therefore, Sussex Central High School's Academic
Achievement Banquet will be held on May 10, 2006 as noted on the district calendar and
Indian River High School's will be held on May 15, 2006.

Ms. Hobbs also reminded the Board that the District Retirement Dinner will be held on
June 14, 2006 at Cripple Creek Country Club at 6:30 p.m.

FINANCIAL
Regular Invoices
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the payment of Regular
Invoices. The motion passed unanimously (9-0).

BOARD OF EDUCATION REGULAR MEETING MINUTES
March 28, 2006
Page 9

Financial Summaries
Mr. Miller reviewed the Financial Summaries for the month ending February 28, 2006.

Major Cap Financial Summaries
Mr. Miller reviewed the Major Cap Financial Summaries for the month ending February 28, 2006.

Major Cap Change Orders
Mr. Miller reviewed and recommended approval of the Major Cap Change Orders dated March 22, 2006 in the amount of $38,349 and the Major Cap Change Order Addendum dated March 28, 2006 in the amount of $88,737 for a grand total of $127,086. It was moved by Mrs. Mitchell, seconded by Mr. Helms to approve the Major Cap Change Orders as recommended. The motion passed unanimously (9-0).

Major Cap Payment Voucher Authorizations
Mr. Miller reviewed and recommended approval of the Major Cap Payment Voucher Authorizations dated March 22, 2006 in the amount of $185,889 and the Major Cap Payment Voucher Authorizations Addendum dated March 28, 2006 in the amount of $214,001. It was moved by Mr. Walls, seconded by Mrs. Mitchell, to approve the Major Cap Payment Vouchers as recommended. The motion passed unanimously (9-0).

Major Cap Final Payment Voucher Authorizations
Mr. Miller reviewed and recommended approval of the Major Cap Final Payment Vouchers to Master Acoustical in the amount of $35,755.10, Joseph M. Zimmer in the amount of $21,606, and T. J. Distributors, Inc. in the amount of $7,599.40. It was moved by Mrs. Bunting, seconded by Dr. Isaacs, to approve the Major Cap Final Payment Vouchers as recommended. The motion passed unanimously (9-0).

COMMUNICATIONS
Conference Requests (None)

Use of Facilities
Use of North Georgetown Elementary School Multi-Purpose Room by the First Baptist Church of Georgetown – April 29, 2006

Use of North Georgetown Elementary School Outside Grounds by Eastern Shore Community Church – April 15, 2006

Ms. Hobbs recommended approval of the two requests for Use of Facilities. It was moved by Mr. Cohee, seconded by Mrs. Bunting, to approve the superintendent's recommendation. The motion passed unanimously (9-0).

BOARD OF EDUCATION REGULAR MEETING MINUTES
March 28, 2006
Page 10

Correspondence
Letter from John Evans
Ms. Hobbs shared a letter from John Evans noting that he has enjoyed his experiences as
a Board member and that he is very proud of the Indian River School District.

Field Trips
Day trip by Selbyville Middle School Sixth Grade RAD Team – May 25, 2006 to
Baltimore, MD

Day trip by Sussex Central Middle School Ladies' & Gentlemen's Club – May 25, 2006 to
Philadelphia, PA

Day trip by Frankford Elementary School Fourth Grade Students – May 30, 2006 to
Baltimore, MD

Day trip by Lord Baltimore Elementary School Fifth Grade Students – May 23, 2006 to
Washington, DC

Day trip by Selbyville Middle School Sixth Grade Rockets Team – May 31, 2006 to
Largo, MD

Day trip by Sussex Central Middle School Student Council and Honor Society Students –
May 26, 2006 to Largo, MD

Overnight trip by Indian River High School Business Professionals of America – May 9-
14, 2006 to Orlando, FL

Overnight trip by Sussex Central High School Business Professionals of America – May 9-
14, 2006 to Orlando, FL

Day trip by Long Neck Elementary School Fifth Grade Students – May 1, 2006 to
Baltimore, MD

Day trip by Indian River High School Marine JROTC – June 6, 2006 to Washington, DC

Ms. Hobbs recommended approval of the ten field trip requests. It was moved by Dr.
Hattier, seconded by Mrs. Mitchell, to approve the superintendent's recommendation.
The motion passed unanimously (9-0).

STAFF
Personnel Agenda, Personnel Addendum, Superintendent Search, Referendum Positions
It was moved by Mr. Helms, seconded by Mrs. Mitchell, to table Personnel Agenda,
Personnel Addendum, Superintendent Search, and Referendum Positions until Executive
Session. The motion passed unanimously (9-0).

BOARD OF EDUCATION REGULAR MEETING MINUTES
March 28, 2006
Page 11

PUBLIC COMMENTS
There were no Public Comments.

EXECUTIVE SESSION
It was moved by Mrs. Mitchell, seconded by Mrs. Bunting, to go into Executive Session
at 9:30 p.m. The motion passed unanimously (9-0).

A.    Personnel: To discuss matters pertaining to names, competencies and abilities of
      individual employees or students.
B.    Strategy Session: To discuss collective bargaining, pending or potential litigation.
C.    Hearing: To conduct a hearing regarding employee or student discipline or
      employee dismissal.
D.    Such other business as may properly be discussed in an executive session.

RECONVENE
It was moved by Mrs. Mitchell, seconded by Dr. Hattier, to reconvene in Regular Session
at 12:01 a.m. The motion passed unanimously (9-0).

CONSIDERATION OF AGENDA ITEMS DEFERRED
Personnel Agenda
It was moved by Mr. Walls, seconded by Dr. Hattier, to approve the Personnel Agenda.
The motion passed unanimously (9-0).

Personnel Addendum
It was moved by Mr. Walls, seconded by Dr. Hattier, to approve the Personnel
Addendum. The motion passed unanimously (9-0).

Employee No. 06-11 PER
It was moved by Dr Isaacs, seconded by Mrs. Mitchell, to approve the Family Medical
Leave Request for Employee No. 06-11 PER. The motion passed unanimously (9-0).

Referendum Positions
It was moved by Mr. Hughes, seconded by Dr. Isaacs, to approve the superintendent's
recommendation regarding the Referendum Positions. The motion passed unanimously
(9-0).

STUDENT HEARINGS
Student No. 06-40, Student No. 06-42, Student No. 06-43, Student No. 06-44,
Student No. 06-46, Student No. 06-47, Student No. 06-48, and Student No. 06-49
It was moved by Mr. Walls, seconded by Mrs. Mitchell, to approve the Hearing Officers'
Recommendations on Student No. 06-40, Student No. 06-42, Student No. 06-43, Student
No. 06-44, Student No. 06-46, Student No. 06-47, Student No. 06-48, and Student No.
06-49. The motion passed unanimously (9-0).

BOARD OF EDUCATION REGULAR MEETING MINUTES
March 28, 2006
Page 12

Student No. 06-50
It was moved by Mr. Helms, seconded by Dr. Hattier, to table Student No. 06-50. The
motion passed unanimously (9-0).

Pending Litigation No. 05-01 PL
It was moved by Dr. Hattier, seconded by Mr. Walls, to approve hiring David Williams of
Morris, James, Hitchens & Williams as the attorney to work with John Balaguer and John
Cafferky on Pending Litigation No. 05-01 PL. The motion passed unanimously (9-0).

It was moved by Mr. Helms, seconded by Mrs. Mitchell, to approve hiring David Williams
to represent the Board regarding the issue of having a prayer at the beginning of Board
meetings. The motion passed (8-0-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Cohee, Dr. Hattier, Mr. Helms, Dr.
Isaacs, Mrs. Mitchell, Mr. Walls
Abstained: Mr. Hughes

ADJOURNMENT
It was moved by Mr. Walls, seconded by Mr. Cohee, to adjourn the meeting at 12:05 a.m.
The motion passed unanimously (9-0).

                                        Respectfully submitted,


Charles M. Bireley                      (Ms.) Lois M. Hobbs
President                               Secretary and Superintendent
Board of Education                      Board of Education
Indian River School District            Indian River School District

CMB/LMH:jlh

# EXHIBIT 44

INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION REGULAR MEETING
TUESDAY, JUNE 20, 2006 – 6:00 P.M.
SUSSEX CENTRAL HIGH SCHOOL CAFETERIA

## MINUTES

CALL TO ORDER
President Charles M. Bireley called the Regular Session of the Indian River School
District Board of Education to order at 6:00 p.m.

ROLL CALL
Board Members Present:  Charles M. Bireley, (Mrs.) Nina Lou Bunting, John M. Evans,
Donald G. Hattier, Reginald L. Helms, Randall L. Hughes, (Mrs.) Donna M. Mitchell,
Harvey L. Walls
Board Members Absent:  Richard H. Cohee, Mark A. Isaacs

APPROVAL OF AGENDA - Regular and Executive – June 20, 2006
It was moved by Dr. Hattier, seconded by Mrs. Mitchell, to approve the Regular Agenda
and the Executive Session Agenda.  The motion passed unanimously (8-0).

EXECUTIVE SESSION (6:00 – 7:30 p.m.)
It was moved by Mr. Evans, seconded by Mr. Helms, to go into Executive Session at 6:02
p.m. for the purpose of holding Georgetown Elementary School Principal Interviews.
The motion passed unanimously (8-0).

RECONVENE (7:30 p.m.)
It was moved by Dr. Hattier, seconded by Mrs. Mitchell, to reconvene in Regular Session
at 7:30 p.m.  The motion passed unanimously (8-0).

APPROVAL OF MINUTES
Board of Education Special Meeting Minutes – April 24, 2006
Board of Education Regular Meeting Minutes – April 25, 2006
Board of Education Special Meeting Minutes – May 2, 2006
Board of Education Special Meeting Minutes – May 4, 2006
Board of Education Regular Meeting Minutes – May 23, 2006
Board of Education Special Meeting Minutes – June 1, 2006

It was moved by Mr. Walls, seconded by Mrs. Mitchell, to approve the minutes as
submitted.  The motion passed unanimously (8-0).

PR 00439

IRSD 0050832

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 2

VISITORS AND STAFF IN ATTENDANCE
President Bireley and Ms. Hobbs recognized and presented certificates to the following
for their accomplishments:

Community/School Partnerships
        Long & Foster Realtors
        Lord Baltimore Packing for the Move
Odyssey of the Mind Team - Worlds Finalists – 1st Place
        Lisa Forney – Coach
        Byrna Groveston – Co-coach
        Morgan Trythall, Jessica Gude, Raven Berner, Holly Kaufman,
        Jack Naylor, Kara Sue Bethke, Becca Syphard
Ingram Pond – Delaware Division of Fish and Wildlife Adopt a Wetland Program –
Excellence Award
        Doug McIlvaine – Ingram Pond Coordinator
GPS/GIS Society of Delaware Annual Award "GPS/GIS In Education"
        Steve Cardano – K-12 Science Specialist
Board Member Presentations
        Charles M. Bireley, President
        John M. Evans
        Mark A. Isaacs
        Harvey L. Walls

OTHER VISITORS AND STAFF IN ATTENDANCE
Lois Hobbs, Earl Savage, Janet Hearn, Susan Bunting, Patrick Miller, Michael Owens,
Jay Headman, Charles Hudson, Greg Weer, Sandy Smith, Tracy Hudson, Ivan Neal, Janet
Hickman, Kendall Mitchell, Ken Smith, Bryna Groveston, Anne Gude, Jessica Gude,
Rebecca Syphard, Libby Syphard, Rosalind Revel, Gloria Vito-Gaegler, Doug McIlvaine,
Candy Bethke, Kara Sue Bethke, Holly Kaufman, Ian Kaufman, Amy Kaufman, Melissa
Berner, Ralph Lowe, Miriam Targonski, Carol Evans, Barbara Hickman, Jack Hickman,
Dustin Davis, Patricia Oliphant, Robert Wilson, Wilmer Dukes, Carroll Phillips, John
Syphard, Judy Redard, Tonya James, Curtis James, Jon Brittingham, Joan Hammond,
David Grice, Tami Mitchell, Patti Adams, Wendy McCabe, Lynn Postell, Janet Johnson,
Lori Kelly, Nina Smith, Theresa Bergman, Brenda Sipple, Allie Kingman, Matthew
Redmiles, Jan Bomhardt, Steve Cardano, Jane McBride, Linda Hockman, Rosalie Walls,
Carol Buchler, Biffy Walls

PUBLIC COMMENTS
Nina Lou Bunting
Mrs. Nina Lou Bunting thanked Mr. Evans and Mr. Walls for their expertise and
dedication to the Indian River School District.

PR 00440

IRSD 0050833

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 3

<u>Donna Mitchell</u>
Mrs. Mitchell thanked all Board members for working together on behalf of the children
of the Indian River School District.

<u>OLD BUSINESS</u>
<u>Major Capital Improvements</u>
<u>Progress Report</u>
Ted Dwyer of EDiS gave updates on the following Major Capital Improvement Projects:

<u>Lord Baltimore Elementary School</u>
The furniture is being moved out of the storage units back into the building. The geo-
thermal wells have been filled with water. Work in B Wing is complete. The air
handling unit has been installed in the gymnasium. Work is being done on the elevator.
The installation of the kitchen equipment is 95% complete. The administrative offices are
scheduled to move into the building beginning July 24, 2006.

<u>Georgetown Middle School</u>
The administrative offices began to move into the building on June 19, 2006. Air
conditioning is running in A and B Wings. Painting is being done in C Wing. The
electrical work is progressing well. The elevator is near completion. During the recent
rain, there was some damage to the roof due to the roofing contractor's leaving an area
uncovered. The building should be ready for occupancy by September 2 with the
exception of E Wing.

<u>Millsboro Middle School</u>
The furniture is being moved out of the building. Asbestos abatement will begin June 27,
2006. The demolition work and the trade contractors will begin on July 10, 2006.

<u>East Millsboro Elementary School</u>
The demolition work is finished. The furniture and equipment are being stored in the
gymnasium. Workers are beginning to put on the primer coat of paint.

<u>Frankford Elementary School</u>
The Board will need to provide some direction for the Frankford Elementary School
project by the August Buildings & Grounds meeting. The architects will start on this
project in October 2006.

<u>School Choice Applications</u>
It was moved by Dr. Hattier, seconded by Mr. Evans, to approve the School Choice
Applications as recommended. The motion passed unanimously (8-0).

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 4

NEW BUSINESS
Sussex Central High School Guidance Department
Tonya James and Miriam Targonski , Guidance Counselors at Sussex Central High
School, shared information with the Board regarding the Class of 2006 Academic
Summary.  They also explained their scholarship advertisement procedures and answered
specific questions from the Board.

FY'07 Tax Rates
Mr. Miller reviewed the FY 2007 Tax Rate Proposal.  He recommended that the property
tax assessment for the Indian River School District be adjusted from $2.240 per every
$100 of assessed valuation to $2.447 per every $100 of assessed valuation for FY 2007.
Mr. Evans noted that the Finance Committee has reviewed and approved the
recommendation.  It was moved by Mr. Evans, seconded by Mr. Helms, to approve the
FY 2007 Tax Rate at $2.447 per every $100 of assessed valuation as recommended.  The
motion passed unanimously (8-0).

Legislative Update
Mr. Miller reviewed the House Bills and Senate Bills of the 143rd General Assembly.

Phase in of Sussex Central Middle School Students at Georgetown Middle School
Ms. Hobbs shared a plan for the staggered opening of Sussex Central Middle School at
Georgetown Middle School in September 2006.  This plan was developed for the safety
of our students.  On September 4, only grade 6 students will attend; on September 5, only
grade 7 students will attend; and on September 6, only grade 8 students will attend.  It
was moved by Mr. Hughes, seconded by Mrs. Mitchell, to approve the proposal for
opening Sussex Central Middle School at Georgetown Middle School in September 2006.
The motion passed unanimously (8-0).

COMMITTEE REPORTS AND APPOINTMENTS
Administrative Compensation Committee
There was no report.

Buildings & Grounds Committee
Indian River Soccer Complex
Mr. Helms noted that the Indian River Soccer Boosters requested permission to continue
use of the Indian River Soccer Complex on the John M. Clayton property.  It was moved
by Mr. Helms, seconded by Mr. Hughes, to extend the current agreement for the use of
the Indian River Soccer Complex with the Indian River Soccer Boosters for two years.
The motion passed unanimously (8-0).

GM / MM – Athletic Fields
Mr. Helms noted that a discussion was held at the Buildings & Grounds meeting about
the upkeep of our athletic fields.  The administration was asked to look into the cost.
This will be placed on the July 10, 2006 Buildings & Grounds Meeting agenda.

PR 00442

IRSD 0050835

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 5

SS – Livestock Shelters
Mr. Helms noted that a request was received from Mr. Lowe, teacher at Sussex Central
High School, for placement of Livestock Shelters at Sussex Central High School. It was
moved by Mr. Helms, seconded by Mrs. Mitchell, to approve the proposal for Livestock
Sheds at Sussex Central High School. The motion passed unanimously (8-0). It was
suggested that the Board develop a plan for the use of the Sussex Central High School
property.

PS – New Sign
Mr. Helms informed the Board that the PTO at Phillip Showell Elementary School has
agreed to purchase a permanent sign for the school. They will cover the cost of the sign
and its installation as well as any necessary permits. Mr. Neal has requested that the
district cover the cost of the electrical service for the sign, which is estimated at $500.
It was moved by Mr. Helms, seconded by Mrs. Bunting, to provide the electrical service
to the new sign at Phillip Showell Elementary School. The motion passed unanimously
(8-0).

EM – Flooring (Library)
Mr. Helms reported that, at the Buildings & Grounds Committee meeting, Mr.
Brittingham requested that the flooring in the Library at East Millsboro Elementary
School not be removed and replaced with tile. Mr. Brittingham explained that the carpet
is less than a year old, and that the Library shelving is over 30 years old, and there is no
money budgeted for library furniture. Since the library will be climate controlled, that
should diminish the health concerns related to carpeting. There was some discussion
regarding this issue. Mr. Weer noted that if the contractor has ordered the tile, there
would not be a savings on the project. It was moved by Mr. Hughes, seconded by Mrs.
Mitchell, to approve the building principal's recommendation to keep the carpet in the
Library at East Millsboro Elementary School. The motion passed (7-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Dr. Hattier, Mr. Helms,
Mr. Hughes, Mrs. Mitchell
Against the Motion: Mr. Walls

Curriculum Committee
Mrs. Bunting reported that the Curriculum Committee and the Calendar Committee met
this morning to review the full and half-days that have been designated for professional
development for the 2006-07 school year. The group agreed that the calendar has been
well received by staff. Other topics covered by the Curriculum Committee included the
high school graduation requirements and textbook replacement.

DSBA Board of Directors Representative
Mrs. Bunting did not attend the last meeting since it was the same night as the District
Retirement Dinner.

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 6

DSBA Legislative Committee
Mr. Bireley reported that the minutes of the May 24, 2006 DSBA Legislative Meeting
were included in the Board Packet.

Finance Committee
Mr. Evans thanked the Board members for their support over the past ten years.

Mary Bailey Scholarship Committee
There was no report.

Negotiations Committee
It was moved by Mr. Helms, seconded by Mrs. Mitchell, to table Negotiations until
Executive Session. The motion passed unanimously (8-0).

Policy Committee
1st Reading
IN.1-Rev Religion
Mr. Walls presented Policy IN.1 Rev. Religion for a first reading. Any questions or
concerns should be directed to Mr. Walls.

IND-Rev School Prayer at Commencement/Graduation and Baccalaureate Ceremonies
Mr. Walls presented Policy IND-Rev. School Prayer at Commencement/Graduation and
Baccalaureate Ceremonies. Any questions or concerns should be directed to Mr. Walls.

KLA Complaint Procedure For Possible Policy Violations
Mr. Walls presented Policy KLA Complaint Procedures for Possible Policy Violations
for a first reading. Any questions or concerns should be directed to Mr. Walls.

BDDG Audio Tape Retention
Mr. Walls presented Policy BDDG Audio Tape Retention for a first reading. Any
questions or concerns should be directed to Mr. Walls.

Mr. Walls asked that these policies be placed on the agenda for the Special Board
Meeting on June 27, 2006, since that would be his last meeting.

1st and 2nd Reading
JE Student Attendance
Mr. Walls presented Policy JE Student Attendance for a first and second reading since the
change to the policy was minor. It was moved by Mr. Walls, seconded by Dr. Hattier, to
approve Policy JE Student Attendance as presented. The motion passed unanimously
(8-0).

IREA Representative
There was no report.

PR 00444

IRSD 0050837

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 7

ADMINISTRATIVE REPORTS
Ms. Hobbs, Board Update
Ms. Hobbs thanked the members of the Board of Education for their support over the past
ten years. She also thanked the administration and teachers for their hard work.

School Visits
Ms. Hobbs reported that she had attended the graduation ceremonies as well as visiting
many of the elementary schools.

Curriculum Update
The Curriculum Update for the month of June was included in the Board Packet.

July 1, 2006 Organizational Meeting - 8:00 a.m. at Sussex Central High School
Ms. Hobbs reminded the Board that the Organizational Meeting would be held on
Saturday, July 1, 2006, at 8:00 a.m. at the Sussex Central High School.

FINANCIAL
Regular Invoices
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the payment of the
Regular Invoices. The motion passed unanimously (8-0).

Financial Summaries
Mr. Miller reviewed the Financial Summaries for the month ending May 31, 2006.

Major Cap Financial Summaries
Mr. Miller reviewed the Major Cap Financial Summaries for the month ending May 31,
2006.

Major Cap Change Orders
Mr. Miller reviewed and recommended approval of the Major Cap Change Orders dated
May 31, 2006 in the amount of $252,894 and June 15, 2006 in the amount of $103,337
for a grand total of $356,231. It was moved by Mr. Helms, seconded by Mr. Evans, to
approve the Major Cap Change Orders as recommended. The motion passed (7-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Dr. Hattier, Mr. Helms,
Mr. Hughes, Mrs. Mitchell
Against the Motion: Mr. Walls

Major Cap Payment Voucher Authorizations
Mr. Miller reviewed and recommended approval of the Major Cap Payment Voucher
Authorizations dated May 31, 2006 in the amount of $1,026,723, June 15, 2006 in the
amount of $637,310, June 16, 2006 in the amount of $709,487, and June 20, 2006 in the
amount of $238,162 for a grand total of $2,611,682. It was moved by Mr. Evans,
seconded by Mr. Helms, to approve the Major Cap Payment Voucher Authorizations as
recommended. The motion passed unanimously (8-0).

PR 00445

IRSD 0050838

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 8

Major Cap Final Payment Voucher Authorizations
There were no Major Cap Final Payment Voucher Authorizations.

Bid No. 36-06-08 Millsboro Middle School Electrical and Bid No. 36-06-09 Millsboro
Middle School Carpentry & General Works
Mr. Weer and Mr. Dwyer reviewed the bids with the Board, noting that the low bids in
both areas came in significantly over budget. Mr. Dwyer stated that he did not feel that
there would be any savings if the work was re-bid. Also, if the work was re-bid, it would
delay the Millsboro Middle School project, making it necessary to have the students at
Georgetown Middle School for two years. Mr. Miller noted that it may be necessary to
delay either the Frankford Elementary School or SDSA/IREC project in order to cover the
over budget costs for Millsboro Middle School. It was moved by Mrs. Mitchell,
seconded by Mr. Evans, to award Bid No. 36-06-08 Millsboro Middle School Electrical
to H & A Electric in the amount of $1,730,000 and Bid No. 36-06-09 Millsboro Middle
School Carpentry & General Works to J. L. Briggs in the amount of $2,758,000 with the
understanding that delays could occur in later projects. The motion passed unanimously
(8-0).

COMMUNICATIONS
Conference Requests (None)

Use of Facilities
Use of Phillip Showell Elementary School Cafeteria by Pullett's/Bishopville Church –
July 1, 2006

Use of Georgetown Middle School Stadium by Assemblies of God Church – August 12,
2006

Ms. Hobbs recommended approval of the two Use of Facilities' Requests. It was moved
by Dr. Hattier, seconded by Mr. Hughes, to approve the superintendent's
recommendation. The motion passed unanimously (8-0).

Correspondence (None)

Field Trips (None)

STAFF
Personnel Agenda. Personnel Addendum, Small School Assistant Principal's Position,
Confidential Secretaries, and Administrators
It was moved by Mr. Helms, seconded by Dr. Hattier, to table Personnel Agenda.
Personnel Addendum, Small School Assistant Principal's Position, Confidential
Secretaries, and Administrators until Executive Session. The motion passed unanimously
(8-0).

PR 00446

IRSD 0050839

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 9

PUBLIC COMMENTS
There were no Public Comments.

EXECUTIVE SESSION
It was moved by Mr. Evans, seconded by Mrs. Mitchell, to go into Executive Session at
9:10 p.m.  The motion passed unanimously (8-0).

A.    Personnel:  To discuss matters pertaining to names, competencies and abilities of
       individual employees or students.
B.    Strategy Session:  To discuss collective bargaining, pending or potential litigation.
C.    Hearing:  To conduct a hearing regarding employee or student discipline or
       employee dismissal.
D.    Such other business as may properly be discussed in an executive session.

RECONVENE
It was moved by Mrs. Mitchell, seconded by Mr. Evans, to reconvene in Regular Session
at 11:25 p.m.  The motion passed unanimously (8-0).

CONSIDERATION OF AGENDA ITEMS DEFERRED
Personnel Agenda
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the Personnel Agenda
excluding the Assistant Football Coach at Indian River High School.  The motion passed
unanimously (8-0).

It was moved by Mr. Helms, seconded by Mrs. Mitchell, to approve the Assistant
Football Coach at Indian River High School.  The motion passed (6-2).
For the Motion:  Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Helms, Mr. Hughes,
Mrs. Mitchell
Against the Motion:  Dr. Hattier, Mr. Walls

Personnel Addendum
It was moved by Mr. Helms, seconded by Mr. Evans, to approve the Personnel
Addendum.  The motion passed unanimously (8-0).

Georgetown Elementary School Principal Interviews
It was moved by Mrs. Bunting, seconded by Dr. Hattier, to approve Candidate No. 2 for
the position of Georgetown Elementary School Principal.  The motion passed
unanimously (8-0).

Sussex Central High School Principal
It was moved by Mr. Hughes, seconded by Mr. Helms, to approve Candidate No. 1 for the
position of Sussex Central High School Principal with the stipulations as discussed
during Executive Session.  The motion passed unanimously (8-0).

PR 00447

IRSD 0050840

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 20, 2006
Page 10

Small School Principal Position
It was moved by Mr. Hughes, seconded by Dr. Hattier, to post the Small School
Principal's position at Frankford Elementary School. The motion passed unanimously
(8-0).

Confidential Secretaries and Administrators
It was moved by Mr. Helms, seconded by Mr. Evans, to approve the 4% local salary
increase for the Confidential Secretaries and the Administrators. The motion passed
unanimously
(8-0).

STUDENT HEARINGS
Student No. 06-72, Student No. 06-77, Student No. 06-78, Student No. 06-79
Student No. 06-80, Student No. 06-82, Student No. 06-83
It was moved by Mr. Hughes, seconded by Mrs. Mitchell, to approve the Hearing
Officers' Recommendations on Student No. 06-72, Student No. 06-77, Student
No. 06-78, Student No. 06-79, Student No. 06-80, Student No. 06-82, and Student
No. 06-83. The motion passed unanimously (8-0).

ADJOURNMENT
It was moved by Mr. Evans, seconded by Mr. Helms, to adjourn the meeting at 11:35
p.m. The motion passed unanimously (8-0).

Respectfully submitted,

Charles M. Bireley                          (Ms.) Lois M. Hobbs
President                                   Secretary and Superintendent
Board of Education                          Board of Education
Indian River School District                Indian River School District

CMB/LMH:jlh

PR 00448

IRSD 0050841

# EXHIBIT 45

# INDIAN RIVER SCHOOL DISTRICT

## Board of Education Recognition Form

I request that the following individual/individuals be placed on the Board Agenda for recognition:

Name _David Birowski; Cynthia Harvey; Jennifer Zezenski; Mary Ray_

School _Sussex Central High School_

Board Meeting Date for Recognition _April 25, 2006_

Accomplishment _Rehoboth Art League "Young At Art" Festival Awards & Scholarships_

Description of Accomplishment
(Grant Name, Purpose, Amount, Donation, Community Service, etc.)

_David Birowski - 1st Place Tom Wilson Award & James Kenneth Derrickson Memorial Scholarship_

_Cynthia Harvey - Village Improvement Award_

_Jennifer Zezenski - Rehoboth Art & Framing Award_

_Mary Ray - Lynd Schmid Award_

Principal/Administrator Signature

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_✓_ Approved

_____ Disapproved

Lois M. Hobbs, Superintendent

LMH:jlh

# INDIAN RIVER SCHOOL DISTRICT

## Board of Education Recognition Form

I request that the following individual/individuals be placed on the Board
Agenda for recognition:

Name _Chris Cordrey (1st), Connor McDonald (2nd), Cody Pepper (2nd),_
_Marc Saylor, James Showell, J.T. Walker, Matt West,_
_Breana Byus (1st), Teressa Jones (1st), Susan Mitchell (1st) } Managers_

School _Sussex Central High School_

Board Meeting Date for Recognition _April 25, 2006_

Accomplishment _Academic All-State Team Wrestling._
_1st, 2nd Teams & Honorable Mentions_

Description of Accomplishment
(Grant Name, Purpose, Amount, Donation, Community Service, etc.)

_State wrestling Committee is the only committee that_
_Awards for "Academic" - All State._

_____

_Donna R. Oley_
Principal/Administrator Signature

**************************************************

__✓__Approved                  _Lois M. Hobbs_

_____Disapproved            Lois M. Hobbs, Superintendent

LMH:jlh

# INDIAN RIVER SCHOOL DISTRICT

## Board of Education Recognition Form

I request that the following individual/individuals be placed on the Board
Agenda for recognition:

Name _Amber Richards, Nick Cain, Grace Beikot,_

_Paige Valeski, Shanette White, Chris Cordrey_

_____

School _Sussex Central High School_

Board Meeting Date for Recognition _April 25, 2006_

Accomplishment _Academic All-Conference   Henlopen Conference_

Description of Accomplishment
(Grant Name, Purpose, Amount, Donation, Community Service, etc.)

_Amber Richards_                      _Chris Cordrey - Wrestling_
_Nick Cain_ } _Swimming_
_Grace Beikot_
_Paige Valeski_ } _Girl's Basketball_
_Shanette White_

_____Donna R. Hall_____
Principal/Administrator Signature

**************************************************

___✓___Approved                    _Lois M. Hobbs_
                                   Lois M. Hobbs, Superintendent
_____Disapproved

LMH:jlh

# INDIAN RIVER SCHOOL DISTRICT

## Board of Education Recognition Form

I request that the following individual/individuals be placed on the Board Agenda for recognition:

Name _Nick Cain , Devin George_
_Brian Taylor , Maurice Hein_

School _Sussex Central High School_

Board Meeting Date for Recognition _April 25, 2006_

Accomplishment _2005-06 Henlopen All Conference Boys Swimming_

Description of Accomplishment
(Grant Name, Purpose, Amount, Donation, Community Service, etc.)

_Nick Cain_ } _1st Team_
_Devin George_

_Brian Taylor_ } _2nd Team_
_Maurice Hein_

Principal/Administrator Signature

**************************************************

_____Approved

_Lois M. Hobbs_
Lois M. Hobbs, Superintendent

_____Disapproved

LMH:jlh

BPD 000754

# INDIAN RIVER SCHOOL DISTRICT

## Board of Education Recognition Form

I request that the following individual/individuals be placed on the Board
Agenda for recognition:

Name _Connor McDonald_

School _Sussex Central High School_

Board Meeting Date for Recognition _April 25, 2006_

Accomplishment _STATE CHAMPION (2nd year in a row) and 1st Team ALL STATE (112 lb. wgt. class); 1st Team ALL Conference_

Description of Accomplishment _(WRESTLING)_
(Grant Name, Purpose, Amount, Donation, Community Service, etc.)

_(STATED ABOVE)_

_Donna R. O'Neil_
Principal/Administrator Signature

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_✓_ Approved

_Lois M. Hobbs_
Lois M. Hobbs, Superintendent

_____Disapproved

LMH:jlh

# INDIAN RIVER SCHOOL DISTRICT

## Board of Education Recognition Form

I request that the following individual/individuals be placed on the Board
Agenda for recognition:

Name  *Montez Hagans* ✓

*Anthony Sturgis* ✓

School  *SCHS*

Board Meeting Date for Recognition  *April 25, 2006*

Accomplishment  *2005-06 Henlopen All Conference Boys Basketball*

Description of Accomplishment
(Grant Name, Purpose, Amount, Donation, Community Service, etc.)

*Montez Hagans - 1st Team & 3rd Team All-State*
*Anthony Sturgis - 2nd Team*

Principal/Administrator Signature

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

✓ Approved

_____ Disapproved

Lois M. Hobbs, Superintendent

LMH:jlh

BPD 000758

# INDIAN RIVER SCHOOL DISTRICT

## Board of Education Recognition Form

I request that the following individual/individuals be placed on the Board Agenda for recognition:

Name _Connor McDonald, Justin Illian, Cody Pepper,_
_Marc Saylor, Brandon Hazel, Matt West, Brock Budesheim_
_Chris Cordrey_

School _SCHS_

Board Meeting Date for Recognition _April 25, 2006_

Accomplishment _2005-06 Henlopen All Conference Wrestling Teams & State Tournament Placements_

Description of Accomplishment
(Grant Name, Purpose, Amount, Donation, Community Service, etc.)
_Cody Pepper - 2nd Team All-Conference_
_Matt West - 2nd Team & 3rd place State Tournament_
_Chris Cordrey - 3rd place State Tournament_
_Marc Saylor - 2nd Team & 4th place State Tournament_
_Brandon Hazel - 2nd Team & 5th place State Tournament_
_Brock Budesheim - 2nd Team & 5th place State Tournament_
_Justin Illian - 1st Team All Conference & 6th place State Tournament_

_____
Principal/Administrator Signature

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_✓_ Approved

_____ Disapproved

_Lois M. Hobbs_
Lois M. Hobbs, Superintendent

LMH:jlh

# INDIAN RIVER SCHOOL DISTRICT

## Board of Education Recognition Form

MAY 10 2005

I request that the following individual/individuals be placed on the Board Agenda for recognition:

Name *Brandon Elliott, Trey Mumford, Christopher Cruz, Lowdy Bravo, Ashley Bush*

*add: Mark Mott Lynn*

School *Sussex Central High School*

Board Meeting Date for Recognition *May 24, 2005*

Accomplishment *First Place - DSEA Celebration of Diversity Art Competition*

Description of Accomplishhment
(Grant Name, Purpose, Amount, Donation, Community Service, etc.)

*Students produced a 3-D Sculpture depicting the Diverse cultures of our school and of the students artists.*

*※ We would like to bring this + display it @ The board meeting. (FoK).*

_____
Principal/Administrator Signature

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

___V___Approved

_____Disapproved

*Lois M. Hobbs*
Lois M. Hobbs, Superintendent

LMH:jlh          *Typed    5/19/05*

BPD 000806