# EXHIBIT 46

**DSEA Headquarters**
136 East Water Street
Dover, DE 19901
302 • 734 • 5834
866 • 734 • 5834
302 • 674 • 8499 FAX



**DSEA Branch Office**
4135 Ogletown - Stanton Rd.
Suite 101
Newark, DE 19713
302 • 366 • 8440
302 • 366 • 0287 FAX



**World Wide Web Page**
www.dsea.org

# Delaware State Education Association

March 27, 2006

Matt Rogers
Grade 3
Georgetown Elementary School
Indian River School District

Dear Matt:

I am extremely pleased to inform you that the DSEA Human and Civil Rights Task Force has selected you to be a recipient of the **Third Place Award** in its "Music as a Reflection of our Cultural Diversity" Art Contest in the Grades K-4 Division. The winners for this year are as follows:

**Grades K-4**
1st Place – Hector Martinez, Grade 3, Etta J. Wilson Elementary, Christina School District
2nd Place – Shawn Hagerty, Grade 3, Etta J. Wilson Elementary, Christina School District
3rd Place – Matt Rogers, Grade 3, Georgetown Elementary, Indian River School District

**Grades 5-8**
1st Place – Jimmy VanCleaf, Grade 5, Etta J. Wilson Elementary, Christina School District
2nd Place – Patrick Foster, Grade 5, Etta J. Wilson Elementary, Christina School District
3rd Place – Sunju Hwang, Grade 8, Beacon Middle School, Cape Henlopen School District

**Grades 9-12**
1st Place – Alicia Taylor, Grade 12; Middletown High School, Appoquinimink School District
2nd Place – Jessa Kruemmer, Grade 11, Middletown High School, Appoquinimink School District
3rd Place – Kristin Murani, Grade 12, Middletown High School, Appoquinimink School District
Special Recognition – Katie Freed, Grade 12, Polytech High School, Polytech School District

Barbara Grogg
*President*

Diane Donohue
*Vice President*

Barry Young
*Treasurer*

Sarah E. Ross
*NEA Director*

Howard M. Weinberg
*Executive Director*

We hope that you will be able to join us as our guest for our "A Celebration of Diversity" Banquet on May 11 at the Rollins Center at Dover Downs. We would be happy to have you say a few words of acceptance when you receive your award.

Enclosed is a flyer describing the other events of the evening. We hope your parents and/or other family members will be able to attend with you. The flyer outlines the cost of and the choices for dinner for your guests.

Please call Debbie Weaver at our Dover office at (866) 734-5834 ext. 302 to confirm whether or not you are able to attend the banquet. Please note that our office is closed from April 14 to April 24 for Spring Break, so you will not be able to call us during that period. If you are able to attend, we ask that you please also complete the enclosed registration form and return it in the enclosed postage-paid pre-addressed envelope by April 25.

Congratulations and we look forward to meeting you on May 11th! This is a very special evening, so we hope you will enjoy getting dressed up to join us.

Sincerely,

Barbara Grogg
DSEA President

C. Marlene Lacy, Chair
DSEA/HCR Task Force

Enclosure

cc:     Brice Reed, Principal, Georgetown Elementary School
        Coleen Ingram-Furman, Teacher/Advisor
        J. R. Emanuele, President, Indian River Education Association
        Charles Holmes, UniServ Director, Delaware State Education Association
        Lois M. Hobbs, Superintendent, Indian River School District

BPD 000764

EXHIBIT 47



*Delaware*
*Department*
*of Education*

**DEPARTMENT OF** ]
THE TOWNSEND BUI
401 Federal Street Si
DOVER, DELAWARE
DOB WEBSITE: http://www.c

*December 2005*
*Bd Ag/*
*Recognition*

ruff
ion
.601
654

November 2, 20

Angel Jones
25317 John Drive
Georgetown, DE 19947

Dear Angel:

I am pleased to inform you that the school bus safety poster that you made in conjunction with School Bus Safety Week has been chosen as the winning state poster for the Division of grades K-2.

You and your parents (and relatives, friends, teacher) are invited to attend the State Board of Education meeting on November 17, 2005 in the Cabinet Room of the Townsend Building, Dover, where you will be recognized for your poster and awarded prizes. A check for $25 will be awarded by the Delaware School Bus Contractors Association and an engraved plaque by the Delaware Association of Pupil Transportation Officials. The presentation is scheduled for 1:00 p.m., but it would be advisable to be here by 12:45 p.m. Parking is very limited around the Townsend Building.

Your poster was sent to the National School Bus Safety Week Committee where judging for the National winning poster will take place in Austin, TX. in November.

Thank you for your interest and participation.

Sincerely,

Ronald Love
State Supervisor
School Transportation

RL/mn

**BPD 000784**

EDUCATION INFO LINE:
(877) 838-3787

THE DELAWARE DEPARTMENT OF EDUCATION IS AN EQUAL
OPPORTUNITY EMPLOYER. IT DOES NOT DISCRIMINATE ON THE BASIS OF
RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, SEXUAL ORIENTATION,
MARITAL STATUS, DISABILITY, AGE OR VIETNAM ERA VETERAN'S STATUS
IN EMPLOYMENT, OR ITS PROGRAMS OR ACTIVITIES.

TEACHER CERTIFICATION INFO:
(888) 759-9133



*Delaware*
*Department*
*of Education*

# DEPARTMENT OF EDUCATION
THE TOWNSEND BUILDING
401 Federal Street Suite 2
DOVER, DELAWARE 19901
DOE WEBSITE: http://www.doe.state.de.us

Valerie A. Woodruff
Secretary of Education
Voice: (302) 739-4601
FAX: (302) 739-4654

November 2, 2005

Katie Warrington
26315 Shortley Road
Georgetown, DE 19947

Dear Katie:

I am pleased to inform you that the school bus safety poster that you made in conjunction with School Bus Safety Week has been chosen as the winning state poster for the Division of grades 3-5.

You and your parents (and relatives, friends, teacher) are invited to attend the State Board of Education meeting on November 17, 2005 in the Cabinet Room of the Townsend Building, Dover, where you will be recognized for your poster and awarded prizes. A check for $25 will be awarded by the Delaware School Bus Contractors Association and an engraved plaque by the Delaware Association of Pupil Transportation Officials. The presentation is scheduled for 1:00 p.m., but it would be advisable to be here by 12:45 p.m. Parking is very limited around the Townsend Building.

Your poster was sent to the National School Bus Safety Week Committee where judging for the National winning poster will take place in Austin, TX. in November.

Thank you for your interest and participation.

Sincerely,

Ronald Love
State Supervisor
School Transportation

RL/mn

Post-It® Fax Note 7671   Date 11/28/05   # of pages ▶ 2
To John Mitchell   From DOE
Co./Dept.   Co.
Phone #   Phone #
Fax # 436-1094   Fax #

**BPD 000785**

EDUCATION INFO LINE:
(877) 838-3787

THE DELAWARE DEPARTMENT OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. IT DOES NOT DISCRIMINATE ON THE BASIS OF RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, SEXUAL ORIENTATION, MARITAL STATUS, DISABILITY, AGE OR VIETNAM ERA VETERAN'S STATUS IN EMPLOYMENT, OR ITS PROGRAMS OR ACTIVITIES.

TEACHER CERTIFICATION INFO:
(888) 759-9133

# EXHIBIT 48

INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION REGULAR MEETING
TUESDAY, FEBRUARY 22, 2005 – 7:30 P.M.
FRANKFORD ELEMENTARY SCHOOL CAFETERIA

MINUTES

CALL TO ORDER
President Harvey L. Walls called the Regular Meeting of the Indian River School District
Board of Education to order at 7:30 p.m.

ROLL CALL
Board Members Present:  Charles M. Bireley, John M. Evans, Donald G. Hattier,
Reginald L. Helms, Mark A. Isaacs, Harvey I. Walls
Board Members Absent:  (Mrs.) Nina Lou Bunting, Richard H. Cohee, Gregory A.
Hastings, (Mrs.) Elaine McCabe

APPROVAL OF AGENDA - Regular and Executive - February 22, 2005
It was moved by Mr. Evans, seconded by Mr. Helms, to approve the Regular Agenda and
the Executive Session Agenda.  The motion passed unanimously (6-0).

PRESENTATION OF COLORS
The Indian River High School JROTC performed the Presentation of Colors.

President Walls asked Mr. Helms to give an invocation, noting that it is the history of the
Board to have a prayer at the beginning of the meeting, which is voluntary among the
members of the Board of Education and the audience is not required to participate.

APPROVAL OF MINUTES
Board of Education Special Meeting Minutes – January 19, 2005
Board of Education Regular Meeting Minutes – January 26, 2005

It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the minutes as
submitted.  The motion passed unanimously (6-0).

**BPD 000268**

BOARD OF EDUCATION REGULAR MEETING MINUTES
February 22, 2005
Page 2

VISITORS AND STAFF IN ATTENDANCE
President Walls and Mr. Savage recognized and presented certificates to the following for
their accomplishments:

Community/School Partnership
    Southern Sussex Rotary Club – Dr. Julie Hattier
Academic All-Conference Team – Indian River High School
    Steve Alesi – Football, Jerry Meiklejohn – Football
    D. J. Singleterry – Football, Milton Taylor – Football
    Andrew Cordell-Carey – Soccer, Jordan Hale – Soccer
    Ellen Dupont – Field Hockey, Kathryn Riley – Field Hockey
    Jordan Warrington – Field Hockey
Southern Division Champions – Football - Indian River High School
Delaware Interscholastic Football Coach Association
    James Bunting – Coach of the Year - Division II
All-State Football Team – Indian River High School
    D. J. Singleterry – First Team, Therman Hagens – Second Team
    Josh Long – Third Team, Milton Taylor – Third Team
All-State Hockey Team – Indian River High School
    Ali Ambrose - First Team
All-State Soccer Team – Indian River High School
    Martin Chavez – First Team, Ben Gichner – First Team
    Andrew Cordell-Carey – Second Team
All-State Chorus – Indian River High School
    Melissa Alesi, Maria Counts, Sierra Hattier
    Erica Evans, Ashley Hudson, Cori McCowen
    Marlena Schleifer, Jordan Hale, Eli Mumford
    Andrew Bokinsky
All-State Band – Indian River High School
    Catherine Clark, Josh Ritter, Jordan Hale
Mentor Delaware Poster/Essay Contest Winners
    Stacey Lane (EM)
    Patrick Harrold (EM)
    Florence Devlin – Mentor at LN

BPD 000269

BOARD OF EDUCATION REGULAR MEETING MINUTES
February 22, 2005
Page 3

OTHER VISITORS AND STAFF IN ATTENDANCE
Earl Savage, Janet Hearn, Susan Bunting, Patrick Miller, Mike Owens, Jay Headman,
Charlie Hudson, Denise Speicher, Cathy Miller, Carmen Deldeo, Greg Weer, John
Mitchell, Darlene St. Peter, Christopher Dennis, Mike Kline, Janet Hickman, Vincent
Catania, Mark Steele, David Maull, Ivan Neal, James Hudson, Char Hopkins, Tim
Fannin, Brice Reed, Mike Williams, Neil Beahan, Wilmer Dukes, Steve Botchie, Karen
Ware, Cathy Berzins, Joy Cadden, James Diehl, Tina Lane, Jordan Warrington, Dale
Warrington, Nova Johnson, Jessica Vargas, Pam Townsend, James Bunting, Debra
Hagans, Anita Briddell, Marco Dobrich, Rich Harrold, S. Harrold, Keith Harrold,
Christina Harrold, Jordan Hale, Karen Hale, Sierra Hattier, Elizabeth Walter, Diane
Counts, Carol Ritter, Joshua Ritter, Catherine Clark, Dawn Truitt, Stephen Alesi, Tracy
Hudson, Ashley Hudson, John Mumford, Hannah Mumford, Eli Mumford, Michele
Mumford, Lisa Richardson, D. J. Singletery

STUDENT GOVERNMENT
Deniz Nhan, Senior Class President, reported on the events occurring at Indian River
High School.

PUBLIC COMMENTS
Karen Ware and Cathy Berzins
Mrs. Ware and Mrs. Berzins, representing the Indian River High School Band Boosters,
expressed concerns regarding the diminishing band program at Indian River High School.
They noted that they had met with Ms. Hobbs and Mr. Savage and shared these concerns.
Several ideas were raised on how to improve the program and get more students involved.
Mr. Savage and Mr. Steele attended the recent Band Boosters meeting and ideas were
discussed there as well. Mrs. Ware and Mrs. Berzins encouraged Ms. Hobbs and the
Board to continue to enhance and support the band and chorus programs.

Joy Cadden
Ms. Cadden stressed her concern that Indian River High School does not have a theatre of
arts program. She indicated that she felt that the school should have at least one play per
year in order to expose students to the arts.

OLD BUSINESS
Major Capital Improvements
Progress Report
Lord Baltimore Elementary, East Millsboro Elementary, and Georgetown Middle Schools
Mr. Weer reported that the design work on Lord Baltimore Elementary, East Millsboro
Elementary and Georgetown Middle Schools is nearly complete. Bids will be opened on
April 5th for these renovation projects. Asbestos abatement bids for East Millsboro and
Lord Baltimore Elementary Schools will be opened on April 11.

**BPD 000270**

BOARD OF EDUCATION REGULAR MEETING MINUTES
February 22, 2005
Page 4

Sussex Central High School
Ted Dwyer reported on the progress at Sussex Central High School. Progress continues
with the work in the Penthouses. Ductwork has been installed in the auditorium and is
currently being installed in Wing B. The construction trailers will be moved off the site
by the end of March. Over-seeding will begin on the fields in a couple of weeks.

Indian River High School
Mr. Dwyer reported that painting is currently being done in the auditorium and work on
the punch list is being completed.

School Choice Applications
It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the School Choice
applications as recommended. The motion passed unanimously (6-0).

Legislative Packet Draft
Mr. Savage noted that a draft copy of the Legislative Packet was included in the Board
Packet. If there are any additions to the packet, please notify Mike Owens by March 4.
The Legislative Dinner will be held on Monday evening, March 7, at 6:30 p.m. at the
Sussex Central High School.

NEW BUSINESS
2005-06 District Calendar
Dr. Owens shared the proposed 2005-06 District Calendar with the Board. He noted that
comments and considerations regarding the calendar were taken from principals and the
IREA. After some discussion, it was moved by Mr. Evans, seconded by Dr. Hattier, to
approve the 2005-06 District Calendar. The motion failed (5-1).
For the Motion: Mr. Bireley, Mr. Evans, Dr. Hattier, Dr. Isaacs, Mr. Walls
Against the Motion: Mr. Helms

DSTP 2004 Science & Social Studies Scores
Dr. Bunting reviewed the 2004 DSTP Science and Social Studies scores with the Board.

Make-up Days - January 24, 25, and 31, 2005
Mr. Savage noted that in light of the inclement weather days of January 24, 25, and 31,
the last student day would now be June 20 and the last teacher day would be June 22,
2005. He noted that Ms. Hobbs stated that if there are additional days to be made up, she
would be requesting that the Board allow the use of the hours calendar for students.

COMMITTEE REPORTS AND APPOINTMENTS
Administrative Compensation Committee
There was no report.

**BPD 000271**

BOARD OF EDUCATION REGULAR MEETING MINUTES
February 22, 2005
Page 5

Buildings & Grounds Committee
Mr. Weer reported that the Buildings & Grounds Committee met on February 14, 2005.

Minor Capital Improvements
Mr. Weer shared the proposed 2005 Minor Cap Expenditures, which were reviewed by
both the Buildings & Grounds Committee and the Finance Committee. Mr. Bireley noted
that changes were made in order to address safety and health issues. It was moved by Mr.
Bireley, seconded by Mr. Evans, to approve the 2005 Minor Cap Expenditures as
submitted. The motion passed unanimously (6-0).

Lord Baltimore Elementary School Annexation
Mr. Weer explained that the Lord Baltimore Elementary School property is presently in
three jurisdictions, half in the county, half in Ocean View, and the playground area is in
Millville. He noted that the town of Ocean View has requested that the Lord Baltimore
property be annexed into Ocean View. He recommended approval of moving forward
with annexation of the Lord Baltimore Elementary School property into the town of
Ocean View. It was moved by Dr. Hattier, seconded by Mr. Bireley, to approve the
recommendation. The motion passed unanimously (6-0).

JROTC Challenge Course
Mr. Weer presented a request from the Sussex Central Army JROTC to use property
north of the high school to develop a challenge course. This would be completed as an
Eagle Scout project and would be of no cost to the district. The Buildings & Grounds
Committee has reviewed and approved the request. It was moved by Dr. Hattier,
seconded by Mr. Bireley, to approve the request. The motion passed unanimously (6-0).

Curriculum Committee
Dr. Hattier reported that there was no meeting this month.

DSBA Board of Directors Representative
There was no report.

DSBA Legislative Committee
Mr. Bireley reported that the next DSBA Legislative Committee Meeting would be
tomorrow evening. February 23, 2005.

Finance Committee
There was no report.

Mary Bailey Scholarship Committee
Mr. Walls reported that the deadline for turning in scholarships is April 5, 2005.

BPD 000272

BOARD OF EDUCATION REGULAR MEETING MINUTES
February 22, 2005
Page 6

<u>Negotiations Committee</u>
There was no report.

<u>Policy Committee</u>
There was no report.

<u>Superintendent Search Committee</u>
Dr. Owens stated that Mr. Cohee had asked him to ask each Board Member to appoint
one community member to be a part of the Superintendent Search Committee.  Please
send this information to Dr. Owens by March 2, 2005.

<u>IREA Representative</u>
There was no report.

<u>ADMINISTRATIVE REPORTS</u>
<u>Ms. Hobbs, Board Update – given by Mr. Savage</u>
<u>School Visits</u>
Mr. Savage informed the Board that Ms. Hobbs is in the process of conducting mid-year
conferences with principals at their schools and visiting classrooms.

<u>Curriculum Update</u>
Mr. Savage noted that the Curriculum Update for February was included in the Board
Packet.

<u>Field Trip Changes</u>
Mr. Savage shared the following field trip date changes:

- LB Third Grade Field Trip to Philadelphia, PA from January 20, 2005 to February
8, 2005
- SCMS Rookies Field Trip to Philadelphia, PA from February 22, 2005 to April
12, 2005
- SM SAILORS Field Trip to Philadelphia, PA from January 27, 2005 to February
25, 2005

<u>District Calendar Change</u>
Mr. Savage shared the following District Calendar Change with the Board:

- IR Variety Show from March 11 and 12 to March 18 and 19, 2005

<u>FINANCIAL</u>
<u>Regular Invoices</u>
It was moved by Mr. Helms, seconded by Mr. Evans, to approve the Regular Invoices.
The motion passed unanimously (6-0).

**BPD 000273**

BOARD OF EDUCATION REGULAR MEETING MINUTES
February 22, 2005
Page 7

Financial Summaries
Mr. Miller reviewed the Financial Summaries for the month ending January 31, 2005.

Major Cap Financial Summaries
Mr. Miller reviewed the Major Capital Improvement Financial Summaries for the month
ending January 31, 2005.

Major Cap Change Orders
Mr. Miller reviewed the Major Cap Change Orders. It was moved by Mr. Evans,
seconded by Mr. Bireley, to approve the Major Cap Change Orders in the amount of
$239,190. The motion passed unanimously (6-0).

Major Cap Payment Voucher Authorizations
Mr. Miller reviewed the Major Cap Payment Voucher Authorizations for the periods
ending February 16, 2005 in the amount of $4,644.40 and February 22, 2005 in the
amount of $209,960.43. He recommended approval of the Major Cap Payment Voucher
Authorizations in the total amount of $214,604.83. It was moved by Mr. Bireley,
seconded by Dr. Hattier, to approve the recommendation. The motion passed
unanimously (6-0).

Bid No. 36-05-01 Georgetown Middle School Renovations
Contract GMS A-1 Sitework
Mr. Weer recommended that Contract GMS A-1 Sitework be re-bid in combination with
Bid Package B. Only one bid was received and it was more than the projected budget. It
was moved by Dr. Hattier, seconded by Dr. Isaacs, to approve the recommendation. The
motion passed unanimously (6-0).

Contract GMS A-2 Demolition
Mr. Weer recommended that Contract GMS A-2 Demolition be awarded to the low
bidder, MadCorp, in the amount of $737,492, excluding Alternate #1 for $14,000. It was
moved by Dr. Hattier, seconded by Mr. Bireley, to approve the recommendation. The
motion passed unanimously (6-0).

Contract GMS A-3 Concrete
Mr. Weer recommended that Contract GMS A-3 Concrete be awarded to the low bidder,
J. L. Briggs, in the amount of $60,060. It was moved by Mr. Bireley, seconded by Mr.
Evans, to approve the recommendation. The motion passed unanimously (6-0).

Contract GMS A-4 Structural Steel/Miscellaneous Metals
Mr. Weer recommended that Contract GMS A-4 Structural Steel/Miscellaneous Metals
be awarded to the low bidder, R. C. Fabricators, in the amount of $170,482. It was
moved by Dr. Hattier, seconded by Mr. Bireley, to approve the recommendation. The
motion passed unanimously (6-0).

BPD 000274

BOARD OF EDUCATION REGULAR MEETING MINUTES
February 22, 2005
Page 8

Bid No. 36-05-02 Georgetown Middle School Asbestos Abatement
Mr. Weer recommended that Bid No. 36-05-02 Georgetown Middle School Asbestos
Abatement be awarded to the low bidder, S & S Environmental Services, in the amount
of $179,000. It was moved by Mr. Evans, seconded by Dr. Hattier, to approve the
recommendation. The motion passed unanimously (6-0).

COMMUNICATIONS
Conference Requests (None)

Use of Facilities
Use of Indian River High School Gymnasium by Ocean View Church of Christ – March
4-5, 2005

Mr. Savage recommended approval of the Use of Facilities request. It was moved by Mr.
Bireley, seconded by Dr. Hattier, to approve the Use of Facilities request as
recommended. The motion passed unanimously (6-0).

Correspondence
Thank you note from Vince Catania
Mr. Savage shared a thank you note from Vince Catania for the acts of kindness shown to
him during the recent loss of his mother.

Field Trips
Overnight trip by Sussex Central High School Army JROTC – April 8-9, 2005 to
Bethany Beach, DE

Overnight trip by Sussex Central High School Army JROTC – April 11-12, 2005 to West
Point, NY

Day trip by Sussex Central Middle School Ladies' & Gentlemen's Club – May 25, 2005
to Philadelphia, PA

Overnight trip by Odyssey of the Mind Team – March 11-12, 2005 to Newark, DE

Day trip by Southern Delaware School of the Arts 7th & 8th Grade Major and Minor Art
Classes and Sussex Central High School AP Art Classes – April 14, 2005 to Washington,
D.C.

Day trip by Sussex Central Middle School 6th Grade Allies – May 17, 2005 to
Philadelphia, PA

Day trip by Sussex Central Middle School 6th Grade Eagles – May 18, 2005 to
Philadelphia, PA

BPD 000275

BOARD OF EDUCATION REGULAR MEETING MINUTES
February 22, 2005
Page 9

Field Trips (continued)
Overnight trip by North Georgetown Grades 4 and 5 after school participants – May 6-7, 2005 to Philadelphia, PA

Mr. Savage recommended approval of the eight field trips. It was recommended by Dr. Hattier, seconded by Mr. Evans, to approve the eight field trips as recommended. The motion passed unanimously (6-0).

STAFF
Personnel Agenda, Personnel Addendum, Referendum Positions
It was moved by Mr. Bireley, seconded by Mr. Helms, to table Personnel Agenda, Personnel Addendum, and Referendum Positions until Executive Session. The motion passed unanimously (6-0).

PUBLIC COMMENTS
Karen Ware
Mrs. Ware expressed that the Band Boosters are willing to help with the Concession Stand at Indian River High School.

Elizabeth Walter
Ms. Walter expressed the importance of music being a part of the educational program for students.

EXECUTIVE SESSION
It was moved by Mr. Helms, seconded by Mr. Evans, to go into Executive Session at 9:05 p.m. The motion passed unanimously (6-0).

A.    Personnel:  To discuss matters pertaining to names, competencies and abilities of individual employees or students.
B.    Strategy Session:  To discuss collective bargaining, pending or potential litigation.
C.    Hearing:  To conduct a hearing regarding employee or student discipline or employee dismissal.
D.    Such other business as may properly be discussed in an executive session.

RECONVENE
It was moved by Mr. Evans, seconded by Dr. Hattier, to reconvene in Regular Session at 10:05 p.m. The motion passed unanimously (6-0).

CONSIDERATION OF AGENDA ITEMS DEFERRED
Personnel Agenda and Addendum
It was moved by Dr. Hattier, seconded by Mr. Bireley, to approve the Personnel Agenda and Personnel Addendum. The motion passed unanimously (6-0).

**BPD 000276**

BOARD OF EDUCATION REGULAR MEETING MINUTES
February 22, 2005
Page 10

## STUDENT HEARINGS
### Student No. 05-16 Update
It was moved by Mr. Bireley, seconded by Mr. Helms, to table Student No. 05-16. The motion passed unanimously (6-0).

### Student No. 05-36, Student No. 05-39, Student No. 05-40, Student No. 05-41
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the Hearing Officers' recommendations on Student No. 05-36, Student No. 05-39, Student No. 05-40, and Student No. 05-41. The motion passed unanimously (6-0).

### Student No. 05-37, Student No. 05-38
Student No. 05-37 and Student No. 05-38 withdrew from school.

## ADJOURNMENT
It was moved by Mr. Bireley, seconded by Mr. Helms, to adjourn the meeting. The motion passed unanimously (6-0).

Respectfully submitted,

*(signature)*

Harvey L. Walls
President
Board of Education
Indian River School District

(Ms.) Lois M. Hobbs
Secretary and Superintendent
Board of Education
Indian River School District

HLW/LMH:jlh

BPD 000277

# EXHIBIT 49

INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION REGULAR MEETING
TUESDAY, JANUARY 24, 2006 – 6:00 P.M.
INDIAN RIVER HIGH SCHOOL CAFETERIA

MINUTES

CALL TO ORDER
President Charles M. Bireley called the Regular Meeting of the Indian River School
District Board of Education to order at 6:00 p.m.

ROLL CALL
Board Members Present:  Charles M Bireley, (Mrs.) Nina Lou Bunting, Richard H.
Cohee, John M. Evans, Donald G. Hattier, Reginald L. Helms,  Mark A. Isaacs,
(Mrs.) Donna M. Mitchell, Harvey L. Walls

APPROVAL OF AGENDA - Regular and Executive – January 24, 2006
The following items were added to the Regular Agenda:
XIX. C.  5.  SDSA Correspondence
           6.  Prayer Correspondence
XV. B.  Sixth Grade Track Participation

The following item was added to the Executive Session Agenda:
    I.      J. Adult Education

It was moved by Mr. Cohee, seconded by Mr. Evans, to approve the Regular Agenda as
amended and the Executive Session Agenda as amended.  The motion passed
unanimously (9-0).

EXECUTIVE SESSION
A.      Personnel:  To discuss matters pertaining to names, competencies and abilities of
        individual employees or students.

It was moved by Mr. Helms, seconded by Mrs. Mitchell, to go into Executive Session at
6:05 p.m.  The motion passed unanimously (9-0).

RECONVENE  (Regular Session – 7:30 p.m.)
It was moved by Mr. Helms, seconded by Dr. Hattier, to reconvene in Regular Session at
7:25 p.m.  The motion passed unanimously (9-0).

BOARD VACANCY INTERVIEWS
District No. 3
It was moved by Dr. Isaacs, seconded by Mr. Helms, to appoint Randall L. Hughes to
fulfill the Board vacancy in District No. 3.  The motion passed unanimously (9-0).

BPD 000356

BOARD OF EDUCATION REGULAR MEETING MINUTES
January 24, 2006
Page 2

<u>OATH OF OFFICE FOR NEW BOARD MEMBER</u>
<u>District No. 3</u>
President Bireley administered the Oath of Office to Randall L. Hughes. Mr. Hughes
thanked the Board for his appointment.

President Bireley asked Mr. Evans to give an invocation.

<u>ROLL CALL</u>
Board Members Present: Charles M Bireley, (Mrs.) Nina Lou Bunting, Richard H.
Cohee, John M. Evans, Donald G. Hattier, Reginald L. Helms, Randall L. Hughes,
Mark A. Isaacs, (Mrs.) Donna M. Mitchell, Harvey L. Walls

<u>PRESENTATION OF COLORS</u>
The Indian River High School Marine Corps JROTC performed the Presentation of
Colors.

<u>APPROVAL OF MINUTES</u>
Board of Education Special Meeting Minutes – November 30, 2005
Board of Education Special Meeting Minutes – December 7, 2005
Board of Education Regular Meeting Minutes – December 13, 2005

It was moved by Mrs. Mitchell, seconded by Mr. Cohee, to approve the minutes as
submitted. The motion passed unanimously (10-0).

<u>VISITORS AND STAFF IN ATTENDANCE</u>
President Bireley and Ms. Hobbs recognized and presented certificates to the following
for their accomplishments:

Community/School Partnership
     Salem United Methodist Church – Dr. Bruce Cooke
     St. Michaels/Mary Mother of Peace – Elaine Frey
All State Football Team
     Perry Townsend – Third Team (IR)
     Zach Mitchell – Third Team (IR)
All State Soccer Team
     Andrew Cordell-Carey – First Team (IR)
     Ben Gichner – First Team (IR)
     Pierson Roenke – Third Team (IR)
All State Field Hockey Team
     Ali Ambrose – First Team (IR)
     Kayla Warrington – Honorable Mention (IR)

BOARD OF EDUCATION REGULAR MEETING MINUTES
January 24, 2006
Page 3

All State Chorus
    Andy Bokinsky (IR)
    Erica Evans (IR)
    Ashley Hudson (IR)
    Cori McCowan (IR)
    Eli Mumford (IR)
    Josh Ritter (IR)
    Mario Robles (IR)
All State Band
    Victoria Clark (IR)
    Josh Ritter (IR)
All State Orchestra
    Josh Ritter (IR)
Indian River High School Boys' Soccer Team
    Henlopen Conference Soccer Champions
    Coach – Howard Gerken
Indian River High School Football Team
    Southern Division Champions
    Coach – Jim Bunting
Indian River High School Girls' Volleyball Team
    Southern Division Champions
    Coach – Jess Dodd
MBNA Grant
    Dan Hoffman (IR)
    "Moving Pictures"

OTHER VISITORS AND STAFF IN ATTENDANCE
Lois Hobbs, Earl Savage, Janet Hearn, Patrick Miller, Susan Bunting, Mike Owens, Jay
Headman, Charlie Hudson, Sandy Smith, Tracy Hudson, Tracy Lee Elmore, Barbara
Lynch, Bev Marvel, Hyland Johnson, Janie LaCurts, Garret LaCurts, Mike LaCurts,
Florence Brady, Insu Son, Eric Wallen, Jandra Montuori, Tracie Grow, Beth Garvilla,
Doug Helfer, Dori Camper, Larry Beagman, Amanda Yoder, Stephanie Morris, Lori
Bean, Kassie Collins, Kourtney Collins, Victoria Handy, Tyler Moore, Diane Stong, Bill
Stong, Gayle Downing, Frank Seanato, Debbie Moran, Sheila Parham, Dennis
Montgomery, John Handy, Haly Wingate, Lindsay Hatter, Michael Merces, Chris
Dispoto, Miriak Hearn, Linda Gross Belkot, Quinete Mahlow, Natasha Waters, Jennifer
Willey, Sara Nesthafer, Judith Barke, Fran Norwood, Lindsey Rickards, Edgar Wells,
Quinn Smith, Taylor Farrington, Karen Mahaffie, Colleen Mahaffie, Courtney Richards,
Amanda Steen, Corey Baker, Brandy Torres, Angela Malabet, Darlene Johnson, Linda
Toggart, Victor Welsh, Lauren Welsh, Ed Coulbourn, Lincoln Davis, Melodie Croffer,
Lynne Southmayd, Rachel Southmayd, Marianna Cummings, Lee Guarna, Micah Seeney,
Jenny Helfer, Joan Borradaile, Laura Hufford, Taylor Hudson, Jeannie Simone, Fred
Legge, Holly Sharp, James Queen, Linda Giles, Cherie Williams, Tom Williams,

BPD 000358

BOARD OF EDUCATION REGULAR MEETING MINUTES
January 24, 2006
Page 4

William Williams, J. J. Baker, Bernadette Wheeler, Shannon Lovett, Mathew McDonald,
Taylor Pridgeon, Marjaret Moore, Matthew Beil, Teresa Wilkerson, Ashley Rickards,
Cheryl Evans, Davis Evans, Dylan Evans, Conner Evans, Joe Henderson, C. Anna
Henderson, Scott Hitchens, Bernadette Hemingway, Andrea Elling, Lloyd Elling, Seung
A. Son, Sterling A. Doughty, Ruth Ann Marvel, Carly Bartell, Emily Southmayd, Grace
Cummings, Tammy Stong, Michael Garvuea, Chris Helfer, Anne M. Devine, Candace
Thune, Jeff Thune, Alyssa Murray, C. Rodney Hufford, Heather Gardoski, Kristen
Haden, Meghan Morgan, Vincent Stereira, Matt Williams, Matt Mudry, Gary Belkot,
Glenn D. Skydey, Sr., Art Backus, Robert J. Collins, Pam Pridgeon, Stacey Dickerson,
Joseph J. Fedick, Ethan Hickman, Steve A. Hickman, Kerry Stewart, Ali Ambrose, Julie
Carmean, Myriah Carmean, Lichell Malabet, Greg Bunting, Ashley Hudson, Ross
Cropper, Brad Hilovsky, Colleen Hudson, Madison Hastings, Becca Southmayd, Taylor
Kerns, Kassie Wells, Denise Helfer, Joleen Bergman, Cristin Corlie, Cameo Bannister,
Kim Collins, Donald Collins, Paul Harvey, Jane Collins, John Collins, Cynthia Mudry,
Morgan Downing, Tony Morgan, III, Virginia Matarazzo, Mary Hein, Laren Hyhes, Mark
Mott-Lynn, Traci Williams, Rhonda Davis, Mildred Shipley, Grace Belkot, Angela B.
Ellis, Dora Hearn, Cindy Collins, Todd Mumford, Maggie White, Loriann White, Sherri
Scott, Gail A. Fedick, Tom Amrheim, Debbie L. Hickman, Lisa A. Boyce, Dona Dean,
Barry Dean, Karen Ambrose, Peggy M. Garrett, Mike Garrett, Madeline Garrett, Elaine
Frey, Frank Frey, Danette Mumford, Annette Levitsky, Amy Coy, Jerry Coy, Lorene
Breasure, Dionne Baker, J. J. Baker, Corey Baker, Candi, Bannister, Cameo Bannister,
Candice Bannister-Gibbs, Lauren Grise, Debbie Grise, Catina D. Wise, Becky Burton,
Lauren Amodei, Mark Skidmore, Cathy Pepper, Rita Mahaffie, Denise, Robinson,
Ronald Robinson, Chris Justice, Chandra Justice, Craig Pusey, Bob Sutcliffe, Renee L.
Skidmore, Mary Vincent, Cheryl Tidwell, Janet Spray, J. Scott Mumford, Jill Warrington,
Jamie Burke, Kaycee Wells, Caitlin Amodei, Naomi Wells, Haylee Wells, Libby
Stevenson, Alan Colegrove, Courtney Colegrove, Doreen Blaser, Lynn Rickards, Jose
Quinones, Maria Vincent, Erin Ricker, Jim Welsh, Jung Son, Lisa McVey, Keith Marvel,
Sue Kerwin, Pat Gruzeusky, Kris Moore, Tammy Cohee, Georgia Hoffman, Lisa Nitz,
Judith Loeber, Patti Deptula, Jessica Deptula, Diana Merritt, John Barwick, Shyne
Moore, Chris Shockley, John Shockley, Linda S. Thompson, Christina Keller, Joey
Keller, Tyler Schultz, Helen O'Brien, Debora Hudson, David Hudson, Zach Bevell, Ken
Smith, Mollie A. Stevenson, Kim Henry, Molly Cohee, Thomas Brennan, Samuel
Brennan, Wanda Lewis, Charles Levine, James Deptula, Chris Shelton, Amanda Schultz,
Stephanie Keller, Genevieve W. Mott, Fred Mott, Kyle Odenuelder, Marco Dobrich,
George Hoffman, Leigh Argo, Pat Purdam, Smith Purdam, Heidi E. Driscoll, Rachel
Whippie, Dawn Schultz, Maria Just, Karen Fabryka, Zach Fabryka, Karen Letonoff,
Marjorie Adkins, Pam Wells, Sheree Bedell

STUDENT GOVERNMENT
Ashley Hudson, President of the Indian River High School Student Government, reported
on events occurring at Indian River High School.

BPD 000359

BOARD OF EDUCATION REGULAR MEETING MINUTES
January 24, 2006
Page 5

<u>PUBLIC COMMENTS</u>
President Bireley noted that at this time, it is not the intent of the Board of Education to
close the Southern Delaware School of the Arts.

<u>SDSA Presentation</u>
Students from the Southern Delaware School of the Arts gave a brief performance
illustrating their dance, drama, and musical talents.

<u>Kate Walker</u>
Mrs. Walker spoke in support of the Southern Delaware School of the Arts. She also
asked that the Board reconsider its policy regarding her "Use of Facilities' request.

<u>Scott Mumford</u>
Mr. Mumford spoke in support of the candidate for the Sussex Central Head Varsity
Baseball Coach.

<u>Lee Guarna</u>
Mr. Guarna thanked the Board members for their many hours of public service. He also
urged the Board not to agree to a settlement in the lawsuit.

<u>Tracy Elmore</u>
Ms. Elmore spoke in support of the Southern Delaware School of the Arts.

<u>Lloyd Elling</u>
Mr. Elling thanked the Board for committing to keeping the Southern Delaware School of
the Arts open.

<u>Joan Bordeaux</u>
Ms. Bordeaux spoke in support of the Southern Delaware School of the Arts.

<u>Mike Marvel</u>
Mr. Marvel spoke in support of the candidate for the Sussex Central High School Head
Varsity Baseball Coach.

<u>Brad Hilovsky</u>
Mr. Hilovsky spoke in support of the candidate for the Sussex Central High School Head
Varsity Baseball Coach.

<u>Michelle Malabet</u>
Spoke in support of the Southern Delaware School of the Arts.

<u>Taylor Kern</u>
Ms. Kern spoke in support of the Southern Delaware School of the Arts.

**BPD 000360**

BOARD OF EDUCATION REGULAR MEETING MINUTES
January 24, 2006
Page 6

OLD BUSINESS
Major Capital Improvements
Progress Report
Ted Dwyer, EDiS, gave an update on the following projects:

Lord Baltimore Elementary School
Work is moving along very well. Masonry work is going well due to the mild weather.
Work is being done in the classroom wing and they are moving toward the kitchen and
cafeteria area.

Georgetown Middle School
Work is being done in the A to E wings. Work at both LB and GM projects are currently
on schedule.

East Millsboro Elementary School
The East Millsboro Project is in the pre-construction phase. Construction is scheduled to
begin on April 1, 2006.

Millsboro Middle School
The architects are working on the bid documents. Bid openings are planned for mid
March.

SDSA/IREC
Work is in the design phase on the SDSA/IREC project. The schematic phase should be
finished in March.

Frankford Elementary School
The Frankford Elementary School project is in the programming stage.

School Choice Applications
It was moved by Mr. Walls, seconded by Mrs. Bunting, to approve the School Choice
Applications as recommended. The motion passed unanimously (10-0).

School Board Election Date – Tuesday, May 9, 2006
Ms. Hobbs noted that School Board Elections will be held on Tuesday, May 9, 2006.
Seats are up for election in the following districts: 2 seats in District No. 1, one in
District No. 2, one in District No. 3, and one in District No. 4. The filing deadline is 60
days prior to the election.

Construction Representative Position
It was moved by Mr. Helms, seconded by Dr. Hattier, to table discussion on the
Construction Representative Position until Executive Session. The motion passed
unanimously (10-0).

BPD 000361

BOARD OF EDUCATION REGULAR MEETING MINUTES
January 24, 2006
Page 7

NEW BUSINESS
Referendum Questions/Date
Mr. Miller reviewed information regarding the upcoming referendum.  He presented the
three question scenarios, (1) Current Expense – Operating Costs, (2) Current Expense –
Salary & OEC's, and (3) Major Capital Improvement – Roof replacements, which have
been reviewed and approved by the Finance Committee.  It was moved by Mr. Evans,
seconded by Dr. Hattier, to approve the three questions as presented for the upcoming
referendum to be held on Tuesday, March 28, 2006.  The motion passed unanimously
(10-0).

Sixth Grade Track Participation
Mr. Headman presented a request to have sixth grade students participate in middle
school track.  He noted that no additional expenses will be incurred.  This request is
supported by the coaching staff and principal.  It was moved by Mr. Walls, seconded by
Dr. Isaacs, to approve the request for sixth grade track participation.  The motion passed
unanimously (10-0).

COMMITTEE REPORTS AND APPOINTMENTS
Administrative Compensation Committee
There was no report.

Buildings & Grounds Committee
Mr. Helms reported that the Buildings & Grounds Committee met on January 12, 2006.
The following items were discussed:

   •  Georgetown Middle School Flooring Concerns
Mr. Helms informed the Board that a discussion was held at the meeting regarding the
condition of the floors at Georgetown Middle School.  It was recommended that a
premium underlayment be placed on the floors at an approximate cost of $70,000 to
$75,000.  The Buildings & Grounds Committee recommended adding this to the project
since flooring problems in the future could occur without the underlayment.  It was
moved by Mr. Helms, seconded by Dr. Isaacs, to add the installation of the premium
underlayment flooring to the Georgetown Middle School Project.  The motion passed
unanimously (10-0).

   •  Ingram Pond Discussion
Mr. Helms noted that the Buildings & Grounds Committee discussed the possible land
lease or ground rent of the Ingram Pond property as suggested by Senator Bunting in
order to offset budget cuts.  The committee was not interested in moving forward with
this suggestion at this time.  After further discussion, it was decided to look into the
possibility of land/farm preservation.

BPD 000362

BOARD OF EDUCATION REGULAR MEETING MINUTES
January 24, 2006
Page 8

Curriculum Committee
DSBA Board of Directors Representative
Mrs. Bunting reported that the Curriculum Committee met on January 17, 2006. Topics
discussed included the Health curriculum, noting that John Ray from the Department of
Education would be speaking to district representatives about strategies to implement
more physical activity in the curriculum. They also reviewed DSTP scores. The next
meeting will be held on February 21, 2006, at which time they will review the 2005
DSTP Social Studies and Science scores and budget issues.

Mrs. Bunting attended a DSBA Meeting on January 11, 2006. The Chief School Officers
are working with legislators to secure funding for energy costs, ancillary units and reform.
The Vision 2015 group has been formed in order to review and revise the state standards.

DSBA Legislative Committee
Mr. Bireley will attend the DSBA Legislative Meeting on January 25, 2006.

Finance Committee
Mr. Evans noted that the next meeting of the Finance Committee will be held on February
16, 2006.

Mary Bailey Scholarship Committee
There was no report.

Negotiations Committee
It was moved by Mr. Helms, seconded by Mrs. Mitchell, to table Negotiations until
Executive Session. The motion passed unanimously (10-0).

Policy Committee
Dress Code/Uniforms Discussion
Mr. Walls opened discussion regarding school uniforms throughout the district. He
suggested that if there is interest in looking into this, perhaps a committee of board
members, administrators, community members, parents, teachers and students could be
formed to explore the options and report back to the Policy Committee.

Web-site Posting of Policies Update
Ms. Hobbs informed the Board that the posting of the district policies to the website
should be completed in approximately two weeks.

Superintendent Search Committee
It was moved by Mrs. Bunting, seconded by Mr. Cohee, to table Superintendent Search to
Executive Session. The motion passed unanimously (10-0).

IREA Representative
There was no report.

**BPD 000363**

BOARD OF EDUCATION REGULAR MEETING MINUTES
January 24, 2006
Page 9

ADMINISTRATIVE REPORTS
Mrs. Hobbs, Board Update
School Visits
Ms. Hobbs informed the Board that the Deputy Secretary of Education, Ray Simon,
visited Frankford Elementary School. Senator Thomas Carper visited Project VILLAGE
at Georgetown Elementary School and the mentoring program at Sussex Central Middle
School. She attended the District Mentoring Dinner on January 23, 2006, which was a
wonderful event. She also made several school visits.

Curriculum Update
The Curriculum Update for the month of January was included in the Board Packet.

FINANCIAL
Regular Invoices
It was moved by Mr. Cohee, seconded by Mr. Evans, to approve the payment of the
Regular Invoices. The motion passed unanimously (10-0).

Financial Summaries
Mr. Miller reviewed the Financial Summaries for the month ending December 31, 2005.

Major Cap Financial Summaries
Mr. Miller reviewed the Major Cap Financial Summaries for the month ending December
31, 2005.

Major Cap Change Orders
Mr. Miller reviewed and recommended approval of the Major Cap Change Orders dated
January 19, 2006 and January 24, 2006. It was moved by Mr. Helms, seconded by Mr.
Evans, to approve the Major Cap Change Orders as recommended. The motion passed
unanimously (10-0).

Major Cap Payment Voucher Authorizations
Mr. Miller reviewed and recommended approval of the Major Cap Payment
Authorizations dated January 18, 2006 and January 24, 2006. It was moved by Mr.
Evans, seconded by Dr. Hattier, to approve the Major Cap Payment Voucher
Authorizations as recommended.    The motion passed unanimously (10-0).

Major Cap Final Payment Voucher Authorizations
Mr. Miller reviewed and recommended approval of the Final Payment Authorizations to
Accutronics Datacom, Inc., Architectural Hardware, Doors and Drywall, Inc., NDK
General Contractors, Inc., and John L. Briggs. It was moved by Mr. Walls, seconded by
Mr. Evans, to approve the Major Cap Final Payment Voucher Authorizations as
recommended.    The motion passed unanimously (10-0).

FY'07 Budget Priorities
Mr. Miller requested that FY'07 Budget concerns be presented to the Finance Committee.

BOARD OF EDUCATION REGULAR MEETING MINUTES
January 24, 2006
Page 10

COMMUNICATIONS
Conference Requests (None)

Use of Facilities
Use of Selbyville Middle School Auditorium by Zoar United Methodist Church –
February 18, 2006

Ms. Hobbs recommended approval of the Use of Facilities request for Selbyville Middle
School.  It was moved by Mr. Helms, seconded by Mr. Cohee, to approve the
superintendent's recommendation.  The motion passed unanimously (10-0).

Correspondence
Thank you note from Suzanne Tiemann
Ms. Hobbs shared a thank you note from Suzanne Tiemann for the opportunity to work in
the Indian River School District.

Thank you note from Mumford Family
Ms. Hobbs shared a thank you note from the Mumford Family for the flowers and acts of
kindness during their recent loss.

Thank you note from Greg Hastings
Ms. Hobbs shared a thank you note from Greg Hastings for the pewter tray presented to
him at the last Board Meeting.

Thank you note from Bireley Family
Ms. Hobbs shared a thank you note from Charles & Joanne Bireley for the flowers and
acts of kindness during their recent loss.

SDSA Letters
Ms. Hobbs noted that copies of several letters regarding the Southern Delaware School of
the Arts were included in the Board Packet.

Prayer Letters
Ms. Hobbs noted that copies of letters regarding the Prayer issue were included in the
Board Packet.

BOARD OF EDUCATION REGULAR MEETING MINUTES
January 24, 2006
Page 11

Field Trips
Day trip by Sussex Central High School Spanish IV Classes – March 29, 2006 to
Washington, D.C.

Day trip by Sussex Central High School Spanish IV Classes – April 27, 2006 to New
York City, NY

Day trip by Sussex Central Middle School 8th Grade Students – April 12, 2006 to
Philadelphia, PA

Day trip by Selbyville Middle School 7th Grade All Stars – February 11, 2006 to
Blakeslee, PA

Day trip by Sussex Central High School French I, II, III, and IV Students – April 6, 2006
to Philadelphia, PA

Overnight trip by Indian River High School FFA – March 29-30, 2006 to Newark, DE

Day trip by North Georgetown Elementary School 5th Grade Students – April 26, 2006 to
Washington, D.C.

Day trip by North Georgetown Elementary School 5th Grade Students – April 27, 2006 to
Washington, D.C.

Day trip by Sussex Central High School JDG Students – March 30, 2006 to Philadelphia,
PA

Ms. Hobbs recommended approval of the nine field trip requests.  It was moved by Mr.
Cohee, seconded by Mrs. Mitchell, to approve the superintendent's recommendation.
The motion passed unanimously (10-0).

STAFF
Personnel Agenda, Personnel Addendum, Employee No. 06-06 PER
Employee No. 06-07 PER, Superintendent Search
It was moved by Mr. Helms, seconded by Mr. Evans, to table Personnel Agenda,
Personnel Addendum, Employee No. 06-06 PER, Employee No. 06-07 PER, and
Superintendent Search until Executive Session. The motion passed unanimously (10-0).

PUBLIC COMMENTS
Luke Kerns
Mr. Kerns spoke in support of the Southern Delaware School of the Arts.

Morgan Downing
Morgan, SDSA student, spoke in support of the Southern Delaware School of the Arts.

George Belkot
Mr. Belkot spoke in support of the Southern Delaware School of the Arts.

**BPD 000366**

BOARD OF EDUCATION REGULAR MEETING MINUTES
January 24, 2006
Page 12

Jose Quinones
Mr. Quinones spoke in support of the Southern Delaware School of the Arts.

Stephanie Staib
Stephanie, SDSA student, spoke in support of the Southern Delaware School of the Arts.

Grace Belkot
Ms. Belkot spoke in support of the Southern Delaware School of the Arts.

EXECUTIVE SESSION
It was moved by Mrs. Mitchell, seconded by Mr. Walls, to go into Executive Session at
9:40 p.m. The motion passed unanimously (10-0).

| A. | Personnel: To discuss matters pertaining to names, competencies and abilities of individual employees or students. |
| B. | Strategy Session: To discuss collective bargaining, pending or potential litigation. |
| C. | Hearing: To conduct a hearing regarding employee or student discipline or employee dismissal. |
| D. | Such other business as may properly be discussed in an executive session. |

RECONVENE
It was moved by Mr. Evans, seconded by Mr. Helms, to reconvene in Regular Session at
12:45 a.m. The motion passed unanimously (10-0).

CONSIDERATION OF AGENDA ITEMS DEFERRED
Personnel Agenda and Addendum
It was moved by Mr. Evans, seconded by Mrs. Mitchell, to approve the Personnel Agenda
and Personnel Addendum. The motion passed (9-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Cohee, Mr. Evans, Dr. Hattier,
Mr. Helms, Mr. Hughes, Mrs. Mitchell, Mr. Walls
Against the Motion: Dr. Isaacs

It was moved by Mr. Walls, seconded by Mr. Helms, to reconsider the candidate for the
Sussex Central High School Varsity Baseball Coach. The motion passed (9-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Cohee, Mr. Evans, Dr. Hattier,
Mr. Helms, Mr. Hughes, Mrs. Mitchell, Mr. Walls
Against the Motion: Dr. Isaacs

It was moved by Mr. Walls, seconded by Mr. Cohee, to approve Brad Brasure for the
position of Sussex Central High School Varsity Baseball Coach. The motion passed
(9-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Cohee, Mr. Evans, Dr. Hattier,
Mr. Helms, Mr. Hughes, Mrs. Mitchell, Mr. Walls
Against the Motion: Dr. Isaacs

BPD 000367

BOARD OF EDUCATION REGULAR MEETING MINUTES
January 24, 2006
Page 13

Employee No. 06-06 PER
No action was taken regarding Employee No. 06-06 PER.

Employee No. 06-07 PER
No action was taken regarding Employee No. 06-07 PER.

STUDENT HEARINGS
Student No. 06-27, Student No. 06-30, Student No. 06-31, Student No. 06-32
It was moved by Mr. Cohee, seconded by Mrs. Bunting, to approve the Hearing Officers'
Recommendations on Student No. 06-07, Student No. 06-30, Student No. 06-31, and
Student No. 06-32. The motion passed unanimously (10-0).

Pending Litigation No. 06-04 PL
It was moved by Mr. Evans, seconded by Mr. Helms, to approve the superintendent's
recommendation regarding No. 06-04 PL. The motion passed unanimously (10-0).

Negotiations Committee
It was moved by Mr. Helms, seconded by Dr. Hattier, to approve the recommendation of
the Negotiations Committee regarding negotiations. The motion passed (9-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Dr. Hattier, Mr. Helms,
Mr. Hughes, Dr. Isaacs, Mrs. Mitchell, Mr. Walls
Against the Motion: Mr. Cohee

ADJOURNMENT
It was moved by Mr. Evans, seconded by Mr. Walls, to adjourn the meeting at 12:50 a.m.
The motion passed unanimously (10-0).

Respectfully submitted,

*[signature]*

Charles M. Bireley                              (Ms.) Lois M. Hobbs
President                                       Secretary and Superintendent
Board of Education                              Board of Education
Indian River School District                    Indian River School District

CMB/LMH:jlh

BPD 000368

# EXHIBIT 50

INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION SPECIAL MEETING
TUESDAY, JULY 19, 1994 - 6:30 P.M.
SUSSEX CENTRAL MIDDLE SCHOOL LIBRARY


MINUTES


CALL TO ORDER
President Reginald L. Helms called the Special Meeting of the Indian River Board of
Education to order at 6:30 p.m.


ROLL CALL
Board Members Present:  Charles M. Bireley, David W. Devine, George H. Harrison,
Gregory A. Hastings, Reginald L. Helms, (Mrs.) Elaine McCabe, J. Everett Moore, Jr.,
(Mrs.) Linda L. Pusey, Harvey L. Walls

Richard H. Cohee arrived at 6:55 p.m.


VISITORS AND STAFF IN ATTENDANCE
Charles R. Hudson, W. Edward Burton, Richard D. Moretti, Patricia S. Oliphant, James
Griffin, Janet Hearn, Judith Cullen, Susan Bunting, Earl Savage, Earl Quillen, Ed Basara,
Russell Conaway, Norman Bunting, Jack McCarthy, Mark Dufendach, Carmen Deldeo, Tim
Buckmaster, Jack Hassman, Charles Cole, Linda Hudson, Carl Bartell, Linda Mason, Dawn
Lemos, Al Lemos, Tom High, David Howell, Dr. Lewis Patterson, Sheila Patterson


APPROVAL OF AGENDA
The following changes were made to the Regular Agenda:

        XI. Interviews of Legal Counsel was moved to VA.
        Add:  VB.  Executive Session
              VC.  Reconvene
              XA.  Honors Classes

The following changes were made to the Executive Agenda:
        Change Item 2. Interviews of Legal Counsel to Item 1.
        Change Item 1. Reorganization of Central Office Personnel to Item 2.

It was moved by Mr. Harrison, seconded by Mr. Bireley, to approve the Regular Agenda
and the Executive Agenda as amended.  The motion passed unanimously (9-0).

BOARD OF EDUCATION SPECIAL MEETING MINUTES
July 19, 1994
Page 2

## EXECUTIVE SESSION

It was moved by Mr. Harrison, seconded by Mr. Moore, to go into Executive Session at 6:36 p.m. The motion passed unanimously (9-0).

1.   Personnel:    To discuss matters pertaining to names, competencies, and abilities of individual employees or students.

2.   Such other business as may properly be discussed in an executive session.

## RECONVENE

It was moved by Mrs. Pusey, seconded by Mr. Moore, to reconvene in Regular Session at 7:33 p.m. The motion passed unanimously (10-0).

## INTERVIEWS OF LEGAL COUNSEL

It was moved by Mr. Bireley, seconded by Mr. Devine, to hire James Griffin as attorney. The motion passed (7-1-2).
For the Motion: Mr. Bireley, Mr. Devine, Mr. Hastings, Mr. Helms, Mrs. McCabe, Mr. Moore, Mrs. Pusey
Against the Motion Mr. Walls
Abstained: Mr. Cohee, Mr. Harrison

## EXECUTIVE SESSION

It was moved by Mr. Hastings, seconded by Mr. Devine, to go into Executive Session at 7:30 p.m. The motion passed unanimously (10-0).

## RECONVENE

It was moved by Mr. Harrison, seconded by Mr. Cohee, to reconvene in Regular Session at 10:35 p.m. The motion passed unanimously (10-0).

PR 00207

IRSD 0019493

BOARD OF EDUCATION SPECIAL MEETING MINUTES
July 19, 1994
Page 3

## HIGH SCHOOL RESTRUCTURING

President Helms named Dave Devine and Elaine McCabe to co-chair the Curriculum Committee for the upcoming year. He asked them to submit a preliminary report on high school restructuring to him by July 26, 1994. Mr. Devine brought up for discussion the increasing of graduation requirements by adding one math and one science credit for incoming ninth grade students. Mr. Walls noted that in order to change graduation requirements, current policy must be changed which requires a first and second reading. There was much discussion regarding this issue. Mr. Devine stressed he felt the need to make operational changes as well as program. He stated that the entire picture needs to be reviewed. Therefore, he anticipates an umbrella organization being formed for this task. It was suggested by Mr. Hastings that this be brought to the Board in January or February of next year giving the Board ample time for studying and reviewing. Mrs. Pusey asked if the same 41 member Task Force will remain in tact. Mr. Devine and Mrs. McCabe will try to have an answer by the July 26 meeting regarding this. Mrs. Pusey expressed the importance of communication with this issue.

After discussion, it was moved by Mr. Moore, seconded by Mr. Harrison, to refer to the Policy Committee for a first reading at the July 26, 1994 meeting the change in graduation requirements for the incoming ninth grade students by adding one credit each in math and science. The motion passed unanimously (10-0).

## EXECUTIVE SESSION

It was moved by Mr Cohee, seconded by Mr. Moore, to go into Executive Session at 10:55 p.m. The motion passed unanimously (10-0).

## RECONVENE

It was moved by Mr. Harrison, seconded by Mr. Hastings, to reconvene in Regular Session at 1:00 a.m. The motion passed unanimously (10-0).

## REPORT CONCERNING 7/2/94 MEETING

Mr. Devine stated he had asked for a report concerning the 7/2/94 Meeting. He stated he had received a written report from Mr. Harrison, which he will copy and send to members of the Board as well as to counsel. For the future, this will clarify the policy regarding this issue.

PR 00208

IRSD 0019494

BOARD OF EDUCATION SPECIAL MEETING MINUTES
July 19, 1994
Page 4

JUNE 28, 1994 PACKET
Mr. Devine questioned an article that was in the Board Packet regarding swimming. He
suggested that all items in the Board Packet be identified.

PUBLIC COMMENTS
Mr. Bireley made a motion, seconded by Mr. Moore, to refer to the Policy Committee for
a first reading at the July 26, 1994 meeting the addition of a 15 minute segment for Public
Comments at the beginning of the regular Board meetings. The motion passed unanimously
(10-0).

STUDENT GOVERNMENT
Mr. Cohee stated he had attended a meeting at Sussex Central High School with some
students. A concern of the students was that they felt a lack of communication and also had
a concern regarding the Student Government being inactive. Mr. Cohee made a motion,
seconded by Mr. Bireley, to include on the agenda a 10-minute segment for Student
Government for both high schools. The motion passed unanimously (10-0).

HONORS CLASSES
Mrs. McCabe made a motion, seconded by Mr. Bireley, to continue to offer the Honors
Classes at the high schools. The motion passed unanimously (10-0).

CENTRAL OFFICE REORGANIZATION
President Helms stated that the Board had spoken to several administrators about several
scenarios that may or may not take place. The Board may take some action in the future
regarding reorganization.

PERSONNEL AGENDA
Mr. Bireley made a motion, seconded by Mr. Cohee, to approve the Personnel Agenda for
July 18, 1994 and July 19, 1994 excluding Instrumental Music/Band Director. The motion
passed unanimously (10-0).

PR 00209

**IRSD 0019495**

BOARD OF EDUCATION SPECIAL MEETING MINUTES
July 19, 1994
Page 5


President Helms stated the following Committee appointments:

| | |
|---|---|
| Negotiations | Mr. Bireley/Mr. Helms |
| Legislative | Mr. Moore |
| DSBA | Mr. Harrison |
| Curriculum | Mr. Devine/Mrs. McCabe |

Please call President Helms if there are any problems with these appointments.


ADJOURNMENT
President Helms adjourned the meeting at 1:38 a.m.

Respectfully submitted,

*Charles R. Hudson*

Reginald L. Helms                          Charles R. Hudson, Ed.D.
President                                  Secretary and Superintendent
Board of Education                         Board of Education
Indian River School District               Indian River School District

RLH/CRH:jlh


PR 00210

IRSD 0019496