# EXHIBIT 52

BPD 1288

Segment 6

54:05 to 56:30

(See enclosed DVD)

# EXHIBIT 53

BPD 1288

Segment 9

54:05 to 56:30

(See enclosed DVD)

# EXHIBIT 54

BPD 1288

Segment 3

02:46 to 03:30

(See enclosed DVD)

# EXHIBIT 55

BPD 1288

Segment 8

In Entirety

(See enclosed DVD)

# EXHIBIT 56



# Coastal Point

ViewPoint | Calendar of Events | Classifieds | Archives | Photo Galleries | Local Interest Links | Contact | Subscriptions



Coastal Point 2006 Calendar

Click here for more info

Ads by Goooooogle

**Political Phone Calls**
Let us make your Primary gotv Calls Capacity available right now!
www.groupcast.com

**Automated Voter Contact**
Contact thousands of voters by phone instantly. Try it now free.
www.voiceshot.com

**Automated GOTV**
Get-Out-The-Vote calls in candidate voice; superb service; big capacity
VoterRollCall.com

**Class Action Suit**
We Handle Major Class Actions: Discrimination, Fraud, Defective
www.schneiderwallace.co

Bireley keeps board seat

*Hughes defeats Laird for District 3 seat*

By Jonathan Starkey
Staff Reporter

Nearly 2,400 people voted in the election for the District 4 seat on the Indian River School Board, overshadowing turnout for the other local election and any other district election in history.

Incumbent Charles Bireley defeated challenger Jackie Wilson by a vote of 1337-1033 in what is believed to be a record turnout for an Indian River school board election.

"I'm tickled to death," said Bireley, a 29-year school board veteran, of the turnout and the final result. "I'm very pleased and I'm looking forward to three more years."

In the election for the District 3 school board seat — which carries a one-year term — recent appointee Randall Hughes defeated challenger Will Laird by a vote of 496-93. Laird was not available for comment before press time.

"I'm very happy to have won," Hughes said, who was appointed to his seat in January after Greg Hastings stepped down. "I think the whole process went very well. I'm just very humbled."

Hughes added about the District 4 election; "That's democracy at its finest. That's fantastic. They were two very good candidates."

Bireley said that the prayer suit facing the district and the board was the major issue surrounding this year's election, and that it probably swung this year's vote.

Early in 2005, the Dobriches, a Jewish family, along with another unidentified family filed suit against the district, claiming multiple First Amendment violations. She said that Christian prayer in school and at academic and athletic events had "pervaded the life" of district teachers and students.

Defended by an American Civil Liberties Union attorney, the plaintiffs late last year offered a settlement that included a six-figure money amount and several stipulations. The board, of which Bireley was president, unanimously denied that settlement offer in late February. The board has since been sued by its insurance company, on the grounds that it should have accepted the settlement.

"That's the issue," Bireley said of the District 4 campaign. "They approved of what we did back on Feb. 28. It became a campaign issue."

Wilson agreed, but thought the public might have been misled.

"The election came down to the lawsuit," she said. "They assumed that Charles Bireley was for the lawsuit and Jackie Wilson was against it. That's unfortunate. I'm not against prayer in school, as long as we do what the Supreme Court says."

Wilson, a life-long educator who had 28 years of experience in the Indian River School

District as a teacher and administrator before leaving for the state and college levels, was unable to give a direct answer about the prayer suit when asked by the Coastal Point, saying she didn't have enough information due to the closed nature of the suit and settlement terms.

Bireley didn't answer the question from the Coastal Point, either, citing a court-ordered silence. Wilson noted that she did answer questions on the subject when appearing before crowds and individuals, but she didn't make it part of her extensive campaign, which might have hurt her at the polls.

Wilson said she will not run in another school board election but will stay involved with the district.

"They made their choice," Wilson said. "They chose Mr. Bireley. (But) I will follow what is going on and I will stay involved because 1,000 people expect me to."

*Website Design by Shaun M. Lambert. Copyright © 2005 Coastal Point, LLC.*

P 0690

# EXHIBIT 57

*Serving the Heart of Sussex County*

# SUSSEX POST

| 35, NO. 32 | Thursday, July 6, 2006 | 50 cents |

# IR board tweaks prayer policy

**Case still pending
in U.S. District Court**

By James Diehl
*Sussex Post*

SELBYVILLE — It's been more than two years since the battle over prayer began in the Indian River School District. And, with two court cases still pending, it doesn't figure to come to a conclusion anytime soon.

The latest news developed last week when the Indian River board of education voted to revise its policies regarding prayers at commencement and baccalaureate services in the district.

The revisions involved policy voluntarily adopted by the board following the 2004 Sussex Central High School graduation ceremony, where a Christian prayer eventually led to a lawsuit filed



**Charles Bireley**

by former district residents Marco and Mona Dobrich.

That policy stated that student-initiated, student-delivered, voluntary messages were permitted during such ceremonies.

That policy has not changed, though it has been "tweaked," according to board *president* Charles Bireley.

"The gist of it is still the same," Mr. Bireley said. "We still think it complies with what we're supposed to do and what we're not supposed to do. I'm satisfied with it."

Revised portions of the policy

detail who is responsible for selecting graduation speakers and regulating the content of those speeches.

Most revisions were made in response to recent court decisions, according to Mr. Bireley.

"As long as a student is not coerced, then they're allowed to (speak)," Mr. Bireley said. "We adopted this on our own. The only thing that the courts have ruled so far is that we can't be sued as individuals and we have the right to do what we do before the board meeting."

In spite of the lawsuits and

facing tremendous pressure from the American Civil Liberties Union, the board has continued its custom of beginning monthly board meetings with a prayer by a board member.

That is the essence of the case currently before U.S. District Judge Joseph Farnan.

In late February, the board voted unanimously to reject a proposed settlement offer in the case, meaning the end to mediation and the return of the case to the court.

See **Prayer** — Page 7



## Prayer

### Continued From Page 1

It was a bold move for the board, but one they stand behind.

"The ACLU has an ongoing nationwide campaign to take away the right of any citizen legislator to speak and pray according to his conscience and religious tradition," board member Reggie Helms said following that vote. "My freedom of speech is too important to compromise or risk its loss. Our court case, where we have been standing up to the ACLU, provides the opportunity for the federal court to permanently uphold my right not to be treated as a second-class citizen, or to have to move to the back of the bus.

"Accordingly, I have voted not

to settle the pending court case so the courts will have the opportunity to finally decide whether I can be discriminated against because of the viewpoint of my speech, or because I come from a particular religious tradition which the ACLU opposes."

Because of that decision, the district's insurance carrier is also suing the board for past attorney's fees.

Throughout the case, the majority of the community has stood behind the board, some calling them "heroes" for taking such a "courageous step."

That hasn't changed in the months since that February vote, according to Mr. Bireley.

"We're still getting support from the community. It's really overwhelming," Mr. Bireley said. "It's very gratifying to know that they approve of what we're

doing. It's always better that way.

"I rarely go places now where somebody doesn't tell me that we're doing the right thing and to hang in there."

The issue over the district's prayer policy all began when the Dobrichs, who were concerned over a Christian prayer said at their daughter's graduation ceremony, filed a lawsuit against the district seeking monetary damages and injunctive relief.

The Dobrich family is of the Jewish faith.

Earlier this year, Judge Farnan granted a defense motion dismissing all claims against individual members of the Indian River Board of Education.

The case against the district is still pending, however.

*News Editor James L. reached at
jdiehl@new*

# EXHIBIT 58





**Home   News   Obituaries   Entertainment   Classifieds   Shopping   Homes   Cars   Jobs   Custor**

Search ▸

Home
News
Obituaries
Delmarva
Newspapers
  The Daily Times
  Chincoteague Beacon
  Delaware Beachcomber
  Delaware Coast Press
  Delaware Wave
  Eastern Shore News
  Maryland Beachcomber
  Ocean Pines
  Independent
  Somerset Herald
  Worcester County Times

Entertainment
Directories
Classifieds
Coupons
Homes
Cars
Jobs
Customer Service
Partner Sites
  delawareonline.com
  delawarebeaches.com
  USATODAY.com



103-120th Street Suite B
Ocean City, MD 21842
410.520.0502 / Toll Free 866.665.4362

**Wednesday, April 12, 2006**

Delaware Wave

✉ Email this story

# Bireley will run on his own personal record

---

Editor:

In politics, a strategy used to plant negative images in the mind of voters is called "Framing." You frame your opponent by your letters to the editor, advertisements, etc. by telling the voters that your opponent is something that he really is not.

For example, George Bush was framed as giving tax breaks to the rich. John Kerry was framed as a liberal. Whether true or not, the candidate is framed and those "terms" are used by everyone.

In Kami Banks letter to the editor in the April 5 edition of The Wave, Kami "framed" Mr. Bireley by using the term "turbulent." To the reader who does not follow the Indian River School Board, one would think there are problems or as Miss Banks stated, "turbulent."

"Turbulent" could not be further from the truth! In the same edition of The Wave, Mr. Bireley graciously thanked the community for their overwhelming support of the referendum. He stated that Indian River is the top district in the state with 10 schools receiving a Superior rating.. He asked those voters who did not support the referendum to continue to watch how well the district would manage the referendum monies. In his letter he thanked parents, teachers and the community for their support and not one-time mentioned himself personally for the success of the referendum. He is a gracious man.

Does "turbulent" mean that Mr. Bireley is standing up to the ACLU? I don't call this turbulent, I call this leadership at its finest.

Charles Bireley has served this community for 29 years. In the many elections he has participated in, he has never stated a negative message about his opponent. He stands on his record, his dedication, his distinguished service.

Miss Banks is correct in stating that Mr. Bireley will "undoubtedly run on his record and his ability" and why would he change direction at this time? Ten

P 0565

superior schools and his respect for the role of parents, teachers and community in building superior schools is pretty good record, in my book.

The caption above Miss Banks letter to the editor stated, "this is the year for change." I don't agree with that statement at all, especially, in the sense that if "framing" and negative statements are going to be used, they need not be used in a school board election.

I know Charles Bireley will run on his own personal record.

Elaine McCabe

Roxana

**Originally published Wednesday, April 12, 2006**



Home | News | Obituaries | Entertainment | Classifieds
Coupons | Homes | Cars | Jobs | Customer Service



Contact Us | Subscribe | Place an ad
Copyright ©2004 DelmarvaNow. All rights reserved.
Users of this site agree to the Terms of Service
(Terms updated 12/20/2002)

 

P 0566

# EXHIBIT 59

www.stoptheaclu.org

# Stop the ACLU Coalition



**Coalition Information    The Community**

Home · News · Legal News · Delaware School District Stands up to the ACLU

**STOP THE ACLU**

Home

News

Links

Contact Us

Search

About Us

How We Do It

Marriage Cases

Hall of Shame

ACLU Letter

ACLU Windfalls

Get Involved

Our Store

Events

Press Releases

Expose Plaintiffs

Petitions

### Delaware School District Stands up to the ACLU

User Rating: ●●●●● / 2

Poor ○ ○ ○ ○ ● Best

Written by Nedd

Thursday, 02 March 2006

The ACLU likes to "hail" rulings when they go their way. Well, there is no ruling to "hail" here for us but we can "hail" the Indian River, Delaware School District for standing tall and strong against the ACLU. The Daily Times of Delmarva has more on this case here and here which the school board unanimously rejected paying six figures to the ACLU.

The Indian River School District deserves a standing ovation from us for boldly and unanimously rejecting the ACLU's claims of monetary extortion and intimidation in trying to persuade them from public prayer before their meetings. The case began in 2004 which you can read here and here (the 5th item down under "Free Speech").

There were two cases here, one against the school district for a prayer said at a graduation service and another for prayer said prior to the opening of school board meetings. The former case is ongoing which is what the school board agreed to do in rejecting this ACLU offer of settlement. The latter case was dismissed in August 2005.

It is extremely heartening that even in the heavily liberal northeast part of America, there are still some public officials and citizens who will tell the ACLU where to go. The fact that there was patriotic and Christian music sung at the meeting is encouraging at a time where religious freedom is under ACLU assault more than ever.

The fact that churches were actively supporting the school board is something we need more of. The Coalition has a program to get churches involved with us and we are willing to go and speak at churches who want to be educated on the ACLU and its agenda.

If you are a pastor and located within a 2 hour radius of Metro Chicago and want to have the Coalition address your congregation, please contact me to schedule a date. Please note - you can invite us to speak to your church without ever having your tax status jeopardized.

Kudos to Pastor John Betts for his support of the school board and to Pastor David Bennett for telling the ACLU where to go. This is what we need from ministers across America. This is why the Coalition has a passion to enlist churches to this cause. Sadly, very few are willing to go outside their 4 walls of their churches which is partly why America is in moral disarray as it is.

Delaware and Maryland (since the district is located at the state line) residents, express your appreciation to the Indian River School District. Their contact information and board members can be found here. They need to hear from you since it is not easy to stand up to the legal thugs of the ACLU. And the Rutherford Institute needs our support and thanks as well.

If you wish to reach Pastor Bennett, his church is located at Route 334 in Dagsboro, phone (302) 732-9462. Pastor Betts church is at 20488 Donovans Rd in Georgetown, phone (302) 856-2252.

If you contact either of the churches and/or the school district, please express our heartfelt thanks and support and encourage them to contact us and join the Stop the ACLU Coalition. We're hoping and praying for a favorable ruling later in the year and to put an end to the ACLU's meddling.

This case is a good time to introduce our "Expose the ACLU Plaintiff" project and here's how it goes. When an individual, group or even church (yes, there are churches that support the ACLU) is using the ACLU (or similar groups like Americans United, People for the (Anti) American Way, Freedom from Religion Foundation and American Atheists) to facilitate removal of a cross, the 10 Commandments or other religious symbols or the ceasing of prayer from a school or government entity, we want the community to know about it. We will start with the Dobrich family which is largely responsible for this case being taken. We are offended that the Dobrich's want to impose their atheism at the expense of the vast majority of community members who aren't offended. We will let all of

**SEARCH US**

**LATEST NEWS**

Stop the ACLU
Rally in
Champaign,
Illinois
ACLU - Free
Speech for all but
pro-lifers
The Truth is in:
The ACLU is
hostile to
Christianity
Turn the key. Start
a revolution -
against the ACLU
ACLU "Singles"
out Wisconsin
School

**STOP THE ACLU POLL**
**What ACLU Issue or
Group Concerns You the
Most?**
○ Abortion on Demand
○ Same Sex Marriage
○ Assault on Boy Scouts
○ NAMBLA
○ Legal Action Against
   the 10
   Commandments/Pledge
○ Legal Action Against
   Prayer in
   Schools/Government
○ Illegal Immigration
○ Undermining the War
   on Terror
○ Death Penalty
   Opposition
○ Legal Action Against
   Christmas



**SYNDICATE**



Stop the ACLU Coalition :: Working Hard to Keep America Safe Fr...    http://www.stoptheaclu.org/index.php?option=com_content&task=v...

Delaware know who used the ACLU to sue this school district.

For our first case, we will leave the information here where the Dobriches reside.  Here it is, according to Switchboard.com.

*Mario and Mona Dobrich*
*Woodland Rd.*
*Seaford, DE  19973*
*(302) 629-4125*

Our policy regarding this project is as follows:

1. If it's a 10 Commandments, cross or religious symbols case, you may call only if you live in the jurisdiction.  If the suit is against a county, you may call if you reside in that county.  If the suit is against a city, you may call only if you live in that city.
2. If it's a school that's involved such as in this one, you may call if you live in the district or have a student attending the school there or if you have a family member working there.
3. If #1 and 2 do not apply, please only write a letter.  We will also post e-mail addresses if they can be found.
4. In all your communications, written or verbal, do not harass and do not be rude. You can be firm and angry but do not use profanity and under no circumstances should you threaten the party involved.  Your outrage is fully understood and shared but harassment and threats serve only to harm us and could even get the police involved which we don't want.  Remember, you represent the Coalition.
5. Get others involved.

If you want to be involved in research for this project or have any questions,  contact me and I will get you started.  I would like a couple individuals to start working on this ASAP. But please note - for this project, we're only looking for individuals, small groups and churches.  Major companies and corporations supporting the ACLU like Progressive Insurance and Ford do not fit this project.  We want specific plaintiffs in specific cases.

Thank you.

Nedd

Next >

[ Back ]

© 2005 Stop the ACLU.

**MOST POPULAR**

**Huge Legal Blow to the ACLU**
**Anti-ACLU Petitions**
**Stop the ACLU Bonfire**
**Why The ACLU Doesn't Deserve Your Tax Dollars**
**ICLU: Criminal Rights More Important than Religious Rights**

P 0562

# EXHIBIT 60

INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION REGULAR MEETING
TUESDAY, AUGUST 24, 2004 – 7:30 P.M.
FRANKFORD ELEMENTARY SCHOOL CAFETERIA

## MINUTES

### CALL TO ORDER
President Harvey L. Walls called the Regular Meeting of the Indian River School District
Board of Education to order at 7:30 p.m.  President Walls asked Dr. Hattier to give a
prayer.

### ROLL CALL
Board Members Present:  Charles M. Bireley, (Mrs.) Nina Lou Bunting, Richard H.
Cohee, John M. Evans, Gregory A. Hastings, Donald G. Hattier, Reginald L. Helms,
Mark A. Isaacs, (Mrs.) Elaine McCabe, Harvey L. Walls

### APPROVAL OF AGENDA - Regular and Executive – August 24, 2004
President Walls recommended that the agenda be amended to allot 45 minutes for Public
Comments due to the large number of persons who have requested to speak this evening.
Each speaker will be allowed 2 minutes.  It was moved by Mr. Helms, seconded by Mr.
Cohee, to approve the Regular Agenda as amended and the Executive Session Agenda.
The motion passed unanimously (10-0).

### APPROVAL OF MINUTES
Board of Education Regular Meeting Minutes – July 27, 2004
It was moved by Mr. Hastings, seconded by Mrs. McCabe, to approve the minutes as
recorded.  The motion passed unanimously (10-0).

### VISITORS AND STAFF IN ATTENDANCE
Lois Hobbs, Janet Hearn, Earl Savage, Patrick Miller, Jay Headman, Susan Bunting,
Denise Speicher, Cathy Miller, Darlene St. Peter, Charlie Hudson, Greg Weer, John
Mitchell, Carmen Deldeo, David Maull, Gary Brittingham, Sharon Brittingham, Brice
Reed, Ivan Neal, Vince Catania, Sonny Riggin, Walter Smith, Mark Steele, Darlene
Johnson, Patricia VanRyn, John Corp, Laura Hattier, Earl Robinson, Biffy Walls, Mona
Dobrich, Marco Dobrich, Alex Dobrich, Sarah Dobrich, Ken Evans, Dolores Helms,
Janice Parker, John Hinkle Jr., Rhonda Tuman, Mary Sue Drugash, Darrell Neale, A.
Daisey Calhoun, Chris Rust, Mary Jane Hastings, Arlene Rust, Courtney Jefferson,
Ashley Rust, Mary Robinson, Theodore Randall Jr., Harriet Rayne, Calvin Rayne, Mary
Jayne Bowden, Arthur Bowden Jr., William Lee Burton, James A. Burton,  Mark
Hickman, Amos Harmon, Mary E. Harmon, James M. Stray, Amy Stray, Rocky
Klaverweiden, Kathy Klaverweiden, Samual Klaverweiden, Rick Stafford, Cecilia
Stafford, Dolores Collins, Marilyn Cannon, Marcella Pitts, Pauline Wescott, Victoria
Ferebee, Mildred Hudson, Ed Metz, Hazel Mitchell, William B. Hudson,

BPD 000076

BOARD OF EDUCATION REGULAR MEETING MINUTES
August 24, 2004
Page 2

Donald L. Wilgus, Dawn Cordeaux, Ed Forebee, Dawn D. Codeaux, John Breasure, Eleanor Breasure, Lehman Tomlin, Charles Adkins, John Adkins, Jill Norman, Margaret Stevens, Bonnie Carey, Eleanor Banks, Joan Willey, Philip Willey, Norma Davidson, Nancy Griffith, Carl Davidson, Henry Griffith, Donald Koperwhats, Philip Troyer, Aime Strauss, Ron Strauss, Jo Ann Houghton, Ralph Justice, Calvin Lewis, Patricia Justice, Richard Belote, Robert Wilson, Paul Gerner, Richard Wilson, Mickey Koster, Mary Koster, V. Beiriger, D. Beiriger, David Wingate, Brenda Wingate, Carolyn McGrello, Carole Cullen, John Cullen, Todd Wilson, Diane Johnson, Anthony Williams Sr., Pamela Johnson, Charles M. Harmon, Janet Showell, Greg Showell, Roslyn Harmon, Tony Harmon, Dee Bennett, Mark Bennett, Rosalind Revel, Matthew Revel, Bill Pepper, Guy Cooper, Angela Robinson, Darita Robinson, B Robinson, Janet Cooper, John Cooper, John Ennis, Martha Randall, Erma Snively, Donna Atkinson, Robert Snively, Cheryl Truitt, Marian Davis, Albert Fleshman, Vi Fleshman, Rev. James Carmean, Lillian Carmean, Everett Dukes, Dorothy Dukes, Jackie Wreath, Albert Lank, Eloise Lank, Elisha Whealton, Lynette Whealton, Paul Walker, Betty Walker, Rosalie Downs, Alvin Messick, Lela Davidson, Mary Beth West, Pat West, Wayne West, Joe Pittard, Ches Nealson, Linda Pusey, Bill Pusey, Larry McQuay, Tish McQuay, Jermaine Harris, Stacey Harris, Phyllis Levitt, Cecil Wilson, Shelly Workman, Jerry Workman, Devin O'Neal, William Emory Vickers, Leslie Freeman, Marva Freeman, Karen McPherson, Jerry McPherson, Levi Godfrey, Bruce Daisey, Pamela Daisey, Ray Ellis, Barbara Ellis, Tracy Peoples, Genie Herwig, Julia Robinson, Joe Walls, Burton Fox, Kennie Archer, David Long, Rosemary Long, Pierre Dennis, Twanda Bailey, Sandy Wilson, Jim Pence, Terry Murray, Bradford Morris, Wesley Townsend, David Herwig, Shirley Turnage, Regina Baine, Ruth Chandler, Cleo Phas, Carolyn Wells, Norwood Truitt, Kim Burton, Pam Garrison, Elizabeth Johnson, Maureen Beaudin, Sharon Johnson, May Greenwood, Bill Greenwood, Betty Truitt, Joan Ewaka, Sheldon Hudson, Matilda Tindley, Stephanie Gibbs, Tracey Hudson, Michelle Murray, Cindy Brought, Steve Brought, Maureen Nicolson, Bobbi Schroeder, Pat Sherman, Andie Hall, Catherine Harmon, Pamela Coleman, James Stewart, Joe Mahon, Pam Bullis, Virgil Bullis, Catherine Peterson, Anna West, Jen Tyre, Sara Powell, Katherine Riley, Lonnie Riley, Priscilla Schoolfield, Casandra Hall, Vanessa DeLoach, Devin DeLoach, Gloria Duffy, William Duffy, Rev. Ervin Williams, Alice Williams, Doris Hall, Robert Burton, Terri Burton, Melvyn Street, Michael Walt, Mildred Timmons, Debby Dukes, Larry Dukes, Larry Dukes II, Lynn Kortvelesy, Barbara Hudson, Stewart Quillen, Irene Gray, Margaret Veasey, Joanne Veassey, Thomas Veasey, Vickie Veasey, Ashley Veasey, Cathy Perdue, Frank Perdue, Kimm Nureck, Pat Gordon, James Hudson, Pam Shockley, Lori Hudson, Rodney Hudson, Stephanie Haygood, Gloria Handy, Peggy Trott, Arinthia Peacock, Gerald Wilson, Frederick Poole, Marie Poole, George Beckett, Albert Oliver, Andrea Chandler, Valerie Handy, Joan Messick, Rasalie Walls, Ruth Corbin, Viola Lawrence, Betty Dennis, Donna Bunting, George H. Bunting, Emily Hocker, Gerald Hocker, Bill Ricketts, Pat Beckett, Elma McCabe, Ronald McCabe, Jessica Enidcott, Lorraine Tomlin, Lois Dolby, Harold Short, Dora Short, Loretta Warfield, Christine Wood, Patricia Benton, Elaine Mahon, Helen Norton, Dorothy Anderson, Ashley Anderson, Norman Anderson,

**BPD 000077**

BOARD OF EDUCATION REGULAR MEETING MINUTES
August 24, 2004
Page 3

Linda Thompson, Shaun Thompson, Sara Russell, Paul Russell, Gene Ellen Lyons, Mildred Shipley, Cynthia Lyons, Inez Smith, Jan Windsor, Grace Jackson, Aaron Mishoe, Lori Parker, Frank Smith, Judy Smith, Eddie Rideau, Donald Collins, June Collins, Paris Mitchell, Donna Mitchell, Earl Armbrust, Dolores Treuting, Marie Rogers, Sylvester Brittingham, Anita Brittingham, Andrea O'Day. Portia O'Day, Arthur O'Day, Rosella Calloway, Nancy Carmean, Harold Carmean, Lynden Tunnell, Judy Tunnell, Gail Olvier, Rev. James Fyke, Jesse Levengood, Edward Thornton, Abbie Argoe, Frank Infante, Ted Dwyer, James Brittingham, Shirley Brittingham, Vivian Bryant, Michael Hudson, William Kellun, Barry Mariner, Jeannie Marnier, Ethan Mariner, Gail Kruz, Noreen Jager, Joanne Jones, Donna Kahler, Jennie Santiago, Alison Taylor, Sebrena Taylor, Andrea Mumford, Charles Mumford, Violet Garrison, Mabel Custis, Laura Hudson, Arlen Smith, Patricia Smith, Linda Betts, John Hitchens, Bernice Hitchens, Charlotte Jones, Doug Jones, Richard Blades, Nancy Houston, Shawanda Burton, Ronald Hall, Sandra Hall, Tyker Mann, Demetrius Taylor, Viola Taylor, Shawn Moore, Rev. Richard Worthy, Carl Hinken, Demetrius Taylor Jr., Don Ireland, Gary Knapp, Bill Nick, Gary Sabastian, David Fern, Ken Johnson, Mark McCal, Rev. Tambara Stewart, Christine Williamson, Lula Isler, Nancy Schilling, Linda Edwards, Peggy Baker, Ruth Wood, James Wood, Atwood Timmons, Aileen Timmons, Norma Nelson, Barbara Hall, Norma Adkins, Sandra Stevens, Joanne Bireley, Patty Adams, Nancy Campbell, Beverly Evans, Rosalee McCabe, George McCabe, Ronald Wootten, Jack Bigelow, Sharon Bigelow, Linwood Marvel, Bradley Connor, Richard Huston, Harold Johnson, Carol Svecz, Christina Adkins, Doris Ward, Linda Adkins, John Mallory, Dennis Milner, Jill Short, Gail Simms, Daniel Bowles, Rev. Leroy Weymouth, George Parish, Warren Rex, John Steinbruck, Max Wolf, John Bradey, Joe Cannon, Al Hook, Lindsey McAlister, Mary Ann Hook, Danny Tice, Bud Truitt, David Collison Sr., Brandi Maron, Ken Hudson, Paula Hudson, Andy Engh, Harry Gordon, John Schutt, Bridgett Schutt, Wanda Webber, Connie Lathbury, Chip Lathbury, JoAnne Holiday, Amy Wingate, Lidia Smith, Robert Smith, Leslie Hitchens, Michael Hitchens, Donnel Bailey, Danielle Blake, William Blake, Quintin Johnson, Maria Johnson, Evelyn Smith, Arnold Smith, Irene O'Day, Donald Mitchell, Virginia Mitchell, Jim Knox, Jan Knox, Adele Baumgart, Nancy Layton, Robert Layton, Elva Cash, Cheryl Wells

BPD 000078

BOARD OF EDUCATION REGULAR MEETING MINUTES
August 24, 2004
Page 4

PUBLIC COMMENTS
The following persons spoke regarding Indian River School District's practice of holding
prayers at school-sponsored events including graduation ceremonies: Mona Dobrich,
Alex Dobrich, Janice Parker, Linda Adkins, Rusty Baker, Peggy Trott, Gary Knapp, Bill
Beckett, Mary Sue Drugash, Stephanie Haygood, Rhonda Tuman, Arinthia Peacock,
Wescenia Wise, Judy Smith, Gloria Handy, John Atkins, Gerald Hocker, Ben Ewing,
Eddie Rideau, George Parish, Frederick Poole, Lori Parker, Harold Carmean, Tambara
Stewart, Valerie Handy, Reverend Worthy, Patricia Benton, Danny Tice, Elaine Mahon,
Ronald Kirk, Charles Mumford, Drew Fennell, Paris Mitchell, Jessica Endicott, Harold
Johnson, Carol Svecz, Roland Mifflin, Kim Tephabock, Max Wolf, John Steinbruck,
Frank Infante, Collen Waters. President Walls thanked the visitors for their comments.
He explained that the Public Comments section is intended as a one-sided conversation
for visitors to air their concerns. He noted that the Board would be reviewing additional
information regarding this issue and a Public Forum may be scheduled in the future.

OLD BUSINESS
Major Capital Improvements Progress Report
Mr. Weer reported that the work at Indian River High School is moving forward quite
well. Sitework on the athletic fields is finished and awaiting the approval on the
irrigation system. Rough seeding has been done for stabilization. Fencing is being
installed around the fields. A letter was sent to Pinacle, site contractor, last week because
they are behind on project. In Area A, 80% of framing is up, rough-in wiring is
proceeding, and roofing work is half done. In Area B, locker rooms are being painted,
plumbing work is 90% complete, electrical work is 80% complete, and the ductwork in
the gym is half-way complete. In the shop area, masonry work on the inside should be
completed in 3 to 4 weeks, and outside masonry work should be completed in about five
weeks. Piping is 90% complete in the mechanical areas. Air conditioning should be
operating in about three weeks. Painting and flooring is done in the classroom wings.

At Sussex Central High School, Mr. Weer reported that final grading is ongoing, roofing
work is moving along, and floor tile is down in most areas except around the gym, which
will be done next week.  There are still concerns with the mechanical contractor, and we
may have to bring in help to get jobs completed. Wing B will not be ready for the
opening of school. Inspections are being done in the kitchen and the Fire Marshall is also
making his final inspections. The phone system should be completed today and the
cables in the classrooms should be completed by the end of the week. The PA system
should also be completed in approximately four days. Computers are being set up. Most
things have been moved from the old school.

School Choice Applications
It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the School Choice
Applications as recommended. The motion passed unanimously (10-0).

**BPD 000079**

BOARD OF EDUCATION REGULAR MEETING MINUTES
August 24, 2004
Page 5

Middle School Task Force Update

Dr. Bunting, Mr. Catania, and Mr. Riggin gave an update on the Middle School Task
Force Committee. Dr. Bunting noted that the committee, which is comprised of a board
member, administrators, parents and teachers, first met in April 2004. Mr. Riggin and
Mr. Catania shared some initiatives that have been successful in making school
improvements. After reviewing the accountability ratings that were released in August,
the committee has decided to meet on a quarterly basis. The committee will then address
changes to the program on an as-needed basis.

NEW BUSINESS

Accountability Ratings

Ms. Hobbs reported that the elementary schools and the Southern Delaware School of the
Arts received a "Superior" rating. Indian River High and Sussex Central High Schools
received a "Commendable" rating, Selbyville Middle School received an "Academic
Progress" rating, and Sussex Central Middle School received an "Academic Watch"
rating. She expressed that she was pleased with the progress and trend of our school
ratings.

Legislative Priorities – 2004-05

Ms. Hobbs asked that the Board review last year's list of Legislative Priorities in
preparation for establishing the 2004-05 list.

Reading Resource Teachers

Mr. Miller presented a proposal for the local funding portions of the Reading Resource
Teachers authorized by Governor Minner via Senate Bill 320. Mr. Evans noted that the
Finance Committee reviewed and approved the proposal. It was moved by Mr. Evans,
seconded by Mr. Bireley, to approve the proposed funding of the Reading Resource
Teachers as recommended. The motion passed unanimously (10-0).

COMMITTEE REPORTS AND APPOINTMENTS

Buildings & Grounds Committee

Mr. Hastings reported that the Buildings & Grounds Committee met on August 9, 2004.
He expressed his concern with EDiS and the progress of the work at Sussex Central High
School. It was moved by Mrs. McCabe, seconded by Mr. Cohee, to table the remainder
of the Buildings & Grounds report until Executive Session due to the personnel issues
involved. The motion passed unanimously (10-0).

Sussex Central High School Alternative Plan for Section B

Ms. Hobbs shared a plan provided by Dr. Hall for relocating teachers from the B Wing
into other areas until that wing is complete.

**BPD 000080**

BOARD OF EDUCATION REGULAR MEETING MINUTES
August 24, 2004
Page 6

Millsboro Middle School Renovations Update
Mr. Weer shared with the Board the timeline for the renovations of the Millsboro Middle
School. Mr. Hastings stated that the Buildings & Grounds Committee reviewed the
schedule at the August 9th meeting and recommends approval. It was noted that this
change in the timeline is in conjunction with the change in the Georgetown Middle
School Renovations Schedule that was approved last month. It was moved by Dr.
Hattier, seconded by Mr. Cohee, to approve the Millsboro Middle School Renovations
Schedule as submitted. The motion passed unanimously (10-0).

Curriculum Committee
Mrs. McCabe reported that the Curriculum Committee met on August 19, 2004 with the
Department of Instruction personnel and discussed events that would take place during
this school year. The meetings will continue to be held on Thursday morning prior to the
Board Meetings. Please notify Mrs. McCabe with any items to be discussed.

DSBA Board of Directors Representative
Mrs. Bunting reported that there was no meeting in August. The next meeting will be on
September 8, 2004.

DSBA Legislative Committee Representative
Mr. Bireley reported that there was no meeting in August.

Finance Committee
Mr. Evans reported that the Finance Committee will meet in September.

Mary Bailey Scholarship Committee
There was no report.

Negotiations Committee
Mr. Helms reported that the IREA Secretarial Contract was signed this evening, which
completes negotiations at this time.

Policy Committee
1st Reading
IND School Ceremonies and Observances
Mr. Walls submitted a draft policy on School Prayer at Baccalaureate and
Commencement/Graduation Ceremonies. He asked that the Board review this draft
policy and call him with any changes. Should there be changes, he noted that the policy
would be presented as a 1st Reading again. Mr. Griffin noted that the draft policy is based
on the guidelines from the Department of Education.

BPD 000081

BOARD OF EDUCATION REGULAR MEETING MINUTES
August 24, 2004
Page 7

2nd Reading
KBA  Rev. Public Right to Know
Mr. Walls presented Policy KBA Public Right to Know for a 2nd reading.  It was moved
by Mr. Cohee, seconded by Mr. Evans, to approve Policy KBA Public Right to Know.
The motion passed unanimously (10-0).

 IREA Representative
There was no report.

ADMINISTRATIVE REPORTS
Mrs. Hobbs, Board Update
Back to School Activities
Ms. Hobbs informed the Board of the Back to School Activities scheduled for teachers
prior to school starting on September 7.

New Teachers
Ms. Hobbs informed the Board that 60 new teachers were hired this year.

Administrative Assignments for Board of Education Committees
Ms. Hobbs shared the Administrative Representative Assignments to the Board of
Education Committees.

CCMS Public Hearing
Ms. Hobbs informed the Board that a Comprehensive Compliance Monitoring System
Public Hearing was held on July 28, 2004.  This public hearing is required in order to
share special education information with parents.

All-Day Kindergarten Grant
Ms. Hobbs congratulated Sharon Brittingham for being awarded the All Day
Kindergarten Grant for Frankford Elementary School.

September 1 Kick Off
Ms. Hobbs invited the Board members to the "Back to School Kick-Off" at Selbyville
Middle School on Wednesday, September 1, 2004.

Mini-workshops
Ms. Hobbs informed the Board that the administrative team had been conducting mini-
workshops with staff this year regarding improvement plans and disciplinary issues.

SRO Contracts
Ms. Hobbs noted that the contracts of the School Resource Officers would be continued
this year and she thanked them for their very valuable service to the district.

BPD 000082

BOARD OF EDUCATION REGULAR MEETING MINUTES
August 24, 2004
Page 8

FINANCIAL
Regular Invoices
President Walls left the meeting from 10:21 to 10:22 p.m. It was moved by Mr. Cohee, seconded by Dr. Hattier, to approve the payment of Regular Invoices. The motion passed (9-0).

Financial Summaries
Mr. Miller reviewed the Financial Summaries for the period ending July 31, 2004. Dr. Hattier left the meeting from 10:25 to 10:30 p.m.

Major Capital Improvements Financial Summaries
Mr. Miller reviewed the Major Capital Improvement Summaries for the period ending July 31, 2004.

Major Capital Improvements Change Orders
Mr. Miller reviewed the Major Capital Improvements Change Orders. The total amount for the Change Orders is $167,086.10 for the irrigation systems at Sussex Central High School ($85,476) and Indian River High School ($81,610.10). There was some discussion regarding the awarding of contracts by the contractors. It was moved by Dr. Isaacs, seconded by Mr. Helms, to table the Change Orders until Executive Session. The motion passed unanimously (10-0).

Financial Position Report
It was moved by Mr. Evans, seconded by Mr. Bireley, to approve the Financial Position Report as submitted. The motion passed unanimously (10-0).

Bond Anticipation Note
It was moved by Mr. Evans, seconded by Mr. Bireley, to approve the Bond Anticipation Note. The motion passed unanimously (10-0).

COMMUNICATIONS
Conference Requests (None)

Use of Facilities (None)

Correspondence
Thank you note from Mike Kline
Ms. Hobbs shared a thank you note from Mike Kline for the many expressions of kindness during his surgery and recuperation period.

BPD 000083

BOARD OF EDUCATION REGULAR MEETING MINUTES
August 24, 2004
Page 9

Thank you note from Jacque Wisnauskas
Ms. Hobbs shared a thank you note from Jacque Wisnauskas for the opportunity to work
in the Indian River School District.

Field Trips
Day trip by Southern Delaware School of the Arts 8th Grade Students – September 23,
2004 to Mount Vernon, VA

Day trip by Southern Delaware School of the Arts 5th-8[th] Grade Students – December 8,
2004 to New York City, NY

Overnight trip by Indian River High School FFA – September 16-19, 2004 to Springfield,
MA

Mrs. Hobbs recommended approval of the three field trip requests. It was moved by Dr.
Isaacs, seconded by Dr. Hattier, to approve the superintendent's recommendation. The
motion passed (9-0-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Cohee, Mr. Evans, Mr. Hastings,
Dr. Hattier, Mr. Helms, Dr. Isaacs, Mr. Walls
Abstained: Mrs. McCabe

STAFF
Personnel Agenda, Personnel Addendum, Projected Unit Count, PERB Response
It was moved by Mr. Bireley, seconded by Mr. Helms, to table Personnel Agenda,
Personnel Addendum, Projected Unit Count and PERB Response until after Executive
Session. The motion passed unanimously (10-0).

PUBLIC COMMENTS
Pam Shockley
Ms. Shockley raised questions about the first reading of the policy presented this evening
regarding prayer at graduation and baccalaureate ceremonies. Mr. Griffin noted that
according to the Regulations of the State Department of Education, prayer must be
student issued and student led. President Walls explained our procedures for establishing
policy.

Collen Waters
Mr. Waters urged the Board to have guidelines under item 4. of the policy presented this
evening on prayer at graduations and baccalaureate ceremonies.

BPD 000084

BOARD OF EDUCATION REGULAR MEETING MINUTES
August 24, 2004
Page 10

EXECUTIVE SESSION
It was moved by Mr. Helms, seconded by Mr. Evans, to go into Executive Session at
10:55 p.m. The motion passed unanimously (10-0).

A.    Personnel: To discuss matters pertaining to names, competencies and abilities of
       individual employees or students.
B.    Strategy Session: To discuss collective bargaining, pending or potential litigation.
C.    Hearing: To conduct a hearing regarding employee or student discipline or
       employee dismissal.
D.    Such other business as may properly be discussed in an executive session.

RECONVENE
It was moved by Dr. Isaacs, seconded by Mr. Evans, to reconvene in Regular Session at
12:55 a.m. The motion passed unanimously (10-0).

CONSIDERATION OF AGENDA ITEMS DEFERRED
Personnel Agenda
It was moved by Mr. Bireley, seconded by Dr. Hattier, to approve the Personnel Agenda
excluding the candidate under Rescind Resignation on page 2. The motion passed
unanimously (10-0).

Personnel Addendum
It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the Personnel
Addendum excluding the candidate under Hire Secretary at IREC and the candidate under
Resignation Paraprofessional at HTE. The motion passed unanimously (10-0).

It was moved by Mr. Bireley, seconded by Dr. Hattier, to approve the Resignation of the
Paraprofessional at HTE. The motion passed (9-0-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Cohee, Mr. Evans, Mr. Hastings,
Dr. Hattier, Mr. Helms, Dr. Isaacs, Mrs. McCabe
Abstained: Mr. Walls

It was moved by Mr. Bireley, seconded by Dr. Hattier, to approve the hiring of the
Secretary at IREC. The motion passed (9-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Cohee, Mr. Evans, Mr. Hastings,
Dr. Hattier, Dr. Isaacs, Mrs. McCabe, Mr. Walls
Against the Motion: Mr. Helms

**BPD 000085**

BOARD OF EDUCATION REGULAR MEETING MINUTES
August 24, 2004
Page 11

Irrigation
It was moved by Dr. Isaacs, seconded by Mr. Bireley, to accept the Change Order to A. P. Croll & Son for the Sussex Central High School Irrigation Project. The motion passed unanimously (10-0).

It was moved by Dr. Isaacs, seconded by Mr. Bireley, to request more detailed information regarding the bids submitted for the Indian River High School Irrigation Project and to authorize the Buildings & Grounds Committee to approve the low bidder. This information should be available for the next meeting of the Buildings & Grounds Committee. The motion passed unanimously (10-0).

ADJOURNMENT
It was moved by Mr. Evans, seconded by Mr. Cohee, to adjourn the meeting at 1:00 a.m. The motion passed unanimously (10-0).

Respectfully submitted,


Harvey L. Walls                              (Ms.) Lois M. Hobbs
President                                    Secretary and Superintendent
Board of Education                           Board of Education
Indian River School District                 Indian River School District

HLW/LMH:jlh

BPD 000086

# EXHIBIT 61

INDIAN RIVER SCHOOL DISTRICT
BOARD OF EDUCATION REGULAR MEETING
TUESDAY, JUNE 15, 2004 – 7:30 P.M.
NORTH GEORGETOWN ELEMENTARY SCHOOL CAFETERIA

MINUTES

CALL TO ORDER
President Harvey L. Walls called the Regular Meeting of the Indian River School District
Board of Education to order at 7:30 p.m.

ROLL CALL
Board Members Present:  Charles M. Bireley, (Mrs.) Nina Lou Bunting, Richard H.
Cohee, John M. Evans, Gregory A. Hastings, Donald G. Hattier, Reginald L. Helms,
Mark A. Isaacs, (Mrs.) Elaine McCabe, Harvey L. Walls

APPROVAL OF AGENDA - Regular and Executive – June 15, 2004
As noted on the Amended Agenda posted on June 10, 2004, the following item was
added to the Regular Agenda:
IX. A. 1.  Athletic Fields

Also, the following item was added to the Regular Agenda:
XI. E.  Music Furniture Bid

It was moved by Mr. Helms, seconded by Mr. Cohee, to approve the Regular Agenda as
amended and the Executive Session Agenda.  The motion passed unanimously (10-0).

APPROVAL OF MINUTES
Board of Education Regular Meeting Minutes – May 25, 2004

VISITORS AND STAFF IN ATTENDANCE
President Walls and Ms. Hobbs recognized and presented certificates to the following for
their accomplishments:

Ben Carson Scholarship Recipient
        Michelle Giorgilli (SDSA)
World Finalist – 6th Place
        Odyssey of the Mind Team – Lisa Forney
Savings Campaign Slogan Poster Contest Winner – 1st Place
        Katie Warrington (NG)
        "Leap into Savings"
Wellness, Academics, & You (WAY) Essay Contest Winner – 1st Place
        Marquette Nelson (NG)
Junior All-State Band
        Wayde Marsh (SDSA)
Indian River School District Nurse of the Year
        Linda Walls (SS)

BPD 000010

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 15, 2004
Page 2

OTHER VISITORS AND STAFF IN ATTENDANCE
Lois Hobbs, Janet Hearn, Susan Bunting, Earl Savage, Charlie Hudson, Jay Headman,
Michael Owens, Cathy Miller, Patrick Miller, Denise Speicher, David Maull, Carmen
Deldeo, John Mitchell, Greg Weer, Donna Hall, James Hudson, Mark Steele, Tim
Fannin, Darlene Johnson, Darrell Neale, Dorcell Spence, Mona Dolbrich, Maro Dolbrich,
Hyland Johnson, Donna Mitchell, Sandra Givans,  Bradley Layfield, David Marvel,
Marcy Bradley, Linda Walls, Steve Warrington, Charlene Warrington, Katie Warrington,
Beth Conaway, Clay Conaway, Richard Jones, Drew Kleinstuber, Kim Kleinstuber, Lisa
Forney, Caitlin Murray, Barbara Murray, Angela Robbins, Janet DeLancey, Andrea Ruth,
Dawn Schultz, Melissa Linde, Bonnie Meszaros, Jonna Lee Davis, Lisa Giorgilli, Joy
Marvel, Wayde Marvel, Mitchell Giorgilli, Carol Buchler

PUBLIC COMMENTS
Mona Dobrich
Mrs. Dobrich, a parent of the Jewish faith, expressed concern about prayers at school
district events.  She asked that the Board consider using a non-denominational prayer that
would be appropriate for all faiths at events such as graduations, etc.

OLD BUSINESS
Major Capital Improvements
Progress Report
Mr. Weer reported that work is progressing well at Sussex Central High School.
Sidewalks around the outside of the building are being installed.  Fencing is going up
around the fields and the outside buildings are finished for the athletic fields.  Ceilings are
in and lockers have been installed in D and E wings.  The cafeteria is being painted and
the ceilings are being installed.  The gym has been painted, the mechanical work is
finished, and they will do the flooring soon.  They should be painting in the
administrative areas in about a week, as well as in the main corridor.  In the B wing, 75%
of the interior walls are completed and electrical and mechanical work is being done.  The
roofing is complete with the exception of some coping round the edge.  Water pumps are
installed and water is available in the building.  Plans are to move the administration in
the building during the first week of August and the building open for students on
September 7.  It is anticipated that the auditorium might not be completed by the opening
of school.

Mr. Weer reported that work is moving forward at Indian River High School.  The
athletic fields are being graded.  The bleachers have been installed.  Ceilings are in D and
E wings and some lockers are installed.  The exterior brickwork is 70% complete.  All
roofing should be done by the middle of next week.  Interior walls should be finished in
two to three weeks.  Permanent power has now been installed in the building.  Plans are
to open for students in January 2005.

School Choice Applications
It was moved by Mr. Bireley, seconded by Dr. Hattier, to approve the School Choice
Applications as recommended.  The motion passed unanimously (10-0).

BPD 000011

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 15, 2004
Page 3

NEW BUSINESS
FY'05 Tax Rates
Minor Cap, Tuition, and Debt Service
Mr. Miller reviewed the FY'05 Tax Rate Proposal. He recommended that the property tax
assessment for the Indian River School District be adjusted from $2.027 to $2.289 per
every $100 of assessed valuation for the upcoming fiscal period FY 2005. It was moved
by Mr. Evans, seconded by Mr. Bireley to approve the FY 2005 Tax Rate as
recommended. The motion passed unanimously (10-0).

Senior Citizen Tax Discount
Mr. Miller noted that if the Board wished to continue the Senior Citizen Tax Discount, no
action was necessary on behalf of the Board. No action was taken, therefore, the Senior
Citizen Discount will continue.

Legislative Update
Mr. Miller gave an update on the legislation related to education.

Graduation Ceremonies
Ms. Hobbs provided the Board with information regarding school prayer from Mr.
Griffin. She apologized for the lateness of providing them the material, however, Mr.
Griffin was out of town due to a death in his family. It was moved by Mr. Helms,
seconded by Mr. Cohee, to table this item until the next regular board meeting. The
motion passed unanimously (10-0).

Dr. Hattier left the meeting from 8:30 to 8:45 p.m.

COMMITTEE REPORTS AND APPOINTMENTS
Buildings & Grounds Committee
Mr. Hastings reported on the Building & Grounds Committee Meeting of June 7, 2004.
Mr. Weer informed the Board of a north entrance issue at the Indian River High School.
There are trees on the property line that must be removed. Mr. Weer is getting pricing
information on both the replacing of trees and fencing. Mr. Hastings noted that the
district is seeking to be good neighbors in dealing with this issue, and we need to inform
the adjoining property owners what the district plans to do before the August Board
meeting. It was moved by Mr. Cohee, seconded by Dr. Isaacs, to allow the Buildings &
Grounds Committee to determine what should be done to resolve this issue. The motion
passed unanimously (10-0).

Also discussed at the June 7 meeting was the deer population problem on the Ingram
Pond property. Mr. Elliott is having DNREC authorities assess the problem, and this
issue will be discussed at the next Buildings & Grounds meeting.

**BPD 000012**

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 15, 2004
Page 4

Athletic Fields
Mr. Hastings informed the Board that the Indian River High School Football Boosters
raised questions regarding the Board's decision to purchase sod for the Sussex Central
High School athletic fields and only seeding the Indian River High School fields. While
researching this issue, it was learned that a better irrigation plan is needed whether or not
the fields are seeded or sodded. He explained that meetings were held with Indian River
and Sussex Central athletic departments regarding the sod versus seed and irrigation
issues. Mr. Hastings made a motion seconded by Dr. Isaacs, to rescind the February 24,
2004 motion for the approval of purchasing sod for the athletic fields at the new Sussex
Central High School at a cost of $79,300. There was considerable discussion regarding
the ramifications of not being able to use the athletic fields for fall sports at Sussex
Central High School. The cost of bussing athletes to and from the old fields was also
discussed. Mr. Weer has requested additional information on irrigation systems.
However, that information was not available for this meeting.
The motion passed (9-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Hastings, Mr. Helms,
Dr. Hattier, Dr. Isaacs, Mrs. McCabe, Mr. Walls
Against the Motion: Mr. Cohee

It was decided to have this placed on the July 1, 2004 meeting agenda. Information
regarding irrigation costs, timelines for installation and timelines for installation of sod on
the football, soccer and field hockey fields should be provided to board members prior to
that meeting.

Curriculum Committee
Mrs. McCabe reported that a meeting was held on June 10, 2004. Items discussed
included the May 20th Middle School Task Force Meeting, as well as plans for the next
meeting, and several middle school parent concerns, which included homework
assignments and early collection of textbooks.

DSBA Board of Directors Representative
Mrs. Bunting was unable to attend the meeting on June 9, 2004. The minutes will be
forthcoming.

DSBA Legislative Committee
Mr. Bireley reported that the June meeting of the DSBA Legislative Committee would be
held at Legislative Hall.

Finance Committee
Mr. Evans reported that the next Finance Committee Meeting would be held on July 13,
2004.

Mary Bailey Scholarship Committee
There was no report.

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 15, 2004
Page 5

Negotiations Committee
Mr. Helms reported that the Custodial Contract was signed this evening. He noted that
the next meeting with the secretaries is scheduled for June 22, 2004. Mr. Helms made a
motion, seconded by Mr. Bireley, to table the remainder of the Negotiations report until
Executive Session. The motion passed unanimously (10-0).

Policy Committee
2nd Reading
JG Student Discipline
It was moved by Mr. Hastings, seconded by Mrs. Bunting, to approve Policy JG Student
Discipline. The motion passed unanimously (10-0).

IREA Representative
There was no report.

ADMINISTRATIVE REPORTS
Mrs. Hobbs, Board Update
School Visits
Ms. Hobbs reported that she attended three very touching graduation ceremonies this
month. She also attended a lovely District Retirement Dinner, and All American Picnic
at Long Neck Elementary School, and an excellent "Chicago" performance at Sussex
Central High School. She thanked the Board of Education, administrators, teachers and
staff for their efforts in completing a successful school year.

Curriculum Update
The Curriculum Update for the month of June was included in the Board Packet.

July 1, 2004 Organizational Meeting
It was decided to have the July 1 Organizational Meeting at Sussex Central Middle
School at 8:00 a.m.

SMART Curriculum
Ms. Hobbs informed the Board of the district's opportunity to have early childhood
teachers trained in the SMART Program through a grant offered by the Minnesota
Learning Resource Center and the U. S. Department of Education.

FINANCIAL
Regular Invoices
It was moved by Mr. Helms, seconded by Mr. Cohee, to approve the payment of Regular
Invoices. The motion passed unanimously (10-0).

Financial Summaries
Mr. Miller reviewed the Financial Summaries for the month ending April 30, 2004.

**BPD 000014**

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 15, 2004
Page 6

Major Cap Financial Summaries
Mr. Miller reviewed the Major Cap Financial Summaries for the month ending April 30,
2004.

Major Cap Change Orders
There were no Major Cap Change Orders for this period.

Music Facility Equipment Bid
It was moved by Mr. Hastings, seconded by Dr. Hattier, to award the Music Facility
Equipment Bid to the Wenger Corporation as recommended.  The motion passed
unanimously (10-0).

COMMUNICATIONS
Conference Requests (None)

Use of Facilities (None)

Correspondence
Thank You note from Katie Towers
Ms. Hobbs shared a thank you note from Katie Towers who received the Critical Areas
Scholarship.

Thank you note from Catherine Miller
Ms. Hobbs shared a thank you note from Cathy Miller for granting her educational leave
this summer.

Field Trips
Day trip by SDSA Junior Thespian Troupe #88537 – October 5, 2004 to Manheim, PA

Ms. Hobbs recommended approval of the field trip request.  It was moved by Dr. Hattier,
seconded by Mr. Bireley, to approve the superintendent's recommendation.  The motion
passed (9-0-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Cohee, Mr. Evans, Mr. Hastings,
Dr. Hattier, Mr. Helms, Dr. Isaacs, Mr. Walls
Abstained:  Mrs. McCabe

STAFF
Personnel Agenda, Personnel Addendum, and Small School Assistant Principals'
Positions
It was moved by Mr. Bireley, seconded by Mr. Helms, to table Personnel Agenda,
Personnel Addendum, and Small School Assistant Principals' Positions until after
Executive Session.  The motion passed unanimously (10-0).

**BPD 000015**

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 15, 2004
Page 7

PUBLIC COMMENTS
Donna Mitchell
Mrs. Mitchell, member of the Indian River High School Football Boosters, stressed that
the Board keep equality in mind when making decisions regarding the two new high
schools.

Bradley Layfield
Mr. Layfield thanked Mr. Headman and all of the persons who gathered information and
attended meetings regarding the athletic fields. He also expressed preference for sod with
an irrigation system that would maintain it at Sussex Central High School. He mentioned
that when he delivers a prayer and uses the name, "Jesus Christ, " he intends it to be for
all faiths.

David Marvel
Mr. Marvel stated he was impressed with questions asked and concerns raised about the
athletic fields. He stressed the importance of equality when resolving the issue.

EXECUTIVE SESSION
It was moved by Mr. Helms, seconded by Mrs. McCabe, to go into Executive Session at
9:40 p.m. The motion passed unanimously (10-0).

A.    Personnel: To discuss matters pertaining to names, competencies and abilities of
      individual employees or students.
B.    Strategy Session: To discuss collective bargaining, pending or potential litigation.
C.    Hearing: To conduct a hearing regarding employee or student discipline or
      employee dismissal.
D.    Such other business as may properly be discussed in an executive session.

RECONVENE
It was moved by Mr. Cohee, seconded by Dr. Hattier, to reconvene in Regular Session at
11:35 p.m. The motion passed unanimously (10-0).

BPD 000016

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 15, 2004
Page 8

CONSIDERATION OF AGENDA ITEMS DEFERRED
Personnel Agenda
It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the Personnel Agenda
excluding the Physical Education Teacher at East Millsboro and Long Necks Elementary
Schools. The motion passed unanimously (10-0).

It was moved by Mr. Bireley, seconded by Dr. Hattier, to approve the Physical Education
Teacher at East Millsboro and Long Neck Elementary Schools. The motion passed
(9-0-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Cohee, Mr. Evans, Mr. Hastings,
Dr. Hattier, Mr. Helms, Dr. Isaacs, Mrs. McCabe
Abstained: Mr. Walls

Personnel Addendum
It was moved by Mr. Bireley, seconded by Mr. Helms, to approve the Personnel
Addendum excluding the second candidate listed under Summer School Math Programs
at North Georgetown Elementary School. The motion passed unanimously (10-0).

It was moved by Mr. Bireley, seconded by Dr. Hattier, to approve the second candidate
listed under Summer School Math Programs at North Georgetown Elementary School.
The motion passed (9-0-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Evans, Mr. Hastings, Dr. Hattier,
Mr. Helms, Dr. Isaacs, Mrs. McCabe, Mr. Walls
Abstained: Mr. Cohee

Small School Assistant Principal Positions
It was moved by Mrs. McCabe, seconded by Mrs. Bunting, to approve the
superintendents' recommendation regarding the Small School Assistant Principal
Positions. The motion passed unanimously (10-0).

STUDENT HEARINGS
Student No. 04-66, Student No. 04-70, Student No. 04-71, Student No. 04-72
Student No. 04-73, Student No. 04-74
It was moved by Dr. Hattier, seconded by Mr. Helms, to approve the Hearing Officers'
recommendations on Student No. 04-66, Student No. 04-70, Student No. 04-71, Student
No. 04-72, Student No. 04-73 and Student No. 04-74. The motion passed unanimously
(9-0-1).
For the Motion: Mr. Bireley, Mrs. Bunting, Mr. Cohee, Mr. Evans, Dr. Hattier, Mr.
Helms, Dr. Isaacs, Mrs. McCabe, Mr. Walls
Abstained: Mr. Hastings
Student No. 04-75 Update
Mr. Hudson gave an update on Student No. 04-75 during Executive Session.

**BPD 000017**

BOARD OF EDUCATION REGULAR MEETING MINUTES
June 15, 2004
Page 9

Student No. 04-67
It was moved by Mr. Cohee, seconded by Mr. Helms, to table Student No. 04-67 until the
next regular meeting.  The motion passed unanimously (10-0).

ADJOURNMENT
It was moved by Mr. Hastings, seconded by Dr. Isaacs, to adjourn the meeting at 11:40
p.m.  The motion passed unanimously (10-0).

Respectfully submitted,

*Lois M. Hobbs*

Harvey L. Walls
President
Board of Education
Indian River School District

(Mrs.) Lois M. Hobbs
Secretary and Superintendent
Board of Education
Indian River School District

HLW/LMH:jlh

BPD 000018

# EXHIBIT 62

BPD 1288

Segment 10

01:01 20 sec. to 01:04 17sec

(See enclosed DVD)

# EXHIBIT 63

BPD 1288

Segment 11

01:03 4 sec. to 01:03 31 sec

(See enclosed DVD)

# EXHIBIT 64

BPD 1288

Segment 12

01:03 20 sec. to 01:04 32 sec

(See enclosed DVD)

# EXHIBIT 65

BPD 1288

Segment 13

01:03 50 sec. to 01:04 29 sec

(See enclosed DVD)

# EXHIBIT 66

# Song and Service Book
## for
## Ship and Field

## Army and Navy

# Song and Service Book

## for

## Ship and Field

### Army and Navy

Edited by

**Ivan L. Bennett**

Chairman of the Editorial Committee

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON
1942

COPYRIGHT, 1941, BY

A. S. BARNES AND COMPANY, INCORPORATED

*The property rights of the publisher's copyright in this compilation shall be available to the Government at all times and without cost.*

## Preface

THE NATIONAL CONVENTION of the Chaplains of the Army and Navy in New York City, May, 1940, voted approval of the suggestion of the committee on hymnal that effort be made to replace the word edition of the Army and Navy Hymnal with a service book containing selected hymns with musical score. Grateful acknowledgment is made of the cooperative efforts of the chaplains, publishers, and agencies serving the spiritual needs of our men on land and sea. The compilation has been made during a great national emergency, and the time element has necessitated haste. The prayers and other aids to worship have been selected, not to take the place of prayer book or missal in the ministry of the chaplain, but to furnish aids for congregational participation in public worship. It is our hope that every chaplain will find sufficient data to enrich and extend congregational assistance at the services in field and aboard ship. The orders of service are intended not only as a ready aid to the younger chaplains, but also as a guide to the faithful helpers who carry on divine worship in the absence of a chaplain. To the men, living and dead, who have hazarded their lives for America, to the lads who keep faithful watch today and tomorrow, and to the Glory of Almighty God, we dedicate this Song and Service Book.

ROBERT D. WORKMAN,
Chief of Chaplains,
Navy Department.

WILLIAM R. ARNOLD,
Chief of Chaplains,
War Department.

IVAN L. BENNETT, Chaplain, U. S. Army,
Chairman of the Editorial Committee.

Oh come, let us worship and bow down;
Let us kneel before the Lord our Maker:
For He is our God,
And we are the people of his pasture, and the sheep of his hand.

Ps. 95

Seek ye the Lord while He may be found; call ye upon Him while He is near: let the wicked forsake his way, and the unrighteous man his thoughts; and let him return unto the Lord, and He will have mercy upon him; and to our God, for He will abundantly pardon.

Isa. 55

The Lord is nigh unto all them that call upon Him,
To all that call upon Him in truth.
He will fulfill the desire of them that fear Him;
He also will hear their cry, and will save them.

Ps. 145

Have mercy upon us, O God, according to thy lovingkindness; according to the multitude of thy tender mercies blot out our transgressions. Wash us thoroughly from our iniquities, and cleanse us from our sins. For we acknowledge our transgressions, and our sin is ever before us. Purge us and we shall be clean; wash us and we shall be whiter than snow. Create in us clean hearts, O God, and renew a right spirit within us. Cast in us not away from thy presence, and take not thy Holy Spirit from us. Amen.

Ps. 51

## Washington's Prayer for the Nation

Almighty God, we make our earnest prayer that Thou wilt keep the United States in thy holy protection, that Thou wilt incline the hearts of the citizens to cultivate a spirit of subordination and obedience to government, and entertain a brotherly affection and love for one another and for their fellow citizens of the United States at large.

And finally that Thou wilt most graciously be pleased to dispose us all to do justice, to love mercy, and to demean ourselves with that charity, humility, and pacific temper of mind which were the characteristics of the Divine Author of our blessed religion, and without an humble imitation of whose example in these things, we can never hope to be a happy nation.

Grant our supplications, we beseech Thee, through Jesus Christ our Lord. Amen. *(Written at Newburg, June 8, 1783, and sent to the Governors of all the States.)*