# CERTIFICATE OF SERVICE

I, Brian G. Lenhard, hereby certify that on April 10, 2008, I served the Opening Brief In Support of Plaintiffs' Motion For Summary Judgment On The Constitutionality Of The Indian River School Board's Prayer Policy As Written And As Applied and exhibits thereto and Statement Related To Plaintiffs' Motion For Summary Judgement upon the following counsel:

**BY E-MAIL**

Warren T. Pratt, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801

/s/ Brian G. Lenhard
Brian G. Lenhard (I.D. No. 4569)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
BLenhard@probonolaw.com

529424.01-Wilmington S1A