# EXHIBIT 5

# SEALED DOCUMENT