# EXHIBIT 51

# SEALED DOCUMENT