IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE DOE, *et al.*, | x<br>:<br>: | |
| Plaintiffs, | :<br>: | |
| v. | : | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, *et al.*, | :<br>:<br>: | |
| Defendants. | x | |

## NOTICE OF FILING OF MULTIMEDIA MATERIALS

Notice is hereby given that copies of a DVD containing audiovisual recordings (one recording Bates-labeled BPD 1288, as well as several segments thereof), and referenced in Plaintiffs' Opening Brief in Support of Plaintiffs' Motion for Summary Judgment on the Constitutionality of the Indian River School Board's Prayer Policy as Written and as Applied, have been filed with the Clerk's office.

/s/ Thomas J. Allingham II
Thomas J. Allingham II (I.D. No. 476)
tallingh@probonolaw.com
Robert S. Saunders (I.D. No. 3027)
Brian G. Lenhard (I.D. No. 4569)
Timothy S. Kearns (I.D. No. 4878)
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000

and

Richard S. Horvath, Jr. (I.D. No. 4558)
Four Embarcadero Center
Suite 3800
San Francisco, California 94111-5974
(415) 984-6400

*Attorneys for Plaintiffs*

DATED: April 14, 2008