# EXHIBIT INDEX


| EXHIBIT DESCRIPTION | EX. NO. |
|---|---|
| Deposition of Charles M. Bireley | 1 |
| Deposition of Nina Lou Bunting | 2 |
| Deposition of Richard H. Cohee | 3 |
| Deposition of Marco Dobrich | 4 |
| Deposition of Jane Doe | 5 |
| Deposition of John M. Evans | 6 |
| Deposition of Gregory A. Hastings | 7 |
| Deposition of Donald G. Hattier | 8 |
| Deposition of Reginald L. Helms | 9 |
| Deposition of Lois M. Hobbs | 10 |
| Deposition of Randall Hughes | 11 |
| Deposition of Mark A. Isaacs | 12 |
| Deposition of M. Elaine McCabe | 13 |
| Deposition of Donna M. Mitchell | 14 |
| Deposition of Harvey L. Walls | 15 |
| Deposition of Robert D. Wilson | 16 |
| Minutes for 12/21/2004 | 17 |
| Minutes for 6/21/2005 | 18 |
| Defs.' Resp. to Pl's. First Interrog. | 19 |
| Agenda for 8/23/2005 | 20 |
| Agenda for 9/27/2005 | 21 |

Agenda for 10/18/2005 ....................22

Minutes for 10/19/2004....................23

Minutes for 11/16/2004....................24

Minutes for 04/26/05....................25

*Religious Remarks at Graduation Upset Attending Parent*, Delaware Wave (6/23/2004) ....................26

*IRSD To Explore School Prayer* ....................27

*School Board Faces Challenge With Changes to Graduation Policy* (7/14/2004) ....................28

Minutes for 7/27/2004....................29

Minutes for 8/23/2004....................30

Video Segment 1 BPD 1288 at 0 min., 32 sec. to 0 min., 38 sec. ....................31

Video Segment 2 BPD 1288 at 0 min., 38 sec. to 0 min., 50 sec. ....................32

Video Segment 4 BPD 1288 at 2 min., 45 sec. to 3 min., 31 sec. ....................33

Board meeting speaker list Public Comments from 8/24/2004 ....................34

*Indian River Prayer Debated*, Sussex Post (8/26/2004)....................35

*Sussex School Board Continues Prayer*, News Journal (8/25/2004)....................36

Video Segment 7 BPD 1288 at 15 min., 12 sec. to 15 min., 26 sec. ....................37

Policy on Prayer at Board Meetings ....................38

Policy BDA.1 "Board Prayer at Regular Board Meetings" ....................39

Minutes for 4/26/2005....................40

Minutes for 9/28/2004....................41

Minutes for 7/26/2005....................42

Minutes for 3/28/2006....................43

Minutes for 6/20/2006....................44

Board Recognition Forms - Birowski, et al.; Elliott, et al.; Cordrey, et al.; Richards, et al.; Cain, et al.; McDonald; Hagens, et al.; Illian, et al. ..................45

DSEA Letter re: art contest....................................................................................................46

Letters re: bus safety poster contest.......................................................................................47

Minutes for 2/22/2005..............................................................................................................48

Minutes for 1/24/2006..............................................................................................................49

Minutes for 7/19/1994..............................................................................................................50

REDACTED ..................................................................................................................51

Video Segment 6 BPD 1288 at 11 min., 49 sec. to 14 min., 11 sec. ..........................................52

Video Segment 9 BPD 1288 at 54 min., 5 sec. to 56 min., 30 sec. ...........................................53

Video Segment 3 BPD 1288 at 1 min., 19 sec. to 1 min., 41 sec. .............................................54

Video BPD 1288 in Entirety....................................................................................................55

*Hughes Defeats Laird for District 3 Seat*, Coastal Point (5/17/2006)........................................56

*IR Board Tweaks Prayer Policy,* Sussex Post (7/6/2006).........................................................57

*Bireley will run on his own personal record,* Delaware Wave (4/12/2006)................................58

Stop the ACLU Coalition.........................................................................................................59

Minutes for 8/24/2004..............................................................................................................60

Minutes for 6/15/2004..............................................................................................................61

Video Segment 10 BPD 1288 at 1 hr., 1 min., 20 sec. to 1 hr., 4 min., 17 sec.............................62

Video Segment 11 BPD 1288 at 1 hr., 3 min., 4 sec. to 1 hr., 3 min., 31 sec...............................63

Video Segment 12 BPD 1288 at 1 hr., 3 min., 20 sec. to 1 hr., 3 min., 32 sec.............................64

Video Segment 13 BPD 1288 at 1 hr., 3 min., 50 sec. to 1 hr., 4 min., 29 sec.............................65

Song and Service Book for Ship and Field (Joan L. Bennett ed., 1942) (excerpts from inside cover and subsequent pages)........................................................................66