# EXHIBIT 5

Doe, Jane 12/5/2006 1:30:00 PM

```
                    1
        C O N F I D E N T I A L
        IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF DELAWARE
MONA DOBRICH and MARCO    ) CONFIDENTIAL
DOBRICH, individually and )
as parents and next friend)
of ALEXANDER DOBRICH,     )
SAMANTHA DOBRICH, JANE DOE)
and JOHN DOE, individually)
and as parents and next   )
friend of JORDAN DOE and  )
JAMIE DOE,                )
                          )
        Plaintiffs,       )
                          ) Civil Action
     v.                   ) No. 05-120
                          )
INDIAN RIVER SCHOOL,      )
DISTRICT, et al.,         )
                          )
        Defendants.       )
        Deposition of JANE DOE, taken pursuant to
notice at Drinker, Biddle & Reath, 1100 North Market
Street, Suite 1000, Wilmington, Delaware, beginning at
1:30 p.m., on Tuesday, December 5, 2006, before Terry
Barbano Burke, RMR-CRR and Notary Public.
APPEARANCES:
        THOMAS J. ALLINGHAM, II, ESQUIRE
           One Rodney Square
           Wilmington, Delaware 19801
           For the Plaintiff
        WILCOX & FETZER
        1330 King Street - Wilmington, Delaware 19801
           (302) 655-0477
```

```
                    2
 2   APPEARANCES (cont'd):
 3     JARROD SHAU, ESQUIRE
         Drinker, Biddle & Reath, LLP
 4       One Logan Square
         18th and Cherry Streets
 5       Philadelphia, Pennsylvania 19103-6996
         For the Defendants
 6
     ALSO PRESENT:
 7
       TIMOTHY KEARNS
 8
```

REDACTED

REDACTED

REDACTED

Unsigned

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

Page 1 - 4

Doe, Jane 12/5/2006 1:30:00 PM

REDACTED

Unsigned

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

Page 13 - 16

Doe, Jane 12/5/2006 1:30:00 PM

REDACTED