# EXHIBIT 51

REDACTED

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

P 1484