IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 05-120-JJF |
| | : |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : |
| | : |
| Defendants. | : |

**ORDER STRIKING BOTH EXHIBIT A AND FOOTNOTE 13 TO DEFENDANTS' OPENING BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' Motion To Strike Exhibit A And Footnote 13 To Defendants' Opening Brief In Support Of Motion For Summary Judgment (the "Motion");

IT IS HEREBY ORDERED this _____ day of _____, 2008 that the Motion is GRANTED.

_____
United States District Judge