IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : |
| Defendants. | : |

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, attorneys for Plaintiffs state that they have made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in Plaintiffs' Motion To Strike Both Exhibit A And Footnote 13 To Defendants' Brief In Support Of Motion For Summary Judgment (D.I. __), but no such agreement has been reached.

/s/ Thomas J. Allingham II
Thomas J. Allingham II (I.D. No. 476)
tallingh@probonolaw.com
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
*Attorney for Plaintiffs*

DATED: April 18, 2008