IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONA DOBRICH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 05-120-JJF |
| | : | |
| INDIAN RIVER SCHOOL DISTRICT, et al. | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Warren T. Pratt, hereby certify that on April 30, 2008, I electronically filed the

*Response in Opposition to Plaintiffs' Motion to Strike Defendants' Exhibit A and Footnote 13 of Defendants' Opening Brief in Support of Motion for Summary Judgment* using CM/ECF,

which will send notification of such filing to the following:

Thomas J. Allingham II
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000
*Attorney for Plaintiffs*


Dated: April 30, 2008

**DRINKER BIDDLE & REATH LLP**

/s/  Warren T. Pratt
Warren T. Pratt (No. 4334)
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1254
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

*Attorneys for the Defendants
Indian River School Board, and
Indian River School District*