IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| MONA DOBRICH, et al., | : | |
| :--- | :--- | :--- |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : | |
| Defendants. | : | |

**ORDER**

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File an Answering Brief in Opposition to Plaintiffs' Motion for Summary Judgment is GRANTED. It is further ORDERED that Defendants' request for leave to incorporate previous arguments and/or documents, which may exceed the page limit, in Defendants' Answering Brief is GRANTED.

_____
Judge Joseph J. Farnan, Jr.