# DrinkerBiddle&Reath LLP

Jason P. Gosselin
215-988-3371
jason.gosselin@dbr.com

*Law Offices*

One Logan Square
18TH and Cherry Streets
Philadelphia, PA
19103-6996

215-988-2700 phone
215-988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

May 23, 2008

***VIA* HAND DELIVERY**

Clerk of Court
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801

  **RE: *Dobrich v. Indian River School Dist., et al.*, No. 05-120 (D. Del.)**

To the Clerk:

  Enclosed please find 2 copies of Exhibit Y to Defendants' Reply Brief in Further Support of Summary Judgment, which is a CD Bates-labeled BDP 1321 and contains an audio recording. Defendants' Reply Brief in Further Support of Summary Judgment was filed May 22, 2008. A courtesy copy of Exhibit Y is being sent to chambers.

                 Sincerely,

                 Jason P. Gosselin

JPG/elm

Enclosures

cc: Honorable Joseph J. Farnan, Jr. (*via* hand delivery to Room 4124, Lockbox 27)
   Thomas J. Allingham, II, Esquire (*via* hand delivery)

*Established 1849*