IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, et al., | : |
| Defendants. | : |

**ORDER GRANTING PLAINTIFFS LEAVE TO FILE A COUNTER-STATEMENT OF FACTS IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' Motion To Strike Defendants' Counter-Statement Contesting Plaintiffs' Statement Related To Plaintiffs' Motion For Summary Judgment And Statement of Facts Or, In The Alternative, Motion For Leave Of Court To File Plaintiffs' Counter-Statement of Facts (the "Motion");

IT IS HEREBY ORDERED this _____ day of _____, 2008 that the Motion for Leave to File Plaintiffs' Counter-Statement is GRANTED.

_____
United States District Judge