IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE DOE, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 05-120-JJF |
| INDIAN RIVER SCHOOL DISTRICT, *et al.*, | : | |
| Defendants. | : | |

**PLAINTIFFS JANE DOE, JOHN DOE, JAMIE DOE AND JORDAN DOE'S REQUEST FOR ORAL ARGUMENT**

On April 10, 2008, Plaintiffs Jane Doe, John Doe, Jamie Doe and Jordan Doe ("Plaintiffs") moved for summary judgment on the constitutionality of the Indian River School Board's Prayer Policy as written and as applied (D.I. 251). With Plaintiffs having filed a reply brief on June 26, 2008, the parties have completed briefing on the Motion. Pursuant to Local Rule 7.1.4., Plaintiffs respectfully request that oral argument be scheduled on Plaintiffs' motion at the Court's convenience.

/s/ Thomas J. Allingham II
Thomas J. Allingham II (I.D. No. 476)
tallingh@probonolaw.com
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
  *Attorney for Plaintiffs*

DATED: June 26, 2008